FILED & ENTERED

AUG 14 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Layfield & Barrett, APC,<br><br>       Debtor. | Case No.: 2:17-bk-19548-NB<br><br>CHAPTER 11<br><br>**ORDER SETTING CASE STATUS CONFERENCE AND PROCEDURES**<br><br>Date: September 19, 2017<br>Time: 1:00 p.m.<br>Place: Courtroom 1545<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

IT IS HEREBY ORDERED as follows:

1. <u>Status conference</u>. Debtor and their counsel, if any, must attend an initial status conference at the place and time set forth above, to further the expeditious, economical, and just resolution of this case (per § 105(a) and (d)).[1] In future, unless otherwise ordered, Debtor need not attend if their counsel attends. This Court may

---

[1] For joint individual cases, it is sufficient if just one of the two debtors attends. For cases by any organization (corporation, partnership, etc.) the person who is responsible for Debtor in this bankruptcy case must attend. The undersigned Bankruptcy Judge typically posts tentative rulings prior to each status conference or other hearing, available at www.cacb.uscourts.gov. Unless the context suggests otherwise, references to a "Chapter" or "Section" ("§") refer to the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"), a "Rule" means the Federal Rules of Bankruptcy Procedure ("FRBP"), Federal Rules of Civil Procedure ("FRCP"), Federal Rules of Evidence ("FRE"), or Local Bankruptcy Rules ("LBR"), and other terms have the meanings provided in the Code and the Rules.

continue the status conference and issue appropriate orders at any status conference **without further notice**, including on: (a) case management (*e.g.,* limiting notice, or setting procedures for use of cash collateral or sale of assets), (b) case disposition (*e.g.,* appointment of a trustee, conversion, dismissal, and imposing a bar against future bankruptcies – even if the case has already been dismissed), (c) deadlines (*e.g.,* for proofs of claim, administrative expenses, or executory contracts), (d) management of adversary proceedings and contested matters, and (f) mediation.

2. <u>Case Status Report</u>. At least **fourteen (14) days before the status conference**, Debtor must (a) file a Case Status Report on Local Form F 2081-1.1.C11.STATUS.RPT, (b) serve it on the United States Trustee and any person who requests a copy, and (c) file a proof of service.

3. <u>Affiliates</u>. For all reporting purposes – including Monthly Operating Reports ("MORs"), disclosure statements, etc. – Debtor must disclose all income, expenses, assets, and liabilities of (a) affiliated businesses and (b) any spouse. *See* §§ 101(2) & (9); Rule 2015.3; *SBE v. Woo*, 82 Cal. App.4th 481, 483-84 (2000). Debtor may request at the initial status conference to be excused from this requirement.

4. <u>Plan Procedures</u>. Debtor must follow the procedures detailed on **Judge Bason's webpage**, unless otherwise ordered.

5. <u>Service</u>. Debtor must serve this order on all parties in interest and file a proof of service **at least fourteen (14) days before the status conference**.

###

Date: August 14, 2017

Neil W. Bason
United States Bankruptcy Judge