PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant, State Bar No. 089395
Assistant United States Trustee
Dare Law, State Bar No. 155714
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
dare.law@usdoj.gov

FILED & ENTERED

AUG 22 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:17-bk-19548 NB |
| LAYFIELD & BARRETT, APC | Chapter 11 |
| | ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE |
| Debtor. | Date: no hearing required<br>Time:<br>Ctrm: 1575<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The Court having considered the United States Trustee's Application for Order Approving Appointment of Trustee and Fixing Bond (dkt. 53, the "Application"), and for good cause appearing, it is hereby

ORDERED that the Application is granted, and it is

///

///

///

///

///

///

1

1     FURTHER ORDERED that the appointment of RICHARD PACHULSKI as chapter 11

2 Trustee by the United States Trustee is approved.

3                                                               # # #

23 Date: August 22, 2017

                                               Neil W. Bason
                                               United States Bankruptcy Judge