| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALAN J. WATSON (SBN 177531)<br>ROBERT J. LABATE (SBN 313847)<br>Holland & Knight, LLP<br>400 South Hope Street, 8th Floor<br>Los Angeles, CA 90071<br>Telephone (213) 896.2400;<br>Facsimile (213) 896.2450<br>Email: alan.watson@hklaw.com;<br>robert.labate@hklaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Petitioning Creditors | **FILED & ENTERED**<br><br>AUG 23 2017<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin   **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

LAYFIELD & BARRETT, APC

Debtor(s).

CASE NO.: 2:17-bk-19548-NB
CHAPTER: 11

**ORDER ON EMERGENCY MOTION FOR ORDER DIRECTING DEBTOR IN POSSESSION TO EXECUTE SUBSTITUTIONS OF ATTORNEY AND GRANTING EMERGENCY RELIEF**

**Hearing Date: August 22, 2017**
**Hearing Time: 2:00 p.m.**

~~New~~ **Continued** Hearing Date: September 12, 2017
~~New~~ **Continued** Hearing Time: 2:00 p.m.
Place: Roybal Federal Building
       Courtroom 1545,
       255 E. Temple St.
       Los Angeles, CA 90012

**Movant** (*name*): The Dominguez Firm

At the date, time and place set forth above, this court held a hearing on the ~~Upon consideration of~~ EMERGENCY MOTION FOR ORDER DIRECTING DEBTOR IN POSSESSION TO EXECUTE SUBSTITUTIONS OF ATTORNEY AND GRANTING EMERGENCY RELIEF ("Motion"), docket entry 21. Appearances were as noted on the record. This court

<u>having considered the Motion</u>, related papers and arguments of counsel, the Court after due deliberation<u>, for the reasons stated on the record</u> and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

~~For the reasons stated at the August 22, 2017~~ <u>The</u> hearing~~, the Court enters and continues~~ <u>on</u> the Motion <u>is continued</u> to September 12, 2017 at 2:00 p.m. without prejudice to seeking a further continuance upon further stipulation and order.

###

Date: August 23, 2017

                              */s/ Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge