ORIGINAL

BY FAX

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Roger G. Jones, Esq. (Tennessee Bar No. 011550)<br>Bradley Arant Boult Cummings LLP<br>Roundabout Plaza<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>rjones@bradley.com<br>Telephone (615) 252-2323<br>Facsimile  (615) 252-6323<br><br>*Attorney for:* Advocate Capital, Inc. | FOR COURT USE ONLY<br><br>**FILED**<br>AUG 2 3 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LAYFIELD & BARRETT, APC,<br><br><br>Debtor(s). | CASE NO.: 2:17-bk-19548-NB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br>vs.<br><br>Plaintiff(s).<br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Roger G. Jones_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    Advocate Capital, Inc.

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016         Page 1         F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   Bradley Arant Boult Cummings LLP
   Roundabout Plaza, 1600 Division Street, Suite 700, Nashville, Tennessee 37203

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   U.S. Court of Appeals, 6th Circuit: 1986; U.S. Bankruptcy Court, Middle District of Tennessee: 1987;
   U.S. District Court, Middle District of Tennessee: 1987; and Tennessee Supreme Court: 1986.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):

   Jeffrey I. Golden

   Name and address of law firm, or residence address:

   Lobel Weiland Golden Friedman LLP
   650 Town Center Drive, Suite 950
   Costa Mesa, California 92626

   Telephone number of law firm: (714) 966-1000

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                         Page 2                                    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 8/23/2017

_____
Signature of applicant

Roger G. Jones
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 8/23

/s/ Jeffrey I. Golden
Signature of Designee

Jeffrey I. Golden
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 2090-1.2.APP.NONRES.ATTY