| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for*: | **FILED & ENTERED**<br><br>**AUG 29 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ghaltchi **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** *LOS ANGELES* **DIVISION**

In re:

LAYFIELD & BARRETT, APC,

Debtor(s)

vs.

Plaintiff(s)

Defendant(s)

CASE NO.: 2:17-bk-19548-NB

CHAPTER: 11

ADVERSARY NO.:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**

[No hearing required per LBR 2090-1(b)(6)]

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b) *(dkt. 61)*, and good cause appearing, orders as follows:

☒ The Application is *denied, without prejudice. In paragraph 2 of the Application, the applicant attested that he had paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court, and that a copy of the receipt for that payment was attached.  This court has reviewed the Application and the case docket, and it appears no such receipt was attached thereto or otherwise filed with the Court.* ~~granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*)~~:

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

Date: August 29, 2017

_____
Neil W. Bason
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY