Stella Havkin, #134334
Havkin & Shrago Attorneys at Law
20700 Ventura Blvd. Ste. 328
Woodland Hills, CA 91364
Telephone: (818) 999-1568
Facsimile: (818) 305-6040
Email: stella@havkinandshrago.com

[Proposed] Attorneys for Layfield & Barrett, APC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Layfield & Barrett, APC<br><br>Debtor and Debtor in Possession. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>SUPPLEMENTAL DECLARATION OF STELLA HAVKIN IN CONNECTION WITH EMPLOYMENT APPLICATION<br><br>[11 U.S.C §327; FRBP 2014 AND 6003(a), LBR 2014-1] |

SUPPLEMENTAL DECLARATION OF STELLA HAVKIN IN CONNECTION WITH EMPLOYMENT APPLICATION

## DECLARATION OF STELLA HAVKIN

I, Stella Havkin, declare:

1. I am an attorney at law duly admitted to practice in the State of California and, inter alia, before the United States District Court for the Central District of California. I am a partner with Havkin & Shrago, Attorneys at Law ("Counsel"), and I filed an application to be the proposed general insolvency counsel for Layfield & Barrett, APC ("Debtor" or Applicant"), the Chapter 11 Debtor and Debtor in Possession in the above-captioned case. I have personal knowledge of the facts stated herein, except where stated on information and belief, and where so stated, I am informed and believe that such facts are true and correct. If called and sworn as a witness, I could and would competently testify to the above.

2. This declaration is being submitted due to the events that have transpired since the filing of the Application. Since the filing of the application, the parties stipulated to the appointment of a Chapter 11 Trustee ("Trustee".) Counsel has been working with the Trustee's counsel and the Debtor during the transition and is continuing to do so on a daily basis. Counsel will also have to complete the US Trustee seven days package, will have to attend the IDEA and the meeting of creditors on behalf of the Debtor.

3. The employment on behalf of the estate is only being sought for the period of time prior to the effective date of the appointment of the Trustee.

4. Further, Counsel will not be receiving or seeking the retainer discussed in the original application.

Executed on this 30th day of August, 2017, at Woodland Hills, California. I declare under penalty of perjury pursuant to the laws of United States of America that the foregoing is true and correct.

_____
STELLA HAVKIN

SUPPLEMENTAL DECLARATION OF STELLA HAVKIN IN CONNECTION WITH EMPLOYMENT APPLICATION

DOCS_SF:94905.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

20700 Ventura Boulevard, Suite 328, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): Supplemental Declaration of Stella Havkin in support of Employment Application

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/30/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    havkinlaw@earthlink.net; stella@havkinandshrago.com  mbardavid@hotmail.com  mjb@lnbrb.com
    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com  dare.law@usdoj.gov
    ustpregion16.la.ecf@usdoj.gov  dhr@lnbyb.com, dhr@ecf.inoruptcy.com
    lls@lnbyb.com, lls@ecf.inforuptcy.com  alan.watson@hklaw.com, gloria.hoshiko@hklaw.com

    ☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 08/30/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    ☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/30/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    debtor via email

    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/30/2017 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

mpagay@pszjlaw.com, mpagay@pszjlaw.com

dhr@lnbyb.com, dhr@ecf.inforuptcy.com

alan.watson@hklaw.com, gloria.hoshiko@hklaw.com

```
Label Matrix for local noticing          Layfield & Barrett, APC                 The Dominguez Firm
0973-2                                    2720 Homestead Rd Ste 210              3250 Wilshire Blvd #2200
Case 2:17-bk-19548-NB                     Park City, UT 84098-4887               Los Angeles, CA 90010-1612
Central District of California
Los Angeles
Thu Aug 17 17:14:29 PDT 2017

Los Angeles Division                      Maria A Rios                           Mario Lara
255 East Temple Street,                   520 W Cressey St                       5407 Sierra Vista #301
Los Angeles, CA 90012-3332                Compton, CA 90222-3527                 Los Angeles, CA 90038-4221


Nayazi Reyes                              United States Trustee (LA)             Stella A Havkin
1549 W San Bernadino Rd                   915 Wilshire Blvd, Suite 1850          Havkin & Shrago
Apt S                                     Los Angeles, CA 90017-3560             20700 Ventura Blvd
West Covina, CA 91790-1035                                                       Ste 328
                                                                                 Woodland Hills, CA 91364-6282


           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Advocate Capital, Inc.                 (u)Courtesy NEF                        (u)Interested Party




(d)The Dominguez Firm                     (d)Maria A Rios                        (d)Mario Lara
3250 Wilshire Blvd #2200                  520 W Cressey St                       5407 Sierra Vista #301
Los Angeles, CA 90010-1612                Compton, CA 90222-3527                 Los Angeles, CA 90038-4221



(d)Nayazi Reyes                           End of Label Matrix
1549 W San Bernadino Rd                   Mailable recipients    8
Apt S                                     Bypassed recipients    7
West Covina, CA 91790-1035                Total                 15
```