Form ofri–(orlf7,orlf11,iors) VAN–93
Rev. 12/2015

# United States Bankruptcy Court
## Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

## ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES, STATEMENTS AND LIST(S)

**DEBTOR(S) INFORMATION:**
Layfield & Barrett, APC
fka Layfield & Wallace, APC, fka The Layfield Law Firm, APC
**SSN:** N/A
**EIN:** 27–4052598

2720 Homestead Rd Ste 210
Park City, UT 84098

**BANKRUPTCY NO.** 2:17–bk–19548–NB
**CHAPTER** 11

Order/Notice to the parties in interest:

An involuntary Chapter 11 petition having been filed against the above–named debtor on August 3, 2017

☐ Debtor consented to the entry of an order of relief.

☐ No pleading or other defense to the petition having been filed within 21 days after service of the summons (or within any longer period of time precribed by the Court), an Order for Relief is hereby issued against the debtor.

Debtor is ordered to file within **seven** days after entry of this order for relief, a list containing the name and address of each entity included on Schedule D, E/F, G, and H as prescribed by the Official Forms (Federal Rule of Bankruptcy Procedure 1007(a)(2)).

Debtor is also ordered to file schedules, statement and Statement About Your Social Security Numbers (Official Form B121) referred to in Federal Rule of Bankruptcy Procedure 1007(a),(c) and (f) within 14 days after entry of this Order For Relief.

Conversion order is hereby amended to provide that the Order
for Relief is entered in this case EFFECTIVE AUGUST 11, 2017

Dated: September 26, 2017

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ofri–orlf7,orlf11,iors) VAN–93 Rev. 12/2015

**98 / SES**