Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

[Proposed] Attorneys for Richard M. Pachulski, Chapter 11 Trustee for the Estate of Layfield & Barrett, APC



**FILED & ENTERED**

**OCT 02 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br><br>LAYFIELD & BARRETT, APC<br><br>              Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER AUTHORIZING AND APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL, EFFECTIVE AUGUST 22, 2017**<br><br>**[Relates to Docket No. 64]**<br><br>[No Hearing Required] |
|---|---|

The Court has considered the *Chapter 11 Trustee's Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective August 22, 2017* (the "Application")[1] [Docket No. 64] and the Declaration of Malhar S. Pagay in support thereof (the "Pagay Declaration"), as well as the declaration of Carmela T. Pagay (dkt. 97), and based upon the record before the Court, it appears that the Firm does not hold or represent an interest adverse to the estate, that the Firm is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules. Accordingly, it is hereby

---
[1] All capitalized terms not otherwise defined herein shall have the same meaning as those ascribed in the Application.

DOCS_LA:308881.2 51414/002

1  **ORDERED** that the Application is approved, and it is further

2  **ORDERED** that Richard M. Pachulski, the Chapter 11 trustee for the estate of Layfield & Barrett, APC, is authorized to employ the law firm of Pachulski Stang Ziehl & Jones LLP as his bankruptcy counsel herein, effective as of August 22, 2017, on the terms and conditions set forth more fully in the Application and the accompanying Pagay Declaration, and it is further

**ORDERED** that, notwithstanding any other provisions, Judge Bason's standard terms apply (unless struck through):  (a) employment is per 11 U.S.C. § 327 not § 328; (b) payment only per 11 U.S.C. §  330(a) – no lien or superpriority claim is allowed (except as explicitly allowed); (c)  all matters relating to the professional's engagement, compensation and costs shall be resolved in this Court, notwithstanding any provisions for arbitration, choice of venue, or the like, and (d) any indemnification, limitation of damages or the like is ineffective.  *See generally In re Circle K Corp., 279 F.3d 669 (9th Cir. 2002) and* 11 U.S.C. § 327(a) (professionals may not "hold or represent an interest adverse to the estate").

# # #

Date: October 2, 2017

Neil W. Bason
United States Bankruptcy Judge

2

DOCS_LA:308881.2 51414/002