**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone:   714-966-1000
Facsimile:    714-966-1002

**BRADLEY ARANT BOULT CUMMINGS LLP**
Roger G. Jones (admitted pro hac vice)
rjones@bradley.com
1600 Division Street, Suite 700
Nashville, TN 37219
Telephone: 615-252-2323

Attorneys for Wellgen Standard, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PHILIP JAMES LAYFIELD,<br>            Debtor. | Case No. 2:18-bk-15829-NB<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON WELLGEN STANDARD, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE:**    December 6, 2018<br>**TIME:**    10:00 a.m.<br>**CTRM:**   1545 |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the court has signed an Amended Order Granting Application and Setting Hearing on Shortened Notice [Docket 107], (the "Order") regarding the Motion for Summary Judgment (the "Motion") [ Docket 100] filed by Wellgen Standard, LLC ("Wellgen"), successor in interest to Advocate Capital, Inc.   A copy of the Order is attached hereto. **The hearing on the Motion is set for December 6, 2018 at 10:00 a.m.**

**in Courtroom 1545 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, CA 90012.**

      **PLEASE TAKE FURTHER NOTICE** that opposition to the Motion, if any, must be received by the Clerk of the Court, no later than 3:00 p.m. on November 27, 2018.

      **PLEASE TAKE FURTHER NOTICE** that a reply to an opposition must be received by 3:00 p.m. on December 3, 2018.

Dated: November 9, 2018        WEILAND GOLDEN GOODRICH LLP

                                        By:  /s/ Faye C. Rasch
                                              Faye C. Rasch
                                              Wellgen Standard, LLC

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@lwgfllp.com<br>Faye Rasch, State Bar No. 253838<br>frasch@lwgfllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone 714-966-1000<br>Facsimile 714-966-1002 | **FILED & ENTERED**<br><br>**NOV 08 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Wellgen Standard, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Los Angeles* DIVISION**

| In re: | CASE NO.: 2:18-bk-15829-NB |
|---|---|
| | CHAPTER: 7 |
| **PHILIP JAMES LAYFIELD**, | **AMENDED ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
| Debtor(s). | |
| **Movant** (*name*): WELLGEN STANDARD, LLC | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Wellgen Standard, LLC'S Motion for Summary Judgment

    b. *Date of filing of motion:* 11/06/2018

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 11/06/2018

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

> **Hearing date:** 12/6/2018
> **Time:** 10:00 a.m.
> **Courtroom:** 1545
>
> Place:
> ☒ 255 East Temple Street, Los Angeles, CA 90012
> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
> ☐ 3420 Twelfth Street, Riverside, CA 92501
> ☐ 411 West Fourth Street, Santa Ana, CA 92701
> ☐ 1415 State Street, Santa Barbara, CA 93101

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed: N/A

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using the methods set forth below: ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~

(A) ☐ ~~Personal Delivery~~ ☐ ~~Overnight Mail~~ ☐ ~~First class mail~~ ☐ ~~Facsimile*~~ ☐ ~~Email*~~

| (B) *Deadlines for **RECEIPT** of Expedited Service **OF MOTION** – i.e., overnight mail, personal delivery, facsimile\*, email\*, or Notice of Electronic Filing ("NEF"):*<br><br>Date: 11/9/2018<br>Time: noon<br><br>*Deadlines for **RECEIPT** of Expedited Service **OF AMENDED ORDER** – i.e., overnight mail, personal delivery, facsimile\*, email\*, or Notice of Electronic Filing ("NEF"):*<br><br>Date: 11/12/2018<br>Time: noon<br><br>*Deadline to **DEPOSIT** of first class U.S. mail for service on all other creditors:*<br>Date: 11/9/2018<br>Time: prior to collection time for that mailbox. | (C) *Persons/entities to be served with written notice and a copy of this order:*<br><br>**Service to Mr. Layfield –** Mr. Layfield must be served by U.S. Mail and email at his designated addresses (dkt. 45).<br>**All other parties requiring service under the applicable rules:** must be served via first class U.S. mail.<br><br>☐ See attached page<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- ~~Judge's copy personally delivered to chambers (see Court Manual for address)~~ |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~ ~~Same as above~~.

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using the methods set forth below: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| (B) *Deadline for **receipt***: | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: 11/27/2018<br><br>Time: 3:00 p.m. | Any response must be **received** by the Clerk of Court by the Deadline, and as a reminder, any response filed by Mr. Layfield must comply with this Court's oral ruling at the hearing on October 24, 2018 adopting the "Tentative Ruling Authorizing And Directing Mr. Layfield To File And Serve Documents **In PDF Format**" (dkt. 88) (emphasis added). These procedures assure that documents can be entered immediately on the docket, thereby providing a Notice of Electronic Filing ("NEF") to counsel for movant Wellgen Standard, LLC and other parties in interest.<br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

\\

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 3                              **F 9075-1.1.ORDER.SHORT.NOTICE**

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using the same methods as for the moving papers (paragraph 3.b.(3) above).:    ☐ ~~one of the methods checked~~   ☐ ~~all of the methods checked~~

~~(A)   ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*~~

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: 12/3/2018 | -- All persons/entities who filed a written opposition |
| | (D) *Service is also required upon:* |
| Time: 3:00 p.m. | -- United States trustee *(electronic service is not permitted)* |
| | -- ~~Judge's Copy personally delivered to chambers~~ ~~(see Court Manual for address)~~ |

(7) ☐ Other requirements: N/A

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

☐ at least 2 days before the hearing.
☒ no later than:    Date: 11/12/2018    Time: **5:00 p.m.**

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### ###

Date: November 8, 2018

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF HEARING ON WELLGEN STANDARD, LLC'S MOTION FOR SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **November 9, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **November 9, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 9, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 9, 2018 | Kelly Adele | */s/ Kelly Adele* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                                   **F 9013-3.1.PROOF.SERVICE**
0.0

**VIA OVERNIGHT MAIL/EMAIL**
Philip James Layfield
c/o Maximum Legal Holdings, LLC
8 The Green, Ste 6426
Dover, DE 19901
Email: phil@maxium.global

**VIA OVERNIGHT MAIL**

Office of the United States Trustee
915 Wilshire Boulevard, Ste 1850
Los Angeles, CA  90047

Alliance Legal Solutions, Inc.
501 S. Sharon Amity Road
Charlotte, NC 28211-3099

Bofi Federal Bank
4350 La Jolla Village Drive, Ste 140
San Diego, CA 92122

Richard M. Pachulski
10100 Santa Monica Boulevard, #1300
Los Angeles, CA  90067

**Electronic Mail Notice List**
Wesley H Avery (TR) wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
Beth Gaschen bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
Jeffrey I Golden jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Malhar S Pagay mpagay@pszjlaw.com, mpagay@pszjlaw.com
Faye C Rasch frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
Jeffrey L Sumpter jsumpter@epiqtrustee.com, jsumpter@cbiz.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Dennis J Wickham wickham@scmv.com, nazari@scmv.com