1  Debra I. Grassgreen (CA Bar No. 169978)
2  Malhar S. Pagay (CA Bar No. 189289)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067
4  Telephone: 310/277-6910
   Facsimile: 310/201-0760
5  E-mail: dgrassgreen@pszjlaw.com
           mpagay@pszjlaw.com
6  Attorneys for Richard M. Pachulski,
7  Chapter 11 Trustee



FILED & ENTERED

JAN 16 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

8               UNITED STATES BANKRUPTCY COURT
9               CENTRAL DISTRICT OF CALIFORNIA
                    LOS ANGELES DIVISION
10

11  In re:

12  LAYFIELD & BARRETT, APC,

13                 Debtor.

Case No.: 2:17-bk-19548-NB

Chapter 11

**ORDER APPROVING MOTION OF THE CHAPTER 11 TRUSTEE AUTHORIZING AND APPROVING PROCEDURES FOR RESOLVING ESTATE FEE AND COST CLAIMS**

Date:  January 11, 2018
Time:  3:00 p.m.
Place: United States Bankruptcy Court
       Edward R. Roybal Federal Building
       255 E. Temple Street, Crtrm. 1545
       Los Angeles, California 90012
Judge: Hon. Neil W. Bason

The Court, having considered the *Motion of The Chapter 11 Trustee for Order Authorizing and Approving Procedures for Resolving Estate Fee and Cost Claims* [Docket No. 183] (the "Motion"), filed by Richard M. Pachulski, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Layfield & Barrett, APC (the "Debtor" or "L&B"), pursuant to which the Trustee sought entry of an order authorizing and approving an omnibus procedure for asserting, settling, resolving and collecting claims held by the Debtor's bankruptcy estate for payment of attorneys' fees (including, without limitation, *quantum merit* claims and referral fees) and reimbursement of costs, it is HEREBY ORDERED THAT:

DOCS_LA:311569.1 51414/001

1. The Motion is GRANTED, except as to the Barrett Claims, which shall be pursued and resolved in the Advocate Capital Inc. v. Maximum Legal (California) LLP, 2:17-ap-01503-NB adversary proceeding. Attached hereto as Exhibit "A" is the Court's tentative ruling incorporating it as the Court's final ruling.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

### ###

Date: January 16, 2018

Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:311569.1 51414/001

# EXHIBIT A

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

**Thursday, January 11, 2018**                        **Hearing Room**    **1545**

<u>3:00 PM</u>
**2:17-19548**    **Layfield & Barrett, APC and Evanston Insurance Company**        **Chapter 11**

   **#2.00**     Hrg re: Motion Of The Chapter 11 Trustee For Order
                 Authorizing And Approving Procedures For Resolving
                 Estate Fee And Cost Claims

                                       Docket      183

**Tentative Ruling:**

   Grant as set forth below. <u>Appearances are not required</u>.

   *Proposed order:* Movant is directed to serve and lodge a proposed order via LOU within 7 days after the hearing date, and attach a copy of this tentative ruling, thereby incorporating it as this court's final ruling.

   *Key documents reviewed (in addition to motion papers):* Joseph Barrett's Limited Objection (dkt. 189); Movant's reply (dkt. 190).

   *Reasons:* The motion is granted and the omnibus procedures specified in the motion are approved, except as to the Barrett Claims, which shall be pursued and resolved in the Advocate Capital, Inc, v. Maximum Legal (California) LLP, 2:17-ap-01503-NB adversary proceeding.

   If appearances are <u>not</u> required at the start of this tentative ruling but you wish to dispute the tentative ruling, or for further explanation of "appearances required/are not required," please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings."  If appearances <u>are</u> required, and you fail to appear without adequately resolving this matter by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing.

|  Party Information  |
|---|

**Debtor(s):**

   Layfield & Barrett, APC                      Pro Se

**Trustee(s):**

   Richard  Pachulski (TR)                   Represented By

# United States Bankruptcy Court
# Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

**Thursday, January 11, 2018**                                                                                                       **Hearing Room   1545**

<u>3:00 PM</u>
**CONT...**        **Layfield & Barrett, APC and Evanston Insurance Company**                                       **Chapter 11**
                        Malhar S Pagay
                        James KT Hunter