Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
        mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　　　　Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER APPROVING SETTLEMENT WITH THE DOMINGUEZ FIRM, INC., WITH RESPECT TO THE MATTER OF ROSE PINEDA, ET AL., V. COUNTY OF RIVERSIDE, ET AL.**<br><br>Date:　March 20, 2018<br>Time:　1:00 p.m.<br>Place:　United States Bankruptcy Court<br>　　　　Edward R. Roybal Federal Building<br>　　　　255 E. Temple Street, Crtrm. 1545<br>　　　　Los Angeles, California 90012<br>Judge:　Hon. Neil W. Bason |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE; THE DOMINGUEZ FIRM, INC.; THE DEBTOR; ADVOCATE CAPITAL, INC.; ALL PARTIES WHO HAVE FILED PROOFS OF CLAIM OR INTEREST; ALL PARTIES RECEIVING CM/ECF NOTICE; AND ANY PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that Richard M. Pachulski, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case (the "Case") of Layfield & Barrett, APC (the "Debtor" or "L&B"), has filed a motion ("Motion") [Docket No. 240] for the entry of an order to resolve the fee and cost claims as between The Dominguez Firm, Inc. ("TDF), and the Trustee arising from litigation pending in the Superior Court of the State of California for the County of

Riverside entitled *Rose Pineda, et al. v. County of Riverside, et al.*, Case No. RIC1507590, in accordance with the *Motion of the Chapter 11 Trustee for Order Authorizing and Approving Procedures for Resolving Estate Fee and Costs Claims*, approved by order entered on January 16, 2018 [Docket No. 204].

**PLEASE TAKE FURTHER NOTICE** that a hearing regarding the Motion will be conducted on **March 20, 2018,** at **1:00 p.m. Pacific Time**, or as soon thereafter as counsel may be heard before the Honorable Neil W. Bason, United States Bankruptcy Judge, in Courtroom 1545 of the Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(f) requires that any response or opposition to the Motion must be filed no later than fourteen (14) days prior to the hearing. Any party filing a response or opposition must serve such papers by U.S. Mail upon (1) the Debtor; (2) counsel for the Trustee; (3) the Office of the United States Trustee, and (4) parties that file with the Court requests for notice of all matters in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure. If you would like a copy of the Motion, please contact Beth Dassa at bdassa@pszjlaw.com to request a copy.

**PLEASE TAKE FURTHER NOTICE** that the failure to timely respond in the manner set forth above may result in the Court granting the Motion or refusing to consider any late-filed response or opposition.

Dated: February 27, 2018     PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Malhar S. Pagay*
　　　Malhar S. Pagay

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION FOR ORDER APPROVING SETTLEMENT WITH THE DOMINGUEZ FIRM, INC., WITH RESPECT TO THE MATTER OF ROSE PINEDA, ET AL., V. COUNTY OF RIVERSIDE, ET AL.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 27, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 27, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 27, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2018 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:308358.4 51414/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:17-bk-19548-NB**

- *Jason Balitzer*    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- *Moises S Bardavid*    mbardavid@hotmail.com
- *Daniel I Barness*    daniel@barnesslaw.com
- *James W Bates*    jbates@jbateslaw.com
- *Martin J Brill*    mjb@lnbrb.com
- *Baruch C Cohen*    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- *Jennifer Witherell Crastz*    jcrastz@hemar-rousso.com
- *Beth Gaschen*    bgaschen@wgllp.com, kadele@wgllp.com;lgauthier@lwgfllp.com
- *Jeffrey I Golden*    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com
- *James KT Hunter*    jhunter@pszjlaw.com
- *Steven J Kahn*    skahn@pszyjw.com
- *Joseph M Kar*    jkar@mindspring.com
- *Richard W Labowe*    richardwlabowe@gmail.com, llhlaw1631@aol.com
- *Dare Law*    dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
- *Rana Nader*    rnader@naderlawgroup.com, monique@naderlawgroup.com
- *Joel A Osman*    osman@parkermillsllp.com, sanders@parkermillsllp.com
- *Malhar S Pagay*    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- *Brian A Paino*    bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com
- *Michael F Perlis*    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- *Michael F Perlis*    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- *Hamid R Rafatjoo*    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- *Faye C Rasch*    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- *Daniel H Reiss*    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- *Damion Robinson*    dr@agzlaw.com
- *Lindsey L Smith*    lls@lnbyb.com, lls@ecf.inforuptcy.com
- *Daniel A Solitro*    dsolitro@lockelord.com, ataylor2@lockelord.com
- *United States Trustee (LA)*    ustpregion16.la.ecf@usdoj.gov
- *Alan J Watson*    alan.watson@hklaw.com, rosanna.perez@hklaw.com

