WEILAND GOLDEN GOODRICH LLP
Jeffrey I. Golden (133040)
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626
714-966-1000
jgolden@lwgfllp.com

BRADLEY ARANT BOULT CUMMINGS LLP
Roger G. Jones (admitted *pro hac vice*)
1600 Division Street
Suite 700
Nashville TN  37219
615-252-2323
rjones@Bradley.com

Attorneys for Wellgen Standard, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>    Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**DECLARATION OF ROGER G. JONES IN SUPPORT OF OBJECTION TO TRUSTEE'S MOTION TO SURCHARGE CREDITOR'S COLLATERAL** |

I, Roger G. Jones, hereby declare:

1.  I, Roger G. Jones, am over the age of 18, make this declaration based on my own personal knowledge and am competent to testify to the matters contained herein if called upon to do so.

1

2. I am an attorney at Bradley Arant Boult Cummings, LLP. I have acted as counsel to Advocate Capital, Inc. ("Advocate"), and its successor-in-interest, Wellgen Standard, LLC ("Wellgen") in this case.

3. Following the appointment of Mr. Richard M. Pachulski (the "Trustee") as the Chapter 11 Trustee in this case, the Trustee's counsel, Malhar S. Pagay and Debra Grassgreen, repeatedly contacted me asking that Advocate consent to payment of the Trustee's fees and expenses from Advocate's collateral. Each time, I responded that Advocate could not agree to a blank check and asked the Trustee's counsel to submit a proposed budget of the expenses to be incurred and a description of the work to be performed. Each time, the Trustee's counsel agreed to provide a budget, but never did so.

4. Neither Advocate nor Wellgen ever consented to payment of the Trustee's fees and expenses from their collateral because the Trustee failed or refused to provide a proposed budget.

I declare to the best of my knowledge under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the 26th day of March, 2018.

_____
Roger G. Jones

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF ROGER G. JONES IN SUPPORT OF OBJECTION TO TRUSTEE'S MOTION TO SURCHARGE CREDITOR'S COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **March 26, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 26, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 26, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 26, 2018 | Kelly Adele | */s/ Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**VIA U.S. MAIL**
Layfield & Barrett, APC
Fka Layfield & Wallace, APC
Fka The Layfield Law Firm, APC
Attn: Philip Layfield, Officer of Record
2720 Homestead Rd., Suite 210
Park City, UT 84098

Layfield & Barrett, APC
Fka Layfield & Wallace, APC
Fka The Layfield Law Firm, APC
Attn: Any Officer Other Than Philip Layfield
2720 Homestead Rd., Ste. 210
Park City, UT 84098

Patricia Salcedo
The Dominguez Firm
3250 Wilshire Blvd #2200
Los Angeles, CA 90010

Diana B. Sherman
Law Offices of Diane B. Sherman
1801 Century Park East, Ste 1200
Los Angeles, CA 90067

Timothy M. Smith, Esq.
Trachtman & Trachtman, LLP
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653

**Electronic Mail Notice List**
Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
Moises S Bardavid    mbardavid@hotmail.com
Daniel I Barness    daniel@barnesslaw.com
James W Bates    jbates@jbateslaw.com
Martin J Brill    mjb@lnbrb.com
Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Jennifer Witherell Crastz    jcrastz@hemar-rousso.com, DBrotman@hrhlaw.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cyoshonis@lwgfllp.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com
James KT Hunter    jhunter@pszjlaw.com
Steven J Kahn    skahn@pszyjw.com
Joseph M Kar    jkar@mindspring.com
Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
Dare Law    dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
David W. Meadows    david@davidwmeadowslaw.com
Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
Joel A Osman    osman@parkermillsllp.com, sanders@parkermillsllp.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Brian A Paino    bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com
Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
Michael F Perlis    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
Damion Robinson    dr@agzlaw.com

Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
Daniel A Solitro     dsolitro@lockelord.com, ataylor2@lockelord.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Alan J Watson     alan.watson@hklaw.com, rosanna.perez@hklaw.com