Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  dgrassgreen@pszjlaw.com
          mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

FILED & ENTERED

APR 05 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>      Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT WITH THE DOMINGUEZ FIRM, INC., WITH RESPECT TO THE MATTER OF ROSE PINEDA, ET AL. V. COUNTY OF RIVERSIDE, ET AL.**<br><br>Date:  March 20, 2018<br>Time:  2:00 p.m.<br>Place:  United States Bankruptcy Court<br>     Edward R. Roybal Federal Building<br>     255 E. Temple Street, Crtrm. 1545<br>     Los Angeles, California 90012<br>Judge:  Honorable Neil W. Bason |

   The Court, having considered the *Motion for Order Approving Settlement with The Dominguez Firm, Inc., with Respect to the Matter of Rose Pineda, et al. v. County of Riverside, et al.* [Docket No. 240] (the "Motion"),[1] filed by Richard M. Pachulski, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Layfield & Barrett, APC, pursuant to which the Trustee sought entry of an order to approve a settlement (the "Settlement") resolving the fee and cost claims as between The Dominguez Firm, Inc. ("TDF", and together with the Trustee, the "Parties") and the Trustee arising from litigation pending in the Superior Court of the

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

State of California for the County of Riverside entitled *Rose Pineda, et al. v. County of Riverside, et al.*, Case No. RIC1507590 (the "<u>Pineda Proceeding</u>"); and having determined that no appearances were required at the hearing regarding the Motion scheduled for March 20, 2018, at 2:00 p.m.; and good cause appearing therefor; it is HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

    2.    The Settlement is approved as set forth in the Motion as follows:

        a.    Instead of being divided equally as set forth in the Association Agreements, the estimated aggregate attorney fee amount of $1,073,875.00 shall be split between TDF and the Trustee as follows:

            TDF:        $590,631.25 (55%)

            Trustee:    $483,243.75 (45%)

        b.    The bankruptcy estate shall recover $47,708.85 of the $171,395.68 in expenses associated with the Pineda Proceeding set forth in the Debtor's records obtained by the Trustee.

        c.    TDF shall address all proceedings and take all reasonable actions necessary to finalize, obtain all requisite approvals of and consummate the settlement of the Pineda Proceeding, in order to effectuate payment to the Trustee of all amounts due to the bankruptcy estate under the Settlement

    3.    The Parties are authorized to take any and all actions reasonably necessary to effectuate the Settlement.

*//*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Date: April 5, 2018

Neil W. Bason
United States Bankruptcy Judge

DOCS_SF:96380.1 51414/001