Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee



FILED & ENTERED

APR 11 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　　　　　Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR APPROVAL AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 22, 2017, THROUGH DECEMBER 31, 2017**<br><br>[Relates to Docket No. 258]<br><br>Hearing<br>Date:　April 10, 2018<br>Time:　1:00 p.m.<br>Place:　Courtroom 1545<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA<br>Judge:　Hon. Neil W. Bason |

　　　　The Court has considered the *First Interim Application of Pachulski Stang Ziehl & Jones LLP for Approval and Payment of Compensation and Reimbursement of Expenses for the Period of August 22, 2017, through December 31, 2017* (the "Application") [Docket No. 258], filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel to Richard M. Pachulski, the chapter 11 trustee for the bankruptcy estate of Layfield & Barrett, APC. Based on the Application, the Declarations of Richard M. Pachulski and Malhar S. Pagay and any other evidence annexed

DOCS_LA:313476.1 51414/001

thereto, and the entire record in the above-captioned chapter 11 case, and having determined that notice of the Application, and the hearing thereon, was adequate, appropriate, and properly served under the circumstances and that no further notice need be given, and no opposition or other response to the Application having been filed; and having determined that the professional services rendered by the Firm were necessary and beneficial to the administration of the estate, and the fees for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are fair and reasonable and are for actual and necessary services rendered and costs incurred; and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Application is approved on an interim basis in the allowed amounts of $628,717.50 in fees and $33,264.87 in expenses, for an aggregate of $661,982.37.

2. The Trustee is authorized to pay PSZJ up to and including the aggregate amount of $661,982.37 as and when funds are available in the estate to satisfy such amounts, or as otherwise ordered by the Court.

### ###

Date: April 11, 2018

Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:313476.1 51414/001

2