Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

**FILED & ENTERED**

**APR 19 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY francis     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT    **CHANGES MADE BY COURT**

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

LAYFIELD & BARRETT, APC,

              Debtor.

Case No. 2:17-bk-19548-NB

Chapter 11

**ORDER APPROVING STIPULATION RE: TRUSTEE'S MOTION FOR ORDER APPROVING SURCHARGE OF SECURED CREDITOR'S COLLATERAL**

**[Relates to Docket Nos. 239, 263, 271, 281]**

Date:    April 17, 2018
Time:    2:00 p.m.
Place:   United States Bankruptcy Court
         Edward R. Roybal Federal Building
         255 E. Temple Street, Ctrm. 1545
         Los Angeles, California 90012
Judge:   Hon. Neil W. Bason

DOCS_LA:313646.1 51414/001

The Court having considered the *Stipulation re: Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 281] (the "Stipulation") regarding the disposition of the *Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 239] (the "Surcharge Motion"), and good cause appearing therefor

~~**IT IS HEREBY ORDERED** that the Stipulation is approved; and~~

~~**IT IS FURTHER ORDERED** that the Surcharge Motion is granted on the terms set forth in the Stipulation.~~

IT IS HEREBY ORDERED that this Court will hold a hearing on whether to approve the Stipulation on May 1, 2018 at 2:00 p.m. at the location listed in the caption.

IT IS HEREBY FURTHER ORDERED that this Court's tentative rulings are (a) that the Stipulation amounts to a compromise that requires approval under Rule 9019 (Fed. R. Bankr. P.); (b) that an expedited schedule is appropriate under Rule 9006(c) (Fed. R. Bankr. P.) in view of (i) the fluid and dynamic nature of the debtor's assets that are the subject of the Stipulation – mostly attorney fees that may be recoverable in various lawsuits – and (ii) the need for both the Trustee and Wellgen to obtain clarification as to how proceeds of those lawsuits will be allocated before they invest substantial further resources to preserve those assets; and (c) that in view of the foregoing the Trustee and/or Wellgen may elect to file a motion to approve the Stipulation under Rule 9019 and, if such motion is filed and served no later than April 23, 2018 then that motion will be heard at the above-referenced date and time, with a deadline of April 30, 2018 at noon for any opposition to be filed and served, and any reply permitted orally at the hearing.

# # #

Date: April 19, 2018

Neil W. Bason
United States Bankruptcy Judge