Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
        mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　　　　　　Debtor | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**NOTICE OF FILING OF MOTION FOR ORDER APPROVING STIPULATION RE: TRUSTEE'S MOTION FOR ORDER APPROVING SURCHARGE OF SECURED CREDITOR'S COLLATERAL**<br><br>[Relates to Docket No. 289]<br><br>**Hearing:**<br>Date:　　May 1, 2018<br>Time:　　2:00 p.m.<br>Place:　　United States Bankruptcy Court<br>　　　　　Edward R. Roybal Federal Building<br>　　　　　255 E. Temple Street<br>　　　　　Courtroom 1545<br>　　　　　Los Angeles, California<br>Judge:　　Honorable Neil W. Bason |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE;**

**WELLGEN STANDARD, LLC; THE DEBTOR; THE OFFICE OF THE UNITED STATES**

**TRUSTEE; PARTIES REQUESTING SPECIAL NOTICE; AND ALL PARTIES WHO**

**HAVE FILED PROOFS OF CLAIM OR INTEREST IN THIS CASE:**

DOCS_LA:313826.1 51414/001

**PLEASE TAKE NOTICE** that Richard M. Pachulski, in his capacity as Chapter 11 Trustee (the "Trustee") of Layfield & Barrett, APC, has filed concurrently herewith a *Motion for Order Approving Stipulation Re: Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 289] (the "Motion"), pursuant to Federal Rule of Bankruptcy Procedure 9019(a) ("Rule 9019"), to approve the stipulation [Docket No. 281] (the "Stipulation")[1] between the Trustee and Wellgen Standard, LLC ("Wellgen"), resolving the disputes outlined in the *Motion for Order Approving Surcharge of Secured Creditor's Collateral* (the "Surcharge Motion") [Docket No. 239], the *Objection to Trustee's Motion to Surcharge Creditor's Collateral* [Docket No. 263], filed by Wellgen (the "Wellgen Surcharge Opposition") and the *Trustee's Response to Wellgen Standard's Objection to Trustee's Motion to Surcharge Creditor's Collateral* [Docket No. 271] (the "Surcharge Reply"). The Motion, and the setting of the expedited hearing thereon, is made pursuant to the *Order Approving Stipulation Re: Trustee's Motion for Order Approving Surcharge of Secured Collateral* [Docket No. 284] (the "Surcharge Tentative").

**PLEASE TAKE FURTHER NOTICE** that a hearing regarding the Motion will be conducted on **May 1, 2018, at 2:00 p.m. (Pacific Time)**, or as soon thereafter as counsel may be heard before the Honorable Neil W. Bason, United States Bankruptcy Judge, in Courtroom 1545, 255 East Temple Street, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of Motion, the Surcharge Motion, the Wellgen Surcharge Opposition, the Surcharge Reply, the Surcharge Tentative, Federal Rule of Bankruptcy Procedure 9019(a), Local Bankruptcy Rule 9013-1, the Memorandum of Points and Authorities and Declaration of Richard M. Pachulski filed in support of the Motion, and all pleadings, documents and records on file with this Court, as well as any other documentary evidence as may be presented to this Court. If you wish to obtain a copy of the Motion, please contact Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067; Telephone: 310-277-6910; Email: bdassa@pszjlaw.com.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

DOCS_LA:313826.1 51414/001

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Surcharge Tentative, if you wish to oppose the Motion, you must file a written response with the Court and serve a copy of it so it is received by the undersigned counsel no later than **April 30, 2018,** at **12:00 p.m. (Pacific Time)**. Replies to oppositions filed may be made orally at the hearing. The failure to properly file and serve an opposition may be deemed consent to the relief requested in the Motion or a waiver of any right to oppose the Motion.

DATED: April 23, 2018                    PACHULSKI STANG ZIEHL & JONES LLP


                                         By: /s/ *Malhar S. Pagay*
                                              Malhar S. Pagay

                                              Attorneys for Richard M. Pachulski,
                                              Chapter 11 Trustee

3

DOCS_LA:313826.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF MOTION FOR ORDER APPROVING STIPULATION RE: TRUSTEE'S MOTION FOR ORDER APPROVING SURCHARGE OF SECURED CREDITOR'S COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 23, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn: Philip Layfield, Officer of Record**<br>2720 Homestead Rd., Suite 210<br>Park City, UT 84098 | Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn: Any Officer Other Than Philip Layfield**<br>2720 Homestead Rd., Ste. 210<br>Park City, UT 84098 | Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn: Philip Layfield, Officer of Record**<br>Register No. 71408-050<br>MDC Los Angeles<br>Metropolitan Detention Center<br>P.O. Box 1500<br>Los Angeles, CA 90053 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 23, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2018 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:308358.5 51414/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:17-bk-19548-NB**

