Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

FILED & ENTERED

MAY 03 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>            Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE STIPULATION RE: TRUSTEE'S MOTION FOR ORDER APPROVING SURCHARGE OF SECURED CREDITOR'S COLLATERAL**<br><br>**[Relates to Docket Nos. 239, 263, 271, 281, 289]**<br><br>Date:    May 1, 2018<br>Time:    2:00 p.m.<br>Place:   United States Bankruptcy Court<br>         Edward R. Roybal Federal Building<br>         255 E. Temple Street, Ctrm. 1545<br>         Los Angeles, California 90012<br>Judge:   Honorable Neil W. Bason |

The Court having considered the *Motion to Approve Stipulation re: Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 289] (the "Motion"),[1] regarding the *Stipulation re: Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 281] (the "Stipulation") disposing of the *Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 239], and good cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_LA:314014.1 51414/001

**IT IS HEREBY ORDERED** that

1. The Motion is GRANTED.

2. The Stipulation is APPROVED.

3. The parties are authorized to take any and all actions reasonably necessary to effectuate the Stipulation.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

Date: May 3, 2018

/s/ Neil W. Bason
Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:314014.1 51414/001