Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
        mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

**FILED & ENTERED**

MAY 03 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　　　　　Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION FOR ORDER APPROVING SURCHARGE OF SECURED CREDITOR'S COLLATERAL**<br><br>**[Relates to Docket Nos. 239, 263, 271, 281, 289]**<br><br>Date:　　May 1, 2018<br>Time:　　2:00 p.m.<br>Place:　　United States Bankruptcy Court<br>　　　　　Edward R. Roybal Federal Building<br>　　　　　255 E. Temple Street, Ctrm. 1545<br>　　　　　Los Angeles, California 90012<br>Judge:　　Honorable Neil W. Bason |

The Court having considered the *Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 239] (the "Surcharge Motion"), and good cause appearing therefor

//

DOCS_LA:314015.2 51414/001

**IT IS HEREBY ORDERED** that the Surcharge Motion is granted in part and denied in part on the terms set forth in the *Stipulation re: Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 281].

# # #

Date: May 3, 2018

_____
Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA