LOCKE LORD LLP
MICHAEL F. PERLIS (State Bar No. 095992)
RICHARD R. JOHNSON (State Bar No. 198117)
LILIAN M. KHANJIAN (State Bar No. 259015)
DANIEL A. SOLITRO (State Bar No. 243908)
300 South Grand Avenue
Los Angeles, CA  90071
Telephone: 213-485-1500
Facsimile: 310-485-1200
Email: *MPerlis@lockelord.com*
Email: *RRJohnson@lockelord.com*
Email: *LKhanjian@lockelord.com*
*Email: DSolitro@lockelord.com*

Attorneys for Plaintiff,
Markel American Insurance Company

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | **Case No. 2:17-bk-19548-NB** |
| LAYFIELD & BARRETT, APC | **CHAPTER 11** |
| Debtor(s). | **Honorable Neil W. Bason** |
| ------------------------------------------ | |
| EVANSTON INSURANCE COMPANY, an Illinois corporation, Plaintiff, vs. LAYFIELD & BARRET, APC, PHILIP J. LAYFIELD, an individual, JOSEPH BARRETT, an individual, TODD D. WAKEFIELD, an individual, and TERRY BAILEY, an individual, Defendants. | **Adv. Proc. No. 2:17-AP-01412-NB** **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Counterdefendant, Evanston Insurance Company ("Evanston"), and Counterclaimant, Joseph M. Barrett ("Defendant," "Counterclaimant," or "Mr. Barrett") (collectively, with Evanston, the "Parties"), through their respective Attorneys of Record, hereby stipulate and agree as follows:

WHEREAS, Evanston, in reliance on a materially false application, issued Lawyers Professional Liability Insurance Policy Number LA808710, for the Policy Period of February 15, 2017 to February 15, 2018 (the "Policy"), to the debtor, Layfield & Barrett, APC ("L&B"), under which Mr. Barrett would have qualified as an Insured (subject to the Policy's other terms and conditions and applicable law), had the Policy not been void on the ground that it was obtained on the basis of a materially false application;

WHEREAS, certain L&B creditors filed in this Court an involuntary Chapter 7 petition with respect to L&B on August 3, 2017, captioned, *In re: Layfield & Barrett, APC*, Case No.: 2:17-bk-19548-NB (converted to Chapter 11 on August 11, 2017);

WHEREAS, Evanston, on August 18, 2017, notified L&B and all known individual Insureds (Philip J. Layfield, Todd D. Wakefield, Joseph Barrett, and Terry Bailey) by email of its intent to seek judicial confirmation of rescission as to L&B, and to rescind the Policy as to all other Insureds, and, on August 22, 2017, filed a Complaint, in this Adversary Proceeding, asserting claims for Rescission and Declaratory Relief;

WHEREAS, Mr. Barrett answered Evanston's Complaint, and asserted Counterclaims against Evanston for Breach-of-Contract and Declaratory Relief, on November 17, 2017;

WHEREAS, Evanston answered Mr. Barrett's Counterclaims and asserted affirmative defenses on December 11, 2017;

WHEREAS, the Court, on March 13, 2018, entered Judgment on Evanston's claim for Rescission, and declared that the Policy "is hereby rescinded, in its entirety,

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

rendering it void, *ab initio*, such that it provides no coverage whatsoever, to any person or entity, for any claim, suit, or other matter";

WHEREAS, the Parties agree that their respective claims/counterclaims for Declaratory Relief, and Mr. Barrett's Counterclaim against Evanston for Breach of Contract, are moot, and have no further legal basis, in light of the Judgment (which has become final) and the attendant rescission of Policy, and therefore stipulate to the dismissal of all such claims/counterclaims remaining between them in this Adversarial Proceeding:

NOW, THEREFORE, the Parties, by and through their attorneys of record, hereby stipulate and agree as follows:

Evanston's claim against Mr. Barrett for Declaratory Relief, and Mr. Barrett's Counterclaims against Evanston for Breach of Contract and Declaratory Relief are hereby dismissed, with prejudice, each side to bear his or its own costs.

**IT IS SO STIPULATED.**

Dated:  May 22, 2018                                LOCKE LORD LLP

                                                    By: */s/ Michael F. Perlis*
                                                        Michael F. Perlis
                                                        Richard R. Johnson
                                                        Attorneys for Plaintiff and Counterdefendant,
                                                        EVANSTON INSURANCE COMPANY

Dated:  May 22, 2018                                AFFELD GRIVAKES LLP

                                                    By: */s/ Damion Robinson*
                                                        Damion Robinson
                                                        Attorneys for Defendant and Counterclaimant,
                                                        JOSEPH BARRETT