UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Layfield & Barrett, APC<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  2:17-19548-NB<br>Operating Report Number:  10<br>For the Month Ending:  May-18 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          421,328.86

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          376,680.03

3. BEGINNING BALANCE:          44,648.83

4. RECEIPTS DURING CURRENT PERIOD:

| | |
| --- | --- |
| Accounts Receivable - Post-filing | 1,400.00 |
| Accounts Receivable - Pre-filing | N/A |
| General Sales | |
| Other (Specify)  Transfer from 2180025491 | 131,452.49 |
| **Other (Specify) | |

TOTAL RECEIPTS THIS PERIOD:          132,852.49

5. BALANCE:          177,501.32

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)
Disbursements (from page 2)          98,529.83

TOTAL DISBURSEMENTS THIS PERIOD:***          98,529.83

7. ENDING BALANCE:          78,971.49

8. General Account Number(s):          2181002722

Depository Name & Location:          Union Bank
PO Box 513840
Los Angeles, CA 90051

*    All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

### TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/2/2018 | N/A | Wire Transfer Fee | | | $ 15.00 | $ 15.00 |
| 5/3/2018 | 1005 | U.S. Trustee | Q1 2018 Fees | | $ 650.00 | $ 650.00 |
| 5/30/2018 | 1006 | Wellgen Standard, LLC | Distribution per Stipulation | | $ 78,871.49 | $ 78,871.49 |
| 5/30/2018 | 1007 | Pachulski Stang Ziehl & Jones LLP | Legal Fees per Fee Application Order | | $ 52,581.00 | $ 52,581.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | $ 132,117.49 | $ 132,117.49 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____5/31/2018_____    Balance on Statement: _____$78,971.49_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                    | N/A |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1006 | 5/30/2018 | $   78,871.49 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      $      78,871.49

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                                         $        100.00

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (CASH COLLATERAL)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLATERAL ACCOUNT        334,093.94
    REPORTS

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLATERAL  N/A
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                          334,093.94

4.  RECEIPTS DURING CURRENT PERIOD:                             69,477.60
    (Transferred from General Account)

5.  BALANCE:                                                    403,571.54

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD       $     131,457.39

7.  ENDING BALANCE:                                       $     272,114.05

8.  CASH COLLATERAL Account Number(s):              2180025491

    Depository Name & Location:            Union Bank
                                           PO Box 513840
                                           Los Angeles, CA 90051

TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5/30/2018 | N/A | Transfer to 2181002722 | | $ 131,452.49 |
| 5/30/2018 | N/A | Wire Transfer Fee | | $ 5.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 131,457.49 |

## CASH COLLATERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____5/31/2018_____  Balance on Statement: _____$272,114.05_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 6/4/2018 | 287,577.67 |
| 6/5/2018 | 10,450.00 |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                              | 298,027.67 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                              | N/A |

Bank statement Adjustments: _____

Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                                 | $570,141.72 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## I.  CASH RECEIPTS AND DISBURSEMENTS
## C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS            N/A

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX             N/A
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                              0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)                              0.00

5.  BALANCE:                                                        0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                             0.00

7.  ENDING BALANCE:                                                 0.00

8.  TAX Account Number(s):                      2181002730

    Depository Name & Location:          Union Bank
                                         PO Box 513840
                                         Los Angeles, CA 90051

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | N/A |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____5/31/2018_____  Balance on Statement: _____$0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| N/A | N/A |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                      | N/A |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                      | N/A |

Bank statement Adjustments:                          _____
Explanation of Adjustments-
..................................................................................................................................
: :
:..............................................................................................................................:

ADJUSTED BANK BALANCE:                                      | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | $ | 100.00 |
| Cash Collateral Account: | | 570,141.72 |
| Tax Account: | | 0.00 |
| *Other Accounts: | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | N/A | |

**TOTAL CASH AVAILABLE:**          $     570,241.72

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**     N/A

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | N/A |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: _____ | | | |
| TOTAL: | N/A | N/A | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | N/A | N/A | N/A |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | N/A | N/A | N/A |

## V.  INSURANCE COVERAGE**

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A | N/A | N/A | N/A |
| Worker's Compensation | N/A | N/A | N/A | N/A |
| Casualty | N/A | N/A | N/A | N/A |
| Vehicle | N/A | N/A | N/A | N/A |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2017 | 0.00 | 325.00 | 20-Nov-2017 | 325.00 | 0.00 |
| 31-Dec-2017 | 176.89 | 325.00 | 15-Feb-2018 | 325.00 | 0.00 |
| 31-Mar-2017 | 40,330.20 | 650.00 | 12-Apr-2018 | 650.00 | 0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report
**All insurance policies have lapsed due to Debtor's non-payment.

