Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

**FILED & ENTERED**

**AUG 21 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ghaltchi **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC<br><br>            Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER AUTHORIZING AND APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY KW PARK CITY KELLER WILLIAMS REAL ESTATE TO MARKET AND SELL REAL PROPERTY IN PARK CITY, UTAH**<br><br>**[Relates to Docket Nos. 310 and 319]**<br><br>[No Hearing Required] |

The Court has considered the *Chapter 11 Trustee's Application for an Order Authorizing and Approving the Employment of KW Park City Keller Williams Real Estate to Market and Sell Real Property in Park City, Utah* (the "Application")[1] [Docket No. 310], the *Statement of Disinterestedness for Employment of Professional Person Under FRBP 2014* [Docket No. 319], the declarations of Richard M. Pachulski (the "Pachulski Declaration") and Greg Miner (the "Miner Declaration," and together with the Pachulski Declaration, the "Declarations") in support thereof, and based upon the absence of any objection or other response having been filed regarding the Application and upon the entire record before the Court, it appears that KW Park City Keller Williams Real Estate  ("KW") does not hold or represent an interest adverse to the estate, that KW

---

[1] All capitalized terms not otherwise defined herein shall have the same meanings as those ascribed in the Application.

DOCS_LA:316318.1 51414/001

is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules. Accordingly, it is hereby

**ORDERED** that the Application is approved, and it is further

**ORDERED** that Richard M. Pachulski, the Chapter 11 trustee for the estate of Layfield & Barrett, APC, is authorized to employ KW Park City Keller Williams Real Estate to market and sell certain real property of the bankruptcy estate located in Park City, Utah, on the terms and conditions set forth more fully in the Application and the accompanying Declarations, and it is further

**ORDERED** that, notwithstanding any other provisions, Judge Bason's standard terms apply (unless struck through): (a) employment is per 11 U.S.C. ~~§ 327 not~~ § 328; (b) payment only per 11 U.S.C. § 330(a) – no lien or superpriority claim is allowed (except as explicitly allowed – *e.g.*, realtor commissions on court-approved sales); ~~(c) maximum 2 hours per day of non-working time (e.g., travel, or waiting for matter to be called) absent an adequate explanation; (d) no buyers' premium for auctioneers;~~ (e) **no dual agency**; (f) all matters relating to the professional's engagement, compensation and costs shall be resolved in this Court, notwithstanding any provisions for arbitration, choice of venue, or the like, and (g) any indemnification, limitation of damages or the like is ineffective. *See generally In re Circle K Corp.,* 279 F.3d 669 (9th Cir. 2002) *and* 11 U.S.C. § 327(a) (professionals may not "hold or represent an interest adverse to the estate").

### #

Date: August 21, 2018

Neil W. Bason
United States Bankruptcy Judge