Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: dgrassgreen@pszjlaw.com
          mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br><br>LAYFIELD & BARRETT, APC<br><br>Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE BOND OF RICHARD M. PACHULSKI (BOND NO. 10BSBHN2946) IN THE SUM OF $1,000,000.00 (INCREASED FROM $750,000.00) ISSUED BY HARTFORD FIRE INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, AND HARTFORD ACCIDENT AND INDEMNITY COMPANY**<br><br>[No Hearing Required] |
|---|---|

DOCS_LA:316479.1 51414/001

The Hartford Insurance Company                    Hartford Plaza, Hartford, CT 06115

## Endorsement No. 1

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

Re:   LAYFIELD & BARRETT, APC
      Chapter 11
      Case No. 2:17-bk-19548 NB

Attached to and forming part of Bond Number 10BSBHN2946, effective August 22, 2017
                                  policy number         original effective date
on behalf of Richard M. Pachulski
Principal's Name
Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, CA 90067
Principal's Address
In favor of United States of America
Obligee's name

and in the amount of SEVEN HUNDRED FIFTY THOUSAND AND 00/100THS------------------------------
($750,000.00)DOLLARS.

It is understood and agreed that effective **August 22, 2018**, the bond amount is being changed:

FROM:     SEVEN HUNDRED FIFTY THOUSAND AND 00/100ths----($750,000.00)DOLLARS.

TO:       ONE MILLION AND 00/100ths---------($1,000,000.00)DOLLARS.

All other conditions and terms remain as originally written.

Signed, Sealed, and Dated: August 22, 2018.

HARTFORD FIRE INSURANCE COMPANY

By: _____
    Maria Sponzo, Attorney-in-Fact

Attest: _____
    Margaret McLaughlin, Attorney-In-Fact

The above endorsement is hereby agreed to and accepted:
By: _____

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-12
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
call: 888-266-3488 or fax: 860-757-5835

KNOW ALL PERSONS BY THESE PRESENTS THAT:   Agency Name: ARTHUR B LEVINE COMPANY
Agency Code: 10-257097

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [X] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [X] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of* Unlimited :

Maria Sponza, Anita Hunter, Margaret McLaughlin, Carol Levine of NEW YORK, New York

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on May 6, 2015 the Companies have caused these presents to be signed by its Senior Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



John Gray, Assistant Secretary    M. Ross Fisher, Senior Vice President

STATE OF CONNECTICUT } ss. Hartford
COUNTY OF HARTFORD

On this 5th day of January, 2018, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Senior Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2021

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of   August 22, 2018
Signed and sealed at the City of Hartford.



Kevin Heckman, Assistant Vice President

POA 2018

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 TRUSTEE BOND OF RICHARD M. PACHULSKI (BOND NO. 10BSBHN2946) IN THE SUM OF $1,000,000.00 (INCREASED FROM $750,000.00) ISSUED BY HARTFORD FIRE INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, AND HARTFORD ACCIDENT AND INDEMNITY COMPANY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 22, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 22, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges  Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 22, 2018 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:308358.6 51414/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:17-bk-19548-NB**

- *Jason Balitzer     jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com*
- *Moises S Bardavid     mbardavid@hotmail.com*
- *Daniel I Barness     daniel@barnesslaw.com*
- *James W Bates     jbates@jbateslaw.com*
- *Martin J Brill     mjb@lnbrb.com*
- *Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com*
- *Jennifer Witherell Crastz     jcrastz@hemar-rousso.com, DBrotman@hrhlaw.com*
- *Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com*
- *Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com*
- *James KT Hunter     jhunter@pszjlaw.com*
- *Steven J Kahn     skahn@pszyjw.com*
- *Joseph M Kar     jkar@mindspring.com*
- *Richard W Labowe     richardwlabowe@gmail.com, llhlaw1631@aol.com*
- *Dare Law     dare.law@usdoj.gov*
- *David W. Meadows     david@davidwmeadowslaw.com*
- *Rana Nader     rnader@naderlawgroup.com, monique@naderlawgroup.com*
- *Joel A Osman     osman@parkermillsllp.com, sanders@parkermillsllp.com*
- *Malhar S Pagay     mpagay@pszjlaw.com, mpagay@pszjlaw.com*
- *Brian A Paino     bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com*
- *Michael F Perlis     mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com*
- *Michael F Perlis     , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com*
- *Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com*
- *Faye C Rasch     frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com*
- *Daniel H Reiss     dhr@lnbyb.com, dhr@ecf.inforuptcy.com*
- *Damion Robinson     dr@agzlaw.com*
- *Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *Daniel A Solitro     dsolitro@lockelord.com, ataylor2@lockelord.com*
- *United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov*
- *Alan J Watson     alan.watson@hklaw.com, rosanna.perez@hklaw.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:308358.6 51414/002