Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Creditor
Wellgen Standard, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-19548-NB |
| LAYFIELD & BARRETT, APC, | Chapter 11 |
| Debtor. | **COMMENTS REGARDING PHILIP LAYFIELD'S EX PARTE MOTION TO ESTABLISH PROTOCOL FOR RESOLVING OPEN ISSUES, SET BRIEFING SCHEDULES AND TO STAY ALL OTHER PROCEEDINGS, PAYMENTS AND FINAL ORDERS PENDING RESOLUTION OF CRITICAL ISSUES** |
| | DATE:    September 18, 2018<br>TIME:    2:00 p.m.<br>CTRM:    1545 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE,**

**AND ALL OTHER INTERESTED PARTIES:**

      Wellgen Standard, LLC ("Wellgen"), hereby submits the following Comments Regarding Philip Layfield's Ex Parte Motion to Establish Protocol for Resolving Open Issues, Set Briefing Schedules and to Stay all Other Proceedings, Payments and Final Orders Pending Resolution of Critical Issues (the "Ex Parte"). Wellgen agrees with the Court's assessment of the Ex Parte and its decision not to grant any relief beyond the scheduling of the status conference as the Ex Parte does not provide legal or factual grounds for granting any additional relief. To the extent that Mr. Layfield is seeking any

1 additional relief, he should be required to file a properly noticed motion in the appropriate

2 case and in the appropriate court.  The Court should not set a briefing schedule to set

3 aside the default judgment that was obtained by Advocate, and subsequently transferred

4 to Wellgen, as requested at page 3 of the Ex Parte Motion.  The litigation is pending

5 before the District Court and that is the court with proper jurisdiction over that particular

6 matter.  Anything relating to the involuntary bankruptcy currently pending against Mr.

7 Layfield should be addressed in that case and not in the context of the Ex Parte.  Finally,

8 while Wellgen vigorously disputes the unsupported factual allegations set forth in the Ex

9 Parte, Wellgen will address those in the context of an appropriate motion so as not to

10 waste the Court's time and resources.

11                                                  Respectfully submitted,

12 Dated: September 4, 2018          WEILAND GOLDEN GOODRICH LLP

13

14                                              By:  */s/ Jeffrey I. Golden*
                                                     JEFFREY I. GOLDEN

15                                                      BETH E. GASCHEN
                                                     Attorneys for Creditor

16                                                      Wellgen Standard, LLC

17

18

19

20

21

22

23

24

25

26

27

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **COMMENTS REGARDING PHILIP LAYFIELD'S EX PARTE MOTION TO ESTABLISH PROTOCOL FOR RESOLVING OPEN ISSUES, SET BRIEFING SCHEDULES AND TO STAY ALL OTHER PROCEEDINGS, PAYMENTS AND FINAL ORDERS PENDING RESOLUTION OF CRITICAL ISSUES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 4, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 4, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 4, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2018 | Kelly Adele | *Kelly Adele* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
1185920.1

**F 9013-3.1.PROOF.SERVICE**

**VIA OVERNIGHT MAIL**
Philip Layfield
1875 K. Street NW
Washington, DC  20006


**Electronic Mail Notice List**
Wesley H Avery     wavery@thebankruptcylawcenter.com, lucy@averytrustee.com;alexandria@averytrustee.com
Jason Balitzer     jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
Moises S Bardavid     mbardavid@hotmail.com
Daniel I Barness     daniel@barnesslaw.com
James W Bates     jbates@jbateslaw.com
Martin J Brill     mjb@lnbrb.com
Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Jennifer Witherell Crastz     jcrastz@hemar-rousso.com, DBrotman@hrhlaw.com
Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
M. Jonathan Hayes     jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
James KT Hunter     jhunter@pszjlaw.com
Steven J Kahn     skahn@pszyjw.com
Joseph M Kar     jkar@mindspring.com
Richard W Labowe     richardwlabowe@gmail.com, llhlaw1631@aol.com
Dare Law     dare.law@usdoj.gov
David W. Meadows     david@davidwmeadowslaw.com
Rana Nader     rnader@naderlawgroup.com, monique@naderlawgroup.com
Joel A Osman     osman@parkermillsllp.com, sanders@parkermillsllp.com
Malhar S Pagay     mpagay@pszjlaw.com, mpagay@pszjlaw.com
Brian A Paino     bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com
Michael F Perlis     mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
Michael F Perlis     , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
Faye C Rasch     frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
Daniel H Reiss     dhr@lnbyb.com, dhr@ecf.inforuptcy.com
Damion Robinson     dr@agzlaw.com
Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
Daniel A Solitro     dsolitro@lockelord.com, ataylor2@lockelord.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Alan J Watson     alan.watson@hklaw.com, rosanna.perez@hklaw.com