| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Debra I. Grassgreen (CA Bar No. 169978)<br>Malhar S. Pagay (CA Bar No. 189289)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail:        dgrassgreen@pszjlaw.com<br>                     mpagay@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for:  Richard M. Pachulski, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br><br><br>                                                     Debtor(s) | CASE NO.: 2:17-bk-19548-NB<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>**ORDER DENYING PHILIP J. LAYFIELD'S MOTION TO TERMINATE THE APPOINTMENT OF CHAPTER 11 TRUSTEE, RICHARD PACHULSKI UNDER §1105 AND IMMEDIATE CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE TO APPOINT PANEL TRUSTEE** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER DENYING PHILIP J. LAYFIELD'S MOTION TO TERMINATE THE APPOINTMENT OF CHAPTER 11 TRUSTEE, RICHARD PACHULSKI UNDER §1105 AND IMMEDIATE CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE TO APPOINT PANEL TRUSTEE** was lodged on (date) December 12, 2018 and is attached as Exhibit "A".  This order relates to the motion which is docket number 349.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                         Page 1                                       **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:318318.1 51414/002

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:318318.1 51414/002

Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
       mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>             Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER DENYING PHILIP J. LAYFIELD'S MOTION TO TERMINATE THE APPOINTMENT OF CHAPTER 11 TRUSTEE, RICHARD PACHULSKI UNDER §1105 AND IMMEDIATE CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE TO APPOINT PANEL TRUSTEE**<br><br>**[Relates to Docket No. 349]**<br><br>Date:    December 6, 2018<br>Time:   10:00 a.m.<br>Place:   United States Bankruptcy Court<br>           Edward R. Roybal Federal Building<br>           255 E. Temple Street, Crtrm. 1545<br>           Los Angeles, California 90012<br>Judge:  Honorable Neil W. Bason |

The Court, having considered the *Motion to Terminate the Appointment of Chapter 11 Trustee, Richard Pachulski Under §1105 and Immediate Conversion of Chapter 11 Case to Chapter 7 Case to Appoint Panel Trustee* [Docket No. 349] (the "Motion"),[1] filed by Philip J. Layfield, the oral and written arguments of counsel and evidence submitted on behalf of parties in interest, and the entire record in the above-captioned chapter 11 case; and for the reasons set forth in the Court's

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Motion.

DOCS_LA:318288.1 51414/001

tentative ruling and as stated on the record at the hearing regarding the Motion; and good cause appearing therefor; it is HEREBY ORDERED THAT:

The Motion is DENIED without leave to amend.

# # #

DOCS_LA:318288.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 12, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 12, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn: Philip Layfield, Officer of Record**<br>2720 Homestead Rd., Suite 210<br>Park City, UT 84098 | Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn: Any Officer Other Than Philip Layfield**<br>2720 Homestead Rd., Ste. 210<br>Park City, UT 84098 | Philip James Layfield<br>Register No. 71408-050<br>MDC Los Angeles<br>Metropolitan Detention Center<br>P.O. Box 1500<br>Los Angeles, CA 90053 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 12, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 12, 2018 | Sophia L. Lee | */s/ Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:17-bk-19548-NB**
- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    grb@princeyeates.com, carolp@princeyeates.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman    osman@parkermillsllp.com, sanders@parkermillsllp.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Brian A Paino    bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com
- Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com, jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    merickson@lockelord.com, jhagey@lockelord.com, RRJohnson@lockelord.com, bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:318318.1 51414/002

**2. SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Patricia Salcedo<br>The Dominguez Firm<br>3250 Wilshire Blvd #2200<br>Los Angeles, CA 90010 | Diana B Sherman<br>Law Offices of Diane B Sherman<br>1801 Century Park East Ste 1200<br>Los Angeles, CA 90067 | Roger G Jones<br>Austin L. McMullen<br>Bradley Arant Boult Cummings LLP<br>1600 Division St Ste 700<br>Nashville, TN 37203 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:318318.1 51414/002