1  Debra I. Grassgreen (CA Bar No. 169978)
   Malhar S. Pagay (CA Bar No. 189289)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California  90067
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   E-mail:  dgrassgreen@pszjlaw.com
5          mpagay@pszjlaw.com

6  Attorneys for Richard M. Pachulski,
   Chapter 11 Trustee

FILED & ENTERED

DEC 12 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT   CHANGES MADE BY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>                    Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER DENYING PHILIP J. LAYFIELD'S MOTION TO TERMINATE THE APPOINTMENT OF CHAPTER 11 TRUSTEE, RICHARD PACHULSKI UNDER §1105 AND IMMEDIATE CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE TO APPOINT PANEL TRUSTEE**<br><br>**[Relates to Docket No. 349]**<br><br>Date:     December 6, 2018<br>Time:     10:00 a.m.<br>Place:    United States Bankruptcy Court<br>          Edward R. Roybal Federal Building<br>          255 E. Temple Street, Crtrm. 1545<br>          Los Angeles, California 90012<br>Judge:    Honorable Neil W. Bason |

The Court, having considered the *Motion to Terminate the Appointment of Chapter 11 Trustee, Richard Pachulski Under §1105 and Immediate Conversion of Chapter 11 Case to Chapter 7 Case to Appoint Panel Trustee* [Docket No. 349] (the "Motion"),[1] filed by Philip J. Layfield, the oral and written arguments of counsel and evidence submitted on behalf of parties in interest, and the entire record in the above-captioned chapter 11 case; and for the reasons set forth in the Court's

---
[1] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Motion.

DOCS_LA:318288.1 51414/001

1    tentative ruling (dkt. 377, p. 7, ¶ (2)(f)) and as stated on the record at the hearing regarding the

2    Motion; and good cause appearing therefor; it is HEREBY ORDERED THAT:

3        The Motion is DENIED without leave to amend.

4

5                             # # #

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Date: December 12, 2018

24                             Neil W. Bason
                            United States Bankruptcy Judge

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2