UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Layfield & Barrett, APC<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 2:17-19548-NB<br>Operating Report Number: 16<br>For the Month Ending: Nov-18 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ 560,731.38

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    (amount is inclusive of $334,093.94 transferred to acct #2180025491 per April 2018 MOR)    $ 560,690.38

3. BEGINNING BALANCE:    **    $ 41.00

4. RECEIPTS DURING CURRENT PERIOD:    $ 239.82
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:    $ 239.82

5. BALANCE:    $ 280.82

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)
   Disbursements (from page 2)    $ 27.00

   TOTAL DISBURSEMENTS THIS PERIOD:***    $ 253.82

7. ENDING BALANCE:    $ 41.00

8. General Account Number(s):    2181002722

   Depository Name & Location:    Union Bank
   PO Box 513840
   Los Angeles, CA 90051

\*   All receipts must be deposited into the general account.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 11/2/2018 | | Bank Fee | Wire Transfer Fee | | $ 15.00 | $ 15.00 |
| 11/30/2018 | | Bank Fee | Online Statement | | $ 12.00 | $ 12.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | $ 27.00 | $ 27.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____11/30/2018_____  Balance on Statement: _____$253.82_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                    $ _____ -

Bank statement Adjustments:                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                    $      253.82

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (CASH COLLATERAL)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR CASH COLLATERAL ACCOUNT REPORTS* (amount is inclusive of $338,624.97 transferred from acct #2181002722 per April and October 2018 MORs) | $ | 1,321,187.82 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLATERAL ACCOUNT REPORTS* | $ | 137,967.49 |
| 3. BEGINNING BALANCE: | $ | 1,183,220.33 |
| 4. RECEIPTS DURING CURRENT PERIOD: | $ | 170,000.00 |
| 5. BALANCE: | $ | 1,353,220.33 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD (inclusive of $4,875.00 transferred to Account #218002722) | $ | 48.52 |
| 7. ENDING BALANCE: | $ | 1,353,171.81 |

8. CASH COLLATERAL Account Number(s):          2180025491

Depository Name & Location:          Union Bank
                                      PO Box 513840
                                      Los Angeles, CA 90051

*The Debtor was one of three law firms entitled to receive payment on account of attorneys' fees and costs in connection with litigation in the Superior Court of the State of California for the County of Riverside entitled *Rose Pineda, et al. v. County of Riverside, et al.* (Case No. RIC1507590) (the "Pineda Proceeding"). The Pineda Proceeding settled and, in connection therewith, for the convenience of the defendant payors, the Debtor's estate was utilized as the payee conduit for the satisfaction of the entire attorneys' fees and costs component of the settlement. To that end, the Trustee received a total of $1,128,222.06 ($1,113,097.06 from defendant County of Riverside, and $15,125 from the "Bailey Defendants"). Of this aggregate amount, the Trustee transferred funds belonging to the other law firms - $506,332.41 to The Dominguez Firm and $90,937.05 to the El Dabe Law Offices - retaining the balance. Accordingly, the payments made were not distributions on account of creditor claims; instead, the estate was a pass-through for amounts belonging to other law firms relating to the Pineda Proceeding.

TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 11/15/2018 | 1003 | Safeguard | Bank Checks | $ 48.52 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 48.52 |

CASH COLLATERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____11/30/2018_____    Balance on Statement: _____$1,353,171.81_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 12/3/2018 | 2,500.00 |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                        2,500.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1004 | 12/3/2018 | 377,931.16 |
| 1005 | 12/3/2018 | 263,756.47 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                        641,687.63

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        $713,984.18

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS            N/A

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS                                                N/A

3.  BEGINNING BALANCE:                                         0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)                         0.00

5.  BALANCE:                                                   0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                        0.00

7.  ENDING BALANCE:                                            0.00

8.  TAX Account Number(s):                   2181002730

                                     Union Bank
    Depository Name & Location:      PO Box 513840
                                     Los Angeles, CA 90051

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | N/A |

TAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____11/30/2018_____   Balance on Statement: _____$0.00_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| N/A | N/A | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT                                    | N/A |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    | N/A |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | $ | 253.82 |
| Cash Collateral Account: | | 1,353,171.81 |
| Tax Account: | | 0.00 |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | | N/A |

**TOTAL CASH AVAILABLE:**   $   1,353,425.63

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**   N/A

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | N/A |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: _____ | | | |
| TOTAL: | N/A | N/A | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days | 564,117.54 |  |  |
| TOTAL: | 564,117.54 |  |  |

