| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Debra I. Grassgreen (CA Bar No. 169978)<br>Malhar S. Pagay (CA Bar No. 189289)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail:    dgrassgreen@pszjlaw.com<br>           mpagay@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:*  Richard M. Pachulski, Chapter 11 Trustee | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES** | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br><br><br><br><br><br>                                            Debtor(s) | CASE NO.: 2:17-bk-19548-NB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>**ORDER AUTHORIZING TRUSTEE TO FILE REPLY PAPERS UNDER SEAL RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY), FILED BY WELLS FARGO BANK, NATIONAL ASSOCIATION** |

PLEASE TAKE NOTE that the order titled **ORDER AUTHORIZING TRUSTEE TO FILE REPLY PAPERS UNDER SEAL RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY), FILED BY WELLS FARGO BANK, NATIONAL ASSOCIATION** was lodged on (date) January 3, 2019 and is attached as Exhibit "A".  This order relates to the motions which are docket numbers 143 and 144.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*
DOCS_LA:318539.1 51414/002

Page 1

**F 9021-1.2.BK.NOTICE.LODGMENT**

Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
        mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

LAYFIELD & BARRETT, APC,

          Debtor

Case No.: 2:17-bk-19548-NB

Chapter 11

**ORDER AUTHORIZING TRUSTEE TO FILE REPLY PAPERS UNDER SEAL RE: MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY), FILED BY WELLS FARGO BANK, NATIONAL ASSOCIATION**

[Relates to Docket Nos. 143, 144, 151, 152]

(2720 Homestead Road, Suites 200, 210 & 220, Park City, Utah 84098)

**Continued Hearing re Motions:**

Date:     February 5, 2019
Time:     2:00 p.m.
Place:    Courtroom 1545
           Edward R. Roybal Federal Bldg.
           255 E. Temple Street
           Los Angeles, California 90012
Judge:   Honorable Neil W. Bason

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

     The Court, having entered the *Order for Wells Fargo Bank, N.A. to File Under Seal its*

*Supplemental Brief in Support of the Motions for Relief From Stay Re:  2720 Homestead Road,*

*Suites 210 and 220, Park City, Utah 84098, 2720 Homestead Road, Suite 200, Park City, Utah*

DOCS_LA:318536.1 51414/002

*84098*, authorizing Wells Fargo Bank, N.A. ("WFB"), to file under seal a supplemental brief (the

"WFB Brief") regarding its *Motions for Relief from the Automatic Stay (Real Property)* [Docket

Nos. 143, 144], and it appearing that Richard M. Pachulski, the chapter 11 trustee of the bankruptcy

estate of Layfield & Barrett, APC (the "Trustee"), should be given corresponding authorization to

file under seal any reply to the sealed WFB Brief (the "Reply"), and with good cause shown,

IT IS HEREBY ORDERED that:

1.      WFB shall maintain the confidentiality of the WFB Brief and serve the WFB Brief

only on counsel for the Trustee and the Office of the United States Trustee.

2.      The Trustee is authorized to file his Reply to the WFB Brief under seal.

3.      The Trustee shall place the Reply and all unredacted documents in support thereof to

be filed under seal in a sealed envelope with a cover page containing the caption of the Reply, along

with a copy of this Order, and shall file those documents with the Clerk.  The Clerk shall stamp the

cover pages of the Reply and any related separately-captioned documents and file the cover pages

only, without the remaining documents.  The Reply and any related documents filed under seal shall

not be made public on the Court's docket.

### 

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:318536.1 51414/002

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, January 03, 2019

Upload Again

<u>CONFIRMATION</u> :

You've successfully uploaded the order:
( **7056842.doc** )
   A new order has been added

- **Office**: Los Angeles
- **Case Title**: Layfield & Barrett, APC
- **Case Number**: 17-19548
- **Judge Initial**: NB
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 143
- **On Date**: 01/03/2019 @ 09:35 AM

Please print 🖶 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 3, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **January 3, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Layfield & Barrett, APC
Fka Layfield & Wallace, APC
Fka The Layfield Law Firm, APC
**Attn:  Philip Layfield, Officer of Record**
2720 Homestead Rd., Suite 210
Park City, UT 84098
Jennifer Witherell Crastz
Jessica Mickelsen Simon
HEMAR, ROUSSO & HEALD, LLP
₁5910 Ventura Boulevard, Twelfth Floor
Encino, California 91436

Layfield & Barrett, APC
Fka Layfield & Wallace, APC
Fka The Layfield Law Firm, APC
**Attn:  Any Officer Other Than Philip Layfield**
2720 Homestead Rd., Ste. 210
Park City, UT 84098

Philip James Layfield
Register No. 71408-050
MDC Los Angeles
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA  90053

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 3, 2019 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:17-bk-19548-NB**

- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    grb@princeyeates.com, carolp@princeyeates.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Jessica Mickelsen Simon    jmsimon@hrhlaw.com
- Dennette A Mulvaney    dmulvaney@leechtishman.com
- Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman    osman@parkermillsllp.com, sanders@parkermillsllp.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Brian A Paino    bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com
- Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com, jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    , merickson@lockelord.com, jhagey@lockelord.com, RRJohnson@lockelord.com,bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:

Patricia Salcedo
The Dominguez Firm
3250 Wilshire Blvd #2200
Los Angeles, CA 90010

Diana B Sherman
Law Offices of Diane B Sherman
1801 Century Park East Ste 1200
Los Angeles, CA 90067

Roger G Jones
Austin L. McMullen
Bradley Arant Boult Cummings LLP
1600 Division St Ste 700
Nashville, TN 37203

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:318539.1 51414/002