Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dgrassgreen@pszjlaw.com
            mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:17-bk-19548-NB |
| LAYFIELD & BARRETT, APC, | Chapter 11 |
| Debtor. | **DECLARATION OF ROBERT MARTINO IN SUPPORT OF MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BUYER, SUCCESSFUL BIDDER AND BACKUP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS AND OTHER ORDINARY COSTS OF SALE** |
| | [Relates to Docket No. 391] |
| | Date: February 5, 2019<br>Time: 2:00 p.m.<br>Place: United States Bankruptcy Court<br>         Edward R. Roybal Federal Building<br>         255 E. Temple Street, Ctrm. 1545<br>         Los Angeles, California 90012<br>Judge: Honorable Neil W. Bason |

I, Robert Martino, declare as follows:

1. I am the Manager of Sterling Holdings LLC (the "Buyer"), the proposed purchaser of real property commonly known as Unit 200 of Toll Creek Village 2 (Parcel No. TCVC-2-200), an office condominium located at 2720 Homestead Road, Park City, Utah 84098 (the "Property"), pursuant to the *Motion for Order (1) Authorizing Sale of Real Property Free and Clear of All Liens, Claims And Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder and Backup Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed Liens and Other Ordinary Costs of Sale* [Docket No. 391](the "Motion"), filed by Richard M. Pachulski, the chapter 11 trustee (the "Trustee") of the bankruptcy estate of Layfield & Barrett, APC (the "Debtor"). I am authorized to make this Declaration on behalf of the Buyer.

2. Unless otherwise indicated, all facts set forth in this Declaration are based on either (a) my personal knowledge (my own or that gathered by others who report to me), (b) my review of relevant documents, or (c) my opinion based upon my experience and knowledge of the circumstances. If I were called to testify thereto, I could and would competently do so to the best of my knowledge.

3. The Trustee has provided to the Buyer a conflicts list of various parties relating to the Debtor, including, without limitation, (a) the Debtor and certain of its insiders, affiliates and professionals, (b) the petitioning creditors who commenced the Debtor's bankruptcy case, (c) the Trustee and his professionals, and (d) parties asserting liens against or security interests in the Property and other assets of the Debtor's bankruptcy estate (collectively, the "Conflicts Parties"). A true and correct list of the Conflicts Parties is attached hereto as **Exhibit "A"**.

4. Neither the Buyer nor any of its affiliates, managers, members, employees or agents has any prior, current or expected connection to (a) the Conflicts Parties, (b) any other known prospective bidder for the Property or (c) any former employees, officers, directors or agents of the Debtor of whom I'm aware (collectively, the "Relevant Parties"), except as follows: **None**

5. No offer of employment or compensation has been made by or on behalf of the Buyer to (a) any of the Debtor's present or former officers, directors, agents or employees, or (b) the Trustee or his professionals.

6. No consideration is contemplated or has been transferred by the Buyer in connection with the sale of the Property to any other person other than the Debtor's bankruptcy estate, other than the payment of brokers' commissions.

7. Neither the Buyer nor any of its representatives has engaged in any fraud or collusion with any Relevant Party or made any attempt to take unfair advantage of other known or prospective bidders for the Property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2019 at Park City, Utah.



*Robert Martino Manager*  dotloop verified 02/05/19 11:29 AM MST PFOW-6HUK-A8UQ-5YI1

Robert Martino

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# **EXHIBIT A**

**Trustee and Professionals**

Richard M. Pachulski (Chapter 11 Trustee)
Pachulski Stang Ziehl & Jones LLP
KW Park City Keller Williams Real Estate

**Debtor and Affiliated Parties**

Layfield & Barrett, APC
f/k/a Layfield & Wallace, APC
f/k/a The Layfield Law Firm, APC
Maximum Legal, LLC
Maximum Legal Holdings, LLC
Maximum Legal (California). LLP
Maximum Legal (Arizona) LLC
Maximum Legal (Utah), LLC
Maximum Legal (Florida), PLLC
Maximum Legal Florida, LLP
Maximum Legal Staffing, LLC
Maximum Legal Services, LLC
Philip J. Layfield a/k/a Philip S. Pesin
Christine Layfield
Layfield V, LLC
Joseph M. Barrett
The Barrett Law Firm, APC
Todd D. Wakefield
Terry Bailey
Shyam Bandepalli
Jeffery Pannebaker
Stella Havkin, Havkin & Shrago
Jeffrey B. Smith, Curd, Galindo & Smith L.L.P.
Jones Waldo Holbrook & McDonough, PC

Maximum Legal Holdings BVI
Maximum Holdings I Cyprus
Maximum Legal Costa Rica
Maximum Legal Finance BVI
Maximum IT Services BVI
L&B Buy-In Services BVI
Triallawyers.com India Pvt
Maximum Legal India Pvt
Hamilton Newstead LLC Montana

**Petitioning Creditors**

The Dominguez Firm

DOCS_LA:308347.2 51414/002

Mario Lara
Nayazi Reyes
Maria A. Rios

**<u>Putative Secured Creditors</u>**

Advocate Capital, Inc.
Wellgen Standard, LLC
Alliance Legal Solutions, LLC
Wells Fargo Bank, N.A.
Toll Creek Owners Association, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ROBERT MARTINO IN SUPPORT OF MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BUYER, SUCCESSFUL BIDDER AND BACKUP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS AND OTHER ORDINARY COSTS OF SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 5, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 5, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Philip J. Layfield<br>1875 Connecticut Ave. NW, 10th Fl<br>Washington, DC 20006<br><br>Layfield & Barrett, APC<br>fka Layfield & Wallace, APC<br>fka The Layfield Law Firm, APC<br>Attn: Philip Layfield, Officer of Record<br>c/o Maximum Legal Holdings, LLC<br>8 The Green, Suite 6426<br>Dover, Delaware 19901 | Philip J. Layfield<br>c/o Maximum Legal Holdings, LLC<br>8 The Green<br>Suite 6426<br>Dover, Delaware 19901 | Layfield & Barrett, APC<br>fka Layfield & Wallace, APC<br>fka The Layfield Law Firm, APC<br>Attn: Philip Layfield, Officer of Record<br>1875 Connecticut Ave. NW, 10th Fl.<br>Washington, DC 20006 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **___, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2019 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:316973.1 51414/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
**Mailing Information for Case 2:17-19548**

- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    grb@princeyeates.com, carolp@princeyeates.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Jessica Mickelsen Simon    jmsimon@hrhlaw.com
- Dennette A Mulvaney    dmulvaney@leechtishman.com, lmoya@leechtishman.com
- Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman    osman@parkermillsllp.com, sanders@parkermillsllp.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Brian A Paino    bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com
- Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    , merickson@lockelord.com jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:316973.1 51414/002

**F 9013-3.1.PROOF.SERVICE**