| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Debra I. Grassgreen (CA Bar No. 169978)<br>Malhar S. Pagay (CA Bar No. 189289)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail:       dgrassgreen@pszjlaw.com<br>              mpagay@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for:  Richard M. Pachulski, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br><br><br>Debtor(s) | CASE NO.: 2:17-bk-19548-NB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): **ORDER SETTING HEARING AND ESTABLISHING BRIEFING SCHEDULE RE: DISPUTED LIENS ASSERTED ON 2720 HOMESTEAD ROAD, UNIT 200, PARK CITY, UTAH 84098** [2720 Homestead Road, Unit 200, Park City, Utah 84098] |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER SETTING HEARING AND ESTABLISHING BRIEFING SCHEDULE RE: DISPUTED LIENS ASSERTED ON 2720 HOMESTEAD ROAD, UNIT 200, PARK CITY, UTAH 84098** was lodged on February 6, 2019 and is attached as Exhibit "A".  This order relates to the motion which is docket number 391.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                               Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:319195.1 51414/002

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:319195.1 51414/002

Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: dgrassgreen@pszjlaw.com
           mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LAYFIELD & BARRETT, APC,<br><br>                    Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 7<br><br>**ORDER SETTING HEARING AND ESTABLISHING BRIEFING SCHEDULE RE: DISPUTED LIENS ASSERTED ON 2720 HOMESTEAD ROAD, UNIT 200, PARK CITY, UTAH 84098**<br><br>[2720 Homestead Road, Unit 200, Park City, Utah 84098]<br><br>Date:    March 5, 2019<br>Time:    2:00 p.m.<br>Place:   United States Bankruptcy Court<br>           Edward R. Roybal Federal Building<br>           255 E. Temple Street, Ctrm. 1545<br>           Los Angeles, California 90012<br>Judge:  Honorable Neil W. Bason |

The Court, having conducted a hearing on February 5, 2019, regarding the *Motion for Order (1) Authorizing Sale of Real Property Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § § 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder and Backup Bidder as Good Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed Liens and Other Ordinary Costs of Sale* [Docket. No. 391] (the "Motion"), filed by Richard M. Pachulski, the duly appointed and serving chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Layfield & Barrett, APC, to sell ("Sale") the real property located at 2720 Homestead Road, Unit 200, Park City, Utah 84098 (the "Property"), free and clear of liens, claims, rights, interests and encumbrances, and having granted the Motion and approved the Sale; and having determined that it is necessary and appropriate in order to address and dispose of the Trustee's disputes regarding the liens against the proceeds of Sale of the Property (collectively, the "Liens") asserted by Wells Fargo Bank, N.A. ("WFB"), and Toll Creek Owners Association, Inc. ("TCOA"), to establish a schedule regarding the providing of documentation and briefing, and set a hearing thereon as follows,

**IT IS HEREBY ORDERED** that the parties shall adhere to the following schedule:

| | |
|---|---|
| February 11, 2019 | Deadline for WFB to provide to Trustee documentation supporting Lien |
| February 15, 2019 | Deadline for Trustee to respond to WFB regarding the basis for Trustee's dispute with WFB's Lien |
| February 18, 2019 | Deadline for TCOA to provide to Trustee documentation supporting Lien |
| February 20, 2019 | Deadline for WFB to file declaration in support of Lien if parties are unable to resolve dispute |
| February 25, 2019 | Deadline for Trustee to respond to TCOA regarding the basis for Trustee's dispute with TCOA's Lien |
| February 28, 2019 | Deadline for TCOA to file declaration in support of Lien if parties are unable to resolve dispute |

and

///

///

2

1
2
3
4

**IT IS FURTHER ORDERED** that the Court will conduct a hearing regarding any unresolved disputes regarding Liens on March 5, 2019, at 2:00 p.m.

# # #

    **Bankruptcy LODGED ORDER UPLOAD FORM**

Wednesday, February 06, 2019

[Upload Again]

CONFIRMATION :

You've successfully uploaded the order:
( **7357850.doc** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Layfield & Barrett, APC
- **Case Number**:  17-19548
- **Judge Initial**:  NB
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  391
- **On Date**:  02/06/2019 @ 03:04 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court,  Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 6, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 6, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn: Philip Layfield, Officer of Record**<br>2720 Homestead Rd., Suite 210<br>Park City, UT 84098 | Layfield & Barrett, APC<br>Fka Layfield & Wallace, APC<br>Fka The Layfield Law Firm, APC<br>**Attn: Any Officer Other Than Philip Layfield**<br>2720 Homestead Rd., Ste. 210<br>Park City, UT 84098 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 6, 2019 | Sophia L. Lee | */s/ Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 2                                **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:319195.1 51414/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
**Mailing Information for Case 2:17-bk-19548-NB**
- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    grb@princeyeates.com, carolp@princeyeates.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Jessica Mickelsen Simon    jmsimon@hrhlaw.com
- Dennette A Mulvaney    dmulvaney@leechtishman.com
- Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman    osman@parkermillsllp.com, sanders@parkermillsllp.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Brian A Paino    bpaino@mcglinchey.com, crico@mcglinchey.com;selizondo@mcglinchey.com
- Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com, jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    , merickson@lockelord.com, jhagey@lockelord.com, RRJohnson@lockelord.com,bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:319195.1 51414/002