Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

**FILED & ENTERED**

**FEB 07 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAYFIELD & BARRETT, APC,<br><br>           Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 7<br><br>**ORDER SETTING HEARING AND ESTABLISHING BRIEFING SCHEDULE RE: DISPUTED LIENS ASSERTED ON 2720 HOMESTEAD ROAD, UNIT 200, PARK CITY, UTAH 84098**<br><br>[2720 Homestead Road, Unit 200, Park City, Utah 84098]<br><br>Date:    March 5, 2019<br>Time:    2:00 p.m.<br>Place:   United States Bankruptcy Court<br>           Edward R. Roybal Federal Building<br>           255 E. Temple Street, Ctrm. 1545<br>           Los Angeles, California 90012<br>Judge:  Honorable Neil W. Bason |

The Court, having conducted a hearing on February 5, 2019, regarding the *Motion for Order (1) Authorizing Sale of Real Property Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder and Backup Bidder as Good Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed Liens and Other Ordinary Costs of Sale* [Docket. No. 391] (the "Motion"), filed by Richard M. Pachulski, the duly appointed and serving chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Layfield & Barrett, APC, to sell ("Sale") the real property located at 2720 Homestead Road, Unit 200, Park City, Utah 84098 (the "Property"), free and clear of liens, claims, rights, interests and encumbrances, and having granted the Motion and approved the Sale; and having determined that it is necessary and appropriate in order to address and dispose of the Trustee's disputes regarding the liens against the proceeds of Sale of the Property (collectively, the "Liens") asserted by Wells Fargo Bank, N.A. ("WFB"), and Toll Creek Owners Association, Inc. ("TCOA"), to establish a schedule regarding the providing of documentation and briefing, and set a hearing thereon as follows,

**IT IS HEREBY ORDERED** that the parties shall adhere to the following schedule:

| | |
|---|---|
| February 11, 2019 | Deadline for WFB to provide to Trustee documentation supporting Lien |
| February 15, 2019 | Deadline for Trustee to respond to WFB regarding the basis for Trustee's dispute with WFB's Lien |
| February 18, 2019 | Deadline for TCOA to provide to Trustee documentation supporting Lien |
| February 20, 2019 | Deadline for WFB to file declaration in support of Lien if parties are unable to resolve dispute |
| February 25, 2019 | Deadline for Trustee to respond to TCOA regarding the basis for Trustee's dispute with TCOA's Lien |
| February 28, 2019 | Deadline for TCOA to file declaration in support of Lien if parties are unable to resolve dispute |

and

///

///

**IT IS FURTHER ORDERED** that the Court will conduct a hearing regarding any unresolved disputes regarding Liens on March 5, 2019, at 2:00 p.m.

# # #

Date: February 7, 2019

Neil W. Bason
United States Bankruptcy Judge