Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: dgrassgreen@pszjlaw.com
            mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

**FILED & ENTERED**

**FEB 20 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAYFIELD & BARRETT, APC,<br><br>                  Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER PURSUANT TO FED. R. CIV. P. 60(A) CORRECTING ERRORS IN ORDER GRANTING MOTION (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(B) AND (F); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BUYER, SUCCESSFUL BIDDER AND BACKUP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(M); AND (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS AND OTHER ORDINARY COSTS OF SALE**<br><br>[2720 Homestead Road, Unit 200, Park City, Utah 84098] |

DOCS_LA:319482.1 51414/001

The Court, having entered its *Order Granting Motion for Order (1) Authorizing Sale of Real Property Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder and Backup Bidder as Good Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Authorizing Payment of Undisputed Liens and Other Ordinary Costs of Sale* [Docket. No. 407] (the "Sale Order"),[1] and having been advised through submission of this order that certain clerical mistakes have resulted in the need to correct errors reflected in the caption of, and the description of the Property set forth in, the Sale Order pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, made applicable in this Case pursuant to Bankruptcy Rule 9024; and good cause appearing therefor

IT IS HEREBY ORDERED that:

1. The caption of the Sale Order shall be and is deemed corrected to reflect the correct chapter of the Case: "Chapter 11"; and

//

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Sale Order.

2

DOCS_LA:319482.1 51414/001

2.     The incorrect Underground Parking Stall numbers reflected in the Property description in the Sale Order shall be and are deemed corrected to reflect the parking space numbers in the following:

> Unit 200, TOLL CREEK VILLAGE 2, a Utah Condominium Project, together with its appurtenant undivided ownership interest in and to the Common Areas and Facilities, including, without limitation, Underground Parking Stalls numbered 35, 39, 40 and 41, as established and described in the Record of Survey Map recorded February 27, 2008, as Entry No. 838524, and in the Declaration of Covenants, Conditions and Restrictions of Toll Creek Village Office Condominiums, recorded September 2, 2005, as Entry No. 749496 in Book 1730 at page 1816, the Amendment to Declaration of Covenants, Conditions and Restrictions of Toll Creek Village Office Condominiums recorded February 27, 2008, as Entry No. 838525 in Book 1916 at page 1360, and Third Amendment to Declaration of Covenants, Conditions and Restrictions of Toll Creek Village Office Condominiums recorded September 19, 2013, as Entry No. 979487 in Book 2207 at page 1236, and the Notice of Assignment of Limited Common Area, recorded October 19, 2015, as Entry No. 01030716 in Book 2320 at page 0647, records of Summit County, Utah.  (TCVC-2-200)

###

Date: February 20, 2019

_____
Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:319482.1 51414/001