Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  dgrassgreen@pszjlaw.com
           mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC



FILED & ENTERED

APR 11 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>            Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE:  MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY WELLS FARGO BANK, N.A., AND SALE RE:  2720 HOMESTEAD ROAD, SUITES 210 AND 220, PARK CITY, UTAH 84098**<br><br>**[No hearing required]** |

The Court having considered the *Stipulation Re:  Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 Filed by Wells Fargo Bank, N.A., and Sale Re:  2720 Homestead Road, Suites 210 and 220, Park City, Utah 84098* [Docket No. 430] (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1.     The Stipulation is APPROVED.

2.     The parties are authorized to take any and all actions reasonably necessary to effectuate the Stipulation.

DOCS_LA:321116.1 51414/001

3. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

Date: April 11, 2019

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:321116.1 51414/001