JENNIFER WITHERELL CRASTZ – SBN 185487
JESSICA MICKELSEN SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

Attorneys for Movant-Secured Creditor
Wells Fargo Bank, National Association

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:17-bk-19548-NB |
| | ) |
| LAYFIELD & BARRETT, APC, | ) [The Hon. Neil M. Bason] |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) **NOTICE OF WITHDRAWAL OF WELLS** |
| | ) **FARGO BANK, N.A.'S MOTION FOR** |
| WELLS FARGO BANK, National | ) **RELIEF FROM STAY RE: 2720** |
| Association, | ) **HOMESTEAD ROAD, SUITES 210 and** |
| | ) **220, PARK CITY, UTAH 84098** |
| Movant, | ) |
| | ) [Relates to Docket No. 143] |
| vs. | ) |
| | ) DATE :    March 5, 2019 |
| | ) TIME  :    2:00 p.m. |
| LAYFIELD & BARRETT, APC, | ) CTRM.:    1545 |
| | )              255 East Temple Street |
| | )              Los Angeles, CA 90012 |
| Respondent. | ) |
| | ) |
| | ) |

1  TO DEBTOR, DEBTOR'S ATTORNEY, PETITIONING CREDITORS, CHAPTER 11

2  TRUSTEE, AND ALL INTERESTED PARTIES:

3        PLEASE TAKE NOTICE THAT Wells Fargo Bank hereby withdraws its Motion for relief

4  from the Automatic Stay under 11 U.S.C. § 362 (Real Property) (Docket No. 143) with respect to

5  the real property located at 2720 Homestead Road, Suites 210 and 220, Park City, Utah 84098.

6  DATED:  April 15, 2019                HEMAR, ROUSSO & HEALD, LLP

7

8                          /s/ *Jennifer Witherell Crastz*
                By:_____

9                     JENNIFER WITHERELL CRASTZ
                   JESSICA MICKELSEN SIMON

10                   Attorneys for Movant-Secured Creditor
                 Wells Fargo Bank, National Association

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15910 Ventura Blvd., 12th Floor, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF WITHDRAWAL OF MOTION
FOR RELIEF FROM THE AUTOMATIC STAY RE: 2720 HOMESTEAD ROAD, SUITES 210 & 220, PARK CITY,
UTAH 84098

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
4/ 15/2019          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
he following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

$\boxed{\text{x}}$ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 4/ 15/2019          , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

$\boxed{\text{x}}$ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/15/2019          , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
*Chambers' Copy:*
Hon. Neil M. Bason, Courtroom 1545, U.S. Bankruptcy Court

255 E. Temple Street, Los Angeles, CA 90012

$\square$ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/ 15 /2019 | MARY ANN GRANZOW | /s/ Mary Ann Granzow |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

F901331

**ADDITIONAL SERVICE INFORMATION:**

**To be Served by Court Via Notice of Electronic Filing (NEF):**

- **Wesley H Avery**    wes@averytrustee.com,
  lucy@averytrustee.com;alexandria@averytrustee.com
- **Jason Balitzer**    jbalitzer@sulmeyerlaw.com,
  jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- **Moises S Bardavid**    mbardavid@hotmail.com
- **Daniel I Barness**    daniel@barnesslaw.com
- **James W Bates**    jbates@jbateslaw.com
- **Darwin Bingham**    cat@scalleyreading.net
- **Paul M Brent**    snb300@aol.com
- **Martin J Brill**    mjb@lnbrb.com
- **William S Brody**    wbrody@buchalter.com,
  dbodkin@buchalter.com;IFS_filing@buchalter.com
- **Glenn R Bronson**    grb@princeyeates.com, carolp@princeyeates.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Beth Gaschen**    bgaschen@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Jeffrey I Golden**    jgolden@wgllp.com,
  kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;
  max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **Kimberly D Howatt**    khowatt@gordonrees.com, sdurazo@grsm.com
- **James KT Hunter**    jhunter@pszjlaw.com
- **Steven J Kahn**    skahn@pszyjw.com
- **Joseph M Kar**    jkar@mindspring.com
- **Richard W Labowe**    richardwlabowe@gmail.com, llhlaw1631@aol.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Jessica Mickelsen Simon**    jmsimon@hrhlaw.com
- **Dennette A Mulvaney**    dmulvaney@leechtishman.com, lmoya@leechtishman.com
- **Rana Nader**    rnader@naderlawgroup.com, monique@naderlawgroup.com
- **Joel A Osman**    osman@parkermillsllp.com, sanders@parkermillsllp.com
- **Malhar S Pagay**    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- **Brian A Paino**    bpaino@mcglinchey.com,
  crico@mcglinchey.com;khan@mcglinchey.com
- **Michael F Perlis**    mperlis@lockelord.com,
  merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- **Michael F Perlis**    ,
  merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com

1

- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com,
  bclark@raineslaw.com;cwilliams@raineslaw.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- **Daniel H Reiss**    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- **Damion Robinson**    dr@agzlaw.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Gary R Wallace**    garyrwallace@ymail.com
- **Alan J Watson**    alan.watson@hklaw.com, rosanna.perez@hklaw.com

**Served By United States Mail:**

**Debtor**
Layfield & Barrett, APC
fka Layfield & Wallace, APC
fka The Layfield Law Firm, APC
2720 Homestead Rd., Ste. 210
Park City, UT  84098

**Attorney for Petitioning Creditors, The Dominguez Firm, Mario Lara and Nayazi Reyes**
Alan J. Watson
Holland & Knight LLP
400 S. Hope St., 8th Floor
Los Angeles, CA  90071
           -     and -
Patricia Salcedo
The Dominguez Firm
3250 Wilshire Blvd. #2200
Los Angeles, CA  90010

**Attorneys for Chapter 11 Trustee**
Malhar S. Pagay
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067

**U.S. Trustee**
United States Trustee (LA)
Attn:  Dare Law
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

2

NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY