James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jhunter@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:17-bk-19548-NB |
| LAYFIELD & BARRETT, APC, | Chapter 11 |
| Debtor. | **RESPONSE OF RICHARD M. PACHULSKI, CHAPTER 11 TRUSTEE, TO MOTION TO ENFORCE TRANSITION PROTOCOL AND OMNIBUS PROCEDURES ORDERS AND TO COMPEL PAYMENT OF *QUANTUM MERUIT* CLAIMS AND REFERRAL FEES IN *VILLEGAS v. COUNTY OF SAN BERNARDINO*** |

**Hearing:**
Date:       November 10, 2020
Time:       1:00 p.m.
Place:      United States Bankruptcy Court
            Edward R. Roybal Federal Building
            255 E. Temple Street
            Courtroom 1545
            Los Angeles, California
Judge:      Hon. Neil W. Bason

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:333468.1 51414/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   Richard M. Pachulski, in his capacity as Chapter 11 Trustee (the "Trustee") of Debtor

2   Layfield & Barrett, APC (the "Debtor"), takes no position with regard to the *Motion to Enforce*

3   *Transition Protocol and Omnibus Procedures Orders and to Compel Payment of Quantum Meruit*

4   *Claims and Referral Fees in Villegas v. County of San Bernardino* [Docket No. 528] filed by the

5   Dominguez Firm regarding this Court's application of the Protocol and Omnibus Procedures Orders

6   to the determination of the division of $2,975,000 of attorneys' fees earned in connection with the

7   Villegas Lawsuit between the Dominguez Firm and the DeSimone Firm.  The Trustee is filing

8   concurrently with this Response a 9019 Motion [Docket No. 534] set for hearing on December 1,

9   2020 at 1:00p.m. which seeks the approval of a settlement agreement between the Dominguez Firm,

10  the DeSimone Firm and the Trustee pursuant to which $50,000 out of the total of $3,025,000 in

11  attorneys' fees earned in connection with the Villegas Lawsuit will be paid to Debtor's estate for the

12  services rendered by Debtor in connection with the Villegas Lawsuit.

13

14  DATED: October 27, 2020                 PACHULSKI STANG ZIEHL & JONES LLP

15

16                                          By:  */s/ James K.T. Hunter*
                                                 James K.T. Hunter
17
18                                          Attorneys for Richard M. Pachulski,
                                            Chapter 11 Trustee
19

20

21

22

23

24

25

26

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**


A true and correct copy of the foregoing document entitled (*specify*):  **RESPONSE OF RICHARD M. PACHULSKI, CHAPTER 11 TRUSTEE, TO MOTION TO ENFORCE TRANSITION PROTOCOL AND OMNIBUS PROCEDURES ORDERS AND TO COMPEL PAYMENT OF *QUANTUM MERUIT* CLAIMS AND REFERRAL FEES IN *VILLEGAS v. COUNTY OF SAN BERNARDINO*** in support thereof will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 27, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **October 27, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil Bason
United States Bankruptcy Court
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 27, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 27, 2020 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:333464.1 51414/001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:17-bk-19548-NB**

- Wesley H Avery     wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- Jason Balitzer     jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid     mbardavid@hotmail.com
- Daniel I Barness     daniel@barnesslaw.com
- James W Bates     jbates@jbateslaw.com
- Darwin Bingham     cat@scalleyreading.net
- Paul M Brent     snb300@aol.com
- Martin J Brill     mjb@lnbrb.com
- William S Brody     wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson     GRBronson@traskbritt.com, cawatters@traskbritt.com
- Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz     jcrastz@hrhlaw.com
- Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
- Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Sevan Gorginian     sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
- Stella A Havkin     stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- M. Jonathan Hayes     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Yana G Henriks     yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- Kimberly D Howatt     khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter     jhunter@pszjlaw.com
- Steven J Kahn     skahn@pszyjw.com
- Joseph M Kar     jkar@mindspring.com
- Michael S Kogan     mkogan@koganlawfirm.com
- Richard W Labowe     richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law     dare.law@usdoj.gov
- David W. Meadows     david@davidwmeadowslaw.com
- Jessica Mickelsen Simon     simonjm@ballardspahr.com, carolod@ballardspahr.com
- Dennette A Mulvaney     dmulvaney@leechtishman.com, lmoya@leechtishman.com
- Rana Nader     rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman     osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- Malhar S Pagay     mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Brian A Paino     bpaino@mcglinchey.com, asifuentes@mcglinchey.com;khan@mcglinchey.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:333464.1 51414/001

