# EXHIBIT 1

## REFERRAL AGREEMENT BETWEEN ATTORNEYS, INCLUDING DISCLOSURE TO CLIENT AND CLIENT CONSENT IN COMPLIANCE WITH RULES OF PROFESSIONAL CONDUCT SECTION 2-200

Layfield & Barrett, APC (Layfield) and The Dominguez Firm (JD) have agreed to enter into this referral and fee sharing agreement involving Aldo Villegas, Maria Villegas and Jose Villegas, who were involved in an auto accident on Interstate 215 near Little League Drive in San Bernardino County, on September 18, 2015.

Layfield will manage and maintain exclusive handling of all legal work with respect to the Villega's case.

Layfield will advance all reasonable costs, expenses, and expert fees associated with the prosecution of this matter from the date of this agreement forward.

In consideration for this referral and work in the case, the gross attorney fees will be divided as follows:

**67% to Layfield and 33% to JD.**

Dated:  4/21/2016

*Todd D. Wakefield*
C47B82CB5C414CE...
Todd D. Wakefield on behalf of
Layfield & Barrett, APC.

Dated:

*Larry J. Litzky*     Larry J. Litzky
BB0252594D1E423...
Juan Avila, on behalf of JD

## DISCLOSURE TO CLIENT AND CLIENT CONSENT

I understand that my legal fees will NOT be increased by reason of this division of fees listed above.

By signing below, I acknowledge this disclosure and my consent to this division of fees.

Dated:

Jos[s]j Villegas

## ACUERDO ENTRE ABOGADOS DE REFERENCEA, INCLUYENDO LA DIVULGACIÓN AL CLIENTE Y CONSENTIMIENTO
### DEL CLTENTE EN EL CUMPLIMIENTO DE LAS REGLAS DE CONDUCTA PROFESIONAL SECCIÓN 2-200

Layfield & Barrett, APC (Layfield) y la oficina de Juan Dominguez (JD) han acordado entrar en este caso referido a nuestra oficina y están en acuerdo en compartir pagos que involucran Aldo Villegas, Maria Villegas y Jose Villegas, que estaban en una colision de automoviles en la autopista 215 cerca de Little League Drive en el Condado de San Bernardino, en el dia 18 de septiembre del 2015.

Layfield administrara y mantendra el manejo exclusivo de todo el trabajo legal con respecto al caso de los Villegas.

Layfield avanzará todos los costos razonables, los gastos y pagos de expertos asociados con el enjuiciamiento de este asunto a partir de la fecha de este acuerdo hacia adelante.

En consideration a esta referenda y el trabajo en el caso, el cobro total de abogados se dividira de la siguiente manera:

### 67 % a Layfield y el 33 % a JD.

Fecha: _____4/21/2016_____

Todd D. Wakefield on behalf of
Layfield & Barrett, APC

Fecha: _____        Larry J. Litzky

Juan Avila, Ede parte de JD

## DIVULGACIÓN DE CLIENTE Y CONSENTIMIENTO DEL CLIENTE

Entiendo que mis gastos legales NO se incrementaran como consecuencia de esta division de los pagos que aparece arriba.

Al firmar abajo, reconozco esta description y mi consentimiento a esta division de pagos.

Fecha: _____

Jose Villegas

# EXHIBIT 2

DocuSign Envelope ID: 1B862CB4-09C4-463E-8EE6-72CFC1B12440

## 0CLIENT ACKNOWLEDGEMENT OF ATTORNEY FEE SPLIT AGREEMENT AND
## CLIENT CONSENT IN COMPLIANCE WITH RULE 2-200 OF THE
## RULES OF PROFESSIONAL CONDUCT OF THE STATE BAR OF CALIFORNIA

I, Maria Villegas, hereby acknowledge that Layfield & Barrett, APC ( L&B") and The Dominguez Firm, both law firms, intend to share attorneys' fees in my case, known as Villegas v. San Bernardino CSD *(DOI: 9/18/2015)*, provided that the case resolves favorably, for working together on my case. The attorneys intend to divide the fees as follows: L&B shall receive 67% of the total fees paid; and The Dominguez Firm shall receive the remaining 33% of the total fees paid. The attorneys' agreement to share fees as set forth above will not increase the total amount of attorneys' fees payable by me in connection with my case. The division of fees described above is based on an agreement between the attorneys involved, and the attorneys alone have the obligation to disburse the fees as set forth above. I, pursuant to the provisions of Rule 2-200 of the Rules of Professional Conduct of the State Bar of California, hereby consent to the payment of referral or co-counsel fees as set forth herein. I acknowledge receipt of a copy of this acknowledgement and agreement.

