# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3250 Wilshire Blvd., Suite 2200, Los Angeles, California 90010**

A true and correct copy of the foregoing document entitled (*specify*): **THE DOMINGUEZ FIRM'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO ENFORCE TRANSITION PROTOCOL AND OMNIBUS PROCEDURES ORDERS AND TO COMPEL PAYMENT OF *QUANTUM MERUIT* CLAIMS AND REFERRAL FEES IN *VILLEGAS v. COUNTY OF SAN BERNARDINO*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 3, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) November 3, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

> Honorable Neil W. Bason
> U.S. Bankruptcy Court
> 255 E. Temple Street, Room 940
> Los Angeles, CA  90012
> Attn: Mail Room Clerk-Judges Copies

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 3, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| By Email: | By Email: |
|---|---|
| Philip J. Layfield | Jim DeSimone |
| 8 The Green | V. James DeSimone Law |
| Suite 6426 | 13160 Mindanao Way, Suite 280 |
| Dover, DE 19901 | Marina Del Rey CA 90292 |
| Email:  phil@maximum.global | Email: vjdesimone@gmail.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2020 | Mekaela Brook Stephens | /s/ Mekaela Brook Stephens |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Mailing Information for Case 2:17-bk-19548-NB**

- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;Isabel@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Paul M Brent    snb300@aol.com
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    GRBronson@traskbritt.com, cawatters@traskbritt.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Sevan Gorginian    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Yana G Henriks    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- Dennette A Mulvaney    dmulvaney@leechtishman.com, lmoya@leechtishman.com
- Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman    osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Brian A Paino    bpaino@mcglinchey.com, asifuentes@mcglinchey.com;khan@mcglinchey.com
- Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001

2. **TO BE SERVED BY UNITED STATES MAIL**:

**Mailing Information for Case 2:17-bk-19548-NB**

**Philip J Layfield**
102 Moore's Cro #7
Millsboro, DE 19966

**Philip J Layfield**
c/o Anthony M. Solis APLC
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502

**Layfield & Barrett, APC/fka Layfield & Wallace, APC**
Fka The Layfield Law Firm, APC
Attn: Philip Layfield, Officer of Record/Register No. 71408-050
MDC Los Angeles/Metropolitan Detention Ctr
P.O. Box 1500
Los Angeles, CA 90053

**Layfield & Barrett, APC**
Attn: Philip Layfield Officer of Record
2720 Homestead Rd., Suite 210
Park City, UT 84098

**Layfield & Barrett, APC**
2720 Homestead Rd Ste 210
Park City, UT 84098

**Lance S Strumpf**
Law Office of Lance S. Strumpf
5136 Woodley Ave.
Encino, CA 91436

**Diane B Sherman**
Law Offices of Diane B Sherman
1801 Century Park East Ste 1200
Los Angeles, CA 90067

**Roger G Jones**
1600 Division St Ste 700
Nashville, TN 37203

**Patricia Salcedo**
The Dominguez Firm
3250 Wilshire Blvd #2200
Los Angeles, CA 90010

**Richard Pachulski (TR)**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:324115.2 51414/001

**F 9013-3.1.PROOF.SERVICE**

**Layfield & Barrett, APC**
Attn: Any Officer Other Than Philip Layfield
2720 Homestead Rd., Suite 210
Park City, UT 84098

**Philip J. Layfield**
c/o Zenith Legal Services, LLC
1875 Connecticut Ave. NW, 10th Floor
Washington, DC 20009

**Philip J. Layfield**
31381 Trigo Trl
Trabuco Canyon, CA 92679-3610

**Philip J. Layfield**
382 NE 191st St. #42308
Miami, FL 33179-3899

**Philip J. Layfield**
1875 K Street NW
Washington, DC 20006

**Philip J. Layfield**
Maximum Legal Holdings, LLC
8 The Green, Suite 6426
Dover, DE 19901

**Megan Hanley Baer**
501 S Sharon Amity Rd.
Charlotte, NC 28211

**Zelandia Fero**
P.O. Box 2483
Pasadena, CA 91102

**Philip J. Layfield**
c/o Law Office of Steven Brody
350 S Figueroa Street, Suite 975
Los Angeles, CA 90071

**Todd Douglas Wakefield**
871 W Abigail Dr
Kamas, UT 84036

**Todd D. Wakefield**
Barrett Law
825 Avenue B
Redondo Beach, CA 90277

**Counsel to Joseph Barrett**
David W. Affeld, Esq.
Affeld & Grivakes LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067-3126

**Terry R. Bailey**
4821 Caminito Mirador
Camarillo, CA 93012

**Joseph Barrett**
415 S Prospect Ave., Apt. 202

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001

Redondo Beach, CA 90277-3944

**Philip Layfield**
c/o Atlas Legal Services
c/o Maxium Legal Services (Cossta Rica) S.R.L.
832 NE 191st Street, #42308
Miami, FL 33179

