James K.T. Hunter (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jhunter@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

**FILED & ENTERED**

**DEC 07 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:17-bk-19548-NB |
| LAYFIELD & BARRETT, APC, | Chapter 11 |
| Debtor | **(PROPOSED) ORDER APPROVING SETTLEMENT WITH THE DOMINGUEZ FIRM, LLP, AND V. JAMES DESIMONE LAW RE VILLEGAS V. SAN BERNARDINO ATTORNEY FEES** |
| | **Hearing**: |
| | Date: December 1, 2020 |
| | Time: 1:00 p.m. |
| | Place: United States Bankruptcy Court |
| | Edward R. Roybal Federal Building |
| | 255 E. Temple Street |
| | Courtroom 1545 |
| | Los Angeles, California |
| | Judge: Hon. Neil W. Bason |

DOCS_LA:334244.1 68700/001

The Court, having considered the *Notice of Motion and Motion for Order Approving Settlement with The Dominguez Firm, LLP and V. James DeSimone Law re Villegas v. San Bernardino Attorney Fees; Memorandum of Points and Authorities and Declaration of James K. T. Hunter in Support Thereof* [Docket No. 534] (the "Motion") filed on October 27, 2020, no opposition having been filed and with good cause shown:

IT IS SO ORDERED that

1. The Motion is granted.

2. This Order solely authorizes a settlement between the Trustee and V. James DeSimone Law resolving the claims of the Trustee to a portion of attorneys' fees in respect of the Villegas Lawsuit and does not address or resolve the claims of The Dominguez Firm or any other party to such attorneys' fees.

####

Date: December 7, 2020

Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:334244.1 68700/001

2