United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 17-19548-NB |
| Layfield & Barrett, APC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: phil@maximum.global | Sep 15 2021 23:56:00 | Layfield & Barrett, APC, 2720 Homestead Rd Ste 210, Park City, UT 84098-4887 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J Watson | on behalf of Petitioning Creditor Nayazi Reyes alan.watson@hklaw.com  rosanna.perez@hklaw.com |
| Alan J Watson | on behalf of Petitioning Creditor The Dominguez Firm alan.watson@hklaw.com  rosanna.perez@hklaw.com |
| Alan J Watson | on behalf of Petitioning Creditor Mario Lara alan.watson@hklaw.com  rosanna.perez@hklaw.com |
| Alan J Watson | on behalf of Petitioning Creditor Maria A Rios alan.watson@hklaw.com  rosanna.perez@hklaw.com |
| Baruch C Cohen | on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |

District/off: 0973-2                    User: admin                                    Page 2 of 4

Date Rcvd: Sep 15, 2021                    Form ID: pdf042                            Total Noticed: 1

Beth Gaschen
    on behalf of Creditor Advocate Capital Inc. bgaschen@wgllp.com,
kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Brian A Paino
    on behalf of Creditor Premium Assignment Corporation II bpaino@mcglinchey.com  irvineECF@mcglinchey.com

Damion Robinson
    on behalf of Defendant Joseph Barrett dr@agzlaw.com  efiling@agzlaw.com

Damion Robinson
    on behalf of Plaintiff Affeld Grivakes LLP dr@agzlaw.com  efiling@agzlaw.com

Damion Robinson
    on behalf of 3rd Party Plaintiff Joseph Martin Barrett dr@agzlaw.com  efiling@agzlaw.com

Damion Robinson
    on behalf of Defendant Joseph Martin Barrett dr@agzlaw.com  efiling@agzlaw.com

Damion Robinson
    on behalf of Cross-Claimant Joseph Martin Barrett dr@agzlaw.com  efiling@agzlaw.com

Damion Robinson
    on behalf of Interested Party Joseph Martin Barrett dr@agzlaw.com  efiling@agzlaw.com

Damion Robinson
    on behalf of Counter-Claimant Joseph Barrett dr@agzlaw.com  efiling@agzlaw.com

Daniel A Solitro
    on behalf of Plaintiff Evanston Insurance Company dsolitro@lockelord.com  ataylor2@lockelord.com

Daniel I Barness
    on behalf of Creditor Aaron Lavine daniel@barnesslaw.com

Daniel I Barness
    on behalf of Interested Party Courtesy NEF daniel@barnesslaw.com

Dare Law
    on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov

Darwin Bingham
    on behalf of Creditor Toll Creek Village Owners Association  Inc. cat@scalleyreading.net

David W. Meadows
    on behalf of Mediator Mediator david@davidwmeadowslaw.com

Dennette A Mulvaney
    on behalf of Interested Party Courtesy NEF dmulvaney@leechtishman.com  lmoya@leechtishman.com

Dennette A Mulvaney
    on behalf of Creditor Toll Creek Village Owners Association  Inc. dmulvaney@leechtishman.com, lmoya@leechtishman.com

Faye C Rasch
    on behalf of Interested Party Wellgen Standard  LLC frasch@wgllp.com,
kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

Faye C Rasch
    on behalf of Plaintiff Wellgen Standard LLC frasch@wgllp.com  kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

Faye C Rasch
    on behalf of Creditor Advocate Capital  Inc. frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

Gary R Wallace
    on behalf of Defendant Jeffery Young garyrwallace@ymail.com

Glenn R Bronson
    on behalf of Creditor Ed & Penni Bailey GRBronson@traskbritt.com  cawatters@traskbritt.com

Hamid R Rafatjoo
    on behalf of Interested Party Raines Feldman LLP hrafatjoo@raineslaw.com  bclark@raineslaw.com

James KT Hunter
    on behalf of Plaintiff Richard M Pachulski jhunter@pszjlaw.com

James KT Hunter
    on behalf of Plaintiff Richard M. Pachulski jhunter@pszjlaw.com

James KT Hunter
    on behalf of Trustee Richard Pachulski (TR) jhunter@pszjlaw.com

James KT Hunter
    on behalf of Defendant Richard Pachulski jhunter@pszjlaw.com

District/off: 0973-2                                   User: admin                                        Page 3 of 4

Date Rcvd: Sep 15, 2021                            Form ID: pdf042                                   Total Noticed: 1

James KT Hunter
                    on behalf of Defendant Richard M Pachulski jhunter@pszjlaw.com

James KT Hunter
                    on behalf of Cross Defendant Richard Pachulski jhunter@pszjlaw.com

James W Bates
                    on behalf of Interested Party Courtesy NEF jbates@jbateslaw.com

Jason Balitzer
                    on behalf of Interested Party Courtesy NEF jbalitzer@sulmeyerlaw.com
                    jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com

Jeffrey I Golden
                    on behalf of Interested Party Wellgen Standard  LLC jgolden@wgllp.com,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Jeffrey I Golden
                    on behalf of Plaintiff Wellgen Standard LLC jgolden@wgllp.com
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Jeffrey I Golden
                    on behalf of Counter-Defendant Advocate Capital  Inc. jgolden@wgllp.com,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Jeffrey I Golden
                    on behalf of Creditor Advocate Capital  Inc. jgolden@wgllp.com,
                    kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

Jennifer Witherell Crastz
                    on behalf of Creditor Wells Fargo Bank  National Association jcrastz@hrhlaw.com

