Debra I. Grassgreen (CA Bar No. 169978)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: dgrassgreen@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>　　　　　　　　　Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S TENTH STATUS REPORT**<br><br>Date:　　October 12, 2021<br>Time:　　11:00 a.m.<br>Place:　　United States Bankruptcy Court<br>　　　　　Edward R. Roybal Federal Building<br>　　　　　255 E. Temple Street<br>　　　　　Courtroom 1545<br>　　　　　Los Angeles, California<br>Judge:　　Honorable Neil W. Bason |

　　　　Richard M. Pachulski, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case (the "Case") of Layfield & Barrett, APC (the "Debtor" or "L&B"), hereby files a brief report regarding the status of the Case, as ordered by the Court in its ruling in connection with the prior case status conference on August 3, 2021.  The Trustee continues to administer the Case as follows:

　　　　1.　　Soon after the Trustee's appointment in the Case, the Trustee caused Notices of Lien to be filed in numerous proceedings in which L&B attorneys previously were involved in order to assert the bankruptcy estate's claims for attorneys' fees and reimbursement of costs.  The Trustee and his counsel continue to respond to inquiries from attorneys involved in such litigation at the

1

DOCS_LA:339969.1 51414/001

point of anticipated disposition through settlement or judgment in order to resolve the bankruptcy estate's claims for such legal fees and costs.

2. The Trustee is investigating the potential sale of a $9 million insurance policy owned by the estate.

3. After a 13-day jury trial, on August 26, 2021, the Debtor's former principal, Philip Layfield, was convicted on all counts asserted against him in the United States District Court for the Central District of California, at which time he was remanded into custody. *See* [2:18-cr-00124-MWF Docket No. 314]. He is scheduled to be sentenced on November 8, 2021, at 2:00 p.m. *Id.* Depending upon the terms of his sentence, the Trustee will evaluate the continued prosecution of a pending nondischargeability action in this Court[1] as well as the disposition of potential avoidance rights that the Trustee has preserved through a series of stipulations with the trustee appointed in Mr. Layfield's bankruptcy case.[2]

Based on the foregoing, the Trustee respectfully requests that the Court continue the status conference in the Case for a period of approximately three (3) months.

Dated:  September 28, 2021              PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Malhar S. Pagay*
    Malhar S. Pagay

    Attorneys for
    Richard M. Pachulski, Chapter 11 Trustee

---

[1] *See Richard M. Pachulski v. Philip James Layfield*, Adv. No.:  2:19-ap-01071-NB.
[2] *See Fifth Stipulation and Tolling Agreement Extending Statutes of Limitation Re:  Philip Layfield* [Docket No. 579] and order thereon [Docket No. 580].

2

DOCS_LA:339969.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 TRUSTEE'S TENTH STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 28, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 28, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 28, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Email:
Philip James Layfield
Email: phil@maximum.global

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **September 28, 2021** | Sophia L. Lee | */s/ Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:323651.1 51414/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   **Case 2:17-bk-19548-NB**

   - **Wesley H Avery**    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
   - **Jason Balitzer**    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
   - **Moses S Bardavid**    mbardavid@hotmail.com
   - **Daniel I Barness**    daniel@barnesslaw.com
   - **James W Bates**    jbates@jbateslaw.com
   - **Darwin Bingham**    cat@scalleyreading.net
   - **Paul M Brent**    snb300@aol.com
   - **Martin J Brill**    mjb@lnbrb.com
   - **William S Brody**    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
   - **Glenn R Bronson**    GRBronson@traskbritt.com, cawatters@traskbritt.com
   - **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
   - **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
   - **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
   - **Jeffrey I Golden**    jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
   - **Sevan Gorginian**    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
   - **Stella A Havkin**    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
   - **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfir
   - **Yana G Henriks**    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
   - **Kimberly D Howatt**    khowatt@gordonrees.com, sdurazo@grsm.com
   - **James KT Hunter**    jhunter@pszjlaw.com
   - **Steven J Kahn**    skahn@pszyjw.com
   - **Joseph M Kar**    jkar@mindspring.com
   - **Michael S Kogan**    mkogan@koganlawfirm.com
   - **Richard W Labowe**    richardwlabowe@gmail.com, llhlaw1631@aol.com
   - **Dare Law**    dare.law@usdoj.gov
   - **David W. Meadows**    david@davidwmeadowslaw.com
   - **Jessica Mickelsen Simon**    simonjm@ballardspahr.com, carolod@ballardspahr.com
   - **Dennette A Mulvaney**    dmulvaney@leechtishman.com, lmoya@leechtishman.com
   - **Rana Nader**    rnader@naderlawgroup.com, monique@naderlawgroup.com
   - **Joel A Osman**    osman@parkermillsllp.com, gonzalez@parkermillsllp.com
   - **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
   - **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
   - **Michael F Perlis**    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
   - **Michael F Perlis**    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
   - **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
   - **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
   - **Damion Robinson**    dr@agzlaw.com, efiling@agzlaw.com
   - **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
   - **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:323651.1 51414/002

- **Olivier A Taillieu**  o@taillieulaw.com, mstephens@taillieulaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Robert G Uriarte**  rgulawoffice@gmail.com
- **Gary R Wallace**  garyrwallace@ymail.com
- **Alan J Watson**  alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:323651.1 51414/002