Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

**FILED & ENTERED**

**NOV 07 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**LAYFIELD & BARRETT, APC,**<br><br>Debtor. | Case No.    2:17-bk-19548 NB<br><br>Chapter 11<br><br>**ORDER ~~(I) APPROVING~~ SETTING HEARING ON STIPULATION TO RE-CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE~~, AND (II) CONVERTING CASE TO CHAPTER 7~~**<br><br>Hearing:<br>Date: 12/6/22<br>Time: 1:00 p.m.<br>Ctrm: 1545 (or via ZoomGov)<br>255 E. Temple Street, Los Angeles, CA 90012 |

The Court, having considered the *Stipulation to Re-Convert Case from Chapter 11 to Chapter 7 of the United States Bankruptcy Code* [Docket No. 609] (the "Stipulation"), by and between Richard M. Pachulski (the "Trustee"), the Chapter 11 Trustee of the bankruptcy estate (the "Estate") of Layfield & Barrett, APC ("L&B" or the "Debtor"), and the United States Trustee (the "UST", and together with the L&B Trustee, the "Parties"); having reviewed the recitals and representations of the Parties set forth in the Stipulation and the record in the above-captioned case (the "Case"); ~~having considered that, in light of the amount of cash on hand and the amount of current and anticipated chapter 11 administrative expenses, the Estate is administratively insolvent and, consequently, it is not practicable to formulate and prosecute~~

DOCS_LA:345974.1 51414/001

1  ~~confirmation of a chapter 11 plan in the Case; and having determined that sufficient cause~~
2  ~~exists to convert the Case and that such conversion is in the best interests of creditors and the~~
3  ~~Estate and that, particularly in light of the Estate's financial condition, notice of the Stipulation~~
4  ~~was adequate and appropriate under the circumstances~~,

**IT IS HEREBY ORDERED** that:

1. <u>The Stipulation is set for hearing at the above-captioned time and place.</u>

2. **November 10, 2022 is the deadline** <u>for the Trustee to:</u>

    a. <u>Serve via U.S. mail the Stipulation and a copy of this Order on Debtor and all creditors and file a proof of service, in accordance with 11 U.S.C. § 1112(b)(1) and Rules 1017(f)(1) and 2002(a)(4) (Fed. R. Bankr. P.) ("… the clerk, or some other person as the court may direct, shall give the debtor, the trustee, all creditors and indenture trustees at least 21 days' notice by mail of …(4) …the hearing on the dismissal of the case *or the conversion of the case to another chapter* ….") (emphasis added); or, alternatively,</u>

    b. <u>serve via U.S. mail a brief summary of the Stipulation and of the deadlines set forth in this Order (in lieu of serving the Stipulation and Order themselves), to save expenses in this administratively insolvent case, per 11 U.S.C. § 102(1)(A)); or alternatively,</u>

    <u>//</u>

-2-

DOCS_LA:345974.1 51414/001

|   |   |   |
|---|---|---|
| 1 |   | //  |
| 2 |   | c. File, and serve via U.S. mail on the UST and Debtor (*i.e.,* without the need to serve other parties in interest), any brief citing authority that service on additional parties in interest is not required, together with a copy of this Order. |
| 6 | 3. | **November 22, 2022 is the deadline** for any response by any parties who have been served as set forth above. |
| 8 | 4. | **November 29, 2022 is the deadline** for any reply. |
| 9 | ~~2.~~ | ~~The Stipulation is approved.~~ |
| 10 | ~~3.~~ | ~~The Case is hereby re-converted to one under chapter 7 of the Bankruptcy Code.~~ |
| 11 | ~~4.~~ | ~~The UST shall appoint the Trustee as the chapter 7 trustee in the Case.~~ |

###

Date: November 7, 2022

Neil W. Bason
United States Bankruptcy Judge

-3-

DOCS_LA:345974.1 51414/001