Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
L&B Case Telephone: 310/203-4273
Facsimile: 310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**PROOF OF SERVICE OF NOTICE OF HEARING ON AND SUMMARY OF STIPULATION TO RE-CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE**<br><br>[Relates to Docket No. 614] |

DOCS_LA:346084.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON AND SUMMARY OF STIPULATION TO RE-CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 10, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 10, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Philip Layfield
FCI Texarkana
4001 LEOPARD DRIVE
TEXARKANA, TX  75501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **November 11, 2022** | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346011.2 51414/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case 2:17-bk-19548-NB**

- **Wesley H Avery**    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **Jason Balitzer**    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- **Moses S Bardavid**    mbardavid@hotmail.com
- **Daniel I Barness**    daniel@barnesslaw.com
- **James W Bates**    jbates@jbateslaw.com
- **Darwin Bingham**    cat@scalleyreading.net
- **Paul M Brent**    snb300@aol.com
- **Martin J Brill**    mjb@lnbrb.com
- **William S Brody**    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- **Glenn R Bronson**    GRBronson@traskbritt.com, cawatters@traskbritt.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Beth Gaschen**    bgaschen@go2.law, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Sevan Gorginian**    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Yana G Henriks**    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- **Kimberly D Howatt**    khowatt@gordonrees.com, sdurazo@grsm.com;amatthews@grsm.com
- **James KT Hunter**    jhunter@pszjlaw.com
- **Steven J Kahn**    skahn@pszyjw.com
- **Joseph M Kar**    jkar@mindspring.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Richard W Labowe**    richardwlabowe@gmail.com, llhlaw1631@aol.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Jessica Mickelsen Simon**    simonjm@ballardspahr.com, carolod@ballardspahr.com
- **Dennette A Mulvaney**    dmulvaney@leechtishman.com, lmoya@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com
- **Rana Nader**    rnader@naderlawgroup.com, monique@naderlawgroup.com
- **Joel A Osman**    osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Michael F Perlis**    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- **Michael F Perlis**    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Damion Robinson**    damion.robinson@diamondmccarthy.com, efiling@agzlaw.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com
- **Olivier A Taillieu**    o@taillieulaw.com, mstephens@taillieulaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Robert G Uriarte**    rgulawoffice@gmail.com
- **Gary R Wallace**    garyrwallace@ymail.com
- **Alan J Watson**    alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346011.2 51414/001

**In Re Layfield & Barrett, APC**
**Case No. 2:17-Bk-19548-NB**

6 Harbor Park Drive
c/o Jeff Schwartz, Coo
6 Harbor Park Dr
Port Washington, NY 11050

855 Triallawyers.Com KPO Ltd.
382 Ne 191st Street #42308
Miami Fl 33179

Aaron Lavine Greg Stuck Ivan Massey
c/o Daniel I Barness
Barness & Barness LLP
11377 W Olympic Blvd
Los Angeles CA 90064

Access Multilingual Services Inc
11041 Santa Monica Blvd #813
Los Angeles CA 90025

Actonia Inc
Attn:  Kalpesh Kynard, Cfo
9701 W Higgins Rd #320
Rosemont IL 60018

Ann Brabant
503 Olympic Blvd
Santa Monica CA 90401

Ada Zelaya
3875 E Ashlan Ave
Fresno CA 93726-3623

Advanced Multispecialty Surgery Center
Attn:  Christopher Zahiri, President
PO Box 491759
Los Angeles CA 90049

Affeld Grivakes LLP
Attn:  Damion D.D. Robinson
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067

Alan Arnone
Mission Chiropractic
1280 Benton St
Santa Clara CA 95050

Antonia Torres
10023 Mallow Dr
Moreno Valley CA 92557

All-Pro Medical Group Inc
15827 Russell Street
Whittier CA 90603

Alliance Legal Solutions, LLC
C/O Cheryl Kaufman
501 South Sharon Amity Rd., Ste 350
Charlotte NC 28211

