Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:17-bk-19548-NB |
| LAYFIELD & BARRETT, APC, | Chapter 11 |
| Debtor. | **NOTICE OF REDUCTION OF TRUSTEE'S BOND** |
| | (No Hearing Required) |

TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE:

The Bond of Richard M. Pachulski, Chapter 11 Trustee having heretofore been fixed at $1,663,000.00 and the Trustee having advised the United States Trustee that pursuant to the latest bank statements, copies of which are attached hereto as Exhibit "A," the Trustee now has on hand the sum of $14,997.57; it therefore appears that the Bond should be reduced to $23,000.00.

NOTICE IS HEREBY GIVEN that the Bond of the Trustee is reduced to $23,000.00.

DATED:   December 1, 2022

/s/ Richard M. Pachulski
Richard M. Pachulski, Trustee

Reviewed by:

HAKOP ARUTYUNYAN Digitally signed by HAKOP ARUTYUNYAN
Date: 2022.10.20 09:30:28 -07'00'

Office of the United States Trustee

DOCS_LA:345681.1 51414/001

# EXHIBIT A

 **Union**Bank

**STATEMENT
OF ACCOUNTS**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 1
BANKRUPTCY ESTATE OF LAYFIELD &
**Statement Number: 2181002722**
09/01/22 - 09/30/22

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT, APC., DEBTOR - GENERAL ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2: 17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

■

## Business Value Checking Summary

Account Number: 2181002722

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 9/ 1** | $ | **6,482.77** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **-15.00** |
| Other debits (1) | -15.00 | |
| **Balance on 9/30** | $ | **6,467.77** |

## C R E D I T S

## D E B I T S

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 9/2 | WIRE TRANSFER MONTHLY FEE/WEB (WTM) | 90251791 | $ | 15.00 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 9/1 | $ | 6,482.77 | 9/2-9/30 | $ | 6,467.77 |

**UnionBank**

**STATEMENT OF ACCOUNTS**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Page 1 of 1
BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT
**Statement Number: 2180025491**
09/01/22 - 09/30/22

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD & BARRETT
APC., DBTR - CASH COLLATERAL ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2:17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

■

### Business Basics Checking Summary

Account Number: 2180025491

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 9/ 1** | $ | **8,529.80** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 9/30** | $ | **8,529.80** |

**C R E D I T S**

**D E B I T S**

### Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 9/1-9/30 | $ | 8,529.80 | | |



# STATEMENT OF ACCOUNTS

Page 1 of 1
BANKRUPTCY ESTATE OF LAYFIELD &
**Statement Number: 2181002730**
09/01/22 - 09/30/22

Customer Inquiries
800-669-8661

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF LAYFIELD &
BARRETT, APC., DEBTOR - TAX ACCOUNT
RICHARD PACHULSKI, CHAPTER 11 TRUSTEE
CASE #2:17-BK-19548-NB
10100 SANTA MONICA BLVD., 13TH FLOOR
LOS ANGELES CA 90067**

■

## Business Value Checking Summary
Account Number: 2181002730

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 9/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 9/30** | $ | **0.00** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 9/1-9/30 | $ | 0.00 | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF REDUCTION OF TRUSTEE'S BOND**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**December 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **December 1, 2022** | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case 2:17-bk-19548-NB**

- **Wesley H Avery**    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **Jason Balitzer**    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- **Moses S Bardavid**    mbardavid@hotmail.com
- **Daniel I Barness**    daniel@barnesslaw.com
- **James W Bates**    jbates@jbateslaw.com
- **Darwin Bingham**    cat@scalleyreading.net
- **Paul M Brent**    snb300@aol.com
- **Martin J Brill**    mjb@lnbrb.com
- **William S Brody**    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- **Glenn R Bronson**    GRBronson@traskbritt.com, cawatters@traskbritt.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Beth Gaschen**    bgaschen@go2.law, kadele@wgllp.com;
  cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Sevan Gorginian**    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Yana G Henriks**    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- **Kimberly D Howatt**    khowatt@gordonrees.com, sdurazo@grsm.com;amatthews@grsm.com
- **James KT Hunter**    jhunter@pszjlaw.com
- **Steven J Kahn**    skahn@pszyjw.com
- **Joseph M Kar**    jkar@mindspring.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Richard W Labowe**    richardwlabowe@gmail.com, llhlaw1631@aol.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Jessica Mickelsen Simon**    simonjm@ballardspahr.com, carolod@ballardspahr.com
- **Dennette A Mulvaney**    dmulvaney@leechtishman.com,
  lmoya@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com
- **Rana Nader**    rnader@naderlawgroup.com, monique@naderlawgroup.com
- **Joel A Osman**    osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Michael F Perlis**    mperlis@lockelord.com,
  merickson@lockelord.com;jhagey@lockelord.com,RRJohnson@lockelord.com;bmungaray@lockelord.com
- **Michael F Perlis**    , merickson@lockelord.com;jhagey@lockelord.com,RRJohnson@lockelord.com;bmungaray@lockelord.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Damion Robinson**    damion.robinson@diamondmccarthy.com, efiling@agzlaw.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com
- **Olivier A Taillieu**    o@taillieulaw.com, mstephens@taillieulaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Robert G Uriarte**    rgulawoffice@gmail.com
- **Gary R Wallace**    garyrwallace@ymail.com
- **Alan J Watson**    alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346011.2 51414/001                                    **F 9013-3.1.PROOF.SERVICE**