Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee



FILED & ENTERED

DEC 09 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**LAYFIELD & BARRETT, APC,**<br><br>Debtor. | Case No.    2:17-bk-19548 NB<br><br>Chapter 7<br><br>**ORDER (I) APPROVING STIPULATION TO RE-CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE; AND (II) CONVERTING CASE TO CHAPTER 7**<br><br><u>Hearing</u>:<br>Date:         December 6, 2022<br>Time:         1:00 p.m.<br>Courtroom: 1545 (or via ZoomGov)<br>255 E. Temple Street, Los Angeles, CA 90012 |

The Court, having considered the *Stipulation to Re-Convert Case from Chapter 11 to Chapter 7 of the United States Bankruptcy Code* [Docket No. 609] (the "<u>Stipulation</u>"), by and between Richard M. Pachulski (the "<u>Trustee</u>"), the Chapter 11 Trustee of the bankruptcy estate (the "<u>Estate</u>") of Layfield & Barrett, APC ("<u>L&B</u>" or the "<u>Debtor</u>"), and the United States Trustee (the "<u>UST</u>", and together with the L&B Trustee, the "<u>Parties</u>"); having reviewed the recitals and representations of the Parties set forth in the Stipulation and the record in the above-captioned case (the "<u>Case</u>"); on December 5, 2022, having issued a tentative ruling approving the Stipulation; having considered that, in light of the amount of cash on hand and

DOCS_LA:345974.2 51414/001

the amount of current and anticipated chapter 11 administrative expenses, the Estate is administratively insolvent and, consequently, it is not practicable to formulate and prosecute confirmation of a chapter 11 plan in the Case; and having determined that sufficient cause exists to convert the Case and that such conversion is in the best interests of creditors and the Estate and that, particularly in light of the Estate's financial condition, notice of the Stipulation was adequate and appropriate under the circumstances,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. The Case is hereby re-converted to one under chapter 7 of the Bankruptcy Code.

3. The UST shall appoint the Trustee as the chapter 7 trustee in the Case.

4. The status conference currently set for December 20, 2022 at 1:00 p.m. is vacated.

5. The continued chapter 7 status conference will take place on April 4, 2023 at 11:00 a.m. in Courtroom 1545 (or via ZoomGov), 255 E. Temple Street, Los Angeles, CA 90012, with a brief status report to be filed by the Trustee no later than March 21, 2023.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

\* \* \*

Date: December 9, 2022

Neil W. Bason
United States Bankruptcy Judge

-2-

DOCS_LA:345974.2 51414/001