1  Malhar S. Pagay (CA Bar No. 189289)
   Pachulski Stang Ziehl & Jones LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067
3  Telephone: 310/277-6910
   Facsimile:  310/201-0760
4  E-mail:  mpagay@pszjlaw.com

5  Attorneys for Richard M. Pachulski,
   Chapter 11 Trustee
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                **LOS ANGELES DIVISION**

11  In re:                          Case No. 2:17-bk-19548-NB

12                                  Chapter 11

13  LAYFIELD & BARRETT, APC,

14                Debtor.           **CHAPTER 11 TRUSTEE'S (1) FINAL
                                    REPORT AND ACCOUNT AND
15                                  SCHEDULE OF PROPERTY OF THE
                                    ESTATE; AND (2) SCHEDULE OF
16                                  POST PETITION DEBTS, PURSUANT
                                    TO LOCAL BANKRUPTCY RULE
17                                  2015-2 AND FEDERAL BANKRUPTCY
                                    RULE 1019(5); DECLARATION OF
18                                  RICHARD M. PACHULSKI IN
                                    SUPPORT THEREOF
19

20

21  **TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE**

22  **AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

23        Richard M. Pachulski, the chapter 11 trustee (the "Trustee") appointed in the above-

24  captioned bankruptcy case (the "Case") of Layfield & Barrett, APC ("L&B" or the "Debtor"),

25  hereby submits his (i) Final Report and Account and Schedule of Property of the Estate; and (ii)

26

27

28

DOCS_LA:346715.3 51414/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Schedule of Postpetition Debts, pursuant to Local Bankruptcy Rule 2015-2 and Rule 1019(5) of the

Federal Rules of Bankruptcy Procedure, and states as follows:

1. **Background**

a. <u>Commencement of the Case</u>

On August 3, 2017, petitioning creditors The Dominguez Firm, a law firm that previously

had referred matters to L&B, and Mario Lara, Nayazi Reyes and Maria A. Rios, each a former

client of the Debtor (the "<u>Petitioning Creditors</u>"), filed an involuntary petition for relief under

chapter 7 of the United States Bankruptcy Code (the "<u>Bankruptcy Code</u>") against L&B.  That same

day, the Petitioning Creditors filed an *Emergency Motion for Appointment of an Interim Trustee*

*Under 11 U.S.C. § 303(g) and Granting Emergency Relief* [Docket No. 3] (the "<u>Trustee Motion</u>").

In the Trustee Motion, the Petitioning Creditors asserted, among other allegations, that

"[s]ettlement proceeds have not been distributed and may no longer exist, vendors and other

creditors have not been paid and clients are effectively unrepresented in some 80 pending cases,"

and that, consequently, the appointment of a trustee is "essential to protect and preserve property of

the … estate and to prevent concealment, waste, loss or conversion of the assets of the estate …."

Trustee Motion at 1.

In response to the Trustee Motion, the Debtor filed a *Motion to Convert Case Under 11*

*U.S.C. §§ 706(a) or 1112(a)* on August 8, 2017 [Docket No. 19] (the "<u>Conversion Motion</u>"), seeking

to convert the Case to one under chapter 11 of the Bankruptcy Code.  The Court entered orders

granting the Conversion Motion [Docket No. 25] and denying the Trustee Motion [Docket No. 24].

On August 16, 2017, the Debtor, Petitioning Creditors, and secured creditor, Advocate

Capital, Inc. ("<u>Advocate</u>"), entered into a *Stipulation for the Appointment of a Chapter 11 Trustee*

[Docket No. 38], which the Court approved by order on August 17, 2017 [Docket No. 42].

On August 21, 2017, the United States Trustee (the "<u>UST</u>") filed its *Notice of Appointment of*

*Chapter 11 Trustee*, appointing Richard M. Pachulski as chapter 11 trustee in the Case [Docket No.

51].  Also on August 21, 2017, the UST filed an *Application for Order Approving Appointment of*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*Chapter 11 Trustee* [Docket No. 53], which application was granted by the Court's order entered the following day [Docket No. 56].

On August 28, 2017, the Trustee filed his *Acceptance of Appointment as Chapter 11 Trustee* [Docket No. 63].

b.    Division of Estate Recoveries with Secured Creditor

On February 27, 2018, the Trustee filed a *Motion for Order Approving Surcharge of Secured Creditors Collateral* [Docket No. 239] (the "Surcharge Motion"), seeking to surcharge the proceeds of the collateral of Wellgen Standard, LLC ("Wellgen"), successor-in-interest and parent company to Advocate.  On May 3, 2018, the Court granted in part and denied in part the *Surcharge Motion* on the terms set forth in the *Stipulation re: Trustee's Motion for Order Approving Surcharge of Secured Creditor's Collateral* [Docket No. 281] (the "Surcharge Stipulation").  Through the Surcharge Stipulation, the parties came to a broad and comprehensive settlement regarding the Surcharge Motion, as well as surcharge rights that may be implicated during the remainder of the Case, to provide for the division of funds recovered by the Trustee between Wellgen, on account of its secured claim, and the Debtor's bankruptcy estate (the "Estate").

Since the entry of the order approving the Surcharge Stipulation [Docket No. 295], the Estate and Wellgen have split recoveries based on the terms of the Surcharge Stipulation, resulting in a pay-down of secured debt to date in the approximate amount of $1.4 million and the partial payment of chapter 11 administrative expenses.

c.    Reimbursement of Defrauded L&B Clients

On February 23, 2018, the Department of Homeland Security filed a complaint for mail fraud against Philip Layfield ("Layfield"), the Debtor's former principal, in the United States District Court for the Central District of California.  Layfield's criminal trial resulted in his conviction on all counts. [C.D. Cal. (2:18-cr-00124-MWF, hereinafter "C.D. Cal.") Docket No. 314].   On March 8, 2022, the District Court issued its Judgment and Probation/Commitment Order, sentencing Layfield to be imprisoned for 12 years.  [C.D. Cal. Docket No. 368].  Layfield has appealed his conviction and sentencing.  [C.D. Cal. Docket No. 369].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

On April 22, 2022, the United States submitted its Government's Position in Support of Restitution [C.D. Cal. Docket No. 439] ("US Sentencing Memo"), pursuant to which it requested that Layfield be ordered to pay restitution in the aggregate amount of $10,715,428.43, which amount included $3,427,496.45 to the California State Bar Client Security Fund from payments allegedly made to Layfield's – and, presumably, L&B's -- defrauded former clients plus interest and costs, the identities of whom were not disclosed in public filings with the District Court.  US Sentencing Memo at 13.

One reason, among others, that the Trustee maintained the Case under chapter 11 was to have the ability to potentially utilize the "convenience class" provisions of Bankruptcy Code section 1122(b) to provide enhanced distributions to former L&B clients who were defrauded from receiving relatively modest settlements.  The Trustee believed that, in some cases, depending on the individual's personal economic circumstances, these potential distributions would have a meaningful impact on their financial condition.

Based on the redacted information provided by the State Bar of California in Layfield's criminal sentencing -- that the organization utilized its Client Security Fund to reimburse former Layfield clients as a result of his fraud -- this concern has been mitigated.

d.    Reconversion of the Case to Chapter 7

 Consequently, the Trustee determined that there was no reason to maintain the Case under chapter 11 and on November 1, 2022, the Trustee and UST entered into a *Stipulation to Re-Convert Case from Chapter 11 to Chapter 7 of the United States Bankruptcy Code* [Docket No. 609] (the "Reconversion Stipulation").  The Reconversion Stipulation provided that (i) in light of the amount of cash on hand and the amount of current and anticipated chapter 11 administrative expenses, the Estate is administratively insolvent and, as a result, it is impracticable to formulate and prosecute confirmation of a chapter 11 plan; (ii) the Case should be re-converted to chapter 7; and (iii) the UST would appoint the Trustee as chapter 7 trustee in the Case after the re-conversion.  *See* Reconversion Stipulation at 4.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

On December 9, 2022 (the "Reconversion Date"), the Court entered its order [Docket No.
619] (the "Reconversion Order") approving the Reconversion Stipulation and re-converting the
Case to one under the chapter 7.

**2.    Property of the Estate**

As of the Reconversion Date, property of the estate consisted of:

a.    $14,067.57 in cash.

b.    Penn Mutual Life Insurance Policy.

c.    Storage unit, Park City, Utah.

In light of the amount of cash on hand and the amount of current and anticipated chapter 11
administrative expenses, the Trustee has determined that the estate is administratively insolvent. *See*
Reconversion Order at 2.

**3.    Claims**

By order entered on November 13, 2017 [Docket No. 133], the Court established February
15, 2018, as the deadline for filing proofs of claim (the "Claims Bar Date").  The Trustee provided
all creditors and parties in interest with notice of the Claims Bar Date on December 1, 2017 [Docket
No. 157].  A true and correct copy of the claims register is attached hereto as **Exhibit "A"**.

**4.    Liabilities Incurred and/or Asserted for the Postpetition Period**

The debts listed on **Exhibit "B"** hereto, which were incurred after the commencement of the
Debtor's chapter 11 case through the Reconversion Date, include estimated unpaid trustee statutory
fees, as well as professional fees and expenses for amounts (i) incurred through June 30, 2020, and
approved by order of the Court, and (ii) incurred after July 1, 2020, through the Reconversion Date,
for which no applications for approval have been made.

Dated:  December 30, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/Malhar S. Pagay*
Malhar S. Pagay

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### DECLARATION OF RICHARD M. PACHULSKI

I, Richard M. Pachulski, declare as follows:

1.      I am the duly appointed chapter 11 trustee (the "Trustee") for the estate of Layfield &
Barrett, APC the above-captioned debtor (collectively, the "Debtor"). I was appointed Trustee of the
Debtor's estate by Order of the Bankruptcy Court entered August 22, 2017.

2.      I make this Declaration in support of the *Chapter 11 Trustee's (1) Final Report and
Account and Schedule of Property of the Estate; and (2) Schedule of Post-Petition Debts Pursuant to
Local Bankruptcy Rule 2015-2 and Federal Bankruptcy Rule 1019-5* (the "Report").  Unless
otherwise indicated, the matters set forth in this Declaration are based on my personal knowledge
and my review of relevant documents, including, without limitation, information supplied to me by
my professionals, the Debtor and by others, as well as matters for which judicial notice is sought.  If
called upon to testify, I could and would testify competently to the facts set forth herein.  Capitalized
terms not otherwise defined herein shall have the same meaning ascribed to them in the Report.

3.      As of the Reconversion Date, property of the estate consisted of:

    a.      $14,067.57 in cash.

    b.      Penn Mutual Life Insurance Policy.

    c.      Storage unit, Park City, Utah.

4.      In light of the amount of cash on hand and the amount of current and anticipated
chapter 11 administrative expenses, I have determined that the estate is administratively insolvent.

5.      By order entered on November 13, 2017 [Docket No. 133], the Court established
February 15, 2018, as the deadline for filing proofs of claim (the "Claims Bar Date").  I caused all
creditors and parties in interest to be provided with notice of the Claims Bar Date on December 1,
2017 [Docket No. 157].  A true and correct copy of the claims register is attached hereto as **Exhibit
"A"**.

