PETER C. ANDERSON
UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-3560
(213) 894-6811

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC | ) Chapter 7<br>)<br>) Case Nos.: 2:17-bk-19548-NB<br>)<br>) NOTICE OF APPOINTMENT OF<br>) TRUSTEE AND FIXING OF BOND;<br>) ACCEPTANCE OF APPOINTMENT AS<br>) INTERIM TRUSTEE<br>) |

Pursuant to 11 U.S.C. 701 and 11 U.S.C. 322

# RICHARD PACHULSKI, of LOS ANGELES, CA

is appointed Interim Trustee of the case of said debtor(s) and is hereby designated to preside at the meeting of creditors. This case is covered by the chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: December 9, 2022

**PETER C. ANDERSON**

UNITED STATES TRUSTEE

I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. 101(14), and on this basis, I hereby accept my appointment as Interim Trustee in the above case. I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: January 10, 2023            /s/Richard Pachulski
                                    RICHARD PACHULSKI
                                    Interim Trustee

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS INTERIM TRUSTEE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 10, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Philip Layfield
FCI Texarkana
4001 LEOPARD DRIVE
TEXARKANA, TX  75501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **January 10, 2023** | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346011.2 51414/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case 2:17-bk-19548-NB**

- **Wesley H Avery**   wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **Jason Balitzer**   jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- **Moses S Bardavid**   mbardavid@hotmail.com
- **Daniel I Barness**   daniel@barnesslaw.com
- **James W Bates**   jbates@jbateslaw.com
- **Darwin Bingham**   cat@scalleyreading.net
- **Paul M Brent**   snb300@aol.com
- **Martin J Brill**   mjb@lnbrb.com
- **William S Brody**   wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- **Glenn R Bronson**   GRBronson@traskbritt.com, cawatters@traskbritt.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **Beth Gaschen**   bgaschen@go2.law, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **David M Goodrich**   dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Sevan Gorginian**   sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **Stella A Havkin**   stella@havkinandshrago.com, shavkinesq@gmail.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Yana G Henriks**   yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- **Kimberly D Howatt**   khowatt@gordonrees.com, sdurazo@grsm.com;amatthews@grsm.com
- **James KT Hunter**   jhunter@pszjlaw.com
- **Steven J Kahn**   skahn@pszyjw.com
- **Joseph M Kar**   jkar@mindspring.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Richard W Labowe**   richardwlabowe@gmail.com, llhlaw1631@aol.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Jessica Mickelsen Simon**   simonjm@ballardspahr.com, carolod@ballardspahr.com
- **Dennette A Mulvaney**   dmulvaney@leechtishman.com, lmoya@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com
- **Rana Nader**   rnader@naderlawgroup.com, monique@naderlawgroup.com
- **Joel A Osman**   osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- **Malhar S Pagay**   mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Brian A Paino**   bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Michael F Perlis**   mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- **Michael F Perlis**   , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**   frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Damion Robinson**   damion.robinson@diamondmccarthy.com, efiling@agzlaw.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Daniel A Solitro**   dsolitro@lockelord.com, ataylor2@lockelord.com
- **Olivier A Taillieu**   o@taillieulaw.com, mstephens@taillieulaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Robert G Uriarte**   rgulawoffice@gmail.com
- **Gary R Wallace**   garyrwallace@ymail.com
- **Alan J Watson**   alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346011.2 51414/001