Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>                  Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S SECOND STATUS REPORT**<br><br>Date:    August 8, 2023<br>Time:   11:00 a.m.<br>Place:   United States Bankruptcy Court<br>           Edward R. Roybal Federal Building<br>           255 E. Temple Street<br>           Courtroom 1545<br>           Los Angeles, California<br>Judge:  Honorable Neil W. Bason |

Richard M. Pachulski, the duly appointed chapter 7 trustee (the "Trustee") in the above-captioned bankruptcy case (the "Case") of Layfield & Barrett, APC ("L&B" or the "Debtor"), hereby files a brief report regarding the status of the Case, as ordered by the Court in connection with the prior status conference on April 4, 2023, and states as follows:

1.      The Trustee hereby incorporates by this reference the Case background, defined terms and other information set forth in the *Chapter 7 Trustee's First Status Report* [Docket No. 628] (the "First Status Report"), filed on March 21, 2023.

2.      The only activity in the Case since the First Status Report has been the filing of a *Motion from Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 632], by creditor Stuart Summit Properties, LLC, in respect of a storage unit property in Park City, Utah.  The Trustee

1

did not oppose the motion [Docket No. 637], which was granted by order of the Court entered on July 13, 2023 [Docket No. 638].

3. Concurrent with the filing of this status report, counsel to the Trustee will file its final fee application to address outstanding administrative matters relating to the chapter 11 portion of the Case.

4. The Trustee is in the process of preparing, and will promptly file, the *Trustee's Final Report* in the Case.

Dated: July 25, 2023                                PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Malhar S. Pagay*
    Malhar S. Pagay

Attorneys for
Richard M. Pachulski, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S SECOND STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 25, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 25, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Philip James Layfield
Register No. 71408-050
USP Tucson
U.S. Penitentiary Satellite Camp
P.O. Box 24549
Tucson, AZ. 85734

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 25, 2023 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Wesley H Avery**   wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **Jason Balitzer**   jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- **Moses S Bardavid**   mbardavid@hotmail.com
- **Daniel I Barness**   daniel@barnesslaw.com
- **James W Bates**   jbates@jbateslaw.com
- **Darwin Bingham**   cat@scalleyreading.net
- **Paul M Brent**   snb300@aol.com
- **Martin J Brill**   mjb@lnbrb.com
- **William S Brody**   wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- **Glenn R Bronson**   GRBronson@traskbritt.com, cawatters@traskbritt.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **Beth Gaschen**   bgaschen@go2.law, adele@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com; lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com ;cbmeeker@gmail.com ;lbracken@wgllp.com;gestrada@wgllp.com;golden.jeffreyi.b117954@notify.bestcase.com
- **David M Goodrich**   dgoodrich@go2.law, kadele@wgllp.com; lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Sevan Gorginian**   sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **Stella A Havkin**   stella@havkinandshrago.com, shavkinesq@gmail.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com ;matt@rhmfirm.com; rosario@rhmfirm.com; sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Yana G Henriks**   yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- **James KT Hunter**   jhunter@pszjlaw.com
- **Steven J Kahn**   skahn@pszyjw.com
- **Joseph M Kar**   jkar@mindspring.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Richard W Labowe**   richardwlabowe@gmail.com, llhlaw1631@aol.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Jessica Mickelsen Simon**   simonjm@ballardspahr.com, carolod@ballardspahr.com
- **Dennette A Mulvaney**   dmulvaney@leechtishman.com, lmoya@leechtishman.com; kgutierrez@leechtishman.com; NArango@LeechTishman.com
- **Rana Nader**   rnader@naderlawgroup.com, monique@naderlawgroup.com
- **Joel A. Osman**   osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- **Malhar S Pagay**   mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Brian A Paino**   bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Michael F Perlis**   mperlis@lockelord.com, merickson@lockelord.com, jhagey@lockelord.com, RRJohnson@lockelord.com, bmungaray@lockelord.com
- **Michael F Perlis**   , merickson@lockelord.com, jhagey@lockelord.com, RRJohnson@lockelord.com, bmungaray@lockelord.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Faye C Rasch**   faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com
- **Damion Robinson**   damion.robinson@diamondmccarthy.com, efiling@agzlaw.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Daniel A Solitro**   dsolitro@lockelord.com, ataylor2@lockelord.com
- **Olivier A Taillieu**   o@taillieulaw.com, mstephens@taillieulaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Robert G Uriarte**   rgulawoffice@gmail.com
- **Gary R Wallace**   garyrwallace@ymail.com
- **Alan J Watson**   alan.watson@hklaw.com, rosanna.perez@hklaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:350250.1 51414/003