Richard M. Pachulski (CA Bar No. 90073)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>            Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 7<br><br>**NOTICE OF INTENT TO FILE FINAL REPORT AND NOTICE TO PROFESSIONALS TO FILE FINAL APPLICATIONS FOR COMPENSATION**<br><br>[No Hearing Required] |

TO THE UNITED STATES BANKRUPTCY COURT - ASSET CLOSING SECTION, THE UNITED STATES TRUSTEE, THE ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(b)(4)(c).

DATED: October 3, 2023                    PACHULSKI STANG ZIEHL & JONES LLP


                                          By: */s/ Richard M. Pachulski*
                                              Richard M. Pachulski
                                              Chapter 7 Trustee

DOCS_LA:351453.2 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (specify):  ***NOTICE OF INTENT TO FILE FINAL REPORT AND NOTICE TO PROFESSIONALS TO FILE FINAL APPLICATIONS FOR COMPENSATION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 3, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 3, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Philip James Layfield
> Register No. 71408-050
> USP Tucson
> U.S. Penitentiary
> Satellite Camp
> P.O. Box 24549
> Tucson, AZ. 85734

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 3, 2023 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346011.2 51414/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case 2:17-bk-19548-NB**

- *Wesley H Avery*  wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- *Jason Balitzer*  jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- *Moses S Bardavid*  mbardavid@hotmail.com
- *Daniel I Barness*  daniel@barnesslaw.com
- *James W Bates*  jbates@jbateslaw.com
- *Darwin Bingham*  cat@scalleyreading.net
- *Paul M Brent*  snb300@aol.com
- *Martin J Brill*  mjb@lnbrb.com
- *William S Brody*  wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com
- *Glenn R Bronson*  GRBronson@traskbritt.com, cawatters@traskbritt.com
- *Jeffrey D Cawdrey*  jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- *Baruch C Cohen*  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- *Jennifer Witherell Crastz*  jcrastz@hrhlaw.com
- *Beth Gaschen*  bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law
- *Jeffrey I Golden*  jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- *David M Goodrich*  dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wgllp@ecf.courtdrive.com
- *Sevan Gorginian*  sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- *Stella A Havkin*  stella@havkinandshrago.com, shavkinesq@gmail.com
- *M. Jonathan Hayes*  jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- *Yana G Henriks*  yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;ndilts@law-mh.com;cpinto@law-mh.com;dpham@law-mh.com;lburdeos@law-mh.com;paralegal@law-mh.com;apham@law-mh.com;dgharibian@law-mh.com
- *James KT Hunter*  jhunter@pszjlaw.com
- *Steven J Kahn*  skahn@pszyjw.com
- *Joseph M Kar*  jkar@mindspring.com
- *Michael S Kogan*  mkogan@koganlawfirm.com
- *Richard W Labowe*  richardwlabowe@gmail.com, llhlaw1631@aol.com
- *Dare Law*  dare.law@usdoj.gov
- *David W. Meadows*  david@davidwmeadowslaw.com
- *Jessica Mickelsen Simon*  simonjm@ballardspahr.com, carolod@ballardspahr.com
- *Dennette A Mulvaney*  dmulvaney@leechtishman.com, lmoya@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com
- *Rana Nader*  rnader@naderlawgroup.com, monique@naderlawgroup.com
- *Joel A. Osman*  osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- *Malhar S Pagay*  mpagay@pszjlaw.com, bdassa@pszjlaw.com
- *Brian A Paino*  bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- *Michael F Perlis*  mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- *Michael F Perlis*  , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- *Hamid R Rafatjoo*  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- *Faye C Rasch*  faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com
- *Damion Robinson*  damion.robinson@diamondmccarthy.com, efiling@agzlaw.com
- *Lindsey L Smith*  lls@lnbyb.com, lls@ecf.inforuptcy.com
- *Daniel A Solitro*  dsolitro@lockelord.com, ataylor2@lockelord.com
- *Olivier A Taillieu*  o@taillieulaw.com, mstephens@taillieulaw.com
- *United States Trustee (LA)*  ustpregion16.la.ecf@usdoj.gov
- *Robert G Uriarte*  rgulawoffice@gmail.com
- *Gary R Wallace*  garyrwallace@ymail.com
- *Alan J Watson*  alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346011.2 51414/001