Larry D. Simons CLS-B (CBN 179239)
*larry@lsimonslaw.com*
Frank X. Ruggier, CLS-B (CBN 198836)
*frank@lsimonslaw.com*
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778 ♦ Facsimile: 626.389.5607

Attorneys for Allegretti & Company

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LAYFIELD & BARRETT, APC,<br><br>Debtor. | Case No. 2:17-bk-19548 NB<br><br>Chapter 7<br><br>**ALLEGRETTI & COMPANY'S PROOF OF SERVICE EVIDENCING SERVICE OF MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019 [DOC 428] AND ORDER SETTING MATTER FOR HEARING**<br><br>DATE: March 5, 2024<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 1545<br>255 East Temple Street<br>Los Angeles, CA 90012<br>(or via Zoomgov per posted procedures) |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE, RICHARD PACHULSKI, CHAPTER 7 TRUSTEE, AND OTHER INTERESTED PARTIES:**

///

///

///

1  Pursuant to the order entered by the Court on February 1, 2024, as docket number 661 (the
2  "Order"), Allegretti & Company ("Allegretti") hereby attaches its proof of service evidencing
3  service of the underlying motion [doc 660] and Order upon the parties directed by the Court as well
4  as the attorney for the COA.

5  Dated: 2/5/2024                             **LAW OFFICES OF LARRY D. SIMONS**

6                                              */s/ Larry D. Simons*
                                               Larry D. Simons
7                                              Attorneys for Allegretti & Company

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15545 Devonshire Street, Suite 110, Mission Hills, CA 91345

A true and correct copy of the foregoing document entitled (*specify*):
(1) ORDER SETTING HEARING ON MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019; AND
(2) ALLEGRETTI & COMPANY'S MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019 [DOC 428]; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS IN SUPPORT THEREOF
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*), I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **2/05/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard M. Pachulski (TR), Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Suite 1300 Los Angeles, CA 90067-4003

Malhar S. Pagay, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd 13th Floor, Los Angeles, CA 90067

Darwin Bingham, 15 W South Temple, Suite 600, Salt Lake City, UT 84101

Dare Law, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/05/2024 | Karen Green | /s/ Karen Green |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE