Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>               Debtor. | Case No.: 2:17-bk-19548-NB<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA    )
                                     )
COUNTY OF LOS ANGELES  )

      I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067.

      On February 9, 2024, I caused to be served the following documents in the manner stated below:

- ***ALLEGRETTI & COMPANY'S MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019 [DOC 428]; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF***

- ***ORDER SETTING HEARING ON MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4863-3547-7924.1 51414.003

On February 9, 2024, I served the following persons and/or entities at the addresses listed below in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

| | |
|---|---|
| Dennette A. Mulvaney<br>Leech Tishman Fuscaldo & Lampl, Inc.<br>200 S. Los Robles Avenue, Suite 300<br>Pasadena, California 91101 | Sterling Holdings LLC<br>c/o Robert Martino<br>2720 Homestead Road, Suite 200<br>Park City, UT 84098 |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 9, 2024 at Los Angeles, California.

                                                    */s/ Nancy H. Brown*
                                                    Nancy H. Brown