Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:17-bk-19548-NB |
| LAYFIELD & BARRETT, APC, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA            )
                               )
COUNTY OF LOS ANGELES          )

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067.

On February 22, 2024, I caused to be served the following documents in the manners stated below:

***CHAPTER 7 TRUSTEE'S OPPOSITION TO ALLEGRETTI & COMPANY'S MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019 [DOC 428]* [Dkt. No. 668]**

***REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHAPTER 7 TRUSTEE'S OPPOSITION TO ALLEGRETTI & COMPANY'S MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019* [Dkt. No. 669]**

LA:4865-5458-2184.1 51414.003

***EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDAL RUPERT IN SUPPORT OF CHAPTER 7 TRUSTEE'S OPPOSITION TO ALLEGRETTI & COMPANY'S MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019 [Doc 428] [Dkt. No. 670]***

***EVIDENTIARY OBJECTIONS TO DECLARATION OF JOSEPH A. ALLEGRETTI IN SUPPORT OF CHAPTER 7 TRUSTEE'S OPPOSITION TO ALLEGRETTI & COMPANY'S MOTION FOR RELIEF OF ORDER APPROVING TRUSTEE'S SALE OF REAL PROPERTY ENTERED APRIL 5, 2019 [Doc 428] [Dkt. No. 671]***

On February 22, 2024, I served the following persons by overnight mail service and email as follows.

| **VIA OVERNIGHT MAIL** | **VIA EMAIL** |
|---|---|
| Larry D. Simons CLS-B<br>Frank X. Ruggier CLS-B<br>Law Offices of Larry D. Simons<br>15545 Devonshire Street, Suite 110<br>Mission Hills, CA 91345 | Larry Simons: larry@lsimonslaw.com<br>Frank Ruggier: frank@lsimonslaw.com |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 26, 2024 at Los Angeles, California.

*/s/ Nancy H. Brown*
Nancy H. Brown

LA:4865-5458-2184.1 51414.003

2