# EXHIBIT B

# FORM 2
# CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case Number:** 2:17-bk-19548-NB  
**Case Name:** Layfield & Barrett, APC

**Trustee:** Richard M. Pachulski  
**Bank Name:** U.S. Bank  
**Account:** ***7229 (general account)

**Taxpayer ID#:** 27-4052598  
**Period Ending:** 3/31/2024

**Separate Bond:** $15,515.00

| 1<br>Trans.<br>Date | 2<br>Check or Ref. # | 3<br>Paid To / Received<br>From | 4<br>Description of<br>Transaction | 5<br>Uniform Tran.<br>Code | 6<br>Receipts<br>$ | 7<br>Disbursements[1]<br>$ | 8<br>Checking<br>Account<br>Balance |
|---|---|---|---|---|---|---|---|
| 12/9/22 | Ref #3 | | Beginning balance in account | UTC 1290 | $6,422.77 | | $6,422.77[2] |
| 1/4/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,407.77 |
| 2/2/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,392.77 |
| 3/2/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,377.77 |
| 4/4/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,362.77 |
| 5/4/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,347.77 |
| 8/14/23 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $6,318.82 |
| 9/15/23 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $6,289.87 |
| 10/12/23 | Ck #1020 | U.S. Bankruptcy Court | Court Costs | UTC 2700 | | $1,050.00 | $5,239.87 |
| 10/16/23 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $5,210.92 |
| 10/27/23 | Ck #1021 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $1,492.05 | $3,718.87 |

---

[1] All payments were made in the ordinary course of business.

[2] Upon conversion of this Case on December 9, 2022 from one under Chapter 11 to one under Chapter 7, the amount remaining in account number ending 7229 was $6,422.77, and the account remaining in account number ending 4916 was $8,529.80, for a total of $14,952.57.  $14,952.57 was subsequently transferred to the Chapter 7 Trustee.  In the *Chapter 11 Trustee's (1) Final Report and Account and Schedule of Property of the Estate; and (2) Schedule of Post Petition Debtors, Pursuant to Local Bankruptcy Rule 2015-2 and Federal Bankruptcy Rule 1019(5)* [Docket No. 621]*,* the Trustee incorrectly stated the amount of cash held in the estate at the time of the case reconversion as $14,067.57.   The correct amount held was $14,952.57 as stated below.

| Date | | Payee | Description | UTC | Disbursement | Balance |
|---|---|---|---|---|---|---|
| 11/3/23 | Ck #1022 | Arthur B. Levine & Co. | Bond Renewal | UTC 2300 | $460.00 | $3,258.87 |
| 11/14/23 | | U.S. Bank | Bank Fees | UTC 2600 | $28.95 | $3,229.92 |
| 12/1/23 | Ck #1023 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | $1,492.05 | $1,737.87 |
| 12/14/23 | | U.S. Bank | Bank Fees | UTC 2600 | $28.95 | $1,708.92 |
| 1/16/24 | | U.S. Bank | Bank Fees | UTC 2600 | $28.95 | $1,679.97 |
| 1/16/24 | Refund | Arthur B. Levine & Co. | Bond Renewal | UTC 2300 | ($360.00) | $2,039.97 |
| 2/14/24 | | U.S. Bank | Bank Fees | UTC 2600 | $28.95 | $2,011.02 |
| 3/12/24 | Ck #1024 | U.S. Trustee | Quarterly Fees | UTC 2950 | $250.00 | $1,761.02 |
| 3/14/24 | | U.S. Bank | Bank Fees | UTC 2600 | $28.95 | $1,732.07 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS:** | $6,422.77 | $4,690.70 | $1,732.07 |
| Less: Bank Transfers | 00 | 00 | |
| **Subtotal** | $ | $ | |
| Less: Payment to Debtors | | | |
| **NET Receipts / Disbursements** | $6,422.77 | $4,690.70 | |

| **TOTAL – ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******7229** | **$6,422.77** | **$4,690.70** | **$1,732.07** |
| **Checking #******4916** | **$8,529.80** | **$7,460.25** | **$1,069.55** |
| **TOTAL** | **$14,952.57** | **$12,150.95** | **$2,801.62** |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case Number:** 2:17-bk-19548-NB  
**Case Name:** Layfield & Barrett, APC  

**Taxpayer ID#:** 27-4052598  
**Period Ending:** 3/31/2024  

**Trustee:** Richard M. Pachulski  
**Bank Name:** U.S. Bank  
**Account:** ***4916 (cash collateral account)  

**Separate Bond:** $15,515.00

| 1<br>Trans.<br>Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposit<br>$ | 7<br>Disbursements[1]<br>$ | 8<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/9/22 | Ref #4 | | Beginning balance in account | UTC 1290 | $8,529.80 | | $8,529.80[2] |
| 7/28/23 | Electronic Withdrawal – Ref #: 232090046365280N00 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $4,476.15 | $4,053.65 |
| 9/29/23 | Ck #1020 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $1,492.05 | $2,561.60 |
| 1/3/24 | Ck #1021 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $1,492.05 | $1,069.55 |
| | | | **ACCOUNT TOTALS:**<br>Less: Bank Transfers | | $8,529.80<br>00 | $7,460.25<br>00 | $1,069.55 |

---

[1] All payments were made in the ordinary course of business.

[2] Upon conversion of this Case on December 9, 2022 from one under Chapter 11 to one under Chapter 7, the amount remaining in account number ending 7229 was $6,422.77, and the account remaining in account number ending 4916 was $8,529.80, for a total of $14,952.57.  $14,952.57 was subsequently transferred to the Chapter 7 Trustee.  In the *Chapter 11 Trustee's (1) Final Report and Account and Schedule of Property of the Estate; and (2) Schedule of Post Petition Debtors, Pursuant to Local Bankruptcy Rule 2015-2 and Federal Bankruptcy Rule 1019(5)* [Docket No. 621], the Trustee incorrectly stated the amount of cash held in the estate at the time of the case reconversion as $14,067.57.   The correct amount held was $14,952.57 as stated below.

4880-5599-1481.1 51414.003

|  | | |
|---|---|---|
| **Subtotal** | $8,529.80 | $7,460.25 |
| Less:  Payment to Debtors | | 00 |
| **NET Receipts / Disbursements** | $8,529.80 | $7,460.25 |

| TOTAL – ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7229** | **$6,422.77** | **$4,690.70** | **$1,732.07** |
| **Checking #******4916** | **$8,529.80** | **$7,460.25** | **$1,069.55** |
| **TOTAL** | **$14,952.57** | **$12,150.95** | **$2,801.62** |