2. **SERVED BY UNITED STATES MAIL**:

| Timothy M. Smith, Esq.<br>Trachtman & Trachtman, LLP<br>23046 Avenida De La Carlota<br>Suite 300<br>Laguna Hills, CA  92653 | Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn:  Philip Layfield, Officer of Record**<br>2720 Homestead Rd., Suite 210<br>Park City, UT 84098 | Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn:  Any Officer Other Than Philip Layfield**<br>2720 Homestead Rd., Ste. 210<br>Park City, UT 84098 |
|---|---|---|
| Patricia Salcedo<br>The Dominguez Firm<br>3250 Wilshire Blvd #2200<br>Los Angeles, CA 90010 | Diana B Sherman<br>Law Offices of Diane B Sherman<br>1801 Century Park East Ste 1200<br>Los Angeles, CA 90067 | Roger G Jones<br>1600 Division St Ste 700<br>Nashville, TN 37203 |
| Tina M. Talarchyk, Esq.<br>The Worth Avenue Building<br>205 Worth Avenue, Suite 320, Palm Beach, Florida 33480 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:308358.4 51414/002

```
Label Matrix for local noticing            Bay City Surgery Center, Inc.          California Attorney Lending II, Inc.
0973-2                                     2557-A Pacific Coast Highway           c/o RICHARD W. LABOWE, A PRO. CORP.
Case 2:17-bk-19548-NB                      Torrance, CA 90505-7035                1631 W. Beverly Blvd.
Central District of California                                                    2nd Floor
Los Angeles                                                                       Los Angeles, CA 90026-5710
Tue Feb 27 10:54:07 PST 2018

Employment Development Dept.               Franchise Tax Board                    Internal Revenue Service
Bankruptcy Group MIC 92E                   Bankruptcy Section MS: A-340           PO Box 7346
P.O. Box 826880                            P.O. Box 2952                          Philadelphia, PA 19101-7346
Sacramento, CA 94280-0001                  Sacramento, CA 95812-2952


L.A. County Tax Collector                  Layfield & Barrett, APC                Los Angeles City Clerk
Bankruptcy Unit                            2720 Homestead Rd Ste 210              P.O. Box 53200
P.O. Box 54110                             Park City, UT 84098-4887               Los Angeles, CA 90053-0200
Los Angeles, CA 90054-0110


Pachulski Stang Ziehl & Jones LLP          Raines Feldman LLP                     Securities & Exchange Commission
10100 Santa Monica Blvd., 13th Floor       Attn: Stephen Farkas                   444 South Flower St., Suite 900
Los Angeles, CA 90067-4003                 1800 Avenue of the Stars               Los Angeles, CA 90071-2934
                                           12th Floor
                                           Los Angeles, CA 90067-4200

South Bay Pain Docs                        The Dominguez Firm                     Wells Fargo Bank, National Association
2557-B Pacific Coast Highway               3250 Wilshire Blvd #2200               c/o Hemar, Rousso & Heald, LLP
Torrance, CA 90505-7035                    Los Angeles, CA 90010-1612             15910 Ventura Blvd., 12th Floor
                                                                                  Encino, CA 91436-2802


Los Angeles Division                       6 Harbor Park Drive                    855 TrialLawyers.com KPO Ltd
255 East Temple Street,                    C/O Jeff Schwartz, COO                 382 NE 191st Street #42308
Los Angeles, CA 90012-3332                 6 Harbor Park Dr                       Miami FL 33179-3899
                                           Port Washington, NY 11050-4647


AT&T Corp.                                 Aaron Lavine Greg Stuck Ivan Massey    Access Multilingual Services Inc
%AT&T Services, Inc                        c/o Daniel I Barness                   11041 Santa Monica Blvd #813
Karen A Cavagnaro - Lead Paralegal         Barness & Barness LLP                  Los Angeles CA 90025-3523
One AT&T Way, Room 3A104                   11377 W Olympic Blvd
Bedminster, NJ 07921-2693                  Los Angeles CA 90064-1683


Actonia Inc                                Ada Zelaya                             Adam Kim
9701 W Higgins Rd #320                     3875 E Ashlan Ave                      MKP Law Group
Rosemont IL 60018-4774                     Fresno CA 93726-3623                   468 N. Camden Drive, Ste. 200
                                                                                  Beverly Hills, CA 90210-4507


Advanced Multispecialty Surgery Center     Affeld Grivakes LLP                    Alan Arnone
PO Box 491759                              2049 Century Park East, Ste. 2460      Mission Chiropractic
Los Angeles CA 90049-8759                  Los Angeles, CA 90067-3126             1280 Benton St
                                                                                  Santa Clara CA 95050-4805


All-Pro Medical Group Inc                  Alliance Legal Solutions ,LLC          Andy Oh
15827 Russell Street                       c/o Cheryl Kaufman                     930 N Long Beach Blvd 6
Whittier CA 90603-2531                     501 South Sharon Amity Road Ste 350    Compton CA 90221-2261
                                           Charlotte NC 28211-3099
```