- *Jason Balitzer*   jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- *Moises S Bardavid*   mbardavid@hotmail.com
- *Daniel I Barness*   daniel@barnesslaw.com
- *James W Bates*   jbates@jbateslaw.com
- *Martin J Brill*   mjb@lnbrb.com
- *Baruch C Cohen*   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- *Jennifer Witherell Crastz*   jcrastz@hemar-rousso.com, DBrotman@hrhlaw.com
- *Beth Gaschen*   bgaschen@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com;cyoshonis@lwgfllp.com
- *Jeffrey I Golden*   jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- *James KT Hunter*   jhunter@pszjlaw.com
- *Steven J Kahn*   skahn@pszyjw.com
- *Joseph M Kar*   jkar@mindspring.com
- *Richard W Labowe*   richardwlabowe@gmail.com, llhlaw1631@aol.com
- *Dare Law*   dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
- *David W. Meadows*   david@davidwmeadowslaw.com
- *Rana Nader*   rnader@naderlawgroup.com, monique@naderlawgroup.com
- *Joel A Osman*   osman@parkermillsllp.com, sanders@parkermillsllp.com
- *Malhar S Pagay*   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- *Brian A Paino*   bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com
- *Michael F Perlis*   mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- *Michael F Perlis*   , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- *Hamid R Rafatjoo*   hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- *Faye C Rasch*   frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- *Daniel H Reiss*   dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- *Damion Robinson*   dr@agzlaw.com
- *Lindsey L Smith*   lls@lnbyb.com, lls@ecf.inforuptcy.com
- *Daniel A Solitro*   dsolitro@lockelord.com, ataylor2@lockelord.com
- *United States Trustee (LA)*   ustpregion16.la.ecf@usdoj.gov
- *Alan J Watson*   alan.watson@hklaw.com, rosanna.perez@hklaw.com

2. **SERVED BY UNITED STATES MAIL**:

Patricia Salcedo
The Dominguez Firm
3250 Wilshire Blvd #2200
Los Angeles, CA 90010

Diana B Sherman
Law Offices of Diane B Sherman
1801 Century Park East Ste 1200
Los Angeles, CA 90067

<u>Attorneys for Wellgen Standard LLC</u>
Roger G Jones
Austin L. McMullen
Bradley Arant Boult Cummings LLP
1600 Division St Ste 700
Nashville, TN 37203

Philip James Layfield
Register No. 71408-050
MDC Los Angeles
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA  90053

***SEE ATTACHED SERVICE LIST***

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:308358.5 51414/002

```
Label Matrix for local noticing          Bay City Surgery Center, Inc           California Attorney Lending II, Inc.
0973-2                                    2557-A Pacific Coast Highway           c/o RICHARD W. LABOWE, A PRO. CORP.
Case 2:17-bk-19548-NB                     Torrance, CA 90505-7035                1631 W. Beverly Blvd.
Central District of California                                                   2nd Floor
Los Angeles                                                                      Los Angeles, CA 90026-5710
Mon Apr 23 16:59:03 PDT 2018

Employment Development Dept.              Franchise Tax Board                    Internal Revenue Service
Bankruptcy Group MIC 92E                  Bankruptcy Section MS: A-340           PO Box 7346
P.O. Box 826880                           P.O. Box 2952                          Philadelphia, PA 19101-7346
Sacramento, CA 94280-0001                 Sacramento, CA 95812-2952


L.A. County Tax Collector                 Layfield & Barrett, APC                Los Angeles City Clerk
Bankruptcy Unit                           2720 Homestead Rd Ste 210              P.O. Box 53200
P.O. Box 54110                            Park City, UT 84098-4887               Los Angeles, CA 90053-0200
Los Angeles, CA 90054-0110


Pachulski Stang Ziehl & Jones LLP         Raines Feldman LLP                     Securities & Exchange Commission
10100 Santa Monica Blvd., 13th Floor      Attn: Stephen Farkas                   444 South Flower St., Suite 900
Los Angeles, CA 90067-4003                1800 Avenue of the Stars               Los Angeles, CA 90071-2934
                                          12th Floor
                                          Los Angeles, CA 90067-4200

South Bay Pain Docs                       The Dominguez Firm                     Wells Fargo Bank, National Association
2557-B Pacific Coast Highway              3250 Wilshire Blvd #2200               c/o Hemar, Rousso & Heald, LLP
Torrance, CA 90505-7035                   Los Angeles, CA 90010-1612             15910 Ventura Blvd., 12th Floor
                                                                                 Encino, CA 91436-2802


Los Angeles Division                      6 Harbor Park Drive                    855 TrialLawyers.com KPO Ltd
255 East Temple Street,                   C/O Jeff Schwartz, COO                 382 NE 191st Street #42308
Los Angeles, CA 90012-3332                6 Harbor Park Dr                       Miami FL 33179-3899
                                          Port Washington, NY 11050-4647


AT&T Corp.                                Aaron Lavine Greg Stuck Ivan Massey    Access Multilingual Services Inc
%AT&T Services, Inc                       c/o Daniel I Barness                   11041 Santa Monica Blvd #813
Karen A Cavagnaro - Lead Paralegal        Barness & Barness LLP                  Los Angeles CA 90025-3523
One AT&T Way, Room 3A104                  11377 W Olympic Blvd
Bedminster, NJ 07921-2693                 Los Angeles CA 90064-1683

Actonia Inc                               Ada Zelaya                             Adam Kim
9701 W Higgins Rd #320                    3875 E Ashlan Ave                      MKP Law Group
Rosemont IL 60018-4774                    Fresno CA 93726-3623                   468 N. Camden Drive, Ste. 200
                                                                                 Beverly Hills, CA 90210-4507


Advanced Multispecialty Surgery Center    Affeld Grivakes LLP                    Alan Arnone
PO Box 491759                             2049 Century Park East, Ste. 2460      Mission Chiropractic
Los Angeles CA 90049-8759                 Los Angeles, CA 90067-3126             1280 Benton St
                                                                                 Santa Clara CA 95050-4805


All-Pro Medical Group Inc                 Alliance Legal Solutions ,LLC          Andy Oh
15827 Russell Street                      c/o Cheryl Kaufman                     930 N Long Beach Blvd 6
Whittier CA 90603-2531                    501 South Sharon Amity Road Ste 350    Compton CA 90221-2261
                                          Charlotte NC 28211-3099
```