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: |  |  |
|    Gross Sales/Revenue | _____ | _____ |
|    Less: Returns/Discounts |  |  |
|      Net Sales/Revenue | N/A | N/A |
|  |  |  |
| Cost of Goods Sold: |  |  |
|    Beginning Inventory at cost | _____ | _____ |
|    Purchases | _____ | _____ |
|    Less: Ending Inventory at cost | _____ | _____ |
|      Cost of Goods Sold (COGS) | N/A | N/A |
|  |  |  |
| Gross Profit | N/A | N/A |
|  |  |  |
|    Other Operating Income (Itemize) | _____ | _____ |
|  |  |  |
| Operating Expenses: | _____ | _____ |
|    Payroll - Insiders | _____ | _____ |
|    Payroll - Other Employees | _____ | _____ |
|    Payroll Taxes | _____ | _____ |
|    Other Taxes (Itemize) | _____ | _____ |
|    Depreciation and Amortization | _____ | _____ |
|    Rent Expense - Real Property | _____ | _____ |
|    Lease Expense - Personal Property | _____ | _____ |
|    Insurance | _____ | _____ |
|    Real Property Taxes | _____ | _____ |
|    Telephone and Utilities | _____ | _____ |
|    Repairs and Maintenance | _____ | _____ |
|    Travel and Entertainment (Itemize) | _____ | _____ |
|    Miscellaneous Operating Expenses (Itemize) | _____ | _____ |
|      Total Operating Expenses | N/A | N/A |
|  |  |  |
|      Net Gain/(Loss) from Operations | N/A | N/A |
|  |  |  |
| Non-Operating Income: |  |  |
|    Interest Income | _____ | _____ |
|    Net Gain on Sale of Assets (Itemize) | _____ | _____ |
|    Other (Itemize) |  |  |
|      Total Non-Operating income | 0.00 | 0.00 |
|  |  |  |
| Non-Operating Expenses: |  |  |
|    Interest Expense | _____ | _____ |
|    Legal and Professional (Itemize) | _____ | _____ |
|    Other (Itemize) |  |  |
|      Total Non-Operating Expenses | 0.00 | 0.00 |
|  |  |  |
| NET INCOME/(LOSS) |  |  |

(Attach exhibit listing all itemizations required above)

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | $     570,241.72 | |
| Unrestricted Cash | | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | |
| | | |
| Property, Plant, and Equipment | N/A | |
| Accumulated Depreciation/Depletion | N/A | |
| Net Property, Plant, and Equipment | | N/A |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | N/A | |
| Other (Itemize) | N/A | |
| Total Other Assets | | |
| TOTAL ASSETS | | |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | |
| TOTAL LIABILITIES | | |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | | |
| Post-petition Profit/(Loss) | | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | |
| | | |
| TOTAL LIABILITIES & EQUITY | | |

## XI.  QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:<br>N/A | | |

3.

State what progress was made during the reporting period toward filing a plan of reorganization.

Since his appointment on August 22, 2017, among other actions, the Trustee and his counsel have engaged in discussions with, and requested documentation and information from, persons and entities associated with the Debtor and third parties regarding the Debtor's assets, liabilities and previous business operations.  The Debtor did not file its Schedules or Statement of Financial Affairs in the Case and no representative of the Debtor has appeared to respond to inquiries at any meeting of creditors pursuant to section 341(a) of the Bankruptcy Code.  Therefore, despite his and his counsel's best efforts, the Trustee only has incomplete information regarding the estate.  The Trustee intends to continue to gather and analyze information regarding the Debtor.  Also, the Trustee filed and the Court approved a motion to approve procedures for the resolution of the bankruptcy estate's fee and cost claims arising from the Debtor's services to former clients and referrals of matters to other law firms.  Pursuant to the authority and procedures granted by such order, the Trustee presently is engaged in settling such matters.  The Trustee has recovered real property previously belonging to the Debtor that was transferred prior to the Petition Date and has issued demand letters to other parties receiving transfers within the preference period.  The results of the Trustee's efforts to recover and dispose of these and other assets for the benefit of the estate will impact his determination regarding the formulation of a plan.

4.  Describe potential future developments which may have a significant impact on the case:
The Court set February 5, 2018, as the general claims bar date.  Around 290 claims have been filed in the Case in the aggregate face amount of over $860 million.  Although neither the Trustee nor his counsel has initiated a review and analysis of the nature, amount and validity of such claims, the Trustee believes that the amount of claims asserted against the estate is significantly overstated.  The Trustee and Wellgen Standard, LLC, the parent company and assignee of the Debtor's pre-petition lender, Advocate Capital, Inc., have entered into, and the Court has approved, a stipulation to address the fees billed and costs incurred by the Trustee and his counsel in connection with the case and the disposition of Wellgen's collateral.  Once the foregoing issues have been resolved, the Trustee will be in a better position to analyze the financial condition of the bankruptcy estate and determine the disposition of the case that will be in the best interests of creditors, including, without limitation, the formulation of a plan.

5.