## V. INSURANCE COVERAGE**

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A | N/A | N/A | N/A |
| Worker's Compensation | N/A | N/A | N/A | N/A |
| Casualty | N/A | N/A | N/A | N/A |
| Vehicle | N/A | N/A | N/A | N/A |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2017 | $ - | $ 325.00 | 11/20/2017 | $ 325.00 | $ - |
| 31-Dec-2017 | $ 176.89 | $ 325.00 | 2/15/2018 | $ 325.00 | $ - |
| 31-Mar-2018 | $ 40,330.20 | $ 650.00 | 4/12/2018 | $ 650.00 | $ - |
| 30-Jun-2018 | $ 132,911.49 | $ 1,625.00 | 7/24/2018 | $ 1,625.00 | $ - |
|  |  |  | (overpayment of $650 issued for Q2 2018) | | $ - |
| 30-Sep-2018 | 1,706.00 | 325.00 | 10/18/2018 | 325.00 | $ - |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report
**All insurance policies have lapsed due to Debtor's non-payment.

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | _____ | _____ |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | N/A | N/A |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | _____ | _____ |
| Purchases | _____ | _____ |
| Less: Ending Inventory at cost | _____ | _____ |
| Cost of Goods Sold (COGS) | N/A | N/A |
| | | |
| **Gross Profit** | N/A | N/A |
| | | |
| Other Operating Income (Itemize) | _____ | _____ |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | _____ | _____ |
| Payroll - Other Employees | _____ | _____ |
| Payroll Taxes | _____ | _____ |
| Other Taxes (Itemize) | _____ | _____ |
| Depreciation and Amortization | _____ | _____ |
| Rent Expense - Real Property | _____ | _____ |
| Lease Expense - Personal Property | _____ | _____ |
| Insurance | _____ | _____ |
| Real Property Taxes | _____ | _____ |
| Telephone and Utilities | _____ | _____ |
| Repairs and Maintenance | _____ | _____ |
| Travel and Entertainment (Itemize) | _____ | _____ |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | N/A | N/A |
| | | |
| Net Gain/(Loss) from Operations | N/A | N/A |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | _____ | _____ |
| Net Gain on Sale of Assets (Itemize) | _____ | _____ |
| Other (Itemize) | _____ | _____ |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | _____ | _____ |
| Legal and Professional (Itemize) | $ 654,538.50 | 564,117.54 |
| Other (Itemize) | | |
| Total Non-Operating Expenses | | 564,117.54 |
| | | |
| NET INCOME/(LOSS) | | |

(Attach exhibit listing all itemizations required above)

**BALANCE SHEET**
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | $        1,353,425.63 | |
| Unrestricted Cash | | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | $            1,353,425.63 |
| | | |
| Property, Plant, and Equipment | N/A | |
| Accumulated Depreciation/Depletion | N/A | |
| Net Property, Plant, and Equipment | | N/A |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | N/A | |
| Other (Itemize) | N/A | |
| Total Other Assets | | |
| | | |
| TOTAL ASSETS | | |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | $          564,117.54 | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | |
| | | |
| TOTAL LIABILITIES | | |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | | |
| Post-petition Profit/(Loss) | | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | |
| | | |
| TOTAL LIABILITIES & EQUITY | | |

XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:<br>N/A | X | |

3.  State what progress was made during the reporting period toward filing a plan of reorganization. Since his appointment on August 22, 2017, among other actions, the Trustee and his counsel have engaged in discussions with, and requested documentation and information from, persons and entities associated with the Debtor and third parties regarding the Debtor's assets, liabilities and previous business operations. The Debtor did not file its Schedules or Statement of Financial Affairs in the Case and no representative of the Debtor has appeared to respond to inquiries at any meeting of creditors pursuant to section 341(a) of the Bankruptcy Code. Therefore, despite his and his counsel's best efforts, the Trustee only has incomplete information regarding the estate. The Trustee intends to continue to gather and analyze information regarding the Debtor. Also, the Trustee filed and the Court approved a motion to approve procedures for the resolution of the bankruptcy estate's fee and cost claims arising from the Debtor's services to former clients and referrals of matters to other law firms. Pursuant to the authority and procedures granted by such order, the Trustee presently is engaged in settling such matters. The Trustee has recovered and is in the process of attempting to sell real property previously belonging to the Debtor that was transferred prior to the Petition Date and has issued demand letters to other parties receiving transfers within the preference period. The results of the Trustee's efforts to recover and dispose of these and other assets for the benefit of the estate will impact his determination regarding the formulation of a plan.