**F 9013-3.1.PROOF.SERVICE**

- Michael F Perlis    mperlis@lockelord.com,
  merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    ,
  merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- Olivier A Taillieu    o@taillieulaw.com, mstephens@taillieulaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Robert G Uriarte    rgulawoffice@gmail.com
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

## 2. <u>SERVED BY UNITED STATES MAIL</u>:

Philip J. Layfield
102 Moore's Cro # 7
Millsboro, DE  19966

Philip J. Layfield
c/o Anthony M. Solis APLC
23679 Calabasas Road, Suite 412
Calabasas, CA  91302-1502

Layfield & Barrett, APC/ fka Layfield & Wallace, APC
fka The Layfield Law Firm, APC
Attn:  Philip Layfield, Officer of Record / Register No. 71408-050
MDC Los Angeles/Metropolitan Detention Ctr
P.O. Box 1500
Los Angeles, CA  90053

Layfield & Barrett, APC
Attn:  Philip Layfield, Officer of Record
2720 Homestead Rd., Suite 210
Park City, UT  84098

Layfield & Barrett, APC
2720 Homestead Rd., Suite 210
Park City, UT  84098

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:333464.1 51414/001

**F 9013-3.1.PROOF.SERVICE**

Lance S. Strumpf
Law Office of Lance S. Strumpf
5136 Woodley Ave.
Encino, CA  91436

Diane B. Sherman
Law Offices of Diane B. Sherman
1801 Century Park East, Suite 1200
Los Angeles, CA  90067

Roger G. Jones
1600 Division St., Suite 700
Nashville, TN  37203

Patricia Salcedo
The Dominguez Firm
3250 Wilshire Blvd., Suite 2200
Los Angeles, CA  90010

*Debtor*
**Layfield & Barrett, APC**
Attn:  Philip Layfield, Officer of Record
2720 Homestead Rd Ste 200
Park City, UT 84098

*Debtor*
**Layfield & Barrett, APC**
Attn:  Any Officer Other Than
Philip Layfield
2720 Homestead Rd Ste 210
Park City, UT 84098

*Debtor*
**Layfield & Barrett, APC**
Attn:  Any Officer Other Than
Philip Layfield
2720 Homestead Rd Ste 200
Park City, UT 84098
Philip James Layfield
Los Angeles MDC
Serial No. 71408-050
535 N. Alameda St.
Los Angeles, CA  90012

Philip J. Layfield
c/o Zenith Legal Services, LLC
1875 Connecticut Ave. NW, 10th Floor
Washington, DC 20009

Individual Insured
Philip J. Layfield
31381 Trigo Trl
Trabuco Canyon, CA 92679-3610

Counsel to Petitioning Creditor,
Alliance Legal Solutions
Case No. 2:18-bk-15829-NB
Megan Hanley Baer
501 S. Sharon Amity Rd.
Charlotte, NC 28211
Philip J. Layfield
c/o Maximum Legal Holdings, LLC
8 The Green, Suite 6426
Dover, DE 19901

Individual Insured
Philip J. Layfield
382 NE 191st St., #42308
Miami, FL 33179-3899

Philip J. Layfield
1875 K Street NW
Washington, DC 20006

Zelandia Fero
P.O. Box 2483
Pasadena, CA  91102

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:333464.1 51414/001

**F 9013-3.1.PROOF.SERVICE**

Philip J. Layfield
c/o Law Office of Steven Brody
350 S. Figueroa Street, Suite 975
Los Angeles, California 90071