CLIENT    *Maria Villegas.*

DATED:

By:

LAYFIELD & BARRETT, APC

By: Todd D. Wakefield

The Dominguez Firm

DATED:    5/3/2016

By: Larry J. Litzky

# EXHIBIT 3

## 0CLIENT ACKNOWLEDGEMENT OF ATTORNEY FEE SPLIT AGREEMENT AND

I, Aldo Villegas, by and through by Guardian ad Litem Jose Villegas, hereby acknowledge that Layfield & Barrett, APC ("L&B ) and The Dominguez Firm, both law firms, intend to share attorneys' fees in my case, known as Villegas v. San Bernardino CSD *(DOI: 9/18/2015)*, provided that the case resolves favorably, for working together on my case. The attorneys intend to divide the fees as follows: L&B shall receive 67% of the total fees paid; and The Dominguez Firm shall receive the remaining 33% of the total fees paid. The attorneys' agreement to share fees as set forth above will not increase the total amount of attorneys' fees payable by me in connection with my case. The division of fees described above is based on an agreement between the attorneys involved, and the attorneys alone have the obligation to disburse the fees as set forth above. pursuant to the provisions of Rule 2-200 of the Rules of Professional Conduct of the State Bar of California, hereby consent to the payment of referral or co-counsel fees as set forth herein. I acknowledge receipt of a copy of this acknowledgement and agreement.

CLIENT

DATED:

By: _Jose Vega_ _____

LAYFIELD & BARRETT, APC

By: Todd D. Wakefield

DATED:

5/3/2016

By: Larry J. Litzky

# EXHIBIT 4



222 W. Hospitality Lane, 3rd Floor, San Bernardino, CA 92415    |    Phone: 909.386.8655    Fax: 909.382.3212

*www.SBCounty.gov*

**SAN BERNARDINO COUNTY**

**Department of
Risk Management**

**Kenneth L. Hernandez**
Director

December 7, 2015

**The Dominguez Firm
3250 Wilshire Blvd  22nd Floor
Los Angeles, CA.  90010**

**RE:**    Claimant................ Aldo Villegas, Maria Villegas & Jose Villegas
Date of Loss............September 18, 2015
Amount of Claim...... Undetermined
Our File..................121345

Notice is hereby given that the claim which you presented to the County of San Bernardino on November 4, 2015 was rejected on December 7, 2015.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Richard Castanon
Liability Claims Rep II
DEPARTMENT OF RISK MANAGEMENT
(909)386-8637

BSWARa

**BOARD OF SUPERVISORS**

**ROBERT A. LOVINGOOD**
Vice Chairman, First District

**JANICE RUTHERFORD**
Second District

**JAMES RAMOS**
Chairman, Third District

**CURT HAGMAN**
Fourth District

**JOSIE GONZALES**
Fifth District

**GREGORY C. DEVEREAUX**
Chief Executive Officer

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA            )
COUNTY OF SAN BERNARDINO  )

I, the undersigned, declare:

I am employed in the County of San Bernardino, State of California; I am over the age of 18 years and not a party to this action; my business address is 222 West Hospitality Lane, Third Floor, San Bernardino, California, 92415-0016. I am familiar with this office's practice for collection and processing of documents for mailing with the United States Postal Service. The documents are deposited with the United States Postal Service on the same day in the ordinary course of business. On the date written below, I served the document named below on the parties indicated by placing a true copy thereof enclosed in a sealed envelope for collection and mailing from 222 West Hospitality Lane, Third Floor, San Bernardino, Ca. following ordinary business practice, addressed as follows, and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on December 7, 2015 at San Bernardino, California.

**DOCUMENT:  BSWARa**

**PARTIES SERVED:**

                      **The Dominguez Firm**
                      **3250 Wilshire Blvd.  22nd Floor**
                      **Los Angeles, CA. 90010**