**Todd D. Wakefield**
Wakefield Law Office
P.O. Box 983056
Park City, UT 84098

**Terry R. Bailey**
Abir Cohen Treyzon Salo LLP
1901 Avenue of the Stars, Suite 935
Los Angeles, CA 90067

**Joseph Barrett**
845 Avenue B
Redondo Beach, CA 90277

**Tina M. Talarchyk, Esq.**
The Talarchyk Firm
The Worth Avenue Building
205 Worth Avenue, Suite 320
Palm Beach, FL 33480

**Todd D. Wakefield**
2730 Rasmussen Rd., Suite206
Park City, UT 84098

**Todd D. Wakefield**
2585 Lower Lando Ln
Park City, UT 84098

**6 Harbor Park Drive**
C/O Jeff Schwartz, COO
6 Harbor Park Dr
Port Washington, NY 11050

**Access Multilingual Services Inc**
11041 Santa Monica Blvd #813
Los Angeles CA 90025

**Ada Zelaya**
3875 E Ashlan Ave
Fresno CA 93726-3623

**Affeld Grivakes LLP**
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067

**Alliance Legal Solutions ,LLC**
c/o Cheryl Kaufman
501 South Sharon Amity Road Ste 350
Charlotte NC 28211

**Ann Brabant**
503 Olympic Blvd
Santa Monica CA 90401

**Antonia Torres**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                             **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001