Jennifer Witherell Crastz
                    on behalf of Interested Party Courtesy NEF jcrastz@hrhlaw.com

Jessica Mickelsen Simon
                    on behalf of Creditor Wells Fargo Bank  National Association simonjm@ballardspahr.com, carolod@ballardspahr.com

Joel A Osman
                    on behalf of Creditor Daniel Tontini osman@parkermillsllp.com  gonzalez@parkermillsllp.com

Joseph M Kar
                    on behalf of Interested Party Interested Party jkar@mindspring.com

Kimberly D Howatt
                    on behalf of Creditor Esquire Bank khowatt@gordonrees.com  sdurazo@grsm.com

Lindsey L Smith
                    on behalf of Interested Party Interested Party lls@lnbyb.com  lls@ecf.inforuptcy.com

M. Jonathan Hayes
                    on behalf of Defendant Wilshire Law Firm  PLC jhayes@rhmfirm.com,
                    roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;
                    sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

M. Jonathan Hayes
                    on behalf of Defendant Neifert Khorshid jhayes@rhmfirm.com
                    roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;
                    sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

M. Jonathan Hayes
                    on behalf of Defendant Babak Bobby Saadian jhayes@rhmfirm.com
                    roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;
                    sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

M. Jonathan Hayes
                    on behalf of Defendant Conal Doyle jhayes@rhmfirm.com
                    roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;
                    sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Malhar S Pagay
                    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP mpagay@pszjlaw.com  bdassa@pszjlaw.com

Malhar S Pagay
                    on behalf of Trustee Richard Pachulski (TR) mpagay@pszjlaw.com  bdassa@pszjlaw.com

Malhar S Pagay
                    on behalf of Defendant Richard M. Pachulski mpagay@pszjlaw.com  bdassa@pszjlaw.com

Malhar S Pagay
                    on behalf of Plaintiff Richard M. Pachulski mpagay@pszjlaw.com  bdassa@pszjlaw.com

Martin J Brill

District/off: 0973-2                          User: admin                                    Page 4 of 4
Date Rcvd: Sep 15, 2021                       Form ID: pdf042                            Total Noticed: 1

on behalf of Interested Party Interested Party mjb@lnbrb.com

Michael F Perlis

on behalf of Creditor Evanston Insurance Company mperlis@lockelord.com
merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com

Michael F Perlis

on behalf of Plaintiff Evanston Insurance Company
merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com

Michael S Kogan

on behalf of Mediator michael kogan mkogan@koganlawfirm.com

Moses S Bardavid

on behalf of Creditor John Finton mbardavid@hotmail.com

Moses S Bardavid

on behalf of Interested Party Interested Party mbardavid@hotmail.com

Olivier A Taillieu

on behalf of Petitioning Creditor The Dominguez Firm o@taillieulaw.com  mstephens@taillieulaw.com

Paul M Brent

on behalf of Interested Party Interior solutions of arizona  llc snb300@aol.com

Rana Nader

on behalf of Creditor South Bay Pain Docs rnader@naderlawgroup.com  monique@naderlawgroup.com

Richard W Labowe

on behalf of Defendant California Attorney Lending II  Inc. richardwlabowe@gmail.com, llhlaw1631@aol.com

Richard W Labowe

on behalf of Creditor California Attorney Lending II  Inc. richardwlabowe@gmail.com, llhlaw1631@aol.com

Robert G Uriarte

on behalf of Interested Party Vincent DeSimone rgulawoffice@gmail.com

Sevan Gorginian

on behalf of Creditor Francisco Zavala sevan@gorginianlaw.com  2486@notices.nextchapterbk.com

Stella A Havkin

on behalf of Interested Party Stella Havkin stella@havkinandshrago.com  havkinlaw@earthlink.net;r49306@notify.bestcase.com

Steven J Kahn

on behalf of Plaintiff Richard M. Pachulski skahn@pszyjw.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Wesley H Avery

on behalf of Interested Party Wesley H. Avery wes@averytrustee.com  lucy@averytrustee.com;alexandria@averytrustee.com

William S Brody

on behalf of Defendant US Claims Opco  LLC wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

William S Brody

on behalf of Defendant DRB Capital  LLC wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

William S Brody

on behalf of Interested Party Courtesy NEF wbrody@buchalter.com  dbodkin@buchalter.com;IFS_filing@buchalter.com

Yana G Henriks

on behalf of Creditor Rodney A Pimentel yhenriks@law-mh.com
rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com

TOTAL: 76

Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

**FILED & ENTERED**

**SEP 15 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

LAYFIELD & BARRETT, APC,

               Debtor.

Case No. 2:17-bk-19548-NB

Chapter 11

**ORDER APPROVING FIFTH STIPULATION AND TOLLING AGREEMENT EXTENDING STATUTES OF LIMITATION RE: PHILIP LAYFIELD**

[No Hearing Required]

The Court having considered the *Fifth Stipulation and Tolling Agreement Extending Statutes of Limitation Re: Philip Layfield* [Docket No. 579] (the "<u>Stipulation</u>"), dated September 9, 2021, as agreed to by Richard M. Pachulski, the Chapter 11 Trustee of the bankruptcy estate of Layfield & Barrett, APC, and Wesley H. Avery, the duly appointed chapter 7 trustee in the bankruptcy case entitled *In re Philip James Layfield*, Case No. 2:18-bk-15829-NB, and good cause appearing therefor,

DOCS_LA:336265.1 51414/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**IT IS HEREBY ORDERED** that

    1.      The Stipulation is APPROVED.

    2.      The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

Date: September 15, 2021

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:336265.1 51414/001