Andy Oh
930 N Long Beach Blvd 6
Compton CA 90221

Applied Geokinetics
Dba Geokinetics
77 Bunsen
Irvine, CA 92618

Art Hosmer
Gosdis Law Firm PLLC
5085 S State St
Murray UT 84107

Arthur Valdez
5330 Citronell Ave
Pico Rivera CA 90660

At&T Corp.
%At&T Services, Inc
Karen A Cavagnaro - Lead Paralegal
One At&T Way, Room 3a104
Bedminster, NJ   07921

Atkinson-Baker, Inc.
500 N. Brand Blvd., Third Floor
Glendale, California 91203

Augspurger Komm Engineering Inc
3315 E Wier Ave
Phoenix AZ  85040

Barbara Blatz
770 C Ave
Coronado CA 92118

Barbara Meridith Adams-Mckenzie
1030 Calle Negocio
San Clemente CA 92673

Bay City Surgery Center, Inc.
2557-A Pacific Coast Highway
Torrance, CA 90505-7035

Benjamin E. Hernandez
65 Washington St #184
Santa Clara, CA 95050

Benjamin Liang Pc
Dr Benjamin Liang, Pc
8631 W 3rd St #304e
Los Angeles CA 90048

Beringia Central
633 W Fifth Street Suite 830
Los Angeles CA 90071

Bert Rosenquist
Godis Law Firm PLLC
5085 S State Street
Murray UT 84107

Bg Nurse Consultants
1101 Fremont #103
South Pasadena CA 91030

Bobbie M Duddey
301 Red Maple Place
Perris CA 92570

Bradley S. Wallace
16000 Ventura Blvd., Ste. 440
Encino, CA 91436

Brandi Posey
2800 W 141 Pl #5
Gardena CA 90249

Brett L Slavicek P.C.
The Slavicek Law Firm
5500 N 24th St
Phoenix AZ  85016

Brian D. Chase
1301 Dove St. Suite 120
Newport Beach CA 92660

C&C Factoring Solutions
6060 W Manchester Avenue Suite 207
Los Angeles, CA 90045

Calendar Rules  Scott Davis
3000 F Danville Blvd #276
Alamo CA 94507

Carl Franklin Ellison-C.D.R.
Carl Ellison-Helen Lacy
PO Box 580041
Elk Grove CA 95758

Carlos Contreras
977 S Calzona St
Los Angeles CA 90023

Carlos Manuel Paz
750 Silver Avenue
San Francisco CA 94134

Carolyn Hacobian
Asbet A Issakhanian Esq
440 Western Ave Suite 205
Glendale CA 91201

Cathleen Couchois
3309 Virginia Ave
Santa Monica CA 90404

Cathrine Zarrabi
15725hawthorne Blvd #106
Lawndale CA 90260

Cecilia A Moreno
5739 W Cedar Ave #138
Fresno CA 93710

Checkr Inc
Jared Ricci
1 Montgomery St Ste 2000
San Francisco CA 94104

Chiropractic Fitness PLLC
8316 Pheville-Matthews Rd Ste #806
Charlotte NC 28226

Christina Hicklin
10353 Mcnerney Avenue
South Gate CA 90280

Christopher A Zahiri - A Medical Corp
PO Box 49455
Los Angeles CA 90049

Christopher Tyler Webster
3493 Wrangler Way
Park City UT 84098

Christopher Vazquez
200 E Leatrice Lane #3
Anaheim CA 92802

City Of Los Angeles, Office Of Finance
Los Angeles City Attorney's Office
200 N Main Street Ste 920
Los Angeles CA 90012