6.      The debts listed on **Exhibit "B"** hereto, which were incurred after the
commencement of the Case through the Reconversion Date, includes estimated unpaid trustee
statutory fees, as well as unpaid professional fees and expenses for amounts (i) incurred through

6

June 30, 2020, and approved by order of the Court, and (ii) incurred after July 1, 2020, through the

Reconversion Date, for which no applications for approval have been made.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of December, 2022, at Los Angeles, California.


_____

Richard M. Pachulski

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

# EXHIBIT "A"

## Claims Register

DOCS_LA:346715.3 51414/001

# Central District of California
# Claims Register

### 2:17-bk-19548-NB Layfield & Barrett, APC Converted 12/09/2022

|  |  |  |  |
|---|---|---|---|
| **Judge:** Neil W. Bason | | **Chapter:** 7 | |
| **Office:** Los Angeles | | **Last Date to file claims:** | |
| **Trustee:** Richard Pachulski (TR) | | **Last Date to file (Govt):** | |

| | |
|---|---|
| Creditor: (38018959) History | Claim No: 1 |
| USA Express Legal & Investigative | Status: |
| Services Inc | Original Filed Date: 08/25/2017 |
| USA Express | Filed by: CR |
| 21031 Ventura Blvd Ste 920 | Original Entered Date: 08/25/2017 |
| Woodland Hills CA 91364 | Entered by: SCX |
| | Modified: |

Amount claimed: $1404.98

History:

| Details | 1-1 | 08/25/2017 Claim #1 filed by USA Express Legal & Investigative Services Inc, Amount claimed: $1404.98 (SCX) |
|---|---|---|

Description:
Remarks:

| | |
|---|---|
| Creditor: (38023700) History | Claim No: 2 |
| National Record Retrieval , LLC | Status: |
| c/o Rubin & Levin P.C | Original Filed Date: 08/28/2017 |
| 135 N Pennsylvania ST Ste 1400 | Filed by: CR |
| Indianapolis IN 46204 | Original Entered Date: 08/29/2017 |
| | Entered by: SCX |
| | Modified: |

Amount claimed: $58856.01

History:

| Details | 2-1 | 08/28/2017 Claim #2 filed by National Record Retrieval , LLC, Amount claimed: $58856.01 (SCX) |
|---|---|---|

Description:
Remarks:

| | |
|---|---|
| Creditor: (38023738) | Claim No: 3 |
| LOS ANGELES COUNTY | Status: |
| TREASURER AND TAX COLLECTOR | Original Filed Date: 08/29/2017 |
| PO BOX 54110 | Filed by: CR |
| LOS ANGELES CA 90054-0110 | Original Entered Date: 08/29/2017 |
| | Entered by: Oscar Estrada |
| | Last Amendment Filed: 12/06/2017 |
| | Modified: |
| | Last Amendment Entered: 12/06/2017 |

Amount  claimed: $3674.04
Secured claimed: $3674.04

History:

| Details | 3-1 | 08/29/2017 Claim #3 filed by LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, Amount claimed: $3208.00 (Estrada, Oscar) |
|---|---|---|
| Details | 3-2 | 12/06/2017 Amended Claim #3 filed by LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, Amount claimed: $3674.04 (Estrada, Oscar) |

Description: (3-1) 2017-40710915
Remarks:

| | | |
|---|---|---|
| *Creditor:* (38025966) | **Claim No: 4** | *Status:* |
| Sprint Corp Correspondence | *Original Filed Date*: 08/30/2017 | *Filed by:* CR |
| Attn Bankruptcy Dept | *Original Entered Date*: 08/30/2017 | *Entered by:* Aaron J Booton |
| PO Box 7949 | | *Modified:* |
| Overland Park KS 66207-0949 | | |

Amount claimed: $10074.50

*History:*

| Details | 4-1 | 08/30/2017 Claim #4 filed by Sprint Corp Correspondence, Amount claimed: $10074.50 (Booton, Aaron) |
|---|---|---|

*Description:* (4-1) Open account; pro-rated amount.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38041795) | **Claim No: 5** | *Status:* |
| Department of the Treasury | *Original Filed Date*: 09/08/2017 | *Filed by:* CR |
| Internal Revenue Service | *Original Entered Date*: 09/08/2017 | *Entered by:* Timothy C Schakow |
| Centralized Insolvency Operation | *Last Amendment Filed*: 10/25/2022 | *Modified:* |
| P.O. Box 7346 | *Last Amendment Entered*: 10/25/2022 | |
| Philadelphia, PA 19101-7346 | | |

Amount  claimed: $0.00

Secured claimed: $0.00

Priority   claimed: $0.00

*History:*

| Details | 5-1 | 09/08/2017 Claim #5 filed by Department of the Treasury, Amount claimed: $87697.78 (Schakow, Timothy) |
|---|---|---|
| Details | 5-2 | 10/25/2022 Amended Claim #5 filed by Department of the Treasury, Amount claimed: $0.00 (Schakow, Timothy) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38044859) | **Claim No: 6** | *Status:* |
| Wells Fargo Bank, National Association | *Original Filed Date*: 09/08/2017 | *Filed by:* CR |
| c/o Jennifer Witherell Crastz | *Original Entered Date*: 09/08/2017 | *Entered by:* Jennifer Witherell Crastz |
| Hemar, Rousso & Heald, LLP | | *Modified:* |
| 15910 Ventura Blvd., 12th Floor | | |
| Encino, CA 91436 | | |

Amount  claimed: $279894.44

Secured claimed: $279894.44

*History:*

| Details | 6-1 | 09/08/2017 Claim #6 filed by Wells Fargo Bank, National Association, Amount claimed: $279894.44 (Crastz, Jennifer) |
|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38044859) | **Claim No: 7** | *Status:* |
| Wells Fargo Bank, National Association | *Original Filed Date*: 09/08/2017 | *Filed by:* CR |

*History:*

| Details | 7-1 | 09/08/2017 Claim #7 filed by Wells Fargo Bank, National Association, Amount claimed: $215878.77 (Crastz, Jennifer) |
|---|---|---|

*Description:*

*Remarks:*

c/o Jennifer Witherell Crastz
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

  Amount  claimed: $215878.77
  Secured claimed: $215878.77

*Original Entered Date*: 09/08/2017　　*Entered by:* Jennifer Witherell Crastz
　　　　　　　　　　　　　　　　　　*Modified:*

*History:*

| Details | 7-1 | 09/08/2017 Claim #7 filed by Wells Fargo Bank, National Association, Amount claimed: $215878.77 (Crastz, Jennifer) |

*Description:*

*Remarks:*

---

| *Creditor:* | (38041795) | **Claim No: 8** | | *Status:* |
| Department of the Treasury | | *Original Filed Date:* 09/11/2017 | | *Filed by:* CR |
| Internal Revenue Service | | *Original Entered Date:* 09/12/2017 | | *Entered by:* VSI |
| Centralized Insolvency Operation | | | | *Modified:* |
| P.O. Box 7346 | | | | |
| Philadelphia, PA 19101-7346 | | | | |

  Amount claimed: $47545.82

*History:*

| Details | 8-1 | 09/11/2017 Claim #8 filed by Department of the Treasury, Amount claimed: $47545.82 (VSI) |

*Description:*

*Remarks:*

---

| *Creditor:* | (38050176) | **Claim No: 9** | | *Status:* |
| 6 Harbor Park Drive | | *Original Filed Date:* 09/13/2017 | | *Filed by:* CR |
| C/O Jeff Schwartz, COO | | *Original Entered Date:* 09/13/2017 | | *Entered by:* AUTP |
| 6 Harbor Park Dr | | | | *Modified:* |
| Port Washington, NY 11050 | | | | |

  Amount claimed: $38318.00

*History:*

| Details | 9-1 | 09/13/2017 Claim #9 filed by 6 Harbor Park Drive, Amount claimed: $38318.00 (AUTP) |

*Description:*

*Remarks:* (9-1) Account Number (last 4 digits):0167

---

| *Creditor:* | (38057056) | **Claim No: 10** | | *Status:* Withdraw 93 |
| MKP Law Group | | *Original Filed Date:* 09/15/2017 | | *Filed by:* CR |
| 468 N. Camden Drive, Ste. 200 | | *Original Entered Date:* 09/15/2017 | | *Entered by:* AUTP |
| Beverly Hills, CA 90210 | | | | *Modified:* |

  Amount claimed: $115000.00

*History:*

| Details | 10-1 | 09/15/2017 Claim #10 filed by MKP Law Group, Amount claimed: $115000.00 (AUTP) |
| | 93 | 09/15/2017 Withdrawal of Claim(s): 10 (MKP Law Group) Status: Withdraw |

*Description:*

*Remarks:*

---

| *Creditor:* | (38058552) | **Claim No: 11** | | *Status:* |
| Karoline St. George | | *Original Filed Date:* 09/15/2017 | | *Filed by:* CR |
| MKP Law Group | | *Original Entered Date:* 09/15/2017 | | *Entered by:* AUTP |

468 N. Camden Dr., Ste. 200                                *Modified:*
Beverly Hills, CA 90210

  Amount claimed: $115000.00

*History:*

Details    11-1   09/15/2017 Claim #11 filed by Karoline St. George, Amount claimed: $115000.00 (AUTP)

*Description:*

*Remarks:*

---

*Creditor:*   (38064272)       **Claim No: 12**             *Status:*
ISSAC RYLIE CASAS               *Original Filed Date:* 09/18/2017   *Filed by:* CR
PATRICIA CASAS FOR ISSAC RYLIE     *Original Entered Date*: 09/19/2017   *Entered by:* SCX
CASAS                                        *Modified:*
847 CITRON LANE
SANTA PAULA CA 93060

  Amount claimed: $4999.00

*History:*

Details    12-1   09/18/2017 Claim #12 filed by ISSAC RYLIE CASAS, Amount claimed: $4999.00 (SCX)

*Description:*

*Remarks:*

---

*Creditor:*   (38064342)       **Claim No: 13**             *Status:*
PATRICIA CASAS                   *Original Filed Date:* 09/18/2017   *Filed by:* CR
847 CITRON LANE                 *Original Entered Date*: 09/19/2017   *Entered by:* SCX
SANTA PAULA CA 93060                                  *Modified:*
  Amount claimed: $380000.00

*History:*

Details    13-1   09/18/2017 Claim #13 filed by PATRICIA CASAS, Amount claimed: $380000.00 (SCX)

*Description:*

*Remarks:*

---

*Creditor:*   (38065618)       **Claim No: 14**             *Status:*
Susana Lopez                    *Original Filed Date:* 09/18/2017   *Filed by:* CR
1273 N Quincy Ave               *Original Entered Date*: 09/20/2017   *Entered by:* KC2
Ogden Utah 84404                                     *Modified:*
  Amount claimed: $19500.00

*History:*

Details    14-1   09/18/2017 Claim #14 filed by Susana Lopez, Amount claimed: $19500.00 (KC2)

*Description:*

*Remarks:*

---

*Creditor:*   (38077285)       **Claim No: 15**             *Status:*
Kaila Gibson                    *Original Filed Date:* 09/26/2017   *Filed by:* CR
360 E. 1st Street #281           *Original Entered Date*: 09/26/2017   *Entered by:* AUTP
Tustin, CA 92780                                     *Modified:*
*History:*

Details    15-1   09/26/2017 Claim #15 filed by Kaila Gibson, Amount claimed: $1548.61 (AUTP)