Ann Brabant
503 Olympic Blvd
Santa Monica CA 90401-3311

Antonia Torres
10023 Mallow Dr
Moreno Valley CA 92557-2828

Applied Geokinetics
dba Geokinetics
77 Bunsen
Irvine, CA 92618-4218

Art Hosmer
Gosdis Law Firm PLLC
5085 S State St
Murray UT 84107-4840

Arthur Valdez
5330 Citronell Ave
Pico Rivera CA 90660-2706

Atkinson-Baker, Inc.
500 N. Brand Blvd., Third Floor
Glendale, California 91203-1945

Augspurger Komm Engineering Inc
3315 E Wier Ave
Phoenix AZ 85040-2859

BG Nurse Consultants
1101 Fremont #103
South Pasadena CA 91030-5702

Barbara Blatz
770 C Ave
Coronado CA 92118-2248

Benjamin E. Hernandez
65 Washington St #184
Santa Clara, CA 95050-6138

Benjamin Liang PC
Dr Benjamin Liang, PC
8631 W 3rd St #304E
LA CA 90048-5907

Beringia Central LLC
633 W Fifth Street Suite 830
Los Angeles CA 90071-3540

Bert Rosenquist
Godis Law Firm PLLC
5085 S State Street
Murray UT 84107-4840

Bobbie M Duddey
301 Red Maple PL
Perris CA 92570-2538

Bradley S. Wallace
16000 Ventura Blvd., Ste. 440
Encino, CA 91436-4491

Brandi Posey
2800 W 141 Pl #5
Gardena CA 90249-2737

Brett l Slavicek P.C.
The Slavicek Law Firm
5500 N 24th St
Phoenix AZ 85016-3130

Brian D. Chase
1301 Dove St. Suite 120
Newport Beach CA 92660-2491

C&C Factoring Solutions
6060 W Manchester Avenue Suite 207
Los Angeles, CA 90045-4267

Calendar Rules
Scott Davis
3000 F Danville Blvd #276
Alamo CA 94507-1572

Carl Franklin Ellison-C.D.R.
Carl Ellison-Helen Lacy
PO Box 580041
Elk Grove CA 95758-0001

Carlos Contreras
977 S Calzona St
Los Angeles CA 90023-2318

Carlos Manuel Paz
750 Silver Avenue
San Francisco CA 94134-1060

Carolyn Hacobian
Asbet A Issakhanian Esq
440 Western Ave Suite 205
Glendale CA 91201-3545

Cathleen Couchois
3309 Virginia Ave
Santa Monica CA 90404-5034

Cecilia A Moreno
5739 W Cedar Ave #138
Fresno CA 93710

Checkr Inc
Jared Ricci
1 Montgomery St Ste 2000
San Francisco CA 94104-5520

Chiropractic Fitness PLLC
8316 Pheville-Matthews Rd Ste #806
Charlotte NC 28226-4754