| | | |
|---|---|---|
| Ann Brabant<br>503 Olympic Blvd<br>Santa Monica CA 90401-3311 | Antonia Torres<br>10023 Mallow Dr<br>Moreno Valley CA 92557-2828 | Applied Geokinetics<br>dba Geokinetics<br>77 Bunsen<br>Irvine, CA 92618-4218 |
| Art Hosmer<br>Gosdis Law Firm PLLC<br>5085 S State St<br>Murray UT 84107-4840 | Arthur Valdez<br>5330 Citronell Ave<br>Pico Rivera CA 90660-2706 | Atkinson-Baker, Inc.<br>500 N. Brand Blvd., Third Floor<br>Glendale, California 91203-1945 |
| Augspurger Komm Engineering Inc<br>3315 E Wier Ave<br>Phoenix AZ 85040-2859 | BG Nurse Consultants<br>1101 Fremont #103<br>South Pasadena CA 91030-5702 | Barbara Blatz<br>770 C Ave<br>Coronado CA 92118-2248 |
| Benjamin E. Hernandez<br>65 Washington St #184<br>Santa Clara, CA 95050-6138 | Benjamin Liang PC<br>Dr Benjamin Liang, PC<br>8631 W 3rd St #304E<br>LA CA 90048-5907 | Beringia Central LLC<br>633 W Fifth Street Suite 830<br>Los Angeles CA 90071-3540 |
| Bert Rosenquist<br>Godis Law Firm PLLC<br>5085 S State Street<br>Murray UT 84107-4840 | Bobbie M Duddey<br>301 Red Maple Pl<br>Perris CA 92570-2538 | Bradley S. Wallace<br>16000 Ventura Blvd., Ste. 440<br>Encino, CA 91436-4491 |
| Brandi Posey<br>2800 W 141 Pl #5<br>Gardena CA 90249-2737 | Brett l Slavicek P.C.<br>The Slavicek Law Firm<br>5500 N 24th St<br>Phoenix AZ 85016-3130 | Brian D. Chase<br>1301 Dove St. Suite 120<br>Newport Beach CA 92660-2491 |
| C&C Factoring Solutions<br>6060 W Manchester Avenue Suite 207<br>Los Angeles, CA 90045-4267 | Calendar Rules<br>Scott Davis<br>3000 F Danville Blvd #276<br>Alamo CA 94507-1572 | Carl Franklin Ellison-C.D.R.<br>Carl Ellison-Helen Lacy<br>PO Box 580041<br>Elk Grove CA 95758-0001 |
| Carlos Contreras<br>977 S Calzona St<br>Los Angeles CA 90023-2318 | Carlos Manuel Paz<br>750 Silver Avenue<br>San Francisco CA 94134-1060 | Carolyn Hacobian<br>Asbet A Issakhanian Esq<br>440 Western Ave Suite 205<br>Glendale CA 91201-3545 |
| Cathleen Couchois<br>3309 Virginia Ave<br>Santa Monica CA 90404-5034 | Cecilia A Moreno<br>5739 W Cedar Ave #138<br>Fresno CA 93710 | Checkr Inc<br>Jared Ricci<br>1 Montgomery St Ste 2000<br>San Francisco CA 94104-5520 |
| Chiropractic Fitness PLLC<br>8316 Pheville-Matthews Rd Ste #806<br>Charlotte NC 28226-4754 | Christina Hicklin<br>10353 McNerney Avenue<br>South Gate CA 90280-6709 | Christopher A Zahiri - A Medical Corp<br>PO Box 49455<br>Los Angeles CA 90049-0455 |