N/A                                                                                              No    Yes

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

N/A

I,  Richard M. Pachulski, Chapter 11 Trustee for Layfield & Barrett, APC,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____          _____
Date                                                    Principal for debtor-in-possession



# STATEMENT OF ACCOUNTS

| **Request Id:** 2458381 | **Request Date:** 06/13/2018 | **Bank Account Statement(s)** |
| --- | --- | --- |

| Account Number | Account Name | Statement Date |
| --- | --- | --- |
| 2180025491 | BANKRUPTCY ESTATE OF LAYFIELD BARRETT, APC. | 05/31/2018 |
| 2181002722 | BANKRUPTCY ESTATE OF LAYFIELD BARRETT,1APC. | 05/31/2018 |
| 2181002730 | BANKRUPTCY ESTATE OF LAYFIELD BARRETT,1APC. | 05/31/2018 |



# S T A T E M E N T
# O F   A C C O U N T S

**UnionBank**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 2
BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT
**Statement Number: 2180025491**
05/01/18 - 05/31/18

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD & BARRETT
APC., DBTR - CASH COLLATERAL ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2:17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

---

## Business Basics Checking Summary

Account Number: 2180025491

Days in statement period: Days in statement period: 31

| | | | |
|---|---|---:|---:|
| **Balance on 5/ 1** | $ | | **334,093.94** |
| **Total Credits** | | | **69,477.60** |
| | Deposits (2) | 69,477.60 | |
| **Total Debits** | | | **-131,457.49** |
| | Electronic debits (1) | -131,452.49 | |
| | Other debits (1) | -5.00 | |
| **Balance on 5/31** | $ | | **272,114.05** |

---

# C R E D I T S

## Deposits *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/9 | OFFICE DEPOSIT # 0000385025 | 77546045 | $ | 61,477.60 |
| 5/11 | OFFICE DEPOSIT # 0000385026 | 77615171 | | 8,000.00 |
| | **2  Deposits** | **Total** | **$** | **69,477.60** |

---

# D E B I T S

## Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 5/30 | WIRE TRANS TRN 0530000743 053018 UBOC93050713 UB910152N Sent To:   BANKRUPTCY ESTATE OF LAYFIELD & Beneficiary: | | $ | 131,452.49 |

---

## Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 5/30 | WIRE TRANSFER FEE TRN 180530-000743 | 93050895 | $ | 5.00 |

Page 2 of 2
BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT
**Statement Number: 2180025491**
05/01/18 - 05/31/18

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|---------------|------|---|---------------|
| 5/1-5/8 | $ | 334,093.94 | 5/11-5/29 | $ | 403,571.54 |
| 5/9-5/10 | | 395,571.54 | 5/30-5/31 | | 272,114.05 |

**UnionBank**

**S T A T E M E N T
O F  A C C O U N T S**

Page 1 of 2
BANKRUPTCY ESTATE OF LAYFIELD &
**Statement Number: 2181002722**
05/01/18 - 05/31/18

```
UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840
```

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT, APC., DEBTOR - GENERAL ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2: 17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

---

### Business Value Checking Summary

Account Number: 2181002722

Days in statement period: Days in statement period: 31

| | | |
|---|---|---:|
| **Balance on 5/ 1** | $ | **44,648.83** |
| **Total Credits** | | **132,852.49** |
| Deposits (1) | 1,400.00 | |
| Electronic credits (1) | 131,452.49 | |
| **Total Debits** | | **-98,529.83** |
| Checks paid (3) | -98,514.83 | |
| Other debits (1) | -15.00 | |
| **Balance on 5/31** | $ | **78,971.49** |

---

## C R E D I T S

### Deposits *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/23 | OFFICE DEPOSIT # 0000385027 | 77072195 | $ | 1,400.00 |

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 5/30 | WIRE TRANS TRN 0530000743 053018 UBOC UB910152N | 93050714 | $ | 131,452.49 |
| | Received From: | | | |
| |   BANKRUPTCY ESTATE OF LAYFIELD & | | | |
| | Originator: | | | |

---

## D E B I T S

### Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|
| 1004 | 5/3 | 650.00 | 1007* | 5/30 | 45,283.83 |
| 1005 | 5/30 | 52,581.00 | | | |
| **3  Checks paid** | | | **Total** | $ | **98,514.83** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic Debits section of your statement.

Page 2 of 2
BANKRUPTCY ESTATE OF LAYFIELD &
**Statement Number: 2181002722**
05/01/18 - 05/31/18

**Other debits, fees and adjustments**

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 5/2 | WIRE TRANSFER MONTHLY FEE/WEB (WTM) | 90251892 | $ | 15.00 |

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 5/1 | $ | 44,648.83 | 5/23-5/29 | $ | 45,383.83 |
| 5/2 | | 44,633.83 | 5/30-5/31 | | 78,971.49 |
| 5/3-5/22 | | 43,983.83 | | | |

**Union**Bank

# STATEMENT
# OF ACCOUNTS

Page 1 of 1
BANKRUPTCY ESTATE OF LAYFIELD &
**Statement Number: 2181002730**
05/01/18 - 05/31/18

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT, APC., DEBTOR - TAX ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2:17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

■

## Business Value Checking Summary

Account Number: 2181002730

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 5/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 5/31** | $ | **0.00** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 5/1-5/31 | $          0.00 | | |