4. Describe potential future developments which may have a significant impact on the case:
The Court set February 5, 2018, as the general claims bar date. Around 290 claims have been filed in the Case in the aggregate face amount of over $860 million. Although neither the Trustee nor his counsel has initiated a review and analysis of the nature, amount and validity of such claims, the Trustee believes that the amount of claims asserted against the estate is significantly overstated. The Trustee and Wellgen Standard, LLC, the parent company and assignee of the Debtor's pre-petition lender, Advocate Capital, Inc., have entered into, and the Court has approved, a stipulation to address the fees billed and costs incurred by the Trustee and his counsel in connection with the case and the disposition of Wellgen's collateral. The Trustee continues to resolve and collect fee and cost claims belonging to the bankruptcy estate and is pursuing the recovery of avoidance claims. Once the foregoing issues have been resolved, the Trustee will be in a better position to analyze the financial condition of the bankruptcy estate and determine the disposition of the case that will be in the best interests of creditors, including, without limitation, the formulation of a plan.

5. Attach copies of all orders granting relief from the automatic stay that were entered during this reporting period.
N/A

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.                  No    Yes
N/A

I,   Richard M. Pachulski, Chapter 11 Trustee for Layfield & Barrett, APC,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

December 20, 2018
Date                                           Richard M. Pachulski, Ch. 11 Trustee

 UnionBank

**STATEMENT OF ACCOUNTS**

Page 1 of 1
BANKRUPTCY ESTATE OF LAYFIELD &
**Statement Number: 2181002722**
11/01/18 - 11/30/18

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT, APC., DEBTOR - GENERAL ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2: 17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

## Business Value Checking Summary

Account Number: 2181002722

Days in statement period: Days in statement period: 30

| | | | |
|---|---|---:|---:|
| Balance on 11/ 1 | $ | | 41.00 |
| Total Credits | | | 239.82 |
| Deposits (1) | | 239.82 | |
| Total Debits | | | -27.00 |
| Other debits (2) | | -27.00 | |
| Balance on 11/30 | $ | | 253.82 |

## C R E D I T S

### Deposits *including check and cash credits*

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 11/21 | OFFICE DEPOSIT # 0000385045 | 77366253 | $ | 239.82 |

## D E B I T S

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 11/2 | WIRE TRANSFER MONTHLY FEE/WEB (WTM) | 90252104 | $ | 15.00 |
| 11/30 | SERVICE CHARGE WITH ONLINE STATEMENT | | | 12.00 |
| | **2  Other debits, fees and adjustments** | **Total** | **$** | **27.00** |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 11/1 | $ | 41.00 | 11/21-11/29 | $ | 265.82 |
| 11/2-11/20 | | 26.00 | 11/30 | | 253.82 |

**UnionBank**

**STATEMENT OF ACCOUNTS**

Page 1 of 1
BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT
**Statement Number: 2180025491**
11/01/18 - 11/30/18

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD & BARRETT
APC., DBTR - CASH COLLATERAL ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2:17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

■

---

## Business Basics Checking Summary

Account Number: 2180025491

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| Balance on 11/ 1 | $ | 1,183,220.33 |
| Total Credits | | 170,000.00 |
| Deposits (1) | 170,000.00 | |
| Total Debits | | -48.52 |
| Checks paid (1) | -48.52 | |
| Balance on 11/30 | $ | 1,353,171.81 |

## C R E D I T S

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 11/13 | OFFICE DEPOSIT # 0000385044 | 77113767 | $ 170,000.00 |

## D E B I T S

**Check Paid**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1003 | 11/21 | 48.52 | | | |

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/1-11/12 | $ 1,183,220.33 | 11/21-11/30 | $ 1,353,171.81 |
| 11/13-11/20 | 1,353,220.33 | | |

# UnionBank

## STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

Page 1 of 1
BANKRUPTCY ESTATE OF LAYFIELD &
**Statement Number: 2181002730**
11/01/18 - 11/30/18

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT, APC., DEBTOR - TAX ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2:17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

---

### Business Value Checking Summary

Account Number: 2181002730

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | 0.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 11/30** | $ | 0.00 |

## C R E D I T S

## D E B I T S

### Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/1-11/30 | $        0.00 | | |