**Secured Creditors**
**[2:17-bk-19548-NB]:**

| | | |
|---|---|---|
| Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles CA 90054-0110 | Wells Fargo Bank, National Association<br>c/o Jennifer Witherell Crastz<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436 | Toll Creek Owners Association Inc<br>c/o Jacob Watterson<br>130 South Main Ste 200<br>PO Box 525<br>Logan UT 84323 |
| Graham Chiropractic<br>Dr Chester Graham<br>3900 Pelandale #125<br>Modesto CA 95356 | Cynthia L Chabay, M.D.<br>11645 Wilshire Blvd Ste 1100<br>Los Angeles CA 90025 | Benjamin E. Hernandez<br>65 Washington St #184<br>Santa Clara, CA 95050 |
| Interventional Spine $ Pain Management<br>274 N Main St<br>Logan UT 84321 | Tahee A Rasheed<br>1419 Striped Bass St #F<br>San Francisco CA 94130 | Toll Creek LC<br>Debbie Sanich<br>13979 Sage Hollow Dr<br>Draper UT 84020 |
| Summit County Treasurer<br>PO Box 128<br>Coalville UT 84017 | US Claims Opco LLC<br>6125 S. Congress Avenue, Suite 200<br>Delray Beach, FL 33445 | Wellgen Standard, LLC, Successor-in-Interest to Ad<br>50 Ridgewood Road<br>Chagrin Falls, OH 44022 |
| Affeld Grivakes LLP<br>2049 Century Park East, Ste. 2460<br>Los Angeles, CA 90067 | Alliance Legal Solutions ,LLC<br>c/o Cheryl Kaufman<br>501 South Sharon Amity Road Ste 350<br>Charlotte NC 28211 | |
| **Individual Insured**<br>Todd Douglas Wakefield<br>871 W Abigail Dr<br>Kamas, UT 8403 6 | **Individual Insured**<br>Terry R Bailey<br>4821 Caminito Mirador<br>Camarillo, CA 93012 | **Individual Insured**<br>Terry Bailey<br>Abir Cohen Treyzon Salo, LLP<br>1901 Avenue of the Stars, Suite 935<br>Los Angeles, CA 90067 |
| **Individual Insured**<br>Joseph Barrett<br>Affeld & Grivakes LLP<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067-3126 | **Individual Insured**<br>Joseph Barrett<br>415 S. Prospect Ave., Apt. 202<br>Redondo Beach, CA 90277-3944 | **Individual Insured**<br>Joseph Barrett<br>845 Avenue B<br>Redondo Beach, CA 90277 |
| **Individual Insured**<br>Counsel to Joseph Barrett<br>David W. Affeld, Esq.<br>Affeld & Grivakes LLP<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067-3126 | **Individual Insured**<br>Philip Layfield<br>c/o Atlas Legal Services<br>c/o Maximum Legal Services (Costa Rica) S.R.L.<br>382 NE 191st Street, #42308<br>Miami, FL 33179 | **Individual Insured**<br>Counsel to Philip Layfield<br>Tina M. Talarchyk, Esq.<br>The Talarchyk Firm<br>The Worth Avenue Building<br>205 Worth Avenue, Suite 320<br>Palm Beach, FL 33480 |
| **Individual Insured**<br>Todd D. Wakefield<br>Barrett Law<br>825 Avenue B<br>Redondo Beach, CA 90277 | **Individual Insured**<br>Todd D. Wakefield<br>Wakefield Law Office<br>P.O. Box 983056<br>Park City, UT 84098 | **Individual Insured**<br>Todd D. Wakefield<br>2730 Rasmussen Rd., Suite 206<br>Park City, UT 84098 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:333464.1 51414/001