Declarant

proofsvc



RECEIVED & SCANNED
☐ PI   ☐ WC   ☐ IMM.
☐ SS   ☐ OTHER

DEC 09 2015

ATTY/LA: Gross
FILE #: 1507/06



FIRST-CLASS MAIL
AUTO
$00.43⁹

ZIP 92415
011D12602969

Hasler
12/07/2015
US POSTAGE

PRESORTED
FIRST CLASS

RETURN
SERVICE
REQUESTED

222 W Hospitality Lane, Third Floor, San Bernardino, CA 92415-0016

Risk Management

SAN BERNARDINO
COUNTY

KVI-LMB 90010

# EXHIBIT 5

1   PATRICIA D. SALCEDO, ESQ. (SBN 305279)
    *patricia.salcedo@dominguezfirm.com*

2   **THE DOMINGUEZ FIRM, INC.**
    3250 Wilshire Blvd., Ste 2200

3   Los Angeles, CA 90010
    Telephone: (213) 388-7788

4   Facsimile: (213) 388-9540

5   Attorneys for Plaintiffs

6

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

SEP 2 6 2017

BY _____
LISETTE HUEZO, DEPUTY

7               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                       **COUNTY OF SAN BERNARDINO**

9   JOSE VILLEGES, an individual; MARIA          CASE NO. CIVDS1606504
    VILLEGAS, an individual; and ALDO

10  VILLEGAS, a minor, by and through his
    Guardian Ad Litem, LILIANA JUAREZ,

11                                               **NOTICE OF LIEN FOR ATTORNEY'S**
                 Plaintiffs,                     **FEES AND COSTS**

12

13          vs.

14  COUNTY OF SAN BERNARDINO, a
    government entity; RYAN CONNER, an           Action Filed: April 28, 2016

15  individual; PAUL KOWALSKI, an                Trial Date:   March 26, 2018
    individual; and DOES 1-100, inclusive,

16               Defendants.

17

18          **TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

19          PLEASE TAKE NOTICE that The Dominguez Firm, Inc. ("The Dominguez Firm") was

20  formerly attorney of record herein for Plaintiffs JOSE VILLEGAS, MARIA VILLEGAS, and

21  ALDO VILLEGAS, a minor (collectively, "Plaintiffs"). The noted Plaintiffs are prior clients that

22  have written retainer agreements with The Dominguez Firm concerning this lawsuit.

23          The Dominguez Firm, by way of this notice (and others made), asserts a lien ahead of all

24  others, as to any recovery made by the identified Plaintiffs, whether by settlement, judgment, or

25  otherwise, to secure payment for legal services rendered, all in accordance with the terms of the

26  fee agreement.

27  //

28  //

                                          1

1   Dated:  September 25, 2017

Respectfully submitted by:

**THE DOMINGUEZ FIRM, INC.**

Patricia D. Salcedo, Esq.
Former Attorneys for Plaintiffs

2

1                                      **PROOF OF SERVICE**

2    **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3          At the time of service, I was over 18 years of age and **not a party to this action**.  I am
     employed in the County of Los Angeles, State of California.  My business address is 3250
4    Wilshire Blvd., Ste 2200, Los Angeles, California 90010.

5          The fax number or electronic service address from which I served the document(s) is:
     (213) 388-9540 or janette.alpizar@dominguezfirm.com.
6
     On September 25, 2017, I served true copies of the following document(s) described as **NOTICE
7    OF LIEN FOR ATTORNEY'S FEES AND COSTS** on the interested parties in this action as
     follows:
8
                              **SEE ATTACHED SERVICE LIST**
9
           ✓**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the
10   persons at the addresses listed on the Service List and placed the envelope for collection and
     mailing, following our ordinary business practices.  I am readily familiar with National Injury Law
11   Firm LLP's practice for collecting and processing correspondence for mailing.  On the same day
     that the correspondence is placed for collection and mailing, it is deposited in the ordinary course
12   of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13         (State) I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct.
14
           Executed on September 25, 2017, at Los Angeles, California.
15

16

17                                                  Janette Alpizar

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
*VILLEGAS, ET AL V. COUNTY OF SAN BERNARDINO, ET AL.*
**Case No. CIVDS1606504**

| | |
|---|---|
| Barry Hassenberg, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>633 West 5th Street, Ste 4000<br>Los Angeles, CA 90010<br>Tel: (213) 250-1800<br>Fax:<br>E:<br>Attorney for Defendants COUNTY OF SAN BERNARDINO, RYAN CONNOR, and PAUL KOWALSKI | V. James DeSimone<br>**V. JAMES DESIMONE LAW**<br>13160 Mindanao Way, Ste 280<br>Marina Del Rey, CA 90292<br>Tel: (310) 693-5561<br>Fax:<br>E: vjdesimone@gmail.com<br>Attorney for Plaintiffs JOSE VILLEGAS, MARIA VILLEGAS, and ALDO VILLEGAS, a minor. |
| Lawrence Bohm, Esq.<br>**BOHM LAW GROUP, INC.**<br>4600 Northgate Blvd., Ste 210<br>Sacramento, CA 95834<br>Tel: (310) 927-5574<br>Fax: (916) 927-2046<br>E: lbohm@bohmlaw.com<br>Attorney for Plaintiffs JOSE VILLEGAS, MARIA VILLEGAS, and ALDO VILLEGAS, a minor. | Richard M. Pachulski, Esq.<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 277-6910<br>Fax: (310) 201-0760<br>E: rpachulski@pszjlaw.com<br>Chapter 11 Trustee for Debtor Layfield & Barrett, APC |