10023 Mallow Dr
Moreno Valley CA 92557

**Atkinson-Baker, Inc.**
500 N. Brand Blvd., Third Floor
Glendale, California 91203

**Benjamin E. Hernandez**
65 Washington St #184
Santa Clara, CA 95050

**Brandi Posey**
2800 W 141 Pl #5
Gardena CA 90249

**C&C Factoring Solutions**
6060 W Manchester Avenue Suite 207
Los Angeles, CA 90045

**Carolyn Hacobian**
Asbet A Issakhanian Esq
440 Western Ave Suite 205
Glendale CA 91201

**Cathleen Couchois**
3309 Virginia Ave
Santa Monica CA 90404

**Chiropractic Fitness PLLC**
8316 Pheville-Matthews Rd Ste #806
Charlotte NC 28226

**Claudia Eskenazi**
Ronald B Cohen
4109 Aleman Dr
Tarzana CA 91356

**Cosmeticare**
1101 Bayside Dr #101
Corona Del Mar CA 92625

**County of Orange**
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

**Cynthia L Chabay, M.D.**
11645 Wilshire Blvd Ste 1100
Los Angeles CA 90025

**David Iwamoto**
21022 Anza Ave Apt 211
Torrance CA 90503

**David W Martin**
POB 3283
Rancho Cucamonga, CA 91729

**Department of the Treasury**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001

**F. David Rudnick, M.D. A Medical Corp**
501 Santa Monica Bl #509
Santa Monica, CA 90401

**Frank Panoussi, D.C.**
38344 30th St East
Palmdale, CA 93550

**Gary Tachobanian**
2950 Los Feliz Blvd #201
Los Angeles CA 90039

**Gene Charles Roland M.D.**
3200 Fourth Ave #100
San Diego CA 92103

**George Georgiou**
579 Bridgeway
Sausalito CA 94965

**Gilbert Tanap**
c/o Michael D. Waks
300 E. San Antonio Dr.
Long Beach, CA 90807

**Graham Chiropractic**
Dr Chester Graham
3900 Pelandale #125
Modesto CA 95356

**Hamden Injury Rehab Center**
1700 Dixwell Ave
Hamden CT 06514

**Irma D Charles**
2538 1/2 E 126th St
Compton CA 90222

**ISSAC RYLIE CASAS**
PATRICIA CASAS FOR ISSAC RYLIE CASAS
847 CITRON LANE
SANTA PAULA CA 93060

**John Finton**
LAW OFFICES OF MOSES S. BARDAVID
16177 Ventura Boulevard, #700
Encino, CA 91436

**Joseph M. Barrett**
c/o Affeld Grivakes LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067

**Kaila Gibson**
360 E. 1st Street #281
Tustin, CA 92780

**Kamryn Whitney Court Reporting**
2151 Michelson Dr #282
Irvine CA 92612

**Karoline St. George**
MKP Law Group

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001

468 N. Camden Dr., Ste. 200
Beverly Hills, CA 90210

**Kathy Townsend Court Reporters**
110 12th Street NW
Albuquerque NM 87102

**Layton Chiropractic Clinic**
1025 N Main Street
Layton UT 84041

**LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR**
PO BOX 54110
LOS ANGELES CA 90054-0110

**Maria A Rios**
520 W Cressey St
Compton, CA 90222

**Mario Lara**
5407 Sierra Vista #301
Los Angeles, CA 90038

**Maurizio Bertoldi**
2014 W. West Wind
Santa Ana, CA 92704

**Michael D. Waks**
300 E. San Antonio Dr.
Long Beach, CA 90807

**Michael Haiby**
19425 Soledad Cyn Rd Ste 252
Santa Clarita CA 91351

**Mitchell Tyler Middleton**
4628 Pepperwood Ave
Long Beach CA 90808

**MKP Law Group**
468 N. Camden Drive, Ste. 200
Beverly Hills, CA 90210

**Moses Bardavid**
16133 Ventura Blvd. #700
Encino, CA 91436

**NAKITA RAY SMITH**
306 CAROLINA AVE
TARBORO NC 27886

**National Record Retrieval, LLC**
c/o Rubin & Levin P.C
135 N Pennsylvania ST Ste 1400
Indianapolis IN 46204

**Nationwide Legal, LLC**
c/o Allen Hyman, Esq.
10737 Riverside Drive
North Hollywood, CA 91602

**Nayazi Reyes**
1549 W San Bernadino Rd
Apt S

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001

West Covina, CA 91790

**NDS**
PO BOX 61002
Anaheim, CA 92803

**Nga Phung, entity**
Huong Phung
412 N Valley St #3
Anaheim CA 92801

**Orbie Troy Davis**
321 N Mall Dr Ste H-102
St George UT 84790

**PATRICIA CASAS**
847 CITRON LANE
SANTA PAULA CA 93060

**Personal Court Reporters**
14520 Sylvan St
Van Nuys CA 91411

**Phillip E. Scott**
32302 Alipaz #245
San Juan Capistrano, CA 92675

**Price Chiropractic Inc**
471 Ainsley Ave
Yuba City CA 95991

**Rachel Martinez**
5339 Mitchell Ave
Riverside CA 92505

**Raines Feldman LLP**
Attn: Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Ramiro Hurtado**
2440 N Ditman Ave
Los Angeles CA 90032

**Roberta Jacobs**
1041 N La Jolla Ave
West Hollywood CA 90046

**SOLEMON HAKIMI, MD**
1140 S. ROBERTSON BLVD #3
LOS ANGELES, CA 90035

**Sprint Corp Correspondence**
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

**STEPHEN H BARKOW MD INC**
26902 OSO PARKWAY #120
MISSION VIEJO CA 92691

**Steuber Corporation**
20425 S Susana Rd
Long Beach CA 90810

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001

**Summit County Treasurer**
PO Box 128
Coalville UT 84017

**Susana Lopez**
1273 N Quincy Ave
Ogden Utah 84404

**Tahee A Rasheed**
1419 Striped Bass St #F
San Francisco CA 94130

**The Sullivan Group of Court Reporters**
4802 E 2nd St Ste 3
Long Beach CA 90803

**Thomson Reuters**
Thomson Reuters-Legal
610 Opperman Drive
Eagan MN 55123

**Toll Creek LC**
Debbie Sanich
13979 Sage Hollow Dr
Draper UT 84020

**Toll Creek Owners Association Inc**
c/o Jacob Watterson
130 South Main Ste 200
PO Box 525
Logan UT 84323

**Topmark Floor & Design**
1490 Munchkin Rd #105B
Park City UT 84060

**Transportation Corridor Agencies**
125 Pacifica Ste 100
Irvine CA 92618

**Universal Imaging Center**
616 E Alvarado St Ste E
Fallbrook CA 92028

**US Claims Opco LLC**
6125 S. Congress Avenue, Suite 200
Delray Beach, FL 33445

**USA Express Legal & Investigative Services Inc**
USA Express
21031 Ventura Blvd Ste 920
Woodland Hills CA 91364

**Veritext Corp**
290 West Mt. Pleasant Ave. Suite 2260
Livingston NJ 07039

**Wellgen Standard, LLC, Successor-in-Interest to Ad**
50 Ridgewood Road
Chagrin Falls, OH 44022

**Wells Fargo Bank, National Association**
c/o Jennifer Witherell Crastz

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

**Westpoint Physical Therapy Center Inc**
1115 W Ave M14
Palmdale CA 93557

**Whittier Spine Center**
PO Box 1108
Hutto TX 78634

**Yvonne De La Paz**
31111 Via Sonora
San Juan Capistrano CA 92675

**Interventional Spine & Pain Management**
274 N Main St.
Logan, UT 84321

**Ocala Spine & Injury**
1541 SE 17th St
Ocala FL 34471

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:324115.2 51414/001