Claudia Eskenazi
Ronald B Cohen
4109 Aleman Dr
Tarzana CA 91356

Constance Ratchford
604 West Narrison
Gastoria NC 28052

Cosmeticare
1101 Bayside Dr #101
Corona Del Mar CA 92625

County Of Orange
Attn: Bankruptcy Unit
P.O. Box 4515
Santa Ana, CA 92702-4515

Coverall North America Inc
350 Sw 12th Avenue
Deerfield Beach FL 33442

County Of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

Craig H Edgecumbe
2780 Skypark Dr 325
Torrance CA 90505

Cynthia L Chabay, M.D.
11645 Wilshire Blvd Ste 1100
Los Angeles CA 90025

| | | |
|---|---|---|
| Daniel Setareh<br>Setareh Law Aplc<br>8665 Wilshire Blvd #302<br>Beverly Hills CA 90211 | Daniel Tontini<br>800 W. 6th Street, Suite 500<br>Los Angeles, CA 90017 | Danielle Coprich<br>67325 Camino Silvaso<br>Desert Hot Springs CA 92240 |
| David Iwamoto<br>21022 Anza Ave Apt 211<br>Torrance CA 90503 | David W Martin<br>Pob 3283<br>Rancho Cucamonga, CA 91729 | Debra L. Sheppard & Associates,<br>A Professional Law Corporation<br>21243 Ventura Boulevard, Suite 123<br>Woodland Hills, CA 91364 |
| Dennis Anderson<br>100 Chicory Court<br>Lincoln CA 95648 | Department Of Health Care Services<br>POB 997413<br>MS 0010<br>Sacramento, CA 95899 | Department Of The Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 |
| Derriona Hall<br>2538 1/2 E 126th St<br>Compton CA 90222 | Donna Dennis Terry Hanson<br>11249 E 35 Pl<br>Yuma AZ  85637 | Dr Elias Rached<br>Moreno Group Center<br>Moreno Med Care & Chiropractic Clinic<br>23846 Sunnymead Bl Ste 4<br>Moreno Valley CA 92553 |
| Dr. Brigitte Rozenberg<br>Chiropractic Inc<br>12568 W Washington Blvd Ste 202<br>Culver City CA 90066 | Ed And Penni Bailey<br>4492 S. Enclave Vista Ln.<br>Salt Lake City, UT 84124 | Elisa Anita Diaz<br>1019 N Wilcox Ave #3<br>Los Angeles CA 90038 |
| Elise Long<br>8460 Via Mallorca Unit 237<br>La Jolla CA 92037 | Elizabeth Garcia<br>745 W 3rd St Unit 209<br>Long Beach CA 90802 | Elizardo Saenz<br>1678 Scott Ave Apt J2<br>El Centro CA 92243 |
| Ellen Cavalli<br>PO Box 60832<br>Irvine CA 92602 | Elva Cabral<br>946 N Eastman Ave<br>Los Angeles CA 90063 | Employers Preferred Insurance Co<br>10375 Professional Circle<br>Reno, Nv 89521 |
| Eric C Smith D.C<br>6431 Fairmount Street Suite 7<br>El Cerrito CA 94530 | Ernesto Gamez<br>2930 Oarfish Lane<br>Oxnard CA 93035 | Esquire Bank Nat'l Association<br>C/O Gordon &Rees LLP<br>Attn:  Kimberly D. Howatt<br>101 West Broadway, Ste. 100<br>San Diego, CA  92101 |
| Esquire Financial Holdings, Inc.<br>C/O Gordon &Rees LLP<br>Attn:  Kimberly D. Howatt<br>101 West Broadway, Ste. 100<br>San Diego, CA  92101 | F. David Rudnick, M.D.<br>A Medical Corp<br>501 Santa Monica Bl #509<br>Santa Monica, CA 90401 | Foodcraft Inc<br>14226 Ventura Blvd.<br>Sherman Oaks CA 91423 |
| Franchise Tax Board<br>Bankruptcy Section Ms A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Francisco Correa<br>C/O Maria Correa<br>1623 Alber Hill St<br>Perris CA 92571 | Francisco Noel Zavala<br>Law Offices Of Zorik Mooradian<br>5023 North Parkway Calabasas<br>Calabasas, CA 91302 |