*Description:*

*Remarks:* (15-1) Account Number (last 4 digits):2598

  Amount claimed: $1548.61

  Priority  claimed: $1540.61

*History:*

Details   15-1  09/26/2017 Claim #15 filed by Kaila Gibson, Amount claimed: $1548.61 (AUTP)

*Description:*

*Remarks:* (15-1) Account Number (last 4 digits):2598

| | | |
|---|---|---|
| *Creditor:*   (38081782)  History | **Claim No: 16** | *Status:* |
| Maurizio Bertoldi | *Original Filed Date*: 09/28/2017 | *Filed by:* CR |
| 2014 W. West Wind | *Original Entered Date*: 09/28/2017 | *Entered by:* SM |
| Santa Ana, CA 92704 | | *Modified:* |

  Amount claimed: $10000.00

*History:*

Details   16-1  09/28/2017 Claim #16 filed by Maurizio Bertoldi, Amount claimed: $10000.00 (SM)

*Description:* (16-1) Settlement monies

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38092898) | **Claim No: 17** | *Status:* |
| Toll Creek Owners Association Inc | *Original Filed Date*: 10/02/2017 | *Filed by:* CR |
| c/o Jacob Watterson | *Original Entered Date*: 10/03/2017 | *Entered by:* OV |
| 130 South Main Ste 200 | | *Modified:* |
| PO Box 525 | | |
| Logan UT 84323 | | |

  Amount  claimed: $639.11

  Secured claimed: $639.11

*History:*

Details   17-1  10/02/2017 Claim #17 filed by Toll Creek Owners Association Inc, Amount claimed: $639.11 (OV)

*Description:* (17-1) Unpaid Assessment lien

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38092898) | **Claim No: 18** | *Status:* |
| Toll Creek Owners Association Inc | *Original Filed Date*: 10/02/2017 | *Filed by:* CR |
| c/o Jacob Watterson | *Original Entered Date*: 10/03/2017 | *Entered by:* OV |
| 130 South Main Ste 200 | | *Modified:* |
| PO Box 525 | | |
| Logan UT 84323 | | |

  Amount  claimed: $2116.97

  Secured claimed: $2116.97

*History:*

Details   18-1  10/02/2017 Claim #18 filed by Toll Creek Owners Association Inc, Amount claimed: $2116.97 (OV)

*Description:* (18-1) Unpaid Assessment lien

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38092898) | **Claim No: 19** | *Status:* |

*History:*

Details   19-1  10/02/2017 Claim #19 filed by Toll Creek Owners Association Inc, Amount claimed: $966.20 (OV)

*Description:* (19-1) Unpaid Assessment lien

*Remarks:*

Toll Creek Owners Association Inc
c/o Jacob Watterson
130 South Main Ste 200
PO Box 525
Logan UT 84323

  Amount  claimed: $966.20

  Secured claimed: $966.20

*History:*

*Details*   19-1   10/02/2017 Claim #19 filed by Toll Creek Owners Association Inc, Amount claimed: $966.20 (OV)

*Description:* (19-1) Unpaid Assessment lien

*Remarks:*


*Creditor:*   (38092898)    **Claim No: 20**    *Status:*
Toll Creek Owners Association Inc   *Original Filed Date:* 10/02/2017   *Filed by:* CR
c/o Jacob Watterson   *Original Entered Date*: 10/03/2017   *Entered by:* OV
130 South Main Ste 200      *Modified:*
PO Box 525
Logan UT 84323

  Amount  claimed: $1204.24

  Secured claimed: $1204.24

*History:*

*Details*   20-1   10/02/2017 Claim #20 filed by Toll Creek Owners Association Inc, Amount claimed: $1204.24 (OV)

*Description:* (20-1) Unpaid Assessment lien

*Remarks:*


*Creditor:*   (38109054)    **Claim No: 21**    *Status:*
Irma D Charles   *Original Filed Date:* 10/10/2017   *Filed by:* CR
2538 1/2 E 126th St   *Original Entered Date*: 10/12/2017   *Entered by:* OV
Compton CA 90222      *Modified:*

  Amount claimed: $19640.73

*History:*

*Details*   21-1   10/10/2017 Claim #21 filed by Irma D Charles, Amount claimed: $19640.73 (OV)

*Description:*

*Remarks:*


*Creditor:*   (38113882)    **Claim No: 22**    *Status:*
Antonia Torres   *Original Filed Date:* 10/13/2017   *Filed by:* CR
10023 Mallow Dr   *Original Entered Date*: 10/16/2017   *Entered by:* OV
Moreno Valley CA 92557      *Modified:*

  Amount claimed: $20000.00

*History:*

*Details*   22-1   10/13/2017 Claim #22 filed by Antonia Torres, Amount claimed: $20000.00 (OV)

*Description:* (22-1) Service performed

*Remarks:*


*Creditor:*   (38127508)    **Claim No: 23**    *Status:*
Veritext Corp   *Original Filed Date:* 10/20/2017   *Filed by:* CR
290 West Mt. Pleasant Ave. Suite 2260   *Original Entered Date*: 10/23/2017   *Entered by:* VF
Livingston NJ 07039      *Modified:*

Amount claimed: $325475.47

*History:*

<u>Details</u>    <u>23-1</u>    10/20/2017 Claim #23 filed by Veritext Corp, Amount claimed: $325475.47 (VF)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38130290) | **Claim No: 24** | *Status:* |
| John Finton | *Original Filed Date*: 10/24/2017 | *Filed by:* CR |
| LAW OFFICES OF MOSES S. BARDAVID | *Original Entered Date*: 10/24/2017 | *Entered by:* AUTP |
| 16177 Ventura Boulevard, #700 | | *Modified:* |
| Encino, CA 91436 | | |

Amount claimed: $10000000.00

*History:*

<u>Details</u>    <u>24-1</u>    10/24/2017 Claim #24 filed by John Finton, Amount claimed: $10000000.00 (AUTP)

*Description:*

*Remarks:* (24-1) Filer Comment: Claim for malpractice (Unliquidated)

---

| | | |
|---|---|---|
| *Creditor:*    (38136431) | **Claim No: 25** | *Status:* Withdraw <u>191</u> |
| Roberta Jacobs | *Original Filed Date*: 10/26/2017 | *Filed by:* CR |
| 1041 N La Jolla Ave | *Original Entered Date*: 10/26/2017 | *Entered by:* OV |
| West Hollywood CA 90046 | | *Modified:* |

Amount claimed: $25065.00

*History:*

<u>Details</u>    <u>25-1</u>    10/26/2017 Claim #25 filed by Roberta Jacobs, Amount claimed: $25065.00 (OV)

      <u>191</u>    01/03/2018 Withdrawal of Claim(s): 25 Filed by Creditor Roberta Jacobs . (Arias, Jose) Status: Withdraw

*Description:* (25-1) settlement proceeds received in trust creditor

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38141688) | **Claim No: 26** | *Status:* |
| Claudia Eskenazi | *Original Filed Date*: 10/27/2017 | *Filed by:* CR |
| Ronald B Cohen | *Original Entered Date*: 10/30/2017 | *Entered by:* OV |
| 4109 Aleman Dr | | *Modified:* |
| Tarzana CA 91356 | | |

Amount claimed: $100000.00

*History:*

<u>Details</u>    <u>26-1</u>    10/27/2017 Claim #26 filed by Claudia Eskenazi, Amount claimed: $100000.00 (OV)

*Description:* (26-1) Settlement not paid

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38144145) | **Claim No: 27** | *Status:* |
| Raines Feldman LLP | *Original Filed Date*: 10/31/2017 | *Filed by:* CR |
| Attn: Hamid R Rafatjoo | *Original Entered Date*: 10/31/2017 | *Entered by:* Hamid R Rafatjoo |

*History:*

<u>Details</u>    <u>27-1</u>    10/31/2017 Claim #27 filed by Raines Feldman LLP, Amount claimed: $60670.88 (Rafatjoo, Hamid)

*Description:*

*Remarks:*

1800 Avenue of the Stars, 12th Floor                          *Modified:*
Los Angeles, CA 90067

  Amount claimed: $60670.88

*History:*

Details      27-1    10/31/2017 Claim #27 filed by Raines Feldman LLP, Amount claimed: $60670.88 (Rafatjoo, Hamid)

*Description:*

*Remarks:*

---

*Creditor:*      (38196475)              **Claim No: 28**              *Status:*
C&C Factoring Solutions                  *Original Filed Date:* 11/17/2017    *Filed by:* CR
6060 W Manchester Avenue Suite 207       *Original Entered Date:* 11/27/2017    *Entered by:* OV
Los Angeles, CA 90045                                                  *Modified:*

  Amount claimed: $12500.00

*History:*

Details      28-1    11/17/2017 Claim #28 filed by C&C Factoring Solutions, Amount claimed: $12500.00 (OV)

*Description:* (28-1) Medical services performed due to personal injury on 05/06/16
*Remarks:*

---

*Creditor:*      (38218167)    History    **Claim No: 29**              *Status:*
County of Orange                         *Original Filed Date:* 12/06/2017    *Filed by:* CR
P.O. Box 4515                            *Original Entered Date:* 12/06/2017    *Entered by:* David Scallon
Santa Ana CA 92702-4515                                               *Modified:*

  Amount  claimed: $3744.61

  Secured claimed:      $0.00

  Priority   claimed: $3744.61

*History:*

Details      29-1    12/06/2017 Claim #29 filed by County of Orange, Amount claimed: $3744.61 (Scallon, David)

*Description:* (29-1) Pre-Petition for 2017 tax year
*Remarks:* (29-1) Bk#1700105

---

*Creditor:*      (38222086)              **Claim No: 30**              *Status:*
SOLEMON HAKIMI, MD                       *Original Filed Date:* 12/07/2017    *Filed by:* CR
1140 S. ROBERTSON BLVD #3                *Original Entered Date:* 12/08/2017    *Entered by:* JA
LOS ANGELES, CA 90035                                                 *Modified:*
*No amounts claimed*

*History:*

Details      30-1    12/07/2017 Claim #30 filed by SOLEMON HAKIMI, MD, Amount claimed: (JA)

*Description:*

*Remarks:*

---

*Creditor:*      (38222096)              **Claim No: 31**              *Status:*
Frank Panoussi, D.C.                     *Original Filed Date:* 12/07/2017    *Filed by:* CR
38344 30th St East                       *Original Entered Date:* 12/08/2017    *Entered by:* JA
Palmdale, CA 93550                                                    *Modified:*
*History:*

Details      31-1    12/07/2017 Claim #31 filed by Frank Panoussi, D.C., Amount claimed: $1635.00 (JA)

*Description:* (31-1) personal injury lien for treatment to patient
*Remarks:*

Amount claimed: $1635.00

*History:*

Details    31-1    12/07/2017 Claim #31 filed by Frank Panoussi, D.C., Amount claimed: $1635.00 (JA)

*Description:* (31-1) personal injury lien for treatment to patient

*Remarks:*


| *Creditor:* (38222135) | **Claim No: 32** | *Status:* |
| NDS | *Original Filed Date:* 12/07/2017 | *Filed by:* CR |
| PO BOX 61002 | *Original Entered Date:* 12/08/2017 | *Entered by:* JA |
| Anaheim, CA 92803 | | *Modified:* |