Christina Hicklin
10353 McNerney Avenue
South Gate CA 90280-6709

Christopher A Zahiri - A Medical Corp
PO Box 49455
Los Angeles CA 90049-0455

| | | |
|---|---|---|
| Christopher Tyler Webster<br>3493 Wrangler Way<br>Park City UT 84098-4811 | Christopher Vazquez<br>200 E Leatrice Lane #3<br>Anaheim CA 92802-4244 | City of Los Angeles, Office of Finance<br>Los Angeles City Attorney's Office<br>200 N Main Street Ste 920<br>Los Angeles CA 90012-4128 |
| Claudia Eskenazi<br>Ronald B Cohen<br>4109 Aleman Dr<br>Tarzana CA 91356-5403 | Constance Ratchford<br>604 West Narrison<br>Gastoria NC 28052 | Cosmeticare<br>1101 Bayside Dr #101<br>Corona Del Mar CA 92625-1754 |
| County of Orange<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515<br>Attn: Bankruptcy Unit | Coverall North America Inc<br>350 SW 12th Avenue<br>Deerfield Beach FL 33442-3106 | Craig H Edgecumbe<br>2780 Skypark Dr 325<br>Torrance CA 90505-5350 |
| Cynthia L Chabay, M.D.<br>11645 Wilshire Blvd Ste 1100<br>Los Angeles CA 90025-6807 | DEBRA L. SHEPPARD & ASSOCIATES,<br>A PROFESSIONAL LAW CORPORATION<br>21243 Ventura Boulevard, Suite 123<br>Woodland Hills, CA 91364-2163 | Daniel Setareh<br>Setareh Law APLC<br>8665 Wilshire Blvd #302<br>Beverly Hills CA 90211-2932 |
| Daniel Tontini<br>800 W. 6th Street, Suite 500<br>Los Angeles, CA 90017-2708 | Danielle Coprich<br>67325 Camino Silvaso<br>Desert Hot Springs CA 92240-7080 | David Iwamoto<br>21022 Anza Ave Apt 211<br>Torrance CA 90503-4250 |
| David W Martin<br>POB 3283<br>Rancho Cucamonga, CA 91729-3283 | Dennis Anderson<br>100 Chicory Court<br>Lincoln CA 95648-8164 | (p)DEPARTMENT OF HEALTH CARE SERVICES<br>OFFICE OF LEGAL SERVICES MS 0010<br>ATTN STEVEN A OLDHAM STAFF ATTORNEY<br>PO BOX 997413<br>SACRAMENTO CA 95899-7413 |
| Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Derriona Hall<br>2538 1/2 E 126th St<br>Compton CA 90222-1510 | Donna Dennis Terry Hanson<br>11249 E 35 Pl<br>Yuma AZ 85367-5686 |
| Dr Elias Rached<br>Moreno Group Center<br>Moreno Med Care & Chiropractic Clinic<br>23846 Sunnymead Bl Ste 4<br>Moreno Valley CA 92553-7737 | Dr. Brigitte Rozenberg Chiropractic Inc<br>12568 W Washington Blvd Ste 202<br>Culver City CA 90066-5521 | Ed and Penni Bailey<br>4492 S. Enclave Vista Ln.<br>Salt Lake City, UT 84124-5100 |
| Elisa Anita Diaz<br>1019 N Wilcox Ave #3<br>Los Angeles CA 90038-2619 | Elise Long<br>8460 Via Mallorca unit 237<br>La Jolla CA 92037-2646 | Elizabeth Garcia<br>745 W 3rd St Unit 209<br>Long Beach CA 90802-2731 |
| Elizardo Saenz<br>1678 Scott Ave Apt J2<br>El Centro CA 92243-1233 | Ellen Cavalli<br>PO Box 60832<br>Irvine CA 92602-6027 | Elva Cabral<br>946 N Eastman Ave<br>Los Angeles CA 90063-2112 |

```
Employers Preferred Insurance Co      Eric C Smith D.C.                      Ernesto Gamez
10375 Professional Circle             6431 Fairmount Street Suite 7          2930 Oarfish Lane
Reno, NV 89521-4802                   El Cerrito CA 94530-3624                Oxnard CA 93035-1312


Esquire Financial Holdings, Inc.      F. David Rudnick, M.D. A Medical Corp  FRANCHISE TAX BOARD
Kimberly D. Howatt                    501 Santa Monica Bl #509                BANKRUPTCY SECTION MS A340
Gordon & Rees                         Santa Monica, CA 90401-2432             PO BOX 2952
101 West Broadway, Suite 2000                                                 SACRAMENTO CA 95812-2952
San Diego, CA 92101-8221


Foodcraft Inc                         Francisco Correa                        Francisco Noel Zavala
14226 Ventura Blvd.                   c/o Maria Correa                        Law Offices of Zorik Mooradian
Sherman Oaks CA 91423-2715            1623 Alber Hill St                      5023 North Parkway Calabasas
                                      Perris CA 92571-3766                    Calabasas, CA 91302-1421


Frank Panoussi, D.C.                  Fred A. Hickey                          Fred A. Hickey
38344 30th St East                    201 Nevada Street                       Coleman Frost LLP
Palmdale, CA 93550-4935               El Segundo, CA 90245-4211               201 Nevada Street
                                                                              El Segundo, CA 90245-4211


Fred A. Hickey                        Gabriela Eddy                           Gary Tachobanian
c/o Coleman Frost LLP                 Ellis Paul Robin Attorney               2950 Los Feliz Blvd #201
201 Nevada Street                     1541 Ocean Avenue Second Floor          Los Angeles CA 90039-1501
El Segundo, CA 90245-4211             Santa Monica CA 90401-2100


Gene Charles Roland M.D.              George Georgiou                         Gerry Holland
3200 Fourth Ave #100                  579 Bridgeway                           8600 International Ave #153
San Diego CA 92103-5716               Sausalito CA 94965-2248                 Canoga Park CA 91304-7506


Ghizala Zaidi                         Gilbert Gomez, D.C.                     Gilbert Tanap
18 Hughes                             2350 W 3rd St., 2nd Fl                  c/o Michael D. Waks
Irvine CA 92618-1901                  Los Angeles, CA 90057-1930              300 E. San Antonio Dr.
                                                                              Long Beach, CA 90807-2002


Graham Chiropractic                   Gregory Stuck                           Guillermo Nava
Dr Chester Graham                     3831 58th Street                        11731 Banner DR
3900 Pelandale #125                   Sacramento CA 95820-2444                Garden Grove CA 92843-2706
Modesto CA 95356-9101


H. Ronald Fisk M.D                    Hamden Injury Rehab Center              Harry Spearman
8631 W 3rd St #620E                   1700 Dixwell Ave                        Steven C Glickman
Los Angeles CA 90048-5934             Hamden CT 06514-3147                    9460 Wilshire Blvd Suite 330
                                                                              Beverly Hills CA 90212-2721


Humberto Alatorre                     ISSAC RYLIE CASAS                       Insurance COMPANY OF THE West
426 E 29th St                         PATRICIA CASAS FOR ISSAC RYLIE CASAS    Daniel B McCarthy, EAQ
Los Angeles CA 90011-1935             847 CITRON LANE                         15025 Innovation Dr
                                      SANTA PAULA CA 93060-9157               San Diego CA 92128-3455
```