| | | |
|---|---|---|
| Christopher Tyler Webster<br>3493 Wrangler Way<br>Park City UT 84098-4811 | Christopher Vazquez<br>200 E Leatrice Lane #3<br>Anaheim CA 92802-4244 | City of Los Angeles, Office of Finance<br>Los Angeles City Attorney's Office<br>200 N Main Street Ste 920<br>Los Angeles CA 90012-4128 |
| Claudia Eskenazi<br>Ronald B Cohen<br>4109 Aleman Dr<br>Tarzana CA 91356-5403 | Constance Ratchford<br>604 West Narrison<br>Gastoria NC 28052 | Cosmeticare<br>1101 Bayside Dr #101<br>Corona Del Mar CA 92625-1754 |
| County of Orange<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515<br>Attn: Bankruptcy Unit | Coverall North America Inc<br>350 SW 12th Avenue<br>Deerfield Beach FL 33442-3106 | Craig H Edgecumbe<br>2780 Skypark Dr 325<br>Torrance CA 90505-5350 |
| Cynthia L Chabay, M.D.<br>11645 Wilshire Blvd Ste 1100<br>Los Angeles CA 90025-6807 | DEBRA L. SHEPPARD & ASSOCIATES,<br>A PROFESSIONAL LAW CORPORATION<br>21243 Ventura Boulevard, Suite 123<br>Woodland Hills, CA 91364-2163 | Daniel Setareh<br>Setareh Law APLC<br>8665 Wilshire Blvd #302<br>Beverly Hills CA 90211-2932 |
| Daniel Tontini<br>800 W. 6th Street, Suite 500<br>Los Angeles, CA 90017-2708 | Danielle Coprich<br>67325 Camino Silvaso<br>Desert Hot Springs CA 92240-7080 | David Iwamoto<br>21022 Anza Ave Apt 211<br>Torrance CA 90503-4250 |
| David W Martin<br>POB 3283<br>Rancho Cucamonga, CA 91729-3283 | Dennis Anderson<br>100 Chicory Court<br>Lincoln CA 95648-8164 | (p)DEPARTMENT OF HEALTH CARE SERVICES<br>OFFICE OF LEGAL SERVICES MS 0010<br>ATTN STEVEN A OLDHAM STAFF ATTORNEY<br>PO BOX 997413<br>SACRAMENTO CA 95899-7413 |
| Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Derriona Hall<br>2538 1/2 E 126th St<br>Compton CA 90222-1510 | Donna Dennis Terry Hanson<br>11249 E 35 Pl<br>Yuma AZ 85367-5686 |
| Dr Elias Rached<br>Moreno Group Center<br>Moreno Med Care & Chiropractic Clinic<br>23846 Sunnymead Bl Ste 4<br>Moreno Valley CA 92553-7737 | Dr. Brigitte Rozenberg Chiropractic Inc<br>12568 W Washington Blvd Ste 202<br>Culver City CA 90066-5521 | Ed and Penni Bailey<br>4492 S. Enclave Vista Ln.<br>Salt Lake City, UT 84124-5100 |
| Elisa Anita Diaz<br>1019 N Wilcox Ave #3<br>Los Angeles CA 90038-2619 | Elise Long<br>8460 Via Mallorca unit 237<br>La Jolla CA 92037-2646 | Elizabeth Garcia<br>745 W 3rd St Unit 209<br>Long Beach CA 90802-2731 |
| Elizardo Saenz<br>1678 Scott Ave Apt J2<br>El Centro CA 92243-1233 | Ellen Cavalli<br>PO Box 60832<br>Irvine CA 92602-6027 | Elva Cabral<br>946 N Eastman Ave<br>Los Angeles CA 90063-2112 |

| | | |
|---|---|---|
| Employers Preferred Insurance Co<br>10375 Professional Circle<br>Reno, NV 89521-4802 | Eric C Smith D.C<br>6431 Fairmount Street Suite 7<br>El Cerrito CA 94530-3624 | Ernesto Gamez<br>2930 Oarfish Lane<br>Oxnard CA 93035-1312 |
| Esquire Financial Holdings, Inc.<br>Kimberly D. Howatt<br>Gordon & Rees<br>101 West Broadway, Suite 2000<br>San Diego, CA 92101-8221 | F. David Rudnick, M.D. A Medical Corp<br>501 Santa Monica Bl #509<br>Santa Monica, CA 90401-2432 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Foodcraft Inc<br>14226 Ventura Blvd.<br>Sherman Oaks CA 91423-2715 | Francisco Correa<br>c/o Maria Correa<br>1623 Alber Hill St<br>Perris CA 92571-3766 | Francisco Noel Zavala<br>Law Offices of Zorik Mooradian<br>5023 North Parkway Calabasas<br>Calabasas, CA 91302-1421 |
| Frank Panoussi, D.C.<br>38344 30th St East<br>Palmdale, CA 93550-4935 | Fred A. Hickey<br>201 Nevada Street<br>El Segundo, CA 90245-4211 | Fred A. Hickey<br>Coleman Frost LLP<br>201 Nevada Street<br>El Segundo, CA 90245-4211 |
| Fred A. Hickey<br>c/o Coleman Frost LLP<br>201 Nevada Street<br>El Segundo, CA 90245-4211 | Gabriela Eddy<br>Ellis Paul Robin Attorney<br>1541 Ocean Avenue Second Floor<br>Santa Monica CA 90401-2100 | Gary Tachobanian<br>2950 Los Feliz Blvd #201<br>Los Angeles CA 90039-1501 |
| Gene Charles Roland M.D.<br>3200 Fourth Ave #100<br>San Diego CA 92103-5716 | George Georgiou<br>579 Bridgeway<br>Sausalito CA 94965-2248 | Gerry Holland<br>8600 International Ave #153<br>Canoga Park CA 91304-7506 |
| Ghizala Zaidi<br>18 Hughes<br>Irvine CA 92618-1901 | Gilbert Gomez, D.C.<br>2350 W 3rd St., 2nd Fl<br>Los Angeles, CA 90057-1930 | Gilbert Tanap<br>c/o Michael D. Waks<br>300 E. San Antonio Dr.<br>Long Beach, CA 90807-2002 |
| Graham Chiropractic<br>Dr Chester Graham<br>3900 Pelandale #125<br>Modesto CA 95356-9101 | Gregory Stuck<br>3831 58th Street<br>Sacramento CA 95820-2444 | Guillermo Nava<br>11731 Banner DR<br>Garden Grove CA 92843-2706 |
| H. Ronald Fisk M.D<br>8631 W 3rd St #620E<br>Los Angeles CA 90048-5934 | Hamden Injury Rehab Center<br>1700 Dixwell Ave<br>Hamden CT 06514-3147 | Harry Spearman<br>Steven C Glickman<br>9460 Wilshire Blvd Suite 330<br>Beverly Hills CA 90212-2721 |
| Humberto Alatorre<br>426 E 29th St<br>Los Angeles CA 90011-1935 | ISSAC RYLIE CASAS<br>PATRICIA CASAS FOR ISSAC RYLIE CASAS<br>847 CITRON LANE<br>SANTA PAULA CA 93060-9157 | Insurance COMPANY OF THE West<br>Daniel B McCarthy, EAQ<br>15025 Innovation Dr<br>San Diego CA 92128-3455 |