**Individual Insured**
Todd D. Wakefield
2585 Lower Lando Ln
Park City, UT  84098

In re Layfield & Barrett, APC
Case No. 2:17-bk-19548-NB

Creditors who Filed Proofs of
Claim as of 12/20/17

| | | |
|---|---|---|
| 6 Harbor Park Drive<br>C/O Jeff Schwartz, COO<br>6 Harbor Park Dr<br>Port Washington, NY 11050 | Access Multilingual Services Inc<br>11041 Santa Monica Blvd #813<br>Los Angeles CA 90025 | Ada Zelaya<br>3875 E Ashlan Ave<br>Fresno CA 93726-3623 |
| | Ann Brabant<br>503 Olympic Blvd<br>Santa Monica CA 90401 | Antonia Torres<br>10023 Mallow Dr<br>Moreno Valley CA 92557 |
| Atkinson-Baker, Inc.<br>500 N. Brand Blvd., Third Floor<br>Glendale, California 91203 | Benjamin E. Hernandez<br>65 Washington St #184<br>Santa Clara, CA 95050 | Brandi Posey<br>2800 W 141 Pl #5<br>Gardena CA 90249 |
| C&C Factoring Solutions<br>6060 W Manchester Avenue Suite 207<br>Los Angeles, CA 90045 | Carolyn Hacobian<br>Asbet A Issakhanian Esq<br>440 Western Ave Suite 205<br>Glendale CA 91201 | Cathleen Couchois<br>3309 Virginia Ave<br>Santa Monica CA 90404 |
| Chiropractic Fitness PLLC<br>8316 Pheville-Matthews Rd Ste #806<br>Charlotte NC 28226 | Claudia Eskenazi<br>Ronald B Cohen<br>4109 Aleman Dr<br>Tarzana CA 91356 | Cosmeticare<br>1101 Bayside Dr #101<br>Corona Del Mar CA 92625 |
| County of Orange<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515<br>Attn: Bankruptcy Unit | Cynthia L Chabay, M.D.<br>11645 Wilshire Blvd Ste 1100<br>Los Angeles CA 90025 | David Iwamoto<br>21022 Anza Ave Apt 211<br>Torrance CA 90503 |
| David W Martin<br>POB 3283<br>Rancho Cucamonga, CA 91729 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | F. David Rudnick, M.D. A Medical Corp<br>501 Santa Monica Bl #509<br>Santa Monica, CA 90401 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Frank Panoussi, D.C.
38344 30th St East
Palmdale, CA 93550

Gary Tachobanian
2950 Los Feliz Blvd #201
Los Angeles CA 90039

Gene Charles Roland M.D.
3200 Fourth Ave #100
San Diego CA 92103

George Georgiou
579 Bridgeway
Sausalito CA 94965

Gilbert Tanap
c/o Michael D. Waks
300 E. San Antonio Dr.
Long Beach, CA 90807

Graham Chiropractic
Dr Chester Graham
3900 Pelandale #125
Modesto CA 95356

Hamden Injury Rehab Center
1700 Dixwell Ave
Hamden CT 06514

Irma D Charles
2538 1/2 E 126th St
Compton CA 90222

Issac Rylie Casas
Patricia Casas for Issac Rylie Casas
847 Citron Lane
Santa Paula CA 93060

John Finton
LAW OFFICES OF MOSES S.
BARDAVID
16177 Ventura Boulevard, #700
Encino, CA 91436

Kaila Gibson
360 E. 1st Street #281
Tustin, CA 92780

Kamryn Whitney Court Reporting
2151 Michelson Dr #282
Irvine CA 92612

Karoline St. George
MKP Law Group
468 N. Camden Dr., Ste. 200
Beverly Hills, CA 90210

Kathy Townsend Court Reporters
535 Monterey Blvd.
Hermosa Beach, CA  90254

Layton Chiropractic Clinic
1025 N Main Street
Layton UT 84041

Los Angeles County Treasurer and
Tax Collector
PO Box 54110
Los Angeles CA 90054-0110