4

NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS

1  PATRICIA D. SALCEDO, ESQ. (SBN 305279)
   *patricia.salcedo@dominguezfirm.com*
2  **THE DOMINGUEZ FIRM, INC.**
   3250 Wilshire Blvd., Ste 2200
3  Los Angeles, CA 90010
   Telephone: (213) 388-7788
4  Facsimile: (213) 388-9540

5  Attorneys for Plaintiffs

6

7                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                        **COUNTY OF SAN BERNARDINO**

9  JOSE VILLEGES, an individual; MARIA          CASE NO. CIVDS1606504
   VILLEGAS, an individual; and ALDO
10 VILLEGAS, a minor, by and through his
   Guardian Ad Litem, LILIANA JUAREZ,
11                                              **NOTICE OF LIEN FOR ATTORNEY'S**
12             Plaintiffs,                      **FEES AND COSTS**

13        vs.

14 COUNTY OF SAN BERNARDINO, a
   government entity; RYAN CONNER, an           Action Filed: April 28, 2016
15 individual; PAUL KOWALSKI, an                Trial Date:    March 26, 2018
   individual; and DOES 1-100, inclusive,
16             Defendants.

17

18           **TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

19           PLEASE TAKE NOTICE that The Dominguez Firm, Inc. ("The Dominguez Firm") was

20 formerly attorney of record herein for Plaintiffs JOSE VILLEGAS, MARIA VILLEGAS, and

21 ALDO VILLEGAS, a minor (collectively, "Plaintiffs"). The noted Plaintiffs are prior clients that

22 have written retainer agreements with The Dominguez Firm concerning this lawsuit.

23           The Dominguez Firm, by way of this notice (and others made), asserts a lien ahead of all

24 others, as to any recovery made by the identified Plaintiffs, whether by settlement, judgment, or

25 otherwise, to secure payment for legal services rendered, all in accordance with the terms of the

26 fee agreement.

27 //

28 //

---

                                              1
                    NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS

1    Dated:  September 25, 2017

2

                                                                   Respectfully submitted by:

3                                                              **THE DOMINGUEZ FIRM, INC.**

4

5                                                  Patricia D. Salcedo, Esq.
                                                 Former Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3       At the time of service, I was over 18 years of age and **not a party to this action**.  I am
employed in the County of Los Angeles, State of California.  My business address is 3250
4  Wilshire Blvd., Ste 2200, Los Angeles, California 90010.

5       The fax number or electronic service address from which I served the document(s) is:
(213) 388-9540 or janette.alpizar@dominguezfirm.com.
6

On September 25, 2017, I served true copies of the following document(s) described as **NOTICE**
7  **OF LIEN FOR ATTORNEY'S FEES AND COSTS** on the interested parties in this action as
follows:

8

## SEE ATTACHED SERVICE LIST

9

      ✓**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the
10  persons at the addresses listed on the Service List and placed the envelope for collection and
mailing, following our ordinary business practices.  I am readily familiar with National Injury Law
11  Firm LLP's practice for collecting and processing correspondence for mailing.  On the same day
that the correspondence is placed for collection and mailing, it is deposited in the ordinary course
12  of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13       (State) I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
14

15       Executed on September 25, 2017, at Los Angeles, California.

16

17                                                    Janette Alpizar

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS

1

## SERVICE LIST
*VILLEGAS, ET AL V. COUNTY OF SAN BERNARDINO, ET AL.*
**Case No. CIVDS1606504**

2

3

4 | Barry Hassenberg, Esq.

5 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Ste 4000

6 Los Angeles, CA 90010
Tel: (213) 250-1800

7 Fax:
E:

8 Attorney for Defendants COUNTY OF SAN
BERNARDINO, RYAN CONNOR, and

9 PAUL KOWALSKI

V. James DeSimone
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Ste 280
Marina Del Rey, CA 90292
Tel: (310) 693-5561
Fax:
E: vjdesimone@gmail.com
Attorney for Plaintiffs JOSE VILLEGAS,
MARIA VILLEGAS, and ALDO VILLEGAS,
a minor.