| | | |
|---|---|---|
| Frank Panoussi, D.C.<br>38344 30th St East<br>Palmdale, CA 93550 | Fred A. Hickey<br>C/O Coleman Frost LLP<br>201 Nevada Street<br>El Segundo, CA 90245 | Gabriela Eddy<br>Ellis Paul Robin Attorney<br>1541 Ocean Avenue Second Floor<br>Santa Monica CA 90401 |
| Gary Tachobanian<br>2950 Los Feliz Blvd #201<br>Los Angeles CA 90039 | Gene Charles Roland M.D.<br>3200 Fourth Ave #100<br>San Diego CA 92103 | George Georgiou<br>579 Bridgeway<br>Sausalito CA 94965 |
| Gerry Holland<br>8600 International Ave #153<br>Canoga Park CA 91304 | Ghizala Zaidi<br>18 Hughes<br>Irvine CA 92618 | Gilbert Gomez, D.C.<br>2350 W 3rd St., 2nd Fl<br>Los Angeles, CA 90057 |
| Gilbert Tanap<br>C/O Michael D. Waks<br>300 E. San Antonio Dr.<br>Long Beach, CA 90807 | Graham Chiropractic<br>Dr Chester Graham<br>3900 Pelandale #125<br>Modesto CA 95356 | Gregory Stuck<br>3831 58th Street<br>Sacramento CA 95820 |
| Guillermo Nava<br>11731 Banner Dr<br>Garden Grove CA 92843 | H. Ronald Fisk M.D<br>8631 W 3rd St #620e<br>Los Angeles CA 90048 | Hamden Injury Rehab Center<br>1700 Dixwell Ave<br>Hamden Ct 06514 |
| Harry Spearman<br>Steven C Glickman<br>9460 Wilshire Blvd Suite 330<br>Beverly Hills CA 90212 | Humberto Alatorre<br>426 E 29th St<br>Los Angeles CA 90011 | Insurance Company Of The West<br>Daniel B Mccarthy, Eaq<br>15025 Innovation Dr<br>San Diego CA 92128 |
| International Orthopedic Center<br>For Joint Disorders<br>PO Box 49919<br>Los Angeles CA 90049 | Interventional Spine & Pain<br>Management<br>274 N Main St<br>Logan UT 84321 | Ioana Aronovici<br>421 S Fann Street<br>Anaheim, CA 92804 |
| Irma D Charles<br>2538 1/2 E 126th St<br>Compton CA 90222 | Issac Rylie Casas<br>Patricia Casas For Issac Rylie Casas<br>847 Citron Lane<br>Santa Paula CA 93060 | Jack Smith<br>889 El Paisano Dr<br>Fallbrook CA 92028 |
| Jasmine Satterwhite<br>44045 15th St W Apt 7<br>Lancaster CA 93534 | Javier Castellanos<br>1875 Cedar Ave #7<br>Long Beach CA 90806 | Jeanette Huerto<br>7821 Clearfield Ave<br>Panorama City CA 91402 |
| Jesus Gerardo<br>1245 P&F Alvarado Dr<br>Calexico CA 92231 | John Finton<br>16177 Ventura Boulevard, #700<br>Encino, CA 91436 | John Habashy<br>Lexicon Law Group<br>633 W 5th Street, 28th Floor<br>Los Angeles, CA 90071 |