Amount claimed: $257.00

*History:*

Details    32-1    12/07/2017 Claim #32 filed by NDS, Amount claimed: $257.00 (JA)

*Description:* (32-1) services provided

*Remarks:*


| *Creditor:* (38222152) | **Claim No: 33** | *Status:* |
| David W Martin | *Original Filed Date:* 12/07/2017 | *Filed by:* CR |
| POB 3283 | *Original Entered Date:* 12/08/2017 | *Entered by:* JA |
| Rancho Cucamonga, CA 91729 | | *Modified:* |

Amount claimed: $1000.00

*History:*

Details    33-1    12/07/2017 Claim #33 filed by David W Martin, Amount claimed: $1000.00 (JA)

*Description:* (33-1) health care

*Remarks:*


| *Creditor:* (38222153)    History | **Claim No: 34** | *Status:* |
| Phillip E. Scott | *Original Filed Date:* 12/07/2017 | *Filed by:* CR |
| 32302 Alipaz #245 | *Original Entered Date:* 12/08/2017 | *Entered by:* JA |
| San Juan Capistrano, CA 92675 | | *Modified:* |

Amount claimed: $5000.00

*History:*

Details    34-1    12/07/2017 Claim #34 filed by Phillip E. Scott, Amount claimed: $5000.00 (JA)

*Description:* (34-1) head injury

*Remarks:*


| *Creditor:* (38222166) | **Claim No: 35** | *Status:* |
| F. David Rudnick, M.D. A Medical Corp | *Original Filed Date:* 12/07/2017 | *Filed by:* CR |
| 501 Santa Monica Bl #509 | *Original Entered Date:* 12/08/2017 | *Entered by:* JA |
| Santa Monica, CA 90401 | | *Modified:* |

Amount claimed: $2100.00

*History:*

Details    35-1    12/07/2017 Claim #35 filed by F. David Rudnick, M.D. A Medical Corp, Amount claimed: $2100.00 (JA)

*Description:* (35-1) psychiatric expert witness services

*Remarks:*

| *Creditor:* (38226682) | **Claim No: 36** | *Status:* |
|---|---|---|
| Gilbert Tanap | *Original Filed Date:* 12/12/2017 | *Filed by:* CR |
| c/o Michael D. Waks | *Original Entered Date:* 12/12/2017 | *Entered by:* SM |
| 300 E. San Antonio Dr. | | *Modified:* |
| Long Beach, CA 90807 | | |

Amount claimed: $88847.33

*History:*

| Details | 36-1 | 12/12/2017 Claim #36 filed by Gilbert Tanap, Amount claimed: $88847.33 (SM) |
|---|---|---|

*Description:* (36-1) Personal Injury Settlement

*Remarks:*


| *Creditor:* (38226685) | **Claim No: 37** | *Status:* |
|---|---|---|
| Michael D. Waks | *Original Filed Date:* 12/12/2017 | *Filed by:* CR |
| 300 E. San Antonio Dr. | *Original Entered Date:* 12/12/2017 | *Entered by:* SM |
| Long Beach, CA 90807 | | *Modified:* |

Amount claimed: $48730.69

*History:*

| Details | 37-1 | 12/12/2017 Claim #37 filed by Michael D. Waks, Amount claimed: $48730.69 (SM) |
|---|---|---|

*Description:* (37-1) Settlement Proceeds

*Remarks:*


| *Creditor:* (38226700) | **Claim No: 38** | *Status:* |
|---|---|---|
| Ramiro Hurtado | *Original Filed Date:* 12/11/2017 | *Filed by:* CR |
| 2440 N Ditman Ave | *Original Entered Date:* 12/12/2017 | *Entered by:* OV |
| Los Angeles CA 90032 | | *Modified:* |

Amount claimed: $4000.00

*History:*

| Details | 38-1 | 12/11/2017 Claim #38 filed by Ramiro Hurtado, Amount claimed: $4000.00 (OV) |
|---|---|---|

*Description:* (38-1) Personal injury case

*Remarks:*


| *Creditor:* (38227396) | **Claim No: 39** | *Status:* |
|---|---|---|
| Cathleen Couchois | *Original Filed Date:* 12/06/2017 | *Filed by:* CR |
| 3309 Virginia Ave | *Original Entered Date:* 12/12/2017 | *Entered by:* OV |
| Santa Monica CA 90404 | | *Modified:* |

Amount claimed: $69000.00

*History:*

| Details | 39-1 | 12/06/2017 Claim #39 filed by Cathleen Couchois, Amount claimed: $69000.00 (OV) |
|---|---|---|

*Description:*

*Remarks:*


| *Creditor:* (38227658) | **Claim No: 40** | *Status:* |
|---|---|---|
| Michael Haiby | *Original Filed Date:* 12/11/2017 | *Filed by:* CR |
| 19425 Soledad Cyn Rd Ste 252 | *Original Entered Date:* 12/12/2017 | *Entered by:* OV |

*History:*

| Details | 40-1 | 12/11/2017 Claim #40 filed by Michael Haiby, Amount claimed: $2998.75 (OV) |
|---|---|---|

*Description:*

*Remarks:*

Santa Clarita CA 91351                                             *Modified:*

  Amount claimed: $2998.75

*History:*

Details       40-1   12/11/2017 Claim #40 filed by Michael Haiby, Amount claimed: $2998.75 (OV)

*Description:*
*Remarks:*

---

*Creditor:*        (38227736)           **Claim No: 41**             *Status:*
The Sullivan Group of Court Reporters   *Original Filed Date:* 12/11/2017   *Filed by:* CR
4802 E 2nd St Ste 3                      *Original Entered Date:* 12/12/2017   *Entered by:* OV
Long Beach CA 90803                                             *Modified:*

  Amount claimed: $705.60

*History:*

Details       41-1   12/11/2017 Claim #41 filed by The Sullivan Group of Court Reporters, Amount claimed: $705.60 (OV)

*Description:* (41-1) Court reporting services rendered
*Remarks:*

---

*Creditor:*        (38228500)           **Claim No: 42**             *Status:*
Orbie Troy Davis                        *Original Filed Date:* 12/11/2017   *Filed by:* CR
321 N Mall Dr Ste H-102                  *Original Entered Date:* 12/13/2017   *Entered by:* OV
St George UT 84790                                             *Modified:*

  Amount claimed: $1475.00

*History:*

Details       42-1   12/11/2017 Claim #42 filed by Orbie Troy Davis, Amount claimed: $1475.00 (OV)

*Description:* (42-1) Chiropractic services for client of this law firm
*Remarks:*

---

*Creditor:*        (38228796)           **Claim No: 43**             *Status:*
Transportation Corridor Agencies        *Original Filed Date:* 12/11/2017   *Filed by:* CR
125 Pacifica Ste 100                     *Original Entered Date:* 12/13/2017   *Entered by:* OV
Irvine CA 92618                                             *Modified:*

  Amount claimed: $615.39

  Priority  claimed: $615.39

*History:*

Details       43-1   12/11/2017 Claim #43 filed by Transportation Corridor Agencies, Amount claimed: $615.39 (OV)

*Description:* (43-1) Toll Evasion Penalties
*Remarks:*

---

*Creditor:*        (38228951)           **Claim No: 44**             *Status:*
Graham Chiropractic                     *Original Filed Date:* 12/11/2017   *Filed by:* CR
Dr Chester Graham                        *Original Entered Date:* 12/13/2017   *Entered by:* SCX
3900 Pelandale #125                                             *Modified:*
Modesto CA 95356
*History:*

Details       44-1   12/11/2017 Claim #44 filed by Graham Chiropractic, Amount claimed: $3760.00 (SCX)

*Description:*
*Remarks:*

Amount claimed: $3760.00

Secured claimed: $3760.00

*History:*

[Details]   [44-1]   12/11/2017 Claim #44 filed by Graham Chiropractic, Amount claimed: $3760.00 (SCX)

*Description:*

*Remarks:*

---

*Creditor:*      (38228967)          **Claim No: 45**          *Status:*
Whittier Spine Center                *Original Filed Date:* 12/11/2017     *Filed by:* CR
PO Box 1108                          *Original Entered Date:* 12/13/2017    *Entered by:* OV
Hutto TX 78634                                                  *Modified:*
  Amount claimed: $2594.00

*History:*

[Details]   [45-1]   12/11/2017 Claim #45 filed by Whittier Spine Center, Amount claimed: $2594.00 (OV)

*Description:* (45-1) Personal injuty lien

*Remarks:*

---

*Creditor:*      (38229006)          **Claim No: 46**          *Status:*
Hamden Injury Rehab Center           *Original Filed Date:* 12/11/2017     *Filed by:* CR
1700 Dixwell Ave                     *Original Entered Date:* 12/13/2017    *Entered by:* VSI
Hamden CT 06514                                                 *Modified:*
  Amount claimed: $1878.75

*History:*

[Details]   [46-1]   12/11/2017 Claim #46 filed by Hamden Injury Rehab Center, Amount claimed: $1878.75 (VSI)

*Description:*

*Remarks:*

---

*Creditor:*      (38229077)          **Claim No: 47**          *Status:*
Carolyn Hacobian                     *Original Filed Date:* 12/11/2017     *Filed by:* CR
Asbet A Issakhanian Esq              *Original Entered Date:* 12/13/2017    *Entered by:* OV
440 Western Ave Suite 205                                       *Modified:*
Glendale CA 91201
  Amount claimed: $50000.00

*History:*

[Details]   [47-1]   12/11/2017 Claim #47 filed by Carolyn Hacobian, Amount claimed: $50000.00 (OV)

*Description:* (47-1) Representation in Personal injury claim

*Remarks:*

---

*Creditor:*      (38229119)          **Claim No: 48**          *Status:*
Topmark Floor & Design               *Original Filed Date:* 12/11/2017     *Filed by:* CR
1490 Munchkin Rd #105B               *Original Entered Date:* 12/13/2017    *Entered by:* OV
Park City UT 84060                                              *Modified:*
  Amount claimed: $2001.14

*History:*

[Details]   [48-1]   12/11/2017 Claim #48 filed by Topmark Floor & Design, Amount claimed: $2001.14 (OV)

*Description:* (48-1) Product sold and services performed

*Remarks:*

| *Creditor:* (38229225) | **Claim No: 49** | *Status:* |
|---|---|---|
| Yvonne De La Paz | *Original Filed Date*: 12/11/2017 | *Filed by:* CR |
| 31111 Via Sonora | *Original Entered Date*: 12/13/2017 | *Entered by:* OV |
| San Juan Capistrano CA 92675 | | *Modified:* |

  Amount claimed: $10000.00

*History:*

Details   49-1  12/11/2017 Claim #49 filed by Yvonne De La Paz, Amount claimed: $10000.00 (OV)

*Description:* (49-1) Personal injury settlement (injury)

*Remarks:*


| *Creditor:* (38229240) | **Claim No: 50** | *Status:* |
|---|---|---|
| David Iwamoto | *Original Filed Date*: 12/11/2017 | *Filed by:* CR |
| 21022 Anza Ave Apt 211 | *Original Entered Date*: 12/13/2017 | *Entered by:* OV |
| Torrance CA 90503 | | *Modified:* |

  Amount claimed: $10000.00

*History:*

Details   50-1  12/11/2017 Claim #50 filed by David Iwamoto, Amount claimed: $10000.00 (OV)