| | | |
|---|---|---|
| International Orthopedic Center<br>For Joint Disorders<br>PO BOX 49919<br>Los Angeles CA 90049-0919 | Interventional Spine & Pain Management<br>274 N Main St<br>Logan UT 84321-3915 | Ioana Aronovici<br>421 S Fann Street<br>Anaheim, CA 92804-2619 |
| Irma D Charles<br>2538 1/2 E 126th St<br>Compton CA 90222-1510 | Jack Smith<br>889 El Paisano Dr<br>Fallbrook CA 92028-1139 | Jasmine Satterwhite<br>44045 15th St W Apt 7<br>Lancaster CA 93534-4020 |
| Javier Castellanos<br>1875 Cedar Ave #7<br>Long Beach CA 90806-6135 | Jeanette Huerto<br>7821 Clearfield Ave<br>Panorama City CA 91402-6509 | Jesus Gerardo<br>1245 P&F Alvarado Dr<br>Calexico CA 92231-3981 |
| John Finton<br>LAW OFFICES OF MOSES S. BARDAVID<br>16177 Ventura Boulevard, #700<br>Encino, CA 91436 | John Habashy<br>Lexicon Law Group<br>633 W 5th Street, 28th Floor<br>Los Angeles, CA 90071-2005 | John Zimmerman<br>Zimmerman Chiropractor & Acupuncture<br>566 North Diamond Bar Blvd<br>Diamond Bar CA 91765-1007 |
| Jose Arturo Fonseca<br>448 E 6th St #2<br>Pomona CA 91766-3406 | Jose Madrigal<br>Plutarco Elias Calles # 178<br>Lazaro Cardenas, 58570<br>Panindicuaro, Michoocan | Joseph M. Barrett<br>c/o Affeld Grivakes LLP<br>2049 Century Park East, Ste. 2460<br>Los Angeles, CA 90067-3126 |
| Josephine Nguyen<br>Bridgford, Gleason & Artinian<br>26 Corporate Plaza Ste 250<br>Newport Beach CA 92660-7993 | Judith Johnson<br>3122-B Via Serena North<br>Laguna Woods, CA 92637-1999 | Justin Peoples<br>3131 W Euclid Ave<br>Stockton, CA 95204-1334 |
| Kaila Gibson<br>360 E. 1st Street #281<br>Tustin, CA 92780-3211 | Kamryn Whitney Court Reporting<br>2151 Michelson Dr #282<br>Irvine CA 92612-1374 | Karen Tapper<br>1249 18th Ave #205<br>S. F. CA 94122-1867 |
| Karl H Harer D.C.<br>4517 Market St #1<br>Ventura, CA 93003-7841 | Karl R Harer D.C.<br>4517 Market St #1<br>Ventura, CA 93003-7841 | Karoline St. George<br>MKP Law Group<br>468 N. Camden Dr., Ste. 200<br>Beverly Hills, CA 90210-4507 |
| Kathy Townsend Court Reporters<br>110 12th Street NW<br>Albuquerque NM 87102-2801 | Kendra Rabb Jones<br>12175 Brianwood Dr.<br>Riverside CA 92503-6751 | Kenneth Shiozaki and Melissa Shiozaki<br>3137 West 180th Place<br>Torrance CA 90504-4017 |
| Kenny E Palacios<br>3313 W 133rd Street<br>Hawthorne CA 90250-6305 | Kent Law, PLC<br>7540 S. Willow Drive<br>Tempe, AZ 85283-5004 | Keyauna McFarland<br>12007 N Lamar Blvd Apt 1325<br>Austin TX 78753-1722 |

Kristofer Jordan Henry
13562 Quail Run Rd
Eastvale CA 92880-9057

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO Box 54110
LOS ANGELES CA 90054-0110