| | | |
|---|---|---|
| International Orthopedic Center<br>For Joint Disorders<br>PO BOX 49919<br>Los Angeles CA 90049-0919 | Interventional Spine S Pain Management<br>274 N Main St<br>Logan UT 84321-3915 | Ioana Aronovici<br>421 S Fann Street<br>Anaheim, CA 92804-2619 |
| Irma D Charles<br>2538 1/2 E 126th St<br>Compton CA 90222-1510 | Jack Smith<br>889 El Paisano Dr<br>Fallbrook CA 92028-1139 | Jasmine Satterwhite<br>44045 15th St W Apt 7<br>Lancaster CA 93534-4020 |
| Javier Castellanos<br>1875 Cedar Ave #7<br>Long Beach CA 90806-6135 | Jeanette Huerto<br>7821 Clearfield Ave<br>Panorama City CA 91402-6509 | Jesus Gerardo<br>1245 P&F Alvarado Dr<br>Calexico CA 92231-3981 |
| John Finton<br>LAW OFFICES OF MOSES S. BARDAVID<br>16177 Ventura Boulevard, #700<br>Encino, CA 91436 | John Habashy<br>Lexicon Law Group<br>633 W 5th Street, 28th Floor<br>Los Angeles, CA 90071-2005 | John Zimmerman<br>Zimmerman Chiropractor & Acupuncture<br>566 North Diamond Bar Blvd<br>Diamond Bar CA 91765-1007 |
| Jose Arturo Fonseca<br>448 E 6th St #2<br>Pomona CA 91766-3406 | Jose Madrigal<br>Plutarco Elias Calles # 178<br>Lazaro Cardenas, 58570<br>Panindicuaro, Michoocan | Joseph M. Barrett<br>c/o Affeld Grivakes LLP<br>2049 Century Park East, Ste. 2460<br>Los Angeles, CA 90067-3126 |
| Josephine Nguyen<br>Bridgford, Gleason & Artinian<br>26 Corporate Plaza Ste 250<br>Newport Beach CA 92660-7993 | Judith Johnson<br>3122-B Via Serena North<br>Laguna Woods, CA 92637-1999 | Justin Peoples<br>3131 W Euclid Ave<br>Stockton, CA 95204-1334 |
| Kaila Gibson<br>360 E. 1st Street #281<br>Tustin, CA 92780-3211 | Kamryn Whitney Court Reporting<br>2151 Michelson Dr #282<br>Irvine CA 92612-1374 | Karen Tapper<br>1249 18th Ave #205<br>S. F. CA 94122-1867 |
| Karl H Harer D.C.<br>4517 Market St #1<br>Ventura, CA 93003-7841 | Karl R Harer D.C.<br>4517 Market St #1<br>Ventura, CA 93003-7841 | Karoline St. George<br>MKP Law Group<br>468 N. Camden Dr., Ste. 200<br>Beverly Hills, CA 90210-4507 |
| Kathy Townsend Court Reporters<br>110 12th Street NW<br>Albuquerque NM 87102-2801 | Kendra Rabb Jones<br>12175 Brianwood Dr.<br>Riverside CA 92503-6751 | Kenneth Shiozaki and Melissa Shiozaki<br>3137 West 180th  Place<br>Torrance CA 90504-4017 |
| Kenny E Palacios<br>3313 W 133rd Street<br>Hawthorne CA 90250-6305 | Kent Law, PLC<br>7540 S. Willow Drive<br>Tempe, AZ 85283-5004 | Keyauna McFarland<br>12007 N Lamar Blvd Apt 1325<br>Austin TX 78753-1722 |

Kristofer Jordan Henry
13562 Quail Run Rd
Eastvale CA 92880-9057

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

La Tasha Louise Fudge
9900 S Van Ness Ave
Los Angeles, CA 90047-4038


Larena M Lundy
293 Woodland Dr
Wofford Heights CA 93285-9621

Laura Rasheed
33114-1st PL SW #902
Federal NY WA 98023-6222

Lawrence Miller MD
1158 26th St #458
Santa Monica CA 90403-4698


Layton Chiropractic Clinic
1025 N Main Street
Layton UT 84041-4857

Lionel Terry Jr
20 Midway Street
Buffalo NY 14215-2228

Lonnie Isadore Young/J-85354
401/5 low
PO Box 3535
Norco, CA 92860-0999


Lucy Vergara
15607 E Avenue Q1
Palmdale CA 93591-2912

Luis Amescua Ramirez
9301 Mate Ave Apt 6
LA CA 90002

Lydia Lopez
7332 Tujunga Ave Apt 8
North Hollywood CA 91605-3965


MEA Forensic Engineers & Scientists
23281 Vista Grande Dr
Laguna Hills CA 92653-1408