Maria A Rios
520 W Cressey St
Compton, CA 90222

Mario Lara
5407 Sierra Vista #301
Los Angeles, CA 90038

Maurizio Bertoldi
2014 W. West Wind
Santa Ana, CA 92704

Method Technologies, Inc.
10805 Holder Street, Suite 100
Cypress, CA 90630

Michael D. Waks
300 E. San Antonio Dr.
Long Beach, CA 90807

Michael Haiby
19425 Soledad Cyn Rd Ste 252
Santa Clarita CA 91351

Mitchell Tyler Middleton
4628 Pepperwood Ave
Long Beach CA 90808

MKP Law Group
468 N. Camden Drive, Ste. 200
Beverly Hills, CA 90210

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:333464.1 51414/001

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Moses Bardavid<br>16133 Ventura Blvd. #700<br>Encino, CA 91436 | Nakita Ray Smith<br>306 Carolina Ave<br>Tarboro NC 27886 | National Record Retrieval , LLC<br>c/o Rubin & Levin P.C<br>135 N Pennsylvania ST Ste 1400<br>Indianapolis IN 46204 |
| Nationwide Legal, LLC<br>c/o Allen Hyman, Esq.<br>10737 Riverside Drive<br>North Hollywood, CA 91602 | Nayazi Reyes<br>1549 W San Bernadino Rd<br>Apt S<br>West Covina, CA 91790 | NDS<br>PO Box 61002<br>Anaheim, CA 92803 |
| Nga Phung, entity<br>Huong Phung<br>412 N Valley St #3<br>Anaheim CA 92801 | Orbie Troy Davis<br>321 N Mall Dr Ste H-102<br>St George UT 84790 | Patricia Casas<br>847 Citron Lane<br>Santa Paula CA 93060 |
| Personal Court Reporters<br>14520 Sylvan St<br>Van Nuys CA 91411 | Phillip E. Scott<br>32302 Alipaz #245<br>S.J.C., CA 92675 | Price Chiropractic Inc<br>471 Ainsley Ave<br>Yuba City CA 95991 |
| Rachel Martinez<br>5339 Mitchell Ave<br>Riverside CA 92505 | Raines Feldman LLP<br>Attn: Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | Ramiro Hurtado<br>2440 N Ditman Ave<br>Los Angeles CA 90032 |
| Roberta Jacobs<br>1041 N La Jolla Ave<br>West Hollywood CA 90046 | Solemon Hakimi, MD<br>1140 S. Robertson Blvd #3<br>Los Angeles, CA 90035 | Sprint Corp Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |
| Stephen H Barkow MD Inc<br>26902 Oso Parkway #120<br>Mission Viejo CA 92691 | Steuber Corporation<br>20425 S Susana Rd<br>Long Beach CA 90810 | Susana Lopez<br>1273 N Quincy Ave<br>Ogden Utah 84404 |
| The Dominguez Firm<br>3250 Wilshire Blvd #2200<br>Los Angeles, CA 90010 | The Sullivan Group of Court<br>Reporters<br>4802 E 2nd St Ste 3<br>Long Beach CA 90803 | Thomson Reuters<br>Thomson Reuters-Legal<br>610 Opperman Drive<br>Eagan MN 55123 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:333464.1 51414/001

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Toll Creek Owners Association Inc<br>c/o Jacob Watterson<br>130 South Main Ste 200<br>PO Box 525<br>Logan UT 84323 | Topmark Floor & Design<br>1490 Munchkin Rd #105B<br>Park City UT 84060 | Transportation Corridor Agencies<br>125 Pacifica Ste 100<br>Irvine CA 92618 |
| Universal Imaging Center<br>616 E Alvarado St Ste E<br>Fallbrook CA 92028 | USA Express Legal & Investigative<br>Services Inc<br>USA Express<br>21031 Ventura Blvd Ste 920<br>Woodland Hills CA 91364 | Veritext Corp<br>290 West Mt. Pleasant Ave. Suite 2260<br>Livingston NJ 07039 |
| Wells Fargo Bank, National Association<br>c/o Jennifer Witherell Crastz<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436 | Westpoint Physical Therapy Center Inc<br>1115 W Ave M14<br>Palmdale CA 93557 | Whittier Spine Center<br>PO Box 1108<br>Hutto TX 78634 |
| Yvonne De La Paz<br>31111 Via Sonora<br>San Juan Capistrano CA 92675 | Interventional Spine $ Pain Management<br>274 N Main St<br>Logan UT 84321 | Ocala Spine & Injury<br>1541 SE 17th St<br>Ocala FL 34471 |

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

**VIA EMAIL**
Olivier Taillieu
Martin J. Kanarek
The Dominguez Firm
3250 Wilshire Blvd., 22nd Floor
Los Angeles, CA  90010
Email:  otaillieu@dominguezfirm.com
        martin.kanarek@dominguezfirm.com

**VIA EMAIL**
V. James DeSimone
13160 Mindanao Way, Suite 280
Marina del Rey, CA  90292
Email:  vjdesimone@gmail.com

**VIA EMAIL**
Philip J. Layfield
8 The Green
Suite 6426
Dover, DE  19901
Email:  phil@maximum.global

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:333464.1 51414/001

**F 9013-3.1.PROOF.SERVICE**