10

11

12 Lawrence Bohm, Esq.
**BOHM LAW GROUP, INC.**

13 4600 Northgate Blvd., Ste 210
Sacramento, CA 95834

14 Tel: (310) 927-5574
Fax: (916) 927-2046

15 E: lbohm@bohmlaw.com
Attorney for Plaintiffs JOSE VILLEGAS,

16 MARIA VILLEGAS, and ALDO VILLEGAS,
a minor.

Richard M. Pachulski, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
E: rpachulski@pszjlaw.com
Chapter 11 Trustee for Debtor Layfield &
Barrett, APC

17

18

19

20

21

22

23

24

25

26

27

28

4
NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS



**COURT INSTRUCTIONS**
CONTACT@CALWEST.INFO
PHONE (213) 353-9100
FAX (213) 353-9200

**STANDARD**

**CW211376**



| FIRM NAME: & ADDRESS: | CUST #: 10092 ROUTE: MR 4 | COURT / DESTINATION: |
|---|---|---|

THE DOMINGUEZ FIRM
3250 Wilshire Blvd. Suite 2200
Los Angeles CA, 90010

**PHONE #:**(213) 388-7788
**FAX #:** (213) 388-9540

**CONTACT: Patricia D. Salcedo**
**BILLING / FILE #:** ~~1501906~~  150 9106
**DATE GENERATED #:** 9/25/2017

**DUE DATE #: 10/2/2017**



**COURT / DESTINATION:**
Superior Court of California
247 W. Third St, San Bernardino, CA 92415
**CASE#** CIVDS1606504
**CASE TITLE: Villegas, et al VS. County of San Bernardino, et al**
**DOCUMENTS: Notice of Lien for Attorney's Fees and Costs**

| STATUTE DATE: 10/2/2017 | HEARING DATE: | DEPT. | CW DATE REC'D: |
|---|---|---|---|

☒ FILE / CONFORM
☐ FILE AND SERVE
☐ COURTESY COPY DELIVERY
☐ RECORD
☐ COURT RESEARCH
☐ PLAIN
☐ CERTIFIED

SPECIAL INSTRUCTIONS

**SEP 2 5 2017**

Please file and conform. If you have any questions, please do not hesitate to contact me at (213) 388-7788.

*SCANNED*

| REPORTS / COMMENTS: | BILLING ITEM | CHARGE |
|---|---|---|
| | RUSH FILING | |
| | OUT OF AREA | |
| | INDEX/ RESEARCH | |
| | SPECIAL PU | |
| | COURT SERVICE | |
| | RECORDING | |
| | E-SENT | |
| | SPECIAL HANDLING | |
| ☐ FILING SUBMITTED TO COURT ON _____ | CHECK CHARGE | |
| ☐ REJECTED _____ | FEE ADVANCE | |
| ☐ FILING CONFIRMED/REJECTED - SPOKE TO: _____ DATE: _____ | DOC PREP | |
| | TOTAL | |

# EXHIBIT 6

## Martin Kanarek

| | |
|---|---|
| **From:** | Philip Layfield <p@layfieldbarrett.com> |
| **Sent:** | Wednesday, April 6, 2016 9:17 AM |
| **To:** | vjdesimone@gmail.com |
| **Cc:** | Eber Bayona; Levi Plesset; Andrew Myers; Joe Barrett; Kendra Jones; Todd D Wakefield; Rita Mims; Andrew Schuh |
| **Subject:** | Villegas v. San Bernadino |

Jim:

This confirms our discussion last night whereby we agreed to "joint venture" on the Villegas case under the following terms:

1. our firms will split the "net fees" 50/50 after paying the 25% referral fee to The Dominguez Firm; 2. L&B will continue to advance all costs; 3. L&B and your firm will jointly work up the case and divide work in a fair and equitable manner. More specifically, our firm will assign Eber Bayona (Senior Counsel), Levi Plesset (Senior Associate) and Andrew Meyers (Associate) to help you work the case up.
4. If it ends up going to trial, which I suspect it will, we will split up the trial duties between you and me, although we attempt to integrate members of L&B into the trial to help get them trial experience with agreed upon witnesses.


The statute of limitation is at the end of the month so we need to get the complaint filed and we discussed holding a press conference at the time of filing the lawsuit.

Levi:

Please forwards Jim your Memo and the case summary so he can take a look at our legal analysis of the causes of action and provide any input. We would like to get a draft of the complaint prepared mid-next week and ready for filing shortly thereafter.

Phil