| | | |
|---|---|---|
| John Zimmerman<br>Zimmerman Chiropractor & Acupuncture<br>566 North Diamond Bar Blvd<br>Diamond Bar CA 91765 | Jose Arturo Fonseca<br>448 E 6th St #2<br>Pomona CA 91766 | Jose Madrigal<br>Plutarco Elias Calles # 178<br>Lazaro Cardenas, 58570<br>Panindicuaro, Michoocan |
| Joseph M. Barrett<br>C/O Affeld Grivakes LLP<br>2049 Century Park East, Ste. 2460<br>Los Angeles, CA 90067 | Josephine Nguyen<br>Bridgford, Gleason & Artinian<br>26 Corporate Plaza Ste 250<br>Newport Beach CA 92660 | Judith Johnson<br>3122-B Via Serena North<br>Laguna Woods, CA 92637 |
| Justin Peoples<br>3131 W Euclid Ave<br>Stockton, CA 95204 | Kaila Gibson<br>360 E. 1st Street #281<br>Tustin, CA 92780 | Kamryn Whitney Court Reporting<br>2151 Michelson Dr #282<br>Irvine CA 92612 |
| Karen Tapper<br>1249 18th Ave #205<br>S. F. CA 94122 | Karl H Harer D.C.<br>4517 Market St #1<br>Ventura, CA 93003 | Karoline St. George<br>Mkp Law Group<br>468 N. Camden Dr., Ste. 200<br>Beverly Hills, CA 90210 |
| Kathy Townsend Court Reporters<br>110 12th Street NW<br>Albuquerque NM 87102 | Kendra Rabb Jones<br>12175 Brianwood Dr.<br>Riverside CA 92503 | Kenneth Shiozaki And Melissa Shiozaki<br>3137 West 180th Place<br>Torrance CA 90504 |
| Kenny E Palacios<br>3313 W 133rd Street<br>Hawthorne CA 90250 | Kent Law, Plc<br>7540 S. Willow Drive<br>Tempe, AZ  85283 | Keyauna Mcfarland<br>12007 N Lamar Blvd Apt 1325<br>Austin Tx 78753 |
| Kristofer Jordan Henry<br>13562 Quail Run Rd<br>Eastvale CA 92880 | La Tasha Louise Fudge<br>9900 S Van Ness Ave<br>Los Angeles, CA 90047 | Larena M Lundy<br>293 Woodland Dr<br>Wofford Heights CA 93285 |
| Laura Rasheed<br>33114-1st Pl SW #902<br>Federal NY WA 98023 | Lawrence Miller MD<br>1158 26th St #458<br>Santa Monica CA 90403 | Layton Chiropractic Clinic<br>1025 N Main Street<br>Layton UT 84041 |
| Lionel Terry Jr<br>20 Midway Street<br>Buffalo NY 14215 | Lonnie Isadore Young/J-85354<br>401/5 Low<br>PO Box 3535<br>Norco, CA 92860 | Los Angeles County Treasurer<br> And Tax Collector<br>PO Box 54110<br>Los Angeles CA 90054-0110 |
| Lucy Vergara<br>15607 E Avenue Q1<br>Palmdale CA 93591 | Luis Amescua Ramirez<br>9301 Mate Ave Apt 6<br>Los Angeles, CA 90002 | Lydia Lopez<br>7332 Tujunga Ave Apt 8<br>North Hollywood CA 91605 |

Maha Yasin
11834 Doty Ave
Hawthorne CA 90250

Mahmoud Osman
2210 Santa Clara Ave
Alameda CA 94501

Maria A Rios
520 W Cressey St
Compton, CA 90222

Maria Castaneda
4817 Oak St
Pico Rivera CA 90660

Maria Hernandez
15027 Christopher St
Adelanto CA 92301

Maria Sabordo
7821 Clearfield Ave
Panorama City CA 91402

Maria Teresa Rivas De Ramirez
9301 Mate Ave Apt 6
Los Angeles, CA 90002

Maricruz Fernandez Vega
Conception Vargas, Area De Reyon
Municipo De Zamora

Mario Lara
5407 Sierra Vista #301
Los Angeles, CA 90038

Marlene Beatty
21018 Gresham St #209
Canoga Park CA 91304

Mary L Spearman
Steven C Glickman
9460 Wilshire Blvd Suite 330
Beverly Hills CA 90212

Mary Torres
1617 Greenville Dr
West Covina CA 91791

Master Software Na
11b 139 Drake St
Vancouver,BC V6z2t8

Maureen Wan-Chu
1004-C S. 4th St
Alhambra, CA 91801

Maurizio Bertoldi
2014 W. West Wind
Santa Ana, CA 92704

Maximum Legal Holdings, LLC
Philip Layfield
1875 K Street N.W.
Washington DC 20006