*Description:* (50-1) Personal injury claim that was never paid to me

*Remarks:*


| *Creditor:* (38230098) | **Claim No: 51** | *Status:* |
|---|---|---|
| Price Chiropractic Inc | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 471 Ainslie Ave | *Original Entered Date*: 12/13/2017 | *Entered by:* OV |
| Yuba City CA 95991 | | *Modified:* |

  Amount claimed: $2110.00

*History:*

Details   51-1  12/12/2017 Claim #51 filed by Price Chiropractic Inc, Amount claimed: $2110.00 (OV)

*Description:* (51-1) Personal injury

*Remarks:*


| *Creditor:* (38230283) | **Claim No: 52** | *Status:* |
|---|---|---|
| NAKITA RAY SMITH | *Original Filed Date*: 12/13/2017 | *Filed by:* CR |
| 306 CAROLINA AVE | *Original Entered Date*: 12/14/2017 | *Entered by:* SCX |
| TARBORO NC 27886 | | *Modified:* |

  Amount claimed: $10000.00

*History:*

Details   52-1  12/13/2017 Claim #52 filed by NAKITA RAY SMITH, Amount claimed: $10000.00 (SCX)

*Description:*

*Remarks:*


| *Creditor:* (38230285) | **Claim No: 53** | *Status:* |
|---|---|---|
| STEPHEN H BARKOW MD INC | *Original Filed Date*: 12/13/2017 | *Filed by:* CR |
| 26902 OSO PARKWAY #120 | *Original Entered Date*: 12/14/2017 | *Entered by:* SCX |

*History:*

Details   53-1  12/13/2017 Claim #53 filed by STEPHEN H BARKOW MD INC, Amount claimed: $6350.00 (SCX)

*Description:*

*Remarks:*

MISSION VIEJO CA 92691                                    *Modified:*

  Amount claimed: $6350.00

*History:*

<u>Details</u>   <u>53-1</u>  12/13/2017 Claim #53 filed by STEPHEN H BARKOW MD INC, Amount claimed: $6350.00 (SCX)

*Description:*

*Remarks:*

---

| *Creditor:*   (38230418) | **Claim No: 54** | *Status:* |
|---|---|---|
| Westpoint Physical Therapy Center Inc | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 1115 W Ave M14 | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| Palmdale CA 93557 | | *Modified:* |

  Amount claimed: $1403.00

*History:*

<u>Details</u>   <u>54-1</u>  12/12/2017 Claim #54 filed by Westpoint Physical Therapy Center Inc, Amount claimed: $1403.00 (OV)

*Description:* (54-1) Services performed on a personal injury case. We are lien holders.

*Remarks:*

---

| *Creditor:*   (38230772) | **Claim No: 55** | *Status:* |
|---|---|---|
| Gary Tachobanian | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 2950 Los Feliz Blvd #201 | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| Los Angeles CA 90039 | | *Modified:* 12/14/2017 |

  Amount claimed: $3125.00

*History:*

<u>Details</u>   <u>55-1</u>  12/12/2017 Claim #55 filed by Gary Tachobanian, Amount claimed: $3125.00 (OV)

*Description:* (55-1) Personal Injury Billing

*Remarks:*

---

| *Creditor:*   (38230802) | **Claim No: 56** | *Status:* |
|---|---|---|
| Universal Imaging Center | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 616 E Alvarado St Ste E | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| Fallbrook CA 92028 | | *Modified:* |

  Amount claimed: $3917.00

*History:*

<u>Details</u>   <u>56-1</u>  12/12/2017 Claim #56 filed by Universal Imaging Center, Amount claimed: $3917.00 (OV)

*Description:* (56-1) Diagnostic Services

*Remarks:*

---

| *Creditor:*   (38230809) | **Claim No: 57** | *Status:* |
|---|---|---|
| Rachel Martinez | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 5339 Mitchell Ave | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| Riverside CA 92505 | | *Modified:* |

  Amount claimed: $13000.00

*History:*

<u>Details</u>   <u>57-1</u>  12/12/2017 Claim #57 filed by Rachel Martinez, Amount claimed: $13000.00 (OV)

*Description:* (57-1) Personal injury

*Remarks:*

*Creditor:*     (38231097)          **Claim No: 58**               *Status:*
Personal Court Reporters          *Original Filed Date:* 12/12/2017     *Filed by:* CR
14520 Sylvan St                    *Original Entered Date*: 12/14/2017  *Entered by:* OV
Van Nuys CA 91411                                                      *Modified:*

 Amount claimed: $27790.76

*History:*

[Details]     [58-1]   12/12/2017 Claim #58 filed by Personal Court Reporters, Amount claimed: $27790.76 (OV)

*Description:* (58-1) Services performed and goods provided

*Remarks:*


*Creditor:*     (38231098)          **Claim No: 59**               *Status:*
Access Multilingual Services Inc    *Original Filed Date:* 12/12/2017     *Filed by:* CR
11041 Santa Monica Blvd #813       *Original Entered Date*: 12/14/2017  *Entered by:* OV
Los Angeles CA 90025                                                   *Modified:*

 Amount claimed: $792.40

*History:*

[Details]     [59-1]   12/12/2017 Claim #59 filed by Access Multilingual Services Inc, Amount claimed: $792.40 (OV)

*Description:* (59-1) 5.75 hours Spanish interpreting services

*Remarks:*


*Creditor:*     (38231103)          **Claim No: 60**               *Status:*
Cynthia L Chabay, M.D.             *Original Filed Date:* 12/12/2017     *Filed by:* CR
11645 Wilshire Blvd Ste 1100       *Original Entered Date*: 12/14/2017  *Entered by:* OV
Los Angeles CA 90025                                                   *Modified:*

 Amount  claimed: $1575.00

 Secured claimed: $1575.00

*History:*

[Details]     [60-1]   12/12/2017 Claim #60 filed by Cynthia L Chabay, M.D., Amount claimed: $1575.00 (OV)

*Description:* (60-1) Medical services - personal injury cases

*Remarks:*


*Creditor:*     (38231121)          **Claim No: 61**               *Status:*
Nga Phung, entity                  *Original Filed Date:* 12/12/2017     *Filed by:* CR
Huong Phung                        *Original Entered Date*: 12/14/2017  *Entered by:* OV
412 N Valley St #3                                                     *Modified:*
Anaheim CA 92801

*No amounts claimed*

*History:*

[Details]     [61-1]   12/12/2017 Claim #61 filed by Nga Phung, entity, Amount claimed: (OV)

*Description:*

*Remarks:* (61-1) No amount stated on form.


*Creditor:*     (38231186)          **Claim No: 62**               *Status:*

*History:*

[Details]     [62-1]   12/13/2017 Claim #62 filed by Ann Brabant, Amount claimed: (OV)

*Description:*

*Remarks:* (62-1) No amount stated on claim form.

Ann Brabant                         *Original Filed Date*: 12/13/2017      *Filed by:* CR
503 Olympic Blvd                    *Original Entered Date*: 12/14/2017    *Entered by:* OV
Santa Monica CA 90401                                                      *Modified:*

*No amounts claimed*

*History:*

Details    62-1   12/13/2017 Claim #62 filed by Ann Brabant, Amount claimed: (OV)

*Description:*

*Remarks:* (62-1) No amount stated on claim form.


Creditor:       (38230418)          **Claim No: 63**                       *Status:*
Westpoint Physical Therapy Center Inc   *Original Filed Date*: 12/13/2017   *Filed by:* CR
1115 W Ave M14                      *Original Entered Date*: 12/14/2017    *Entered by:* OV
Palmdale CA 93557                                                          *Modified:*

  Amount claimed: $3613.00

*History:*

Details    63-1   12/13/2017 Claim #63 filed by Westpoint Physical Therapy Center Inc, Amount claimed: $3613.00
                  (OV)

*Description:* (63-1) We are lien holders for a personal injury case of Robert Marmolejo.
*Remarks:*


Creditor:       (38231712)          **Claim No: 64**                       *Status:*
Steuber Corporation                 *Original Filed Date*: 12/13/2017      *Filed by:* CR
20425 S Susana Rd                   *Original Entered Date*: 12/14/2017    *Entered by:* OV
Long Beach CA 90810                                                        *Modified:*

  Amount claimed: $8155.41

*History:*

Details    64-1   12/13/2017 Claim #64 filed by Steuber Corporation, Amount claimed: $8155.41 (OV)

*Description:* (64-1) coffee, cups, tea, coffee & water & ice making equipment
*Remarks:*


Creditor:       (38231713)          **Claim No: 65**                       *Status:*
Kathy Townsend Court Reporters      *Original Filed Date*: 12/13/2017      *Filed by:* CR
110 12th Street NW                  *Original Entered Date*: 12/14/2017    *Entered by:* OV
Albuquerque NM 87102                                                       *Modified:*

  Amount claimed: $2058.79

*History:*

Details    65-1   12/13/2017 Claim #65 filed by Kathy Townsend Court Reporters, Amount claimed: $2058.79 (OV)

*Description:* (65-1) Services performed - court reporting
*Remarks:*


Creditor:       (38232301)          **Claim No: 66**                       *Status:*
Cosmeticare                         *Original Filed Date*: 12/14/2017      *Filed by:* CR
1101 Bayside Dr #101                *Original Entered Date*: 12/15/2017    *Entered by:* VSI
Corona Del Mar CA 92625                                                    *Modified:*

*History:*

Details    66-1   12/14/2017 Claim #66 filed by Cosmeticare, Amount claimed: $1500.00 (VSI)

*Description:*

*Remarks:*

Amount claimed: $1500.00

*History:*

Details   66-1   12/14/2017 Claim #66 filed by Cosmeticare, Amount claimed: $1500.00 (VSI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38232301) | **Claim No: 67** | *Status:* |
| Cosmeticare | *Original Filed Date:* 12/14/2017 | *Filed by:* CR |
| 1101 Bayside Dr #101 | *Original Entered Date*: 12/15/2017 | *Entered by:* VSI |
| Corona Del Mar CA 92625 | | *Modified:* |

Amount claimed: $1500.00

*History:*

Details   67-1   12/14/2017 Claim #67 filed by Cosmeticare, Amount claimed: $1500.00 (VSI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38232301) | **Claim No: 68** | *Status:* |
| Cosmeticare | *Original Filed Date:* 12/14/2017 | *Filed by:* CR |
| 1101 Bayside Dr #101 | *Original Entered Date*: 12/15/2017 | *Entered by:* VSI |
| Corona Del Mar CA 92625 | | *Modified:* |

Amount claimed: $1500.00

*History:*

Details   68-1   12/14/2017 Claim #68 filed by Cosmeticare, Amount claimed: $1500.00 (VSI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38232452) | **Claim No: 69** | *Status:* |
| Ada Zelaya | *Original Filed Date:* 12/14/2017 | *Filed by:* CR |
| 3875 E Ashlan Ave | *Original Entered Date*: 12/15/2017 | *Entered by:* VSI |
| Fresno CA 93726-3623 | | *Modified:* |

Amount claimed: $9508.25

*History:*

Details   69-1   12/14/2017 Claim #69 filed by Ada Zelaya, Amount claimed: $9508.25 (VSI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38232456) | **Claim No: 70** | *Status:* |
| Mitchell Tyler Middleton | *Original Filed Date:* 12/13/2017 | *Filed by:* CR |
| 4628 Pepperwood Ave | *Original Entered Date*: 12/15/2017 | *Entered by:* OV |
| Long Beach CA 90808 | | *Modified:* |