La Tasha Louise Fudge
9900 S Van Ness Ave
Los Angeles, CA 90047-4038


Larena M Lundy
293 Woodland Dr
Wofford Heights CA 93285-9621

Laura Rasheed
33114-1st PL SW #902
Federal NY WA 98023-6222

Layton Chiropractic Clinic
1025 N Main Street
Layton UT 84041-4857


Lionel Terry Jr
20 Midway Street
Buffalo NY 14215-2228

Lonnie Isadore Young/J-85354
401/5 low
PO Box 3535
Norco, CA 92860-0999

Lucy Vergara
15607 E Avenue Q1
Palmdale CA 93591-2912


Luis Amescua Ramirez
9301 Mate Ave Apt 6
LA CA 90002

Lydia Lopez
7332 Tujunga Ave Apt 8
North Hollywood CA 91605-3965

MEA Forensic Engineers & Scientists
23281 Vista Grande Dr
Laguna Hills CA 92653-1408


MKP Law Group
468 N. Camden Drive, Ste. 200
Beverly Hills, CA 90210-4507

Maha Yasin
11834 Doty Ave
Hawthorne CA 90250-3239

Mahmoud Osman
2210 Santa Clara Ave
Alameda CA 94501-4417


Maria A Rios
520 W Cressey St
Compton, CA 90222-3527

Maria Castaneda
4817 Oak St
Pico Rivera CA 90660-2249

Maria Hernandez
15027 Christopher St
Adelanto CA 92301-6159


Maria Sabordo
7821 Clearfield Ave
Panorama City CA 91402-6509

Maria Teresa Rivas de Ramirez
9301 Mate Ave Apt 6
LA CA 90002

Mario Lara
1110 Lilan Way #1
Los Angeles CA 90038-1657


Mario Lara
5407 Sierra Vista #301
Los Angeles, CA 90038-4221

Marlene Beatty
21018 Gresham St #209
Canoga Park CA 91304-1793

Mary L Spearman
Steven C Glickman
9460 Wilshire Blvd Suite 330
Beverly Hills CA 90212-2721


Mary Torres
1617 Greenville Dr
West Covina CA 91791-3526

Master Software NA
11B 139 Drake St
Vancouver,BC v6Z2t8

Maureen Wan-Chu
1004-C S. 4th St
Alhambra, CA 91801-4780


Maurizio Bertoldi
2014 W. West Wind
Santa Ana, CA 92704-7146

Melisa Hayes
7009 E Acoma Dr #2092
Scottsdale AZ 85254-2738

MetaJure Inc
2701 1 St Ave Ste 320
Seattle WA 98121-1123

Method Technologies, Inc.
10805 Holder Street, Suite 100
Cypress, CA 90630-5145

Michael C Kennedy DC PC
3002 N 7th Ave
Phoenix Arizona 85013-4105

Michael D. Waks
300 E. San Antonio Dr.
Long Beach, CA 90807-2002


Michael Haiby
19425 Soledad Cyn Rd Ste 252
Santa Clarita CA 91351-2632

Mitchell Tyler Middleton
4628 Pepperwood Ave
Long Beach CA 90808-1071

Montclair Open MRI
PO Box 351358
Los Angeles CA 90035-9758


Moses Bardavid
16133 Ventura Blvd. #700
Encino, CA 91436-2406

Mulvey Cornell & Mulvey PA
378 Islingon Street
Portsmouth NM 03801-4206

Mumini Wahab
1115 Virginia Ln Apt 34
Concord CA 94520-4130


Myriam Parra
7607 Manzanar Ave
Pico Rivera CA 90660-4430

NAKITA RAY SMITH
306 CAROLINA AVE
TARBORO NC 27886-4904

NDS
PO BOX 61002
Anaheim, CA 92803-6102


National Record Retrieval , LLC
c/o Rubin & Levin P.C
135 N Pennsylvania ST Ste 1400
Indianapolis IN 46204-2489

Nationwide Legal, LLC
c/o Allen Hyman, Esq.
10737 Riverside Drive
North Hollywood, CA 91602-2324

Nayazi Reyes
1549 W San Bernadino Rd
Apt S
West Covina, CA 91790-1035


Nazarian Plastic Surgery
120 S Spalding Dr Suite 315
Beverly Hills CA 90212-1836

Network Court Reporting & Video
940 South Ave W Ste 2C
Westfield NJ 07090-1490

Nga Phung, entity
Huong Phung
412 N Valley St #3
Anaheim CA 92801-5761


Norma Jean Wilson Thomas
113 East Rosecrans Ave
Compton CA 90222-4118

Nuance Document Imaging, Inc.
c/o Tiffany S. Cobb; Vorys, Sater,
Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215-3108

Ocala Spine & Injury
1541 SE 17th St
Ocala FL 34471-4607


Octavio Abraham VELAZQUEZ
1268 E MCFADDEN AVE 3B
SANTA ANA CA 92705-4168

Olson Hagel & Fishburn LLP
555 Capito Mall Suite 400
Sacramento CA 95814-4503

Orbie Troy Davis
321 N Mall Dr Ste H-102
St George UT 84790-7341


PATRICIA CASAS
847 CITRON LANE
SANTA PAULA CA 93060-9157

Parehjan & Vartzar Chiro, Inc.
3450 Wilshire Blvd., Ste. 316
Los Angeles, CA 90010-2259