MKP Law Group
468 N. Camden Drive, Ste. 200
Beverly Hills, CA 90210-4507

MLC Health Group Inc
7805 Reseda Blvd
Reseda CA 91335-1919


MLC Health Group Inc
7913 Jamieson St
Reseda CA 91335-2220

Maha Yasin
11834 Doty Ave
Hawthorne CA 90250-3239

Mahmoud Osman
2210 Santa Clara Ave
Alameda CA 94501-4417


Maria A Rios
520 W Cressey St
Compton, CA 90222-3527

Maria Castaneda
4817 Oak St
Pico Rivera CA 90660-2249

Maria Hernandez
15027 Christopher St
Adelanto CA 92301-6159


Maria Sabordo
7821 Clearfield Ave
Panorama City CA 91402-6509

Maria Teresa Rivas de Ramirez
9301 Mate Ave Apt 6
LA CA 90002

Mario Lara
1110 Lilan Way #1
Los Angeles CA 90038-1657


Mario Lara
5407 Sierra Vista #301
Los Angeles, CA 90038-4221

Marlene Beatty
21018 Gresham St #209
Canoga Park CA 91304-1793

Mary L Spearman
Steven C Glickman
9460 Wilshire Blvd Suite 330
Beverly Hills CA 90212-2721


Mary Torres
1617 Greenville Dr
West Covina CA 91791-3526

Master Software NA
11B 139 Drake St
Vancouver,BC v6Z2t8

Maureen Wan-Chu
1004-C S. 4th St
Alhambra, CA 91801-4780

| | | |
|---|---|---|
| Maurizio Bertoldi<br>2014 W. West Wind<br>Santa Ana, CA 92704-7146 | Melisa Hayes<br>7009 E Acoma Dr #2092<br>Scottsdale AZ 85254-2738 | MetaCure Inc<br>2701 1 St Ave Ste 320<br>Seattle WA 98121-1123 |
| Method Technologies, Inc.<br>10805 Holder Street, Suite 100<br>Cypress, CA 90630-5145 | Michael C Kennedy DC PC<br>3002 N 7th Ave<br>Phoenix Arizona 85013-4105 | Michael D. Waks<br>300 E. San Antonio Dr.<br>Long Beach, CA 90807-2002 |
| Michael Haiby<br>19425 Soledad Cyn Rd Ste 252<br>Santa Clarita CA 91351-2632 | Mitchell Tyler Middleton<br>4628 Pepperwood Ave<br>Long Beach CA 90808-1071 | Montclair Open MRI<br>PO Box 351358<br>Los Angeles CA 90035-9758 |
| Moses Bardavid<br>16133 Ventura Blvd. #700<br>Encino, CA 91436-2406 | Mulvey Cornell & Mulvey PA<br>378 Islingon Street<br>Portsmouth NM 03801-4206 | Mumini Wahab<br>1115 Virginia Ln Apt 34<br>Concord CA 94520-4130 |
| Myriam Parra<br>7607 Manzanar Ave<br>Pico Rivera CA 90660-4430 | NAKITA RAY SMITH<br>306 CAROLINA AVE<br>TARBORO NC 27886-4904 | NDS<br>PO BOX 61002<br>Anaheim, CA 92803-6102 |
| National Record Retrieval , LLC<br>c/o Rubin & Levin P.C<br>135 N Pennsylvania ST Ste 1400<br>Indianapolis IN 46204-2489 | Nationwide Legal, LLC<br>c/o Allen Hyman, Esq.<br>10737 Riverside Drive<br>North Hollywood, CA 91602-2324 | Nayazi Reyes<br>1549 W San Bernadino Rd<br>Apt S<br>West Covina, CA 91790-1035 |
| Nazarian Plastic Surgery<br>120 S Spalding Dr Suite 315<br>Beverly Hills CA 90212-1836 | Network Court Reporting & Video<br>940 South Ave W Ste 2C<br>Westfield NJ 07090-1490 | Nga Phung, entity<br>Huong Phung<br>412 N Valley St #3<br>Anaheim CA 92801-5761 |
| Norma Jean Wilson Thomas<br>113 East Rosecrans Ave<br>Compton CA 90222-4118 | Nuance Document Imaging, Inc.<br>c/o Tiffany S. Cobb; Vorys, Sater,<br>Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215-3108 | Ocala Spine & Injury<br>1541 SE 17th St<br>Ocala FL 34471-4607 |
| Octavio Abraham VELAZQUEZ<br>1268 E MCFADDEN AVE 3B<br>SANTA ANA CA 92705-4168 | Olson Hagel & Fishburn LLP<br>555 Capito Mall Suite 400<br>Sacramento CA 95814-4503 | Orbie Troy Davis<br>321 N Mall Dr Ste H-102<br>St George UT 84790-7341 |
| PATRICIA CASAS<br>847 CITRON LANE<br>SANTA PAULA CA 93060-9157 | Parehjan & Vartzar Chiro, Inc.<br>3450 Wilshire Blvd., Ste. 316<br>Los Angeles, CA 90010-2259 | Parehjan Vartzar & Khosrovian Chiropractic,<br>4511 Whittier Blvd.<br>Los Angeles, CA 90022-2407 |