Maximum Legal Services, LLC
Philip Layfield
1875 Connecticut Avenue 10th Floor
Washington DC 20009

Mea Forensic Engineers & Scientists
23281 Vista Grande Dr
Laguna Hills CA 92653

Melisa Hayes
7009 E Acoma Dr #2092
Scottsdale AZ  85254

Metajure Inc
2701 1 St Ave Ste 320
Seattle WA 98121

Method Technologies, Inc.
10805 Holder Street, Suite 100
Cypress, CA 90630

Michael C Kennedy Dc Pc
3002 N 7th Ave
Phoenix Arizona 85013

Michael D. Waks
300 E. San Antonio Dr.
Long Beach, CA 90807

Michael Haiby
19425 Soledad Cyn Rd., Ste 252
Santa Clarita CA 91351

Mitchell Tyler Middleton
4628 Pepperwood Ave
Long Beach CA 90808

Mkp Law Group
468 N. Camden Drive, Ste. 200
Beverly Hills, CA 90210

MLC Health Group Inc
7913 Jamieson St
Reseda CA 91335

Montclair Open Mri
PO Box 351358
Los Angeles CA 90035

Moses Bardavid
16133 Ventura Blvd. #700
Encino, CA 91436

| | | |
|---|---|---|
| Mulvey Cornell & Mulvey Pa<br>378 Islingon Street<br>Portsmouth NM 03801 | Mumini Wahab<br>1115 Virginia Ln Apt 34<br>Concord CA 94520 | Myriam Parra<br>7607 Manzanar Ave<br>Pico Rivera CA 90660 |
| Nakita Ray Smith<br>306 Carolina Ave<br>Tarboro NC 27886 | National Record Retrieval , LLC<br>C/O Rubin & Levin P.C<br>135 N Pennsylvania St Ste 1400<br>Indianapolis IN 46204 | NDS<br>PO Box 61002<br>Anaheim, CA 92803 |
| Nationwide Legal, LLC<br>C/O Allen Hyman, Esq.<br>10737 Riverside Drive<br>North Hollywood, CA 91602 | Nayazi Reyes<br>1549 W San Bernadino Rd<br>Apt S<br>West Covina, CA 91790 | Nazarian Plastic Surgery<br>120 S Spalding Dr Suite 315<br>Beverly Hills CA 90212 |
| Network Court Reporting & Video<br>940 South Ave W Ste 2c<br>Westfield NJ  07090 | Nga Phung, Entity<br>Huong Phung<br>412 N Valley St #3<br>Anaheim CA 92801 | Norma Jean Wilson Thomas<br>113 East Rosecrans Ave<br>Compton CA 90222 |
| Nuance Document Imaging, Inc.<br>C/O Tiffany S. Cobb; Vorys, Sater,<br>Seymour And Pease LLP<br>52 East Gay Street<br>Columbus, OH 93215 | Ocala Spine & Injury<br>1541 Se 17th St<br>Ocala Fl 34471 | Octavio Abraham Velazquez<br>1268 E McFadden Ave 3B<br>Santa Ana CA 92705 |
| Olson Hagel & Fishburn LLP<br>555 Capito Mall Suite 400<br>Sacramento CA 95814 | Orbie Troy Davis<br>321 N Mall Dr Ste H-102<br>St George UT 84790 | Patricia Casas<br>847 Citron Lane<br>Santa Paula CA 93060 |
| Parehjan & Vartzar Chiro, Inc.<br>3450 Wilshire Blvd., Ste. 316<br>Los Angeles, CA 90010 | Parehjan Vartzar & Khosrovian<br>Chiropractic, Inc<br>4511 Whittier Blvd.<br>Los Angeles, CA 90022 | Penny Injury Chiropractic<br>9140 W. Thomas Rd., Ste. B-105<br>Phoenix, AZ 85037 |
| Personal Court Reporters<br>14520 Sylvan St<br>Van Nuys CA 91411 | Philip J. Layfield<br>1875 K Street N.W.<br>Washington DC 20006 | Philip James Layfield<br>1875 Connecticut Avenue N.W.<br>10th Floor<br>Washington DC 20009 |
| Layfield V, LLC<br>Philip Layfield<br>1875 Connecticut Avenue 10th Floor<br>Washington DC 20009 | Phillip E. Scott<br>32302 Alipaz #245<br>San Juan Capistrano, CA 92675 | Pitney Bowes Global Financial<br>Services LLC<br>Pitney Bowes Inc<br>27 Waterview Dr 3rd Fl<br>Shelton CT 06484 |
| Premier Medicare Set-Aside<br>Specialists LLC<br>2328 Southgate Hills Drive<br>St George UT 84770 | Price Chiropractic Inc<br>471 Ainsley Ave<br>Yuba City CA 95991 | Rachel Martinez<br>5339 Mitchell Ave<br>Riverside CA 92505 |