Amount claimed: $450414.96

*History:*

Details   70-1   12/13/2017 Claim #70 filed by Mitchell Tyler Middleton, Amount claimed: $450414.96 (OV)

*Description:* (70-1) Personal injury settlement

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38232459) | **Claim No: 71** | *Status:* |

Method Technologies, Inc.                          *Original Filed Date*: 12/14/2017      *Filed by:* CR
10805 Holder Street, Suite 100                     *Original Entered Date*: 12/15/2017    *Entered by:* JA
Cypress, CA 90630                                                                         *Modified:* 12/15/2017

  Amount claimed: $1795.24

*History:*

Details     71-1   12/14/2017 Claim #71 filed by Method Technologies, Inc., Amount claimed: $1795.24 (JA)

*Description:* (71-1) recovery services
*Remarks:*


*Creditor:*        (38232477)            **Claim No: 72**              *Status:*
Benjamin E. Hernandez                    *Original Filed Date:* 12/14/2017      *Filed by:* CR
65 Washington St #184                    *Original Entered Date*: 12/15/2017    *Entered by:* JA
Santa Clara, CA 95050                                                          *Modified:*

  Amount  claimed: $15000.00

  Secured claimed: $15000.00

  Priority   claimed: $15000.00

*History:*

Details     72-1   12/14/2017 Claim #72 filed by Benjamin E. Hernandez, Amount claimed: $15000.00 (JA)

*Description:* (72-1) personal injury
*Remarks:*


*Creditor:*        (38232480)            **Claim No: 73**              *Status:*
Nationwide Legal, LLC                    *Original Filed Date:* 12/14/2017      *Filed by:* CR
c/o Allen Hyman, Esq.                     *Original Entered Date*: 12/15/2017    *Entered by:* JA
10737 Riverside Drive                                                          *Modified:*
North Hollywood, CA 91602

  Amount claimed: $83530.02

*History:*

Details     73-1   12/14/2017 Claim #73 filed by Nationwide Legal, LLC, Amount claimed: $83530.02 (JA)

*Description:* (73-1) services performed and funds advanced
*Remarks:*


*Creditor:*        (38232903)            **Claim No: 74**              *Status:*
Atkinson-Baker, Inc.                     *Original Filed Date:* 12/15/2017      *Filed by:* CR
500 N. Brand Blvd., Third Floor          *Original Entered Date*: 12/15/2017    *Entered by:* James W Bates
Glendale, California 91203                                                     *Modified:*

  Amount claimed: $4578.95

*History:*

Details     74-1   12/15/2017 Claim #74 filed by Atkinson-Baker, Inc., Amount claimed: $4578.95 (Bates, James)

*Description:*
*Remarks:*


*Creditor:*        (38235671)            **Claim No: 75**              *Status:*
Chiropractic Fitness PLLC                *Original Filed Date:* 12/15/2017      *Filed by:* CR

*History:*

Details     75-1   12/15/2017 Claim #75 filed by Chiropractic Fitness PLLC, Amount claimed: $805.00 (OV)

*Description:*
*Remarks:*

8316 Pheville-Matthews Rd Ste #806     *Original Entered Date*: 12/18/2017     *Entered by:* OV
Charlotte NC 28226                                          *Modified:*

  Amount claimed: $805.00

*History:*

Details     75-1   12/15/2017 Claim #75 filed by Chiropractic Fitness PLLC, Amount claimed: $805.00 (OV)

*Description:*

*Remarks:*

---

*Creditor:*     (38235806)     **Claim No: 76**     *Status:*
Kamryn Whitney Court Reporting     *Original Filed Date:* 12/15/2017     *Filed by:* CR
2151 Michelson Dr #282     *Original Entered Date*: 12/18/2017     *Entered by:* OV
Irvine CA 92612                                        *Modified:*

  Amount claimed: $23077.28

*History:*

Details     76-1   12/15/2017 Claim #76 filed by Kamryn Whitney Court Reporting, Amount claimed: $23077.28 (OV)

*Description:* (76-1) Trial, Transcripts

*Remarks:*

---

*Creditor:*     (38238636)     **Claim No: 77**     *Status:*
Gene Charles Roland M.D.     *Original Filed Date:* 12/18/2017     *Filed by:* CR
3200 Fourth Ave #100     *Original Entered Date*: 12/19/2017     *Entered by:* OV
San Diego CA 92103                                       *Modified:*

  Amount claimed: $1805.00

*History:*

Details     77-1   12/18/2017 Claim #77 filed by Gene Charles Roland M.D., Amount claimed: $1805.00 (OV)

*Description:* (77-1) Personal injury claim

*Remarks:*

---

*Creditor:*     (38238664)     **Claim No: 78**     *Status:*
Brandi Posey     *Original Filed Date:* 12/18/2017     *Filed by:* CR
2800 W 141 Pl #5     *Original Entered Date*: 12/19/2017     *Entered by:* OV
Gardena CA 90249                                       *Modified:*

  Amount claimed: $3500.00

*History:*

Details     78-1   12/18/2017 Claim #78 filed by Brandi Posey, Amount claimed: $3500.00 (OV)

*Description:* (78-1) Personal injury

*Remarks:*

---

*Creditor:*     (38239940)     **Claim No: 79**     *Status:*
Thomson Reuters     *Original Filed Date:* 12/18/2017     *Filed by:* CR
Thomson Reuters-Legal     *Original Entered Date*: 12/20/2017     *Entered by:* OV
610 Opperman Drive                                       *Modified:*
Eagan MN 55123

  Amount claimed: $83051.31

*History:*

Details     79-1   12/18/2017 Claim #79 filed by Thomson Reuters, Amount claimed: $83051.31 (OV)

*Description:* (79-1) Legal Services Provided. Indiv invoices to be supplied upon request.

*Remarks:*

*Creditor:*　　　(38240391)
George Georgiou
579 Bridgeway
Sausalito CA 94965

**Claim No: 80**
*Original Filed Date:* 12/18/2017
*Original Entered Date:* 12/20/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

　Amount claimed: $14000.00

*History:*

| Details | 80-1 | 12/18/2017 Claim #80 filed by George Georgiou, Amount claimed: $14000.00 (OV) |

*Description:* (80-1) Legal fees
*Remarks:*


*Creditor:*　　　(38240519)
Layton Chiropractic Clinic
1025 N Main Street
Layton UT 84041

**Claim No: 81**
*Original Filed Date:* 12/18/2017
*Original Entered Date:* 12/20/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

　Amount claimed: $8698.45

*History:*

| Details | 81-1 | 12/18/2017 Claim #81 filed by Layton Chiropractic Clinic, Amount claimed: $8698.45 (OV) |

*Description:* (81-1) Services performed
*Remarks:*


*Creditor:*　　　(38241963)
Interventional Spine $ Pain Management
274 N Main St
Logan UT 84321

**Claim No: 82**
*Original Filed Date:* 12/18/2017
*Original Entered Date:* 12/21/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

　Amount　claimed: $1940.93
　Secured claimed: $1940.93

*History:*

| Details | 82-1 | 12/18/2017 Claim #82 filed by Interventional Spine $ Pain Management, Amount claimed: $1940.93 (OV) |

*Description:* (82-1) Medical Services
*Remarks:*


*Creditor:*　　　(38242373)
Ocala Spine & Injury
1541 SE 17th St
Ocala FL 34471

**Claim No: 83**
*Original Filed Date:* 12/18/2017
*Original Entered Date:* 12/21/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

　Amount claimed: $1297.00

*History:*

| Details | 83-1 | 12/18/2017 Claim #83 filed by Ocala Spine & Injury, Amount claimed: $1297.00 (OV) |

*Description:* (83-1) Services performed
*Remarks:*


*Creditor:*　　　(38242693)

**Claim No: 84**

*Status:*

*History:*

| Details | 84-1 | 12/19/2017 Claim #84 filed by Donna Dennis Terry Hanson, Amount claimed: $5000.00 (SCX) |

*Description:*
*Remarks:*

| | |
|---|---|
| Donna Dennis Terry Hanson | *Original Filed Date*: 12/19/2017    *Filed by*: CR |
| 11249 E 35 Pl | *Original Entered Date*: 12/21/2017    *Entered by*: SCX |
| Yuma AZ 85637 | *Modified*: |

Amount claimed: $5000.00

*History:*

Details    84-1    12/19/2017 Claim #84 filed by Donna Dennis Terry Hanson, Amount claimed: $5000.00 (SCX)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38242720) | **Claim No: 85** | *Status:* |
| Premier Medicare Set-Aside Specialists LLC | *Original Filed Date*: 12/19/2017 | *Filed by*: CR |
| 2328 Southgate Hills Dve | *Original Entered Date*: 12/21/2017 | *Entered by*: SCX |
| St George UT 84770 | *Modified*: | |

Amount claimed: $1700.00

*History:*

Details    85-1    12/19/2017 Claim #85 filed by Premier Medicare Set-Aside Specialists LLC, Amount claimed: $1700.00 (SCX)

*Description:*

*Remarks:* (85-1) Services Performed

---

| | | |
|---|---|---|
| *Creditor:*    (38242821) | **Claim No: 86** | *Status:* Withdraw 227 |
| Jasmine Satterwhite | *Original Filed Date*: 12/18/2017 | *Filed by*: CR |
| 44045 15th St W Apt 7 | *Original Entered Date*: 12/21/2017 | *Entered by*: OV |
| Lancaster CA 93534 | *Modified*: | |

Amount claimed: $6000.00

*History:*

Details    86-1    12/18/2017 Claim #86 filed by Jasmine Satterwhite, Amount claimed: $6000.00 (OV)

227    02/05/2018 Withdrawal of Claim(s): 86 Filed by Jasmine Satterwhite. (Cowan, Sarah) Status: Withdraw

*Description:* (86-1) Personal injury

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38242900) | **Claim No: 87** | *Status:* |
| Karen Tapper | *Original Filed Date*: 12/18/2017 | *Filed by*: CR |
| 1249 18th Ave #205 | *Original Entered Date*: 12/21/2017 | *Entered by*: OV |
| S. F. CA 94122 | *Modified*: | |

Amount claimed: $10000.00

*History:*

Details    87-1    12/18/2017 Claim #87 filed by Karen Tapper, Amount claimed: $10000.00 (OV)

*Description:* (87-1) Settlement check

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38243221) | **Claim No: 88** | *Status:* |

*History:*

Details    88-1    12/19/2017 Claim #88 filed by Calendar Rules, Amount claimed: $10169.90 (OV)

*Description:*

*Remarks:*

Calendar Rules | *Original Filed Date*: 12/19/2017 | *Filed by:* CR
Scott Davis | *Original Entered Date*: 12/21/2017 | *Entered by:* OV
3000 F Danville Blvd #276 | | *Modified:*
Alamo CA 94507

  Amount claimed: $10169.90

*History:*

Details  88-1  12/19/2017 Claim #88 filed by Calendar Rules, Amount claimed: $10169.90 (OV)

*Description:*

*Remarks:*

---

*Creditor:*  (38245025) | **Claim No: 89** | *Status:*
BG Nurse Consultants | *Original Filed Date*: 12/20/2017 | *Filed by:* CR
1101 Fremont #103 | *Original Entered Date*: 12/22/2017 | *Entered by:* OV
South Pasadena CA 91030 | | *Modified:*