Parehjan Vartzar & Khosrovian Chiropractic,
4511 Whittier Blvd.
Los Angeles, CA 90022-2407


Penny Injury Chiropractic
9140 W. Thomas Rd., Ste. B-105
Phoenix, AZ 85037-3378

Personal Court Reporters
14520 Sylvan St
Van Nuys CA 91411-2324

Phillip E. Scott
32302 Alipaz #245
San Juan Capistrano, CA 92675-4162

Pitney Bowes Global Financial Services LLC
Pitney Bowes Inc
27 Waterview Dr 3rd Fl
Shelton CT 06484-4361

Premier Medicare Set-Aside Specialists LLC
2328 Southgate Hills Dve
St George UT 84770-8738

Price Chiropractic Inc
471 Ainsley Ave
Yuba City CA 95991-4105

Rachel Martinez
5339 Mitchell Ave
Riverside CA 92505-1344

Raines Feldman LLP
Attn: Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-4200

Ramiro Hurtado
2440 N Ditman Ave
Los Angeles CA 90032-3220

Ramona Trejo Ortega
1013 Spence St
LA CA 90023-2313

Randi Mona Paz
750 Silver Avenue
San Francisco CA 94134-1060

Raskey Chiropractic, Jerry Raskey
Law Office of Melissa Raskey
PO Box 5316
Hemet CA 92544-0316

Raymundo Landeros
9603 Rieshel St
Pico Rivera CA 90660-3307

Reasoning Inc
1341 Gilbert Road
Meadowbrook PA 19046-1815

Richard D. Keys
Bidna & Keys, APLC
5120 Campus Drive
Newport Beach, CA 92660-2101

Rita Mims
2118 W 83rd Street
Los Angeles CA 90047-2936

Robert Vartzar Chiropractic, Corp.
17547 Chatsworth St., #1/2
Granada Hills, CA 91344-5720

Roberta Jacobs
1041 N La Jolla Ave
West Hollywood CA 90046-5910

Rodney Pimentel
c/o McMurray Henriks LLP
Attn: Yana Henriks
5670 Wilshire Blvd., Ste 1450
Los Angeles, CA 90036-5610

SOLEMON HAKIMI, MD
1140 S. ROBERTSON BLVD #3
LOS ANGELES, CA 90035-1404

STEPHEN H BARKOW MD INC
26902 OSO PARKWAY #120
MISSION VIEJO CA 92691-5801

Sandra Castellanos
15970 Ute Rd
Apple Valley CA 92307-3133

Shepherd and Associates P.C
Attorney Kevin Shepherd
200 E Broadway Ave Ste 410
Maryville TN 37804-5754

Sherrye D Baker
6853 Potomac St #29
San Diego CA 92139-1118

Shin MRI
266 S Harvard Ave #180
Los Angeles CA 90004-4374

Shred-It USA LLC
7734 S 133rd Street
Omaha NE 68138-3499

Slav Kasreliovich
c/o Barness & Barness
11377 W Olympic Blvd
Los Angeles, CA 90064-1625

Spence Chiropractic Center
8555 Station Village Lane Ste B
San Diego CA 92108-6567

Spine California Comprehensive Injury
1904 Harbor Blvd #427
Costa Mesa CA 92627-2669

Spine Care & Orthopedic Physicians
8610 S Sepulveda Boulevard Suite 109
Los Angeles CA 90045-4009

Sprint Corp Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Steuber Corporation
20425 S Susana Rd
Long Beach CA 90810-1136