| | | |
|---|---|---|
| Penny Injury Chiropractic<br>9140 W. Thomas Rd., Ste. B-105<br>Phoenix, AZ 85037-3378 | Personal Court Reporters<br>14520 Sylvan St<br>Van Nuys CA 91411-2324 | Phillip E. Scott<br>32302 Alipaz #245<br>San Juan Capistrano, CA 92675-4162 |
| Pitney Bowes Global Financial Services LLC<br>Pitney Bowes Inc<br>27 Waterview Dr 3rd Fl<br>Shelton CT 06484-4361 | Premier Medicare Set-Aside Specialists LLC<br>2328 Southgate Hills Dve<br>St George UT 84770-8738 | Price Chiropractic Inc<br>471 Ainsley Ave<br>Yuba City CA 95991-4105 |
| Rachel Martinez<br>5339 Mitchell Ave<br>Riverside CA 92505-1344 | Raines Feldman LLP<br>Attn: Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067-4200 | Ramiro Hurtado<br>2440 N Ditman Ave<br>Los Angeles CA 90032-3220 |
| Ramona Trejo Ortega<br>1013 Spence St<br>LA CA 90023-2313 | Randi Mona Paz<br>750 Silver Avenue<br>San Francisco CA 94134-1060 | Raskey Chiropractic, Jerry Raskey<br>Law Office of Melissa Raskey<br>PO Box 5316<br>Hemet CA 92544-0316 |
| Raymundo Landeros<br>9603 Rieshel St<br>Pico Rivera CA 90660-3307 | Reasoning Inc<br>1341 Gilbert Road<br>Meadowbrook PA 19046-1815 | Richard D. Keys<br>Bidna & Keys, APLC<br>5120 Campus Drive<br>Newport Beach, CA 92660-2101 |
| Rita Mims<br>2118 W 83rd Street<br>Los Angeles CA 90047-2936 | Robert Vartzar Chiropractic, Corp.<br>17547 Chatsworth St., #1/2<br>Granada Hills, CA 91344-5720 | Roberta Jacobs<br>1041 N La Jolla Ave<br>West Hollywood CA 90046-5910 |
| Rodney Pimentel<br>c/o McMurray Henriks LLP<br>Attn: Yana Henriks<br>5670 Wilshire Blvd., Ste 1450<br>Los Angeles, CA 90036-5610 | Ryan McClinton<br>11199 Sorrento Vly Rd 201<br>San Diego CA 92121-1334 | SOLEMON HAKIMI, MD<br>1140 S. ROBERTSON BLVD #3<br>LOS ANGELES, CA 90035-1404 |
| STEPHEN H BARKOW MD INC<br>26902 OSO PARKWAY #120<br>MISSION VIEJO CA 92691-5801 | Sandra Castellanos<br>15970 Ute Rd<br>Apple Valley CA 92307-3133 | Shepherd and Associates P.C<br>Attorney Kevin Shepherd<br>200 E Broadway Ave Ste 410<br>Maryville TN 37804-5754 |
| Sherrye D Baker<br>6853 Potomac St #29<br>San Diego CA 92139-1118 | Shin MRI<br>266 S Harvard Ave #180<br>Los Angeles CA 90004-4374 | Shred-It USA LLC<br>7734 S 133rd Street<br>Omaha NE 68138-3499 |
| Slav Kasreliovich<br>c/o Barness & Barness<br>11377 W Olympic Blvd<br>Los Angeles, CA 90064-1625 | Spence Chiropractic Center<br>8555 Station Village Lane Ste B<br>San Diego CA 92108-6567 | Spine California Comprehensive Injury<br>1904 Harbor Blvd #427<br>Costa Mesa CA 92627-2669 |