Raines Feldman LLP
Attn: Hamid R. Rafatjoo
1800 Avenue Of The Stars, 12th Floor
Los Angeles, CA 90067

Ramiro Hurtado
2440 N Ditman Ave
Los Angeles CA 90032

Ramona Trejo Ortega
1013 Spence St
Los Angeles, CA 90023

Randi Mona Paz
750 Silver Avenue
San Francisco CA 94134

Raskey Chiropractic, Jerry Raskey
Law Office Of Melissa Raskey
PO Box 5316
Hemet CA 92544

Raymundo Landeros
9603 Rieshel St
Pico Rivera CA 90660

Reasoning Inc
1341 Gilbert Road
Meadowbrook PA 19046

Richard D. Keys
Bidna & Keys, Aplc
5120 Campus Drive
Newport Beach, CA 92660

Rita Mims
2118 W 83rd Street
Los Angeles CA 90047

Robert Vartzar Chiropractic Corp.
17547 Chatsworth St., #1/2
Granada Hills, CA 91344

Roberta Jacobs
1041 N La Jolla Ave
West Hollywood CA 90046

Rodney Pimentel
c/o McMurray Henriks LLP
Attn: Yana Henriks
811 Wilshire Blvd., Ste 1640
Los Angeles, CA 90017

Ryan McCinton
11199 Sorrento Valley Rd 201
San Diego CA 92121

Sandra Castellanos
15970 Ute Rd
Apple Valley CA 92307

Shepherd And Associates P.C.
Attorney Kevin Shepherd
200 E Broadway Ave Ste 410
Maryville TN 37804

Sherrye D Baker
6853 Potomac St #29
San Diego CA 92139

Shin Mri
266 S Harvard Ave #180
Los Angeles CA 90004

Shred-It USA LLC
7734 S 133rd Street
Omaha NE 68138

Slav Kasreliovich
c/o Barness & Barness
11377 W Olympic Blvd
Los Angeles, CA 90064

Solemon Hakimi, MD
1140 S. Robertson Blvd #3
Los Angeles, CA 90035

South Bay Pain Drs.
2557-B Pacific Coast Highway
Torrance, CA 90505-7035

Spence Chiropractic Center
8555 Station Village Lane Ste B
San Diego CA 92108

Spine CA Comprehensive Injury
1904 Harbor Blvd #427
Costa Mesa CA 92627

Sprint Corp Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Stephen H Barkow MD Inc
26902 Oso Parkway #120
Mission Viejo CA 92691