  Amount claimed: $1828.36

*History:*

Details  89-1  12/20/2017 Claim #89 filed by BG Nurse Consultants, Amount claimed: $1828.36 (OV)

*Description:* (89-1) Expert services performed

*Remarks:*

---

*Creditor:*  (38222153)  History | **Claim No: 90** | *Status:*
Phillip E. Scott | *Original Filed Date*: 12/20/2017 | *Filed by:* CR
32302 Alipaz #245 | *Original Entered Date*: 12/22/2017 | *Entered by:* OV
San Juan Capistrano, CA 92675 | | *Modified:*

  Amount claimed: $5000.00

*History:*

Details  90-1  12/20/2017 Claim #90 filed by Phillip E. Scott, Amount claimed: $5000.00 (OV)

*Description:* (90-1) Personal injury

*Remarks:*

---

*Creditor:*  (38246478) | **Claim No: 91** | *Status:*
Dr Elias Rached | *Original Filed Date*: 12/21/2017 | *Filed by:* CR
Moreno Group Center | *Original Entered Date*: 12/22/2017 | *Entered by:* OV
Moreno Med Care & Chiropractic Clinic | | *Modified:*
23846 Sunnymead Bl Ste 4
Moreno Valley CA 92553

  Amount claimed: $2196.00

*History:*

Details  91-1  12/21/2017 Claim #91 filed by Dr Elias Rached, Amount claimed: $2196.00 (OV)

*Description:* (91-1) Services performed

*Remarks:*

---

*Creditor:*  (38246545) | **Claim No: 92** | *Status:*
Shred-It USA LLC | *Original Filed Date*: 12/21/2017 | *Filed by:* CR

*History:*

Details  92-1  12/21/2017 Claim #92 filed by Shred-It USA LLC, Amount claimed: $354.45 (OV)

*Description:* (92-1) Shredding services

*Remarks:*

7734 S 133rd Street
Omaha NE 68138                                      *Original Entered Date*: 12/22/2017    *Entered by*: OV
                                                                                          *Modified*:

  Amount claimed: $354.45

*History:*

Details        92-1    12/21/2017 Claim #92 filed by Shred-It USA LLC, Amount claimed: $354.45 (OV)

*Description:* (92-1) Shredding services
*Remarks:*


*Creditor:*        (38248354)          **Claim No: 93**          *Status:*
Jack Smith                              *Original Filed Date:* 12/22/2017    *Filed by:* CR
889 El Paisano Dr                       *Original Entered Date*: 12/26/2017    *Entered by:* OV
Fallbrook CA 92028                                                           *Modified:*

  Amount claimed: $14000.00

*History:*

Details        93-1    12/22/2017 Claim #93 filed by Jack Smith, Amount claimed: $14000.00 (OV)

*Description:* (93-1) Expert witness consulatation, record fees, case & reports preparation
*Remarks:*


*Creditor:*        (38248378)          **Claim No: 94**          *Status:*
Augspurger Komm Engineering Inc         *Original Filed Date:* 12/22/2017    *Filed by:* CR
3315 E Wier Ave                         *Original Entered Date*: 12/26/2017    *Entered by:* OV
Phoenix AZ 85040                                                             *Modified:*

  Amount claimed: $1860.59

*History:*

Details        94-1    12/22/2017 Claim #94 filed by Augspurger Komm Engineering Inc, Amount claimed: $1860.59 (OV)

*Description:* (94-1) Services performed
*Remarks:*


*Creditor:*        (38248949)          **Claim No: 95**          *Status:*
Kenneth Shiozaki and Melissa Shiozaki   *Original Filed Date:* 12/22/2017    *Filed by:* CR
3137 West 180th Place                    *Original Entered Date*: 12/27/2017    *Entered by:* OV
Torrance CA 90504                                                            *Modified:*

  Amount claimed: $18500.00

*History:*

Details        95-1    12/22/2017 Claim #95 filed by Kenneth Shiozaki and Melissa Shiozaki, Amount claimed: $18500.00
                          (OV)

*Description:* (95-1) Automotive settlement checks were never distributed to us
*Remarks:*


*Creditor:*        (38228967)          **Claim No: 96**          *Status:*
Whittier Spine Center                   *Original Filed Date:* 12/27/2017    *Filed by:* CR
PO Box 1108                             *Original Entered Date*: 12/28/2017    *Entered by:* VSI
Hutto TX 78634                                                               *Modified:*

  Amount claimed: $3087.00

*History:*

Details        96-1    12/27/2017 Claim #96 filed by Whittier Spine Center, Amount claimed: $3087.00 (VSI)

*Description:*
*Remarks:*

CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)   https://ecf.cacb.uscourts.gov/cgi-bin/SearchClaims.pl?5232734062481...

Case 2:17-bk-19548-NB  Doc 621  Filed 12/30/22  Entered 12/30/22 14:20:03  Desc
Main Document  Page 32 of 40

| | | |
|---|---|---|
| *Creditor:*   (38250849)<br>Andy Oh<br>930 N Long Beach Blvd 6<br>Compton CA 90221 | **Claim No: 97**<br>*Original Filed Date:* 12/27/2017<br>*Original Entered Date*: 12/28/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* VSI<br>*Modified:* |

 Amount claimed: $13645.00

*History:*

Details  97-1 12/27/2017 Claim #97 filed by Andy Oh, Amount claimed: $13645.00 (VSI)

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38092898)<br>Toll Creek Owners Association Inc<br>c/o Jacob Watterson<br>130 South Main Ste 200<br>PO Box 525<br>Logan UT 84323 | **Claim No: 98**<br>*Original Filed Date:* 12/28/2017<br>*Original Entered Date*: 12/29/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* VSI<br>*Modified:* |

 Amount claimed: $639.11

*History:*

Details  98-1 12/28/2017 Claim #98 filed by Toll Creek Owners Association Inc, Amount claimed: $639.11 (VSI)

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38092898)<br>Toll Creek Owners Association Inc<br>c/o Jacob Watterson<br>130 South Main Ste 200<br>PO Box 525<br>Logan UT 84323 | **Claim No: 99**<br>*Original Filed Date:* 12/28/2017<br>*Original Entered Date*: 12/29/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* VSI<br>*Modified:* |

 Amount claimed: $1204.24

*History:*

Details  99-1 12/28/2017 Claim #99 filed by Toll Creek Owners Association Inc, Amount claimed: $1204.24 (VSI)

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38092898)<br>Toll Creek Owners Association Inc<br>c/o Jacob Watterson<br>130 South Main Ste 200<br>PO Box 525<br>Logan UT 84323 | **Claim No: 100**<br>*Original Filed Date:* 12/28/2017<br>*Original Entered Date*: 12/29/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* VSI<br>*Modified:* |

 Amount claimed: $966.20

*History:*

Details  100-1 12/28/2017 Claim #100 filed by Toll Creek Owners Association Inc, Amount claimed: $966.20 (VSI)

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38092898)<br>Toll Creek Owners Association Inc | **Claim No: 101**<br>*Original Filed Date:* 12/28/2017 | *Status:*<br>*Filed by:* CR |

c/o Jacob Watterson
130 South Main Ste 200
PO Box 525
Logan UT 84323

 Amount claimed: $2116.97

*History:*

Details    101-1   12/28/2017 Claim #101 filed by Toll Creek Owners Association Inc, Amount claimed: $2116.97 (VSI)

*Description:*

*Remarks:*

---

*Creditor:*    (38261474)          **Claim No: 102**          *Status:*
Gabriela Eddy                      *Original Filed Date:* 12/28/2017    *Filed by:* CR
Ellis Paul Robin Attorney          *Original Entered Date:* 01/04/2018   *Entered by:* VSI
1541 Ocean Avenue Second Floor                                          *Modified:*
Santa Monica CA 90401

 Amount claimed: $100000.00

*History:*

Details    102-1   12/28/2017 Claim #102 filed by Gabriela Eddy, Amount claimed: $100000.00 (VSI)

*Description:*

*Remarks:*

---

*Creditor:*    (38261477)          **Claim No: 103**          *Status:*
Tabatha Eddy                       *Original Filed Date:* 12/28/2017    *Filed by:* CR
Ellis Paul Robin Attorney          *Original Entered Date:* 01/04/2018   *Entered by:* VSI
1541 Ocean Avenue Second Floor                                          *Modified:*
Santa Monica CA 90401

 Amount claimed: $100000.00

*History:*

Details    103-1   12/28/2017 Claim #103 filed by Tabatha Eddy, Amount claimed: $100000.00 (VSI)

*Description:*

*Remarks:*

---

*Creditor:*    (38261484)          **Claim No: 104**          *Status:*
Carl Franklin Ellison-C.D.R.       *Original Filed Date:* 12/28/2017    *Filed by:* CR
Carl Ellison-Helen Lacy            *Original Entered Date:* 01/04/2018   *Entered by:* VSI
PO Box 580041                                                          *Modified:*
Elk Grove CA 95758

 Amount claimed: $5500.00

*History:*

Details    104-1   12/28/2017 Claim #104 filed by Carl Franklin Ellison-C.D.R., Amount claimed: $5500.00 (VSI)

*Description:*

*Remarks:*

---

*Creditor:*    (38261540)          **Claim No: 105**          *Status:*

*History:*

Details    105-1   12/28/2017 Claim #105 filed by Maha Yasin, Amount claimed: $3007.56 (VSI)

*Description:*

*Remarks:*

Maha Yasin
11834 Doty Ave
Hawthorne CA 90250

*Original Filed Date*: 12/28/2017        *Filed by*: CR
*Original Entered Date*: 01/04/2018      *Entered by*: VSI
                                          *Modified*:

  Amount claimed: $3007.56

*History:*

| Details | 105-1 | 12/28/2017 Claim #105 filed by Maha Yasin, Amount claimed: $3007.56 (VSI) |

*Description:*

*Remarks:*


*Creditor:*    (38262701)           **Claim No: 106**          *Status:*
Danielle Coprich                    *Original Filed Date*: 12/29/2017    *Filed by*: CR
67325 Camino Silvaso                *Original Entered Date*: 01/04/2018  *Entered by*: OV
Desert Hot Springs CA 92240                                              *Modified*:

  Amount claimed: $4000.00

*History:*

| Details | 106-1 | 12/29/2017 Claim #106 filed by Danielle Coprich, Amount claimed: $4000.00 (OV) |

*Description:* (106-1) Personal injury
*Remarks:*


*Creditor:*    (38262702)           **Claim No: 107**          *Status:*
Lucy Vergara                        *Original Filed Date*: 12/29/2017    *Filed by*: CR
15607 E Avenue Q1                   *Original Entered Date*: 01/04/2018  *Entered by*: OV
Palmdale CA 93591                                                         *Modified*:

  Amount claimed: $125000.00

*History:*

| Details | 107-1 | 12/29/2017 Claim #107 filed by Lucy Vergara, Amount claimed: $125000.00 (OV) |

*Description:* (107-1) Settlement share
*Remarks:*


*Creditor:*    (38263057)           **Claim No: 108**          *Status:*
Twins Chiropractic & Physical Medicine    *Original Filed Date*: 01/03/2018    *Filed by*: CR
600 S Placentia Ave Ste 600         *Original Entered Date*: 01/05/2018  *Entered by*: VSI
Placentia CA 92870                                                        *Modified*:

  Amount claimed: $1255.00

*History:*

| Details | 108-1 | 01/03/2018 Claim #108 filed by Twins Chiropractic & Physical Medicine, Amount claimed: $1255.00 (VSI) |

*Description:*
*Remarks:*


*Creditor:*    (38263084)           **Claim No: 109**          *Status:*
Spine Care & Orthopedic Physicians   *Original Filed Date*: 01/03/2018    *Filed by*: CR
8610 S Sepulveda Boulevard Suite 109    *Original Entered Date*: 01/05/2018  *Entered by*: VSI

*History:*

| Details | 109-1 | 01/03/2018 Claim #109 filed by Spine Care & Orthopedic Physicians, Amount claimed: $13650.00 (VSI) |

*Description:*
*Remarks:*

Los Angeles CA 90045                                              *Modified:*

  Amount claimed: $13650.00

*History:*

Details   109-1  01/03/2018 Claim #109 filed by Spine Care & Orthopedic Physicians, Amount claimed: $13650.00
(VSI)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38264017) | **Claim No: 110** | *Status:* |
| Maria Castaneda | *Original Filed Date:* 01/03/2018 | *Filed by:* CR |
| 4817 Oak St | *Original Entered Date:* 01/05/2018 | *Entered by:* OV |
| Pico Rivera CA 90660 | | *Modified:* |

  Amount claimed: $90000.00

*History:*

Details   110-1  01/03/2018 Claim #110 filed by Maria Castaneda, Amount claimed: $90000.00 (OV)

*Description:* (110-1) Personal injury

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38264546) | **Claim No: 111** | *Status:* |
| Timothy S Blevins | *Original Filed Date:* 01/03/2018 | *Filed by:* CR |
| 6360 Dulcet Pl | *Original Entered Date:* 01/05/2018 | *Entered by:* OV |
| Riverside CA 92506 | | *Modified:* |

  Amount claimed: $42874.25

*History:*

Details   111-1  01/03/2018 Claim #111 filed by Timothy S Blevins, Amount claimed: $42874.25 (OV)

*Description:* (111-1) Unpaid settlement proceeds from above referenced personal injury case

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38264558) | **Claim No: 112** | *Status:* |
| Alan Arnone | *Original Filed Date:* 01/03/2018 | *Filed by:* CR |
| Mission Chiropractic | *Original Entered Date:* 01/05/2018 | *Entered by:* OV |
| 1280 Benton St | | *Modified:* |
| Santa Clara CA 95050 | | |

  Amount claimed: $501.50

*History:*

Details   112-1  01/03/2018 Claim #112 filed by Alan Arnone, Amount claimed: $501.50 (OV)

*Description:* (112-1) Services performed for personal injury

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38264595) | **Claim No: 113** | *Status:* |
| Network Court Reporting & Video | *Original Filed Date:* 01/03/2018 | *Filed by:* CR |
| 940 South Ave W Ste 2C | *Original Entered Date:* 01/05/2018 | *Entered by:* OV |
| Westfield NJ 07090 | | *Modified:* |

  Amount claimed: $7453.00

*History:*

Details   113-1  01/03/2018 Claim #113 filed by Network Court Reporting & Video, Amount claimed: $7453.00 (OV)

*Description:* (113-1) Services rendered - court reporter & videographers & transcripts provided for 3 day depositions.

*Remarks:*

*Creditor:*        (38264646)          **Claim No: 114**          *Status:*
Jeanette Huerto                        *Original Filed Date*: 01/04/2018          *Filed by:* CR
7821 Clearfield Ave                    *Original Entered Date*: 01/05/2018          *Entered by:* OV
Panorama City CA 91402                 *Modified:*

  Amount claimed: $38398.59

*History:*

Details    114-1   01/04/2018 Claim #114 filed by Jeanette Huerto, Amount claimed: $38398.59 (OV)

*Description:* (114-1) Wrongful death/Road defect
*Remarks:*

---

*Creditor:*        (38264673)          **Claim No: 115**          *Status:*
Maria Sabordo                          *Original Filed Date*: 01/04/2018          *Filed by:* CR
7821 Clearfield Ave                    *Original Entered Date*: 01/05/2018          *Entered by:* OV
Panorama City CA 91402                 *Modified:*

  Amount claimed: $38398.59

*History:*

Details    115-1   01/04/2018 Claim #115 filed by Maria Sabordo, Amount claimed: $38398.59 (OV)

*Description:* (115-1) Wrongful death/Road defect
*Remarks:*

---

*Creditor:*        (38265794)          **Claim No: 116**          *Status:*
Mulvey Cornell & Mulvey PA             *Original Filed Date*: 01/03/2018          *Filed by:* CR
378 Islingon Street                    *Original Entered Date*: 01/08/2018          *Entered by:* VSI
Portsmouth NM 03801                    *Modified:*

  Amount claimed: $48764.74

*History:*

Details    116-1   01/03/2018 Claim #116 filed by Mulvey Cornell & Mulvey PA, Amount claimed: $48764.74 (VSI)

*Description:*
*Remarks:*

---

*Creditor:*        (38265805)          **Claim No: 117**          *Status:*
Lionel Terry Jr                        *Original Filed Date*: 01/03/2018          *Filed by:* CR
20 Midway Street                       *Original Entered Date*: 01/08/2018          *Entered by:* VSI
Buffalo NY 14215                       *Modified:*
*No amounts claimed*

*History:*

Details    117-1   01/03/2018 Claim #117 filed by Lionel Terry Jr, Amount claimed: (VSI)

*Description:* (117-1) No amount enter.
*Remarks:*

---

*Creditor:*        (38265882)          **Claim No: 118**          *Status:*
Michael C Kennedy DC PC                *Original Filed Date*: 01/03/2018          *Filed by:* CR
3002 N 7th Ave                         *Original Entered Date*: 01/08/2018          *Entered by:* VSI

*History:*

Details    118-1   01/03/2018 Claim #118 filed by Michael C Kennedy DC PC, Amount claimed: $1395.00 (VSI)

*Description:*
*Remarks:*

Phoenix Arizona 85013                                            *Modified:*

  Amount claimed: $1395.00

*History:*

| Details | 118-1 | 01/03/2018 Claim #118 filed by Michael C Kennedy DC PC, Amount claimed: $1395.00 (VSI) |

*Description:*
*Remarks:*


| *Creditor:* | (38265915) | **Claim No: 119** | | *Status:* |
| Laura Rasheed | | *Original Filed Date*: 01/03/2018 | | *Filed by:* CR |
| 33114-1st PL SW #902 | | *Original Entered Date*: 01/08/2018 | | *Entered by:* M. Jonathan Hayes |
| Federal NY WA 98023 | | *Last Amendment Filed*: 03/23/2018 | | *Modified:* |
| | | *Last Amendment Entered*: 03/23/2018 | | |

  Amount claimed: $11000.00

*History:*

| Details | 119-1 | 01/03/2018 Claim #119 filed by Laura Rasheed, Amount claimed: $11000.00 (VSI) |
| Details | 119-2 | 03/23/2018 Amended Claim #119 filed by Laura Rasheed, Amount claimed: $11000.00 (Hayes, M.) |

*Description:*
*Remarks:*


| *Creditor:* | (38265882) | **Claim No: 120** | | *Status:* |
| Michael C Kennedy DC PC | | *Original Filed Date*: 01/03/2018 | | *Filed by:* CR |
| 3002 N 7th Ave | | *Original Entered Date*: 01/08/2018 | | *Entered by:* VSI |
| Phoenix Arizona 85013 | | | | *Modified:* |

# EXHIBIT "B"

## Post-Petition Unpaid Debts

| | |
|---|---|
| **Unpaid professional fees and expenses owed to Pachulski Stang Ziehl & Jones LLP for amounts (i) incurred through June 30, 2020, and approved by Order of the Court** | $927,587.00[1] |
| **Estimated outstanding professional fees and expenses incurred by Pachulski Stang Ziehl & Jones LLP after July 1, 2020, through the Reconversion Date, for which no applications for approval have been made** | $289,586.08 |
| **Estimated fees payable to Trustee on account of distributions through Reconversion Date to Wellgen, pursuant to 11 U.S.C. § 326(a)** | $64,943.45 |
| **TOTAL** | **$1,282,116.53** |

---

[1] The aggregate amount of fees and costs approved by order of the Court is $1,889,569.00, of which the total paid to date is $961,982.00. Accordingly, the unpaid balance of fees and costs approved by the Court is $927,587.00.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*):  **CHAPTER 11 TRUSTEE'S (1) FINAL REPORT AND ACCOUNT AND SCHEDULE OF PROPERTY OF THE ESTATE; AND (2) SCHEDULE OF POST PETITION DEBTS, PURSUANT TO LOCAL BANKRUPTCY RULE 2015-2 AND FEDERAL BANKRUPTCY RULE 1019(5); DECLARATION OF RICHARD M. PACHULSKI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 30, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 30, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Philip Layfield
FCI Texarkana
4001 LEOPARD DRIVE
TEXARKANA, TX  75501

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 30, 2022 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case 2:17-bk-19548-NB**

- **Wesley H Avery**    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **Jason Balitzer**    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- **Moses S Bardavid**    mbardavid@hotmail.com
- **Daniel I Barness**    daniel@barnesslaw.com
- **James W Bates**    jbates@jbateslaw.com
- **Darwin Bingham**    cat@scalleyreading.net
- **Paul M Brent**    snb300@aol.com
- **Martin J Brill**    mjb@lnbrb.com
- **William S Brody**    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- **Glenn R Bronson**    GRBronson@traskbritt.com, cawatters@traskbritt.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Beth Gaschen**    bgaschen@go2.law, kadele@wgllp.com;
  cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Sevan Gorginian**    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Yana G Henriks**    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- **Kimberly D Howatt**    khowatt@gordonrees.com, sdurazo@grsm.com;amatthews@grsm.com
- **James KT Hunter**    jhunter@pszjlaw.com
- **Steven J Kahn**    skahn@pszyjw.com
- **Joseph M Kar**    jkar@mindspring.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Richard W Labowe**    richardwlabowe@gmail.com, llhlaw1631@aol.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Jessica Mickelsen Simon**    simonjm@ballardspahr.com, carolod@ballardspahr.com
- **Dennette A Mulvaney**    dmulvaney@leechtishman.com,
  lmoya@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com
- **Rana Nader**    rnader@naderlawgroup.com, monique@naderlawgroup.com
- **Joel A Osman**    osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Michael F Perlis**    mperlis@lockelord.com,
  merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- **Michael F Perlis**    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Damion Robinson**    damion.robinson@diamondmccarthy.com, efiling@agzlaw.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Daniel A Solitro**    dsolitro@lockelord.com, ataylor2@lockelord.com
- **Olivier A Taillieu**    o@taillieulaw.com, mstephens@taillieulaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Robert G Uriarte**    rgulawoffice@gmail.com
- **Gary R Wallace**    garyrwallace@ymail.com
- **Alan J Watson**    alan.watson@hklaw.com, rosanna.perez@hklaw.com

*June 2012*

DOCS_LA:346011.2 51414/001

**F 9013-3.1.PROOF.SERVICE**