Steven Biegel, PC
155 Valencia St
SF CA 94103-1117

| | | |
|---|---|---|
| Summit County Treasurer<br>PO Box 128<br>Coalville UT 84017-0128 | Susana Lopez<br>1273 N Quincy Ave<br>Ogden Utah 84404-3376 | Tabatha Eddy<br>Ellis Paul Robin Attorney<br>1541 Ocean Avenue Second Floor<br>Santa Monica CA 90401-2100 |
| Tahee A Rasheed<br>1419 Striped Bass St #F<br>San Francisco CA 94130-1623 | Tesa Renee Scott Henry<br>13562 Quail Run Road<br>Eastvale CA 92880-9057 | The Sullivan Group of Court Reporters<br>4802 E 2nd St Ste 3<br>Long Beach CA 90803-5312 |
| Thelma Ceballos<br>626 1/2 S Woods Ave<br>Los Angeles CA 90022-3268 | Thomas Resendez D.C.<br>2930 Coronado Ave Ste B<br>San Diego CA 92154-2188 | Thomson Reuters<br>Thomson Reuters-Legal<br>610 Opperman Drive<br>Eagan MN 55123-1340 |
| Timothy S Blevins<br>6360 Dulcet Pl<br>Riverside CA 92506-5105 | Toll Creek LC<br>Debbie Sanich<br>13979 Sage Hollow Dr<br>Draper UT 84020-5621 | Toll Creek Owners Association Inc<br>c/o Jacob Watterson<br>130 South Main Ste 200<br>PO Box 525<br>Logan UT 84323-0525 |
| Top Healthcare Consulting Center<br>300 W 6th St #206<br>Los Angeles CA 90014 | Topmark Floor & Design<br>1490 Munchkin Rd #105B<br>Park City UT 84060-5179 | Transportation Corridor Agencies<br>125 Pacifica Ste 100<br>Irvine CA 92618-3324 |
| Triumshire International, L.P.<br>E-Land Company, Tenants in Common<br>8 Corporate Park Ste: 300<br>Irvine, CA 92606-5196 | Twins Chiropractic & Physical Medicine<br>600 S Placentia Ave Ste 600<br>Placentia CA 92870-6300 | US Claims Opco LLC<br>6125 S. Congress Avenue, Suite 200<br>Delray Beach, FL 33445 |
| USA Express Legal & Investigative Services I<br>USA Express<br>21031 Ventura Blvd Ste 920<br>Woodland Hills CA 91364-6516 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Universal Imaging Center<br>616 E Alvarado St Ste E<br>Fallbrook CA 92028-2350 |
| Veritext Corp<br>290 West Mt. Pleasant Ave. Suite 2260<br>Livingston NJ 07039-2765 | Vernora Shack<br>917 Springfield #A<br>Upland CA 91786-3024 | Veronica Maravilla<br>1272 E 83rd St<br>Los Angeles CA 90001-3316 |
| Wellgen Standard, LLC, Successor-in-Interest<br>50 Ridgewood Road<br>Chagrin Falls, OH 44022-2932 | Wells Fargo Bank, National Association<br>c/o Jennifer Witherell Crastz<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2829 | Westpoint Physical Therapy Center Inc<br>1115 W Ave M14<br>Palmdale CA 93551-1407 |
| Whittier Spine Center<br>PO Box 1108<br>Hutto TX 78634-1108 | Yale E Booska<br>17439 SE 82nd Pecan Terrace<br>The Villages FL 32162-2878 | Yanet Perez<br>2711 Ballard St<br>Los Angeles CA 90032-2717 |

```
Yolanda Lachi Ignacio              Yolanda Lachi Ignacio              Yvonne De La Paz
c/o Cher J. Vasquez                c/o Oliver J Vasquez, Esq          31111 Via Sonora
1055 West 7th Street, Suite 2800   1055 West 7th Street, Suite 2800   San Juan Capistrano CA 92675-2839
Los Angeles, CA 90017-2554         Los Angeles, CA 90017-2554


Zelandia Fero                      John Finton                        Richard Pachulski (TR)
PO Box 2483                        c/o LAW OFFICES OF MOSES S. BARDAVID   10100 Santa Monica Blvd., 13th Floor
Pasadena CA 91102-2483             16133 Ventura Boulevard            Los Angeles, CA 90067-4003
                                   7th Floor
                                   Encino, CA 91436-2403
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Health Care Services
POB 997413
MS 0010
Sacramento, CA 95899
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Advocate Capital, Inc.          (u)Courtesy NEF                    (u)Evanston Insurance Company


(u)Interested Party                (u)Premium Assignment Corporation II   (u)SSA Terminals, LLC and California Multimod


(d)Bay City Surgery Center, Inc.   (u)Esquire Bank National Association and Esqu   (d)Esquire Financial Holdings, Inc.
2557-A Pacific Coast Highway                                          Kimberly D. Howatt
Torrance, CA 90505-7035                                               Gordon & Rees
                                                                      101 West Broadway, Suite 2000
                                                                      San Diego, CA 92101-8221

(u)Maricruz Fernandez Vega         (u)Maximum Legal (California), LLP   (d)Slav Kasreliovich
Conception Vargas, Area de Reyon                                      c/o Barness & Barness LLP
Municipo de Zamora                                                    11377 W Olympic Blvd
                                                                      Los Angeles CA 90064-1683


(d)South Bay Pain Docs             (d)The Dominguez Firm              (u)Aaron Lavine
2557-B Pacific Coast Highway       3250 Wilshire Blvd #2200
Torrance, CA 90505-7035            Los Angeles, CA 90010-1612
```

(u)Daniel Tontini

(u)Joseph Martin Barrett

(d)Maria A Rios
520 W Cressey St
Compton, CA 90222-3527

(d)Mario Lara
5407 Sierra Vista #301
Los Angeles, CA 90038-4221

(d)Nayazi Reyes
1549 W San Bernadino Rd
Apt S
West Covina, CA 91790-1035

(u)Roberta Jacobs

(u)Stella Havkin

(u)Tina Talarchyk

End of Label Matrix
Mailable recipients   275
Bypassed recipients    23
Total                 298