| | | |
|---|---|---|
| Spine Care & Orthopedic Physicians<br>8610 S Sepulveda Boulevard Suite 109<br>Los Angeles CA 90045-4009 | Sprint Corp Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Steuber Corporation<br>20425 S Susana Rd<br>Long Beach CA 90810-1136 |
| Steven Biegel, PC<br>155 Valencia St<br>SF CA 94103-1117 | Summit County Treasurer<br>PO Box 128<br>Coalville UT 84017-0128 | Susana Lopez<br>1273 N Quincy Ave<br>Ogden Utah 84404-3376 |
| Tabatha Eddy<br>Ellis Paul Robin Attorney<br>1541 Ocean Avenue Second Floor<br>Santa Monica CA 90401-2100 | Tahee A Rasheed<br>1419 Striped Bass St #F<br>San Francisco CA 94130-1623 | Tesa Renee Scott Henry<br>13562 Quail Run Road<br>Eastvale CA 92880-9057 |
| The Sullivan Group of Court Reporters<br>4802 E 2nd St Ste 3<br>Long Beach CA 90803-5312 | Thelma Ceballos<br>626 1/2 S Woods Ave<br>Los Angeles CA 90022-3268 | Thomas Resendez D.C.<br>2930 Coronado Ave Ste B<br>San Diego CA 92154-2188 |
| Thomson Reuters<br>Thomson Reuters-Legal<br>610 Opperman Drive<br>Eagan MN 55123-1340 | Timothy S Blevins<br>6360 Dulcet Pl<br>Riverside CA 92506-5105 | Toll Creek LC<br>Debbie Sanich<br>13979 Sage Hollow Dr<br>Draper UT 84020-5621 |
| Toll Creek Owners Association Inc<br>c/o Jacob Watterson<br>130 South Main Ste 200<br>PO Box 525<br>Logan UT 84323-0525 | Top Healthcare Consulting Center<br>300 W 6th St #206<br>Los Angeles CA 90014 | Topmark Floor & Design<br>1490 Munchkin Rd #105B<br>Park City UT 84060-5179 |
| Transportation Corridor Agencies<br>125 Pacifica Ste 100<br>Irvine CA 92618-3324 | Triumshire International, L.P.<br>E-Land Company, Tenants in Common<br>8 Corporate Park Ste: 300<br>Irvine, CA 92606-5196 | Twins Chiropractic & Physical Medicine<br>600 S Placentia Ave Ste 600<br>Placentia CA 92870-6300 |
| US Claims Opco LLC<br>6125 S. Congress Avenue, Suite 200<br>Delray Beach, FL 33445 | USA Express Legal & Investigative Services I<br>USA Express<br>21031 Ventura Blvd Ste 920<br>Woodland Hills CA 91364-6516 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Universal Imaging Center<br>616 E Alvarado St Ste E<br>Fallbrook CA 92028-2350 | Veritext Corp<br>290 West Mt. Pleasant Ave. Suite 2260<br>Livingston NJ 07039-2765 | Vernora Shack<br>917 Springfield #A<br>Upland CA 91786-3024 |
| Veronica Maravilla<br>1272 E 83rd St<br>Los Angeles CA 90001-3316 | Wellgen Standard, LLC, Successor-in-Interest<br>50 Ridgewood Road<br>Chagrin Falls, OH 44022-2932 | Wells Fargo Bank, National Association<br>c/o Jennifer Witherell Crastz<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2829 |

| | | |
|---|---|---|
| Westpoint Physical Therapy Center Inc<br>1115 W Ave M14<br>Palmdale CA 93551-1407 | Whittier Spine Center<br>PO Box 1108<br>Hutto TX 78634-1108 | Yale E Booska<br>17439 SE 82nd Pecan Terrace<br>The Villages FL 32162-2878 |
| Yanet Perez<br>2711 Ballard St<br>Los Angeles CA 90032-2717 | Yolanda Lachi Ignacio<br>c/o Cher J. Vasquez<br>1055 West 7th Street, Suite 2800<br>Los Angeles, CA 90017-2554 | Yolanda Lachi Ignacio<br>c/o Oliver J Vasquez, Esq<br>1055 West 7th Street, Suite 2800<br>Los Angeles, CA 90017-2554 |
| Yvonne De La Paz<br>31111 Via Sonora<br>San Juan Capistrano CA 92675-2839 | Zelandia Fero<br>PO Box 2483<br>Pasadena CA 91102-2483 | John Finton<br>c/o LAW OFFICES OF MOSES S. BARDAVID<br>16133 Ventura Boulevard<br>7th Floor<br>Encino, CA 91436-2403 |
| Richard Pachulski (TR)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of Health Care Services
POB 997413
MS 0010
Sacramento, CA 95899

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Advocate Capital, Inc. | (u)Courtesy NEF | (u)Evanston Insurance Company |
| (u)Interested Party | (u)Premium Assignment Corporation II | (u)SSA Terminals, LLC and California Multimod |
| (u)Wellgen Standard, LLC | (d)Bay City Surgery Center, Inc.<br>2557-A Pacific Coast Highway<br>Torrance, CA 90505-7035 | (u)Esquire Bank National Association and Esqu |

| | | |
|---|---|---|
| (d)Esquire Financial Holdings, Inc.<br>Kimberly D. Howatt<br>Gordon & Rees<br>101 West Broadway, Suite 2000<br>San Diego, CA 92101-8221 | (u)Maricruz Fernandez Vega<br>Conception Vargas, Area de Reyen<br>Municipo de Zamora | (u)Maximum Legal (California), LLP |
| (d)Slav Kasreliovich<br>c/o Barness & Barness LLP<br>11377 W Olympic Blvd<br>Los Angeles CA 90064-1683 | (d)South Bay Pain Docs<br>2557-B Pacific Coast Highway<br>Torrance, CA 90505-7035 | (d)The Dominguez Firm<br>3250 Wilshire Blvd #2200<br>Los Angeles, CA 90010-1612 |
| (u)Aaron Lavine | (u)Daniel Tontini | (u)Joseph Martin Barrett |
| (d)Maria A Rios<br>520 W Cressey St<br>Compton, CA 90222-3527 | (d)Mario Lara<br>5407 Sierra Vista #301<br>Los Angeles, CA 90038-4221 | (d)Nayazi Reyes<br>1549 W San Bernadino Rd<br>Apt S<br>West Covina, CA 91790-1035 |
| (u)Roberta Jacobs | (u)Stella Havkin | (u)Tina Talarchyk |

**End of Label Matrix**
Mailable recipients    279
Bypassed recipients     24
Total                  303