Steuber Corporation
20425 S Susana Rd
Long Beach CA 90810

Steven Biegel, PC
155 Valencia St
San Francisco CA 94103

Summit County Treasurer
PO Box 128
Coalville UT 84017

Susana Lopez
1273 N Quincy Ave
Ogden Utah 84404

| | | |
|---|---|---|
| Tabatha Eddy<br>Ellis Paul Robin Attorney<br>1541 Ocean Avenue Second Floor<br>Santa Monica CA 90401 | Tahee A Rasheed<br>1419 Striped Bass St #F<br>San Francisco CA 94130 | Tesa Renee Scott Henry<br>13562 Quail Run Road<br>Eastvale CA 92880 |
| The Dominguez Firm<br>3250 Wilshire Blvd #2200<br>Los Angeles, CA 90010 | The Sullivan Group of Court Reporters<br>4802 E 2nd St Ste 3<br>Long Beach CA 90803 | Thelma Ceballos<br>626 1/2 S Woods Ave<br>Los Angeles CA 90022 |
| Thomas Resendez D.C.<br>2930 Coronado Ave Ste B<br>San Diego CA 92154 | Thomson Reuters<br>Thomson Reuters-Legal<br>610 Opperman Drive<br>Eagan MN 55123 | Timothy S Blevins<br>6360 Dulcet Pl<br>Riverside CA 92506 |
| Toll Creek LC<br>Debbie Sanich<br>13979 Sage Hollow Dr<br>Draper UT 84020 | Toll Creek Owners Association Inc<br>c/o Jacob Watterson<br>130 South Main Ste 200<br>PO Box 525<br>Logan UT 84323 | Top Healthcare Consulting Center<br>300 W 6th St #206<br>Los Angeles CA 90020 |
| Topmark Floor & Design<br>1490 Munchkin Rd #105B<br>Park City UT 84060 | Transportation Corridor Agencies<br>125 Pacifica Ste 100<br>Irvine CA 92618 | Triumshire International, L.P.<br>E-Land Company, Tenants in Common<br>8 Corporate Park Ste: 300<br>Irvine, CA 92606 |
| Twins Chiropractic & Physical Medicine<br>600 S Placentia Ave Ste 600<br>Placentia CA 92870 | US Claims Opco LLC<br>6125 S. Congress Avenue, Suite 200<br>Delray Beach, FL 33445 | USA Express Legal & Investigative Services Inc<br>USA Express<br>21031 Ventura Blvd Ste 920<br>Woodland Hills CA 91364 |
| Universal Imaging Center<br>616 E Alvarado St Ste E<br>Fallbrook CA 92028 | Veritext Corp<br>290 West Mt. Pleasant Ave. Suite 2260<br>Livingston NJ 07039 | Vernora Shack<br>917 Springfield #A<br>Upland CA 91786 |
| Veronica Maravilla<br>1272 E 83rd St<br>Los Angeles CA 90001 | Wellgen Standard, LLC,<br>Successor-in-Interest to Ad<br>50 Ridgewood Road<br>Chagrin Falls, OH 44022 | Wells Fargo Bank, National Association<br>c/o Jennifer Witherell Crastz<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436 |
| Westpoint Physical Therapy Center Inc<br>1115 W Ave M14<br>Palmdale CA 93557 | Whittier Spine Center<br>PO Box 1108<br>Hutto TX 78634 | Yale E Booska<br>17439 SE 82nd Pecan Terrace<br>The Villages FL 32162 |
| Yanet Perez<br>2711 Ballard St<br>Los Angeles CA 90032 | Yolanda Lachi Ignacio<br>c/o Cher J. Vasquez<br>1055 West 7th Street, Suite 2800<br>Los Angeles, CA 90017 | Yvonne De La Paz<br>31111 Via Sonora<br>San Juan Capistrano CA 92675 |

Zelandia Fero
PO Box 2483
Pasadena CA 91102

Lance S Strumpf
Law Office of Lance S. Strumpf
5136 Woodley Avenue
Encino, CA 91436

Dare Law
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Ryan D Evans
21515 Hawthorne Blvd., Ste 200
Torrance, CA 90503

Philip J Layfield
8 The Green, Suite 6426
Dover, DE 19901

Layfield & Barrett, APC
2720 Homestead Rd., Ste 210
Park City, UT 84098

Roger G Jones
1600 Division St., Ste 700
Nashville, TN 37203

Diana B Sherman
Law Offices of Diane B Sherman
1801 Century Park East., Ste 1200
Los Angeles, CA 90067

Patricia Salcedo
The Dominguez Firm
3250 Wilshire Blvd., #2200
Los Angeles, CA 90010