# EXHIBIT C

# Central District of California
# Claims Register

**2:17-bk-19548-NB Layfield & Barrett, APC** Converted 12/09/2022

| | |
|---|---|
| **Judge:** Neil W. Bason | **Chapter:** 7 |
| **Office:** Los Angeles | **Last Date to file claims:** |
| **Trustee:** Richard M. Pachulski (TR) | **Last Date to file (Govt):** |

---

*Creditor:*    (38018959)   History
USA Express Legal & Investigative
Services Inc
USA Express
21031 Ventura Blvd Ste 920
Woodland Hills CA 91364

**Claim No: 1**
*Original Filed Date:* 08/25/2017
*Original Entered Date:* 08/25/2017

*Status:*
*Filed by:* CR
*Entered by:* SCX
*Modified:*

  Amount claimed: $1404.98

*History:*

| Details | 1-1 | 08/25/2017 Claim #1 filed by USA Express Legal & Investigative Services Inc, Amount claimed: $1404.98 (SCX) |
|---|---|---|

*Description:*

*Remarks:*

---

*Creditor:*    (38023700)   History
National Record Retrieval , LLC
c/o Rubin & Levin P.C
135 N Pennsylvania ST Ste 1400
Indianapolis IN 46204

**Claim No: 2**
*Original Filed Date:* 08/28/2017
*Original Entered Date:* 08/29/2017

*Status:*
*Filed by:* CR
*Entered by:* SCX
*Modified:*

  Amount claimed: $58856.01

*History:*

| Details | 2-1 | 08/28/2017 Claim #2 filed by National Record Retrieval , LLC, Amount claimed: $58856.01 (SCX) |
|---|---|---|

*Description:*

*Remarks:*

---

*Creditor:*    (38023738)
LOS ANGELES COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES CA 90054-0110

**Claim No: 3**
*Original Filed Date:* 08/29/2017
*Original Entered Date:* 08/29/2017
*Last Amendment Filed:* 12/06/2017
*Last Amendment Entered:* 12/06/2017

*Status:*
*Filed by:* CR
*Entered by:* Oscar Estrada
*Modified:*

  Amount  claimed: $3674.04
  Secured claimed: $3674.04

*History:*

| Details | 3-1 | 08/29/2017 Claim #3 filed by LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, Amount claimed: $3208.00 (Estrada, Oscar) |
|---|---|---|
| Details | 3-2 | 12/06/2017 Amended Claim #3 filed by LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, Amount claimed: $3674.04 (Estrada, Oscar) |

*Description:* (3-1) 2017-40710915

*Remarks:*

*Creditor:*     (38025966)
Sprint Corp Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

**Claim No: 4**
*Original Filed Date*: 08/30/2017
*Original Entered Date*: 08/30/2017

*Status:*
*Filed by:* CR
*Entered by:* Aaron J Booton
*Modified:*

  Amount claimed: $10074.50

*History:*

| | | |
|---|---|---|
| Details | 4-1 | 08/30/2017 Claim #4 filed by Sprint Corp Correspondence, Amount claimed: $10074.50 (Booton, Aaron) |

*Description:* (4-1) Open account; pro-rated amount.
*Remarks:*


*Creditor:*     (38041795)
Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Claim No: 5**
*Original Filed Date*: 09/08/2017
*Original Entered Date*: 09/08/2017
*Last Amendment Filed:* 10/25/2022
*Last Amendment Entered:* 10/25/2022

*Status:*
*Filed by:* CR
*Entered by:* Timothy C Schakow
*Modified:*

  Amount  claimed: $0.00
  Secured claimed: $0.00
  Priority  claimed: $0.00

*History:*

| | | |
|---|---|---|
| Details | 5-1 | 09/08/2017 Claim #5 filed by Department of the Treasury, Amount claimed: $87697.78 (Schakow, Timothy) |
| Details | 5-2 | 10/25/2022 Amended Claim #5 filed by Department of the Treasury, Amount claimed: $0.00 (Schakow, Timothy) |

*Description:*
*Remarks:*


*Creditor:*     (38044859)
Wells Fargo Bank, National Association
c/o Jennifer Witherell Crastz
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

**Claim No: 6**
*Original Filed Date*: 09/08/2017
*Original Entered Date*: 09/08/2017

*Status:*
*Filed by:* CR
*Entered by:* Jennifer Witherell Crastz
*Modified:*

  Amount  claimed: $279894.44
  Secured claimed: $279894.44

*History:*

| | | |
|---|---|---|
| Details | 6-1 | 09/08/2017 Claim #6 filed by Wells Fargo Bank, National Association, Amount claimed: $279894.44 (Crastz, Jennifer) |

*Description:*
*Remarks:*


*Creditor:*     (38044859)
Wells Fargo Bank, National Association
c/o Jennifer Witherell Crastz
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

**Claim No: 7**
*Original Filed Date*: 09/08/2017
*Original Entered Date*: 09/08/2017

*Status:*
*Filed by:* CR
*Entered by:* Jennifer Witherell Crastz
*Modified:*

  Amount  claimed: $215878.77

*History:*

| | | |
|---|---|---|
| Details | 7-1 | 09/08/2017 Claim #7 filed by Wells Fargo Bank, National Association, Amount claimed: $215878.77 (Crastz, Jennifer) |

*Description:*
*Remarks:*

Secured claimed: $215878.77

*History:*

Details    7-1    09/08/2017 Claim #7 filed by Wells Fargo Bank, National Association, Amount claimed: $215878.77
(Crastz, Jennifer)

*Description:*

*Remarks:*

---

*Creditor:*    (38041795)        **Claim No: 8**        *Status:*
Department of the Treasury        *Original Filed Date:* 09/11/2017        *Filed by:* CR
Internal Revenue Service        *Original Entered Date:* 09/12/2017        *Entered by:* VSI
Centralized Insolvency Operation        *Modified:*
P.O. Box 7346
Philadelphia, PA 19101-7346

   Amount claimed: $47545.82

*History:*

Details    8-1    09/11/2017 Claim #8 filed by Department of the Treasury, Amount claimed: $47545.82 (VSI)

*Description:*

*Remarks:*

---

*Creditor:*    (38050176)        **Claim No: 9**        *Status:*
6 Harbor Park Drive        *Original Filed Date:* 09/13/2017        *Filed by:* CR
C/O Jeff Schwartz, COO        *Original Entered Date:* 09/13/2017        *Entered by:* AUTP
6 Harbor Park Dr        *Modified:*
Port Washington, NY 11050

   Amount claimed: $38318.00

*History:*

Details    9-1    09/13/2017 Claim #9 filed by 6 Harbor Park Drive, Amount claimed: $38318.00 (AUTP)

*Description:*

*Remarks:* (9-1) Account Number (last 4 digits):0167

---

*Creditor:*    (38057056)        **Claim No: 10**        *Status:* Withdraw 93
MKP Law Group        *Original Filed Date:* 09/15/2017        *Filed by:* CR
468 N. Camden Drive, Ste. 200        *Original Entered Date:* 09/15/2017        *Entered by:* AUTP
Beverly Hills, CA 90210        *Modified:*

   Amount claimed: $115000.00

*History:*

Details    10-1    09/15/2017 Claim #10 filed by MKP Law Group, Amount claimed: $115000.00 (AUTP)

       93    09/15/2017 Withdrawal of Claim(s): 10 (MKP Law Group) Status: Withdraw

*Description:*

*Remarks:*

---

*Creditor:*    (38058552)        **Claim No: 11**        *Status:*
Karoline St. George        *Original Filed Date:* 09/15/2017        *Filed by:* CR
MKP Law Group        *Original Entered Date:* 09/15/2017        *Entered by:* AUTP
468 N. Camden Dr., Ste. 200        *Modified:*
Beverly Hills, CA 90210

   Amount claimed: $115000.00

*History:*

Details    11-1    09/15/2017 Claim #11 filed by Karoline St. George, Amount claimed: $115000.00 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38064272) | **Claim No: 12** | *Status:* |
| ISSAC RYLIE CASAS | *Original Filed Date*: 09/18/2017 | *Filed by:* CR |
| PATRICIA CASAS FOR ISSAC RYLIE | *Original Entered Date*: 09/19/2017 | *Entered by:* SCX |
| CASAS | | *Modified:* |
| 847 CITRON LANE | | |
| SANTA PAULA CA 93060 | | |

 Amount claimed: $4999.00

*History:*

Details     12-1   09/18/2017 Claim #12 filed by ISSAC RYLIE CASAS, Amount claimed: $4999.00 (SCX)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38064342) | **Claim No: 13** | *Status:* |
| PATRICIA CASAS | *Original Filed Date*: 09/18/2017 | *Filed by:* CR |
| 847 CITRON LANE | *Original Entered Date*: 09/19/2017 | *Entered by:* SCX |
| SANTA PAULA CA 93060 | | *Modified:* |

 Amount claimed: $380000.00

*History:*

Details     13-1   09/18/2017 Claim #13 filed by PATRICIA CASAS, Amount claimed: $380000.00 (SCX)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38065618) | **Claim No: 14** | *Status:* |
| Susana Lopez | *Original Filed Date*: 09/18/2017 | *Filed by:* CR |
| 1273 N Quincy Ave | *Original Entered Date*: 09/20/2017 | *Entered by:* KC2 |
| Ogden Utah 84404 | | *Modified:* |

 Amount claimed: $19500.00

*History:*

Details     14-1   09/18/2017 Claim #14 filed by Susana Lopez, Amount claimed: $19500.00 (KC2)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38077285) | **Claim No: 15** | *Status:* |
| Kaila Gibson | *Original Filed Date*: 09/26/2017 | *Filed by:* CR |
| 360 E. 1st Street #281 | *Original Entered Date*: 09/26/2017 | *Entered by:* AUTP |
| Tustin, CA 92780 | | *Modified:* |

 Amount claimed: $1548.61
 Priority  claimed: $1540.61

*History:*

Details     15-1   09/26/2017 Claim #15 filed by Kaila Gibson, Amount claimed: $1548.61 (AUTP)

*Description:*

*Remarks:* (15-1) Account Number (last 4 digits):2598

| | | |
|---|---|---|
| *Creditor:*    (38081782)   History | **Claim No: 16** | *Status:* |
| Maurizio Bertoldi | *Original Filed Date*: 09/28/2017 | *Filed by:* CR |
| 2014 W. West Wind | *Original Entered Date*: 09/28/2017 | *Entered by:* SM |
| Santa Ana, CA 92704 | | *Modified:* |

*History:*

Details     16-1   09/28/2017 Claim #16 filed by Maurizio Bertoldi, Amount claimed: $10000.00 (SM)

*Description:* (16-1) Settlement monies

*Remarks:*

Amount claimed: $10000.00

*History:*

Details     16-1   09/28/2017 Claim #16 filed by Maurizio Bertoldi, Amount claimed: $10000.00 (SM)

*Description:* (16-1) Settlement monies

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38092898) | **Claim No: 17** | *Status:* |
| Toll Creek Owners Association Inc | *Original Filed Date*: 10/02/2017 | *Filed by:* CR |
| c/o Jacob Watterson | *Original Entered Date*: 10/03/2017 | *Entered by:* OV |
| 130 South Main Ste 200 | | *Modified:* |
| PO Box 525 | | |
| Logan UT 84323 | | |

 Amount  claimed: $639.11

 Secured claimed: $639.11

*History:*

Details     17-1   10/02/2017 Claim #17 filed by Toll Creek Owners Association Inc, Amount claimed: $639.11 (OV)

*Description:* (17-1) Unpaid Assessment lien

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38092898) | **Claim No: 18** | *Status:* |
| Toll Creek Owners Association Inc | *Original Filed Date*: 10/02/2017 | *Filed by:* CR |
| c/o Jacob Watterson | *Original Entered Date*: 10/03/2017 | *Entered by:* OV |
| 130 South Main Ste 200 | | *Modified:* |
| PO Box 525 | | |
| Logan UT 84323 | | |

 Amount  claimed: $2116.97

 Secured claimed: $2116.97

*History:*

Details     18-1   10/02/2017 Claim #18 filed by Toll Creek Owners Association Inc, Amount claimed: $2116.97 (OV)

*Description:* (18-1) Unpaid Assessment lien

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38092898) | **Claim No: 19** | *Status:* |
| Toll Creek Owners Association Inc | *Original Filed Date*: 10/02/2017 | *Filed by:* CR |
| c/o Jacob Watterson | *Original Entered Date*: 10/03/2017 | *Entered by:* OV |
| 130 South Main Ste 200 | | *Modified:* |
| PO Box 525 | | |
| Logan UT 84323 | | |

 Amount  claimed: $966.20

 Secured claimed: $966.20

*History:*

Details     19-1   10/02/2017 Claim #19 filed by Toll Creek Owners Association Inc, Amount claimed: $966.20 (OV)

*Description:* (19-1) Unpaid Assessment lien

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (38092898) | **Claim No: 20** | *Status:* |
| Toll Creek Owners Association Inc | *Original Filed Date*: 10/02/2017 | *Filed by:* CR |
| c/o Jacob Watterson | | |

*History:*

Details     20-1   10/02/2017 Claim #20 filed by Toll Creek Owners Association Inc, Amount claimed: $1204.24 (OV)

*Description:* (20-1) Unpaid Assessment lien

*Remarks:*

130 South Main Ste 200
PO Box 525
Logan UT 84323

*Original Entered Date*: 10/03/2017    *Entered by:* OV
                                        *Modified:*

  Amount  claimed: $1204.24

  Secured claimed: $1204.24

*History:*

<u>Details</u>    <u>20-1</u>    10/02/2017 Claim #20 filed by Toll Creek Owners Association Inc, Amount claimed: $1204.24 (OV)

*Description:* (20-1) Unpaid Assessment lien

*Remarks:*

---

*Creditor:*    (38109054)              **Claim No: 21**         *Status:*
Irma D Charles                          *Original Filed Date*: 10/10/2017    *Filed by:* CR
2538 1/2 E 126th St                     *Original Entered Date*: 10/12/2017   *Entered by:* OV
Compton CA 90222                                                              *Modified:*

  Amount claimed: $19640.73

*History:*

<u>Details</u>    <u>21-1</u>    10/10/2017 Claim #21 filed by Irma D Charles, Amount claimed: $19640.73 (OV)

*Description:*

*Remarks:*

---

*Creditor:*    (38113882)              **Claim No: 22**         *Status:*
Antonia Torres                          *Original Filed Date*: 10/13/2017    *Filed by:* CR
10023 Mallow Dr                         *Original Entered Date*: 10/16/2017   *Entered by:* OV
Moreno Valley CA 92557                                                        *Modified:*

  Amount claimed: $20000.00

*History:*

<u>Details</u>    <u>22-1</u>    10/13/2017 Claim #22 filed by Antonia Torres, Amount claimed: $20000.00 (OV)

*Description:* (22-1) Service performed

*Remarks:*

---

*Creditor:*    (38127508)              **Claim No: 23**         *Status:*
Veritext Corp                           *Original Filed Date*: 10/20/2017    *Filed by:* CR
290 West Mt. Pleasant Ave. Suite 2260   *Original Entered Date*: 10/23/2017   *Entered by:* VF
Livingston NJ 07039                                                          *Modified:*

  Amount claimed: $325475.47

*History:*

<u>Details</u>    <u>23-1</u>    10/20/2017 Claim #23 filed by Veritext Corp, Amount claimed: $325475.47 (VF)

*Description:*

*Remarks:*

---

*Creditor:*    (38130290)              **Claim No: 24**         *Status:*
John Finton                             *Original Filed Date*: 10/24/2017    *Filed by:* CR
LAW OFFICES OF MOSES S. BARDAVID        *Original Entered Date*: 10/24/2017   *Entered by:* AUTP
16177 Ventura Boulevard, #700                                                *Modified:*
Encino, CA 91436

  Amount claimed: $10000000.00

*History:*

<u>Details</u>    <u>24-1</u>    10/24/2017 Claim #24 filed by John Finton, Amount claimed: $10000000.00 (AUTP)

*Description:*

*Remarks:* (24-1) Filer Comment: Claim for malpractice (Unliquidated)

*Creditor:*        (38136431)
Roberta Jacobs
1041 N La Jolla Ave
West Hollywood CA 90046

  Amount claimed: $25065.00

**Claim No: 25**
*Original Filed Date:* 10/26/2017
*Original Entered Date*: 10/26/2017

*Status:* Withdraw 191
*Filed by:* CR
*Entered by:* OV
*Modified:*

*History:*

Details    25-1   10/26/2017 Claim #25 filed by Roberta Jacobs, Amount claimed: $25065.00 (OV)

        191   01/03/2018 Withdrawal of Claim(s): 25 Filed by Creditor Roberta Jacobs . (Arias, Jose) Status: Withdraw

*Description:* (25-1) settlement proceeds received in trust creditor
*Remarks:*

---

*Creditor:*        (38141688)
Claudia Eskenazi
Ronald B Cohen
4109 Aleman Dr
Tarzana CA 91356

  Amount claimed: $100000.00

**Claim No: 26**
*Original Filed Date:* 10/27/2017
*Original Entered Date*: 10/30/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

*History:*

Details    26-1   10/27/2017 Claim #26 filed by Claudia Eskenazi, Amount claimed: $100000.00 (OV)

*Description:* (26-1) Settlement not paid
*Remarks:*

---

*Creditor:*        (38144145)
Raines Feldman LLP
Attn: Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

  Amount claimed: $60670.88

**Claim No: 27**
*Original Filed Date:* 10/31/2017
*Original Entered Date*: 10/31/2017

*Status:*
*Filed by:* CR
*Entered by:* Hamid R Rafatjoo
*Modified:*

*History:*

Details    27-1   10/31/2017 Claim #27 filed by Raines Feldman LLP, Amount claimed: $60670.88 (Rafatjoo, Hamid)

*Description:*
*Remarks:*

---

*Creditor:*        (38196475)
C&C Factoring Solutions
6060 W Manchester Avenue Suite 207
Los Angeles, CA 90045

  Amount claimed: $12500.00

**Claim No: 28**
*Original Filed Date:* 11/17/2017
*Original Entered Date*: 11/27/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

*History:*

Details    28-1   11/17/2017 Claim #28 filed by C&C Factoring Solutions, Amount claimed: $12500.00 (OV)

*Description:* (28-1) Medical services performed due to personal injury on 05/06/16
*Remarks:*

---

*Creditor:*        (38218167)   History
County of Orange
P.O. Box 4515
Santa Ana CA 92702-4515

  Amount  claimed: $3744.61

**Claim No: 29**
*Original Filed Date:* 12/06/2017
*Original Entered Date*: 12/06/2017

*Status:*
*Filed by:* CR
*Entered by:* David Scallon
*Modified:*

*History:*

Details    29-1   12/06/2017 Claim #29 filed by County of Orange, Amount claimed: $3744.61 (Scallon, David)

*Description:* (29-1) Pre-Petition for 2017 tax year
*Remarks:* (29-1) Bk#1700105

Secured claimed:        $0.00
Priority   claimed: $3744.61

*History:*

[Details]    [29-1]   12/06/2017 Claim #29 filed by County of Orange, Amount claimed: $3744.61 (Scallon, David)

*Description:* (29-1) Pre-Petition for 2017 tax year

*Remarks:* (29-1) Bk#1700105


| | | |
|---|---|---|
| *Creditor:*        (38222086) | **Claim No: 30** | *Status:* |
| SOLEMON HAKIMI, MD | *Original Filed Date*: 12/07/2017 | *Filed by:* CR |
| 1140 S. ROBERTSON BLVD #3 | *Original Entered Date*: 12/08/2017 | *Entered by:* JA |
| LOS ANGELES, CA 90035 | | *Modified:* |

*No amounts claimed*

*History:*

[Details]    [30-1]   12/07/2017 Claim #30 filed by SOLEMON HAKIMI, MD, Amount claimed: (JA)

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*        (38222096) | **Claim No: 31** | *Status:* |
| Frank Panoussi, D.C. | *Original Filed Date*: 12/07/2017 | *Filed by:* CR |
| 38344 30th St East | *Original Entered Date*: 12/08/2017 | *Entered by:* JA |
| Palmdale, CA 93550 | | *Modified:* |

 Amount claimed: $1635.00

*History:*

[Details]    [31-1]   12/07/2017 Claim #31 filed by Frank Panoussi, D.C., Amount claimed: $1635.00 (JA)

*Description:* (31-1) personal injury lien for treatment to patient

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*        (38222135) | **Claim No: 32** | *Status:* |
| NDS | *Original Filed Date*: 12/07/2017 | *Filed by:* CR |
| PO BOX 61002 | *Original Entered Date*: 12/08/2017 | *Entered by:* JA |
| Anaheim, CA 92803 | | *Modified:* |

 Amount claimed: $257.00

*History:*

[Details]    [32-1]   12/07/2017 Claim #32 filed by NDS, Amount claimed: $257.00 (JA)

*Description:* (32-1) services provided

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*        (38222152) | **Claim No: 33** | *Status:* |
| David W Martin | *Original Filed Date*: 12/07/2017 | *Filed by:* CR |
| POB 3283 | *Original Entered Date*: 12/08/2017 | *Entered by:* JA |
| Rancho Cucamonga, CA 91729 | | *Modified:* |

 Amount claimed: $1000.00

*History:*

[Details]    [33-1]   12/07/2017 Claim #33 filed by David W Martin, Amount claimed: $1000.00 (JA)

*Description:* (33-1) health care

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38222153) [History](#) | **Claim No: 34** | *Status:* |
| Phillip E. Scott | *Original Filed Date*: 12/07/2017 | *Filed by*: CR |
| 32302 Alipaz #245 | *Original Entered Date*: 12/08/2017 | *Entered by*: JA |
| San Juan Capistrano, CA 92675 | | *Modified:* |

  Amount claimed: $5000.00

*History:*

[Details](#)    [34-1](#)    12/07/2017 Claim #34 filed by Phillip E. Scott, Amount claimed: $5000.00 (JA)

*Description:* (34-1) head injury

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38222166) | **Claim No: 35** | *Status:* |
| F. David Rudnick, M.D. A Medical Corp | *Original Filed Date*: 12/07/2017 | *Filed by*: CR |
| 501 Santa Monica Bl #509 | *Original Entered Date*: 12/08/2017 | *Entered by*: JA |
| Santa Monica, CA 90401 | | *Modified:* |

  Amount claimed: $2100.00

*History:*

[Details](#)    [35-1](#)    12/07/2017 Claim #35 filed by F. David Rudnick, M.D. A Medical Corp, Amount claimed: $2100.00 (JA)

*Description:* (35-1) psychiatric expert witness services

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38226682) | **Claim No: 36** | *Status:* |
| Gilbert Tanap | *Original Filed Date*: 12/12/2017 | *Filed by*: CR |
| c/o Michael D. Waks | *Original Entered Date*: 12/12/2017 | *Entered by*: SM |
| 300 E. San Antonio Dr. | | *Modified:* |
| Long Beach, CA 90807 | | |

  Amount claimed: $88847.33

*History:*

[Details](#)    [36-1](#)    12/12/2017 Claim #36 filed by Gilbert Tanap, Amount claimed: $88847.33 (SM)

*Description:* (36-1) Personal Injury Settlement

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38226685) | **Claim No: 37** | *Status:* |
| Michael D. Waks | *Original Filed Date*: 12/12/2017 | *Filed by*: CR |
| 300 E. San Antonio Dr. | *Original Entered Date*: 12/12/2017 | *Entered by*: SM |
| Long Beach, CA 90807 | | *Modified:* |

  Amount claimed: $48730.69

*History:*

[Details](#)    [37-1](#)    12/12/2017 Claim #37 filed by Michael D. Waks, Amount claimed: $48730.69 (SM)

*Description:* (37-1) Settlement Proceeds

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38226700) | **Claim No: 38** | *Status:* |
| Ramiro Hurtado | *Original Filed Date*: 12/11/2017 | *Filed by*: CR |
| 2440 N Ditman Ave | *Original Entered Date*: 12/12/2017 | *Entered by*: OV |
| Los Angeles CA 90032 | | *Modified:* |

  Amount claimed: $4000.00

*History:*

[Details](#)    [38-1](#)    12/11/2017 Claim #38 filed by Ramiro Hurtado, Amount claimed: $4000.00 (OV)

*Description:* (38-1) Personal injury case

*Remarks:*

*Creditor:*     (38227396)     **Claim No: 39**     *Status:*
Cathleen Couchois     *Original Filed Date:* 12/06/2017     *Filed by:* CR
3309 Virginia Ave     *Original Entered Date*: 12/12/2017     *Entered by:* OV
Santa Monica CA 90404     *Modified:*

   Amount claimed: $69000.00

*History:*

| Details | 39-1 | 12/06/2017 Claim #39 filed by Cathleen Couchois, Amount claimed: $69000.00 (OV) |

*Description:*

*Remarks:*

---

*Creditor:*     (38227658)     **Claim No: 40**     *Status:*
Michael Haiby     *Original Filed Date:* 12/11/2017     *Filed by:* CR
19425 Soledad Cyn Rd Ste 252     *Original Entered Date*: 12/12/2017     *Entered by:* OV
Santa Clarita CA 91351     *Modified:*

   Amount claimed: $2998.75

*History:*

| Details | 40-1 | 12/11/2017 Claim #40 filed by Michael Haiby, Amount claimed: $2998.75 (OV) |

*Description:*

*Remarks:*

---

*Creditor:*     (38227736)     **Claim No: 41**     *Status:*
The Sullivan Group of Court Reporters     *Original Filed Date:* 12/11/2017     *Filed by:* CR
4802 E 2nd St Ste 3     *Original Entered Date*: 12/12/2017     *Entered by:* OV
Long Beach CA 90803     *Modified:*

   Amount claimed: $705.60

*History:*

| Details | 41-1 | 12/11/2017 Claim #41 filed by The Sullivan Group of Court Reporters, Amount claimed: $705.60 (OV) |

*Description:* (41-1) Court reporting services rendered

*Remarks:*

---

*Creditor:*     (38228500)     **Claim No: 42**     *Status:*
Orbie Troy Davis     *Original Filed Date:* 12/11/2017     *Filed by:* CR
321 N Mall Dr Ste H-102     *Original Entered Date*: 12/13/2017     *Entered by:* OV
St George UT 84790     *Modified:*

   Amount claimed: $1475.00

*History:*

| Details | 42-1 | 12/11/2017 Claim #42 filed by Orbie Troy Davis, Amount claimed: $1475.00 (OV) |

*Description:* (42-1) Chiropractic services for client of this law firm

*Remarks:*

---

*Creditor:*     (38228796)     **Claim No: 43**     *Status:*
Transportation Corridor Agencies     *Original Filed Date:* 12/11/2017     *Filed by:* CR
125 Pacifica Ste 100     *Original Entered Date*: 12/13/2017     *Entered by:* OV
Irvine CA 92618     *Modified:*

   Amount claimed: $615.39

   Priority  claimed: $615.39

*History:*

| Details | 43-1 | 12/11/2017 Claim #43 filed by Transportation Corridor Agencies, Amount claimed: $615.39 (OV) |

*Description:* (43-1) Toll Evasion Penalties

*Remarks:*

*Creditor:*        (38228951)  
Graham Chiropractic  
Dr Chester Graham  
3900 Pelandale #125  
Modesto CA 95356

**Claim No: 44**  
*Original Filed Date*: 12/11/2017  
*Original Entered Date*: 12/13/2017

*Status:*  
*Filed by:* CR  
*Entered by:* SCX  
*Modified:*

  Amount  claimed: $3760.00

  Secured claimed: $3760.00

*History:*

  Details        44-1   12/11/2017 Claim #44 filed by Graham Chiropractic, Amount claimed: $3760.00 (SCX)

*Description:*

*Remarks:*

---

*Creditor:*        (38228967)  
Whittier Spine Center  
PO Box 1108  
Hutto TX 78634

**Claim No: 45**  
*Original Filed Date*: 12/11/2017  
*Original Entered Date*: 12/13/2017

*Status:*  
*Filed by:* CR  
*Entered by:* OV  
*Modified:*

  Amount claimed: $2594.00

*History:*

  Details        45-1   12/11/2017 Claim #45 filed by Whittier Spine Center, Amount claimed: $2594.00 (OV)

*Description:* (45-1) Personal injuty lien

*Remarks:*

---

*Creditor:*        (38229006)  
Hamden Injury Rehab Center  
1700 Dixwell Ave  
Hamden CT 06514

**Claim No: 46**  
*Original Filed Date*: 12/11/2017  
*Original Entered Date*: 12/13/2017

*Status:*  
*Filed by:* CR  
*Entered by:* VSI  
*Modified:*

  Amount claimed: $1878.75

*History:*

  Details        46-1   12/11/2017 Claim #46 filed by Hamden Injury Rehab Center, Amount claimed: $1878.75 (VSI)

*Description:*

*Remarks:*

---

*Creditor:*        (38229077)  
Carolyn Hacobian  
Asbet A Issakhanian Esq  
440 Western Ave Suite 205  
Glendale CA 91201

**Claim No: 47**  
*Original Filed Date*: 12/11/2017  
*Original Entered Date*: 12/13/2017

*Status:*  
*Filed by:* CR  
*Entered by:* OV  
*Modified:*

  Amount claimed: $50000.00

*History:*

  Details        47-1   12/11/2017 Claim #47 filed by Carolyn Hacobian, Amount claimed: $50000.00 (OV)

*Description:* (47-1) Representation in Personal injury claim

*Remarks:*

---

*Creditor:*        (38229119)  
Topmark Floor & Design  
1490 Munchkin Rd #105B  
Park City UT 84060

**Claim No: 48**  
*Original Filed Date*: 12/11/2017  
*Original Entered Date*: 12/13/2017

*Status:*  
*Filed by:* CR  
*Entered by:* OV  
*Modified:*

*History:*

  Details        48-1   12/11/2017 Claim #48 filed by Topmark Floor & Design, Amount claimed: $2001.14 (OV)

*Description:* (48-1) Product sold and services performed

*Remarks:*

Amount claimed: $2001.14

*History:*

Details     48-1   12/11/2017 Claim #48 filed by Topmark Floor & Design, Amount claimed: $2001.14 (OV)

*Description:* (48-1) Product sold and services performed

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38229225) | **Claim No: 49** | *Status:* |
| Yvonne De La Paz | *Original Filed Date*: 12/11/2017 | *Filed by:* CR |
| 31111 Via Sonora | *Original Entered Date*: 12/13/2017 | *Entered by:* OV |
| San Juan Capistrano CA 92675 | | *Modified:* |

Amount claimed: $10000.00

*History:*

Details     49-1   12/11/2017 Claim #49 filed by Yvonne De La Paz, Amount claimed: $10000.00 (OV)

*Description:* (49-1) Personal injury settlement (injury)

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38229240) | **Claim No: 50** | *Status:* |
| David Iwamoto | *Original Filed Date*: 12/11/2017 | *Filed by:* CR |
| 21022 Anza Ave Apt 211 | *Original Entered Date*: 12/13/2017 | *Entered by:* OV |
| Torrance CA 90503 | | *Modified:* |

Amount claimed: $10000.00

*History:*

Details     50-1   12/11/2017 Claim #50 filed by David Iwamoto, Amount claimed: $10000.00 (OV)

*Description:* (50-1) Personal injury claim that was never paid to me

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38230098) | **Claim No: 51** | *Status:* |
| Price Chiropractic Inc | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 471 Ainsley Ave | *Original Entered Date*: 12/13/2017 | *Entered by:* OV |
| Yuba City CA 95991 | | *Modified:* |

Amount claimed: $2110.00

*History:*

Details     51-1   12/12/2017 Claim #51 filed by Price Chiropractic Inc, Amount claimed: $2110.00 (OV)

*Description:* (51-1) Personal injury

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38230283) | **Claim No: 52** | *Status:* |
| NAKITA RAY SMITH | *Original Filed Date*: 12/13/2017 | *Filed by:* CR |
| 306 CAROLINA AVE | *Original Entered Date*: 12/14/2017 | *Entered by:* SCX |
| TARBORO NC 27886 | | *Modified:* |

Amount claimed: $10000.00

*History:*

Details     52-1   12/13/2017 Claim #52 filed by NAKITA RAY SMITH, Amount claimed: $10000.00 (SCX)

*Description:*

*Remarks:*

*Creditor:*        (38230285)
STEPHEN H BARKOW MD INC
26902 OSO PARKWAY #120
MISSION VIEJO CA 92691

**Claim No: 53**
*Original Filed Date*: 12/13/2017
*Original Entered Date*: 12/14/2017

*Status:*
*Filed by:* CR
*Entered by:* SCX
*Modified:*

  Amount claimed: $6350.00

*History:*

Details        53-1    12/13/2017 Claim #53 filed by STEPHEN H BARKOW MD INC, Amount claimed: $6350.00 (SCX)

*Description:*
*Remarks:*


*Creditor:*        (38230418)
Westpoint Physical Therapy Center Inc
1115 W Ave M14
Palmdale CA 93557

**Claim No: 54**
*Original Filed Date*: 12/12/2017
*Original Entered Date*: 12/14/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

  Amount claimed: $1403.00

*History:*

Details        54-1    12/12/2017 Claim #54 filed by Westpoint Physical Therapy Center Inc, Amount claimed: $1403.00 (OV)

*Description:* (54-1) Services performed on a personal injury case. We are lien holders.
*Remarks:*


*Creditor:*        (38230772)
Gary Tachobanian
2950 Los Feliz Blvd #201
Los Angeles CA 90039

**Claim No: 55**
*Original Filed Date*: 12/12/2017
*Original Entered Date*: 12/14/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:* 12/14/2017

  Amount claimed: $3125.00

*History:*

Details        55-1    12/12/2017 Claim #55 filed by Gary Tachobanian, Amount claimed: $3125.00 (OV)

*Description:* (55-1) Personal Injury Billing
*Remarks:*


*Creditor:*        (38230802)
Universal Imaging Center
616 E Alvarado St Ste E
Fallbrook CA 92028

**Claim No: 56**
*Original Filed Date*: 12/12/2017
*Original Entered Date*: 12/14/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

  Amount claimed: $3917.00

*History:*

Details        56-1    12/12/2017 Claim #56 filed by Universal Imaging Center, Amount claimed: $3917.00 (OV)

*Description:* (56-1) Diagnostic Services
*Remarks:*


*Creditor:*        (38230809)
Rachel Martinez
5339 Mitchell Ave
Riverside CA 92505

**Claim No: 57**
*Original Filed Date*: 12/12/2017
*Original Entered Date*: 12/14/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

  Amount claimed: $13000.00

*History:*

Details        57-1    12/12/2017 Claim #57 filed by Rachel Martinez, Amount claimed: $13000.00 (OV)

*Description:* (57-1) Personal injury
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38231097) | **Claim No: 58** | *Status:* |
| Personal Court Reporters | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 14520 Sylvan St | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| Van Nuys CA 91411 | | *Modified:* |

  Amount claimed: $27790.76

*History:*

Details    58-1  12/12/2017 Claim #58 filed by Personal Court Reporters, Amount claimed: $27790.76 (OV)

*Description:* (58-1) Services performed and goods provided

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38231098) | **Claim No: 59** | *Status:* |
| Access Multilingual Services Inc | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 11041 Santa Monica Blvd #813 | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| Los Angeles CA 90025 | | *Modified:* |

  Amount claimed: $792.40

*History:*

Details    59-1  12/12/2017 Claim #59 filed by Access Multilingual Services Inc, Amount claimed: $792.40 (OV)

*Description:* (59-1) 5.75 hours Spanish interpreting services

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38231103) | **Claim No: 60** | *Status:* |
| Cynthia L Chabay, M.D. | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| 11645 Wilshire Blvd Ste 1100 | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| Los Angeles CA 90025 | | *Modified:* |

  Amount  claimed: $1575.00

  Secured claimed: $1575.00

*History:*

Details    60-1  12/12/2017 Claim #60 filed by Cynthia L Chabay, M.D., Amount claimed: $1575.00 (OV)

*Description:* (60-1) Medical services - personal injury cases

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38231121) | **Claim No: 61** | *Status:* |
| Nga Phung, entity | *Original Filed Date*: 12/12/2017 | *Filed by:* CR |
| Huong Phung | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| 412 N Valley St #3 | | *Modified:* |
| Anaheim CA 92801 | | |
| No amounts claimed | | |

*History:*

Details    61-1  12/12/2017 Claim #61 filed by Nga Phung, entity, Amount claimed: (OV)

*Description:*

*Remarks:* (61-1) No amount stated on form.

| | | |
|---|---|---|
| *Creditor:* (38231186) | **Claim No: 62** | *Status:* |
| Ann Brabant | *Original Filed Date*: 12/13/2017 | *Filed by:* CR |
| 503 Olympic Blvd | *Original Entered Date*: 12/14/2017 | *Entered by:* OV |
| Santa Monica CA 90401 | | *Modified:* |
| No amounts claimed | | |

*History:*

Details    62-1  12/13/2017 Claim #62 filed by Ann Brabant, Amount claimed: (OV)

*Description:*

*Remarks:* (62-1) No amount stated on claim form.

| | | |
|---|---|---|
| *Creditor:* (38230418) | **Claim No: 63** | *Status:* |
| Westpoint Physical Therapy Center Inc | *Original Filed Date:* 12/13/2017 | *Filed by:* CR |
| 1115 W Ave M14 | *Original Entered Date:* 12/14/2017 | *Entered by:* OV |
| Palmdale CA 93557 | | *Modified:* |

Amount claimed: $3613.00

*History:*

Details    63-1   12/13/2017 Claim #63 filed by Westpoint Physical Therapy Center Inc, Amount claimed: $3613.00 (OV)

*Description:* (63-1) We are lien holders for a personal injury case of Robert Marmolejo.

*Remarks:*


| | | |
|---|---|---|
| *Creditor:* (38231712) | **Claim No: 64** | *Status:* |
| Steuber Corporation | *Original Filed Date:* 12/13/2017 | *Filed by:* CR |
| 20425 S Susana Rd | *Original Entered Date:* 12/14/2017 | *Entered by:* OV |
| Long Beach CA 90810 | | *Modified:* |

Amount claimed: $8155.41

*History:*

Details    64-1   12/13/2017 Claim #64 filed by Steuber Corporation, Amount claimed: $8155.41 (OV)

*Description:* (64-1) coffee, cups, tea, coffee & water & ice making equipment

*Remarks:*


| | | |
|---|---|---|
| *Creditor:* (38231713) | **Claim No: 65** | *Status:* |
| Kathy Townsend Court Reporters | *Original Filed Date:* 12/13/2017 | *Filed by:* CR |
| 110 12th Street NW | *Original Entered Date:* 12/14/2017 | *Entered by:* OV |
| Albuquerque NM 87102 | | *Modified:* |

Amount claimed: $2058.79

*History:*

Details    65-1   12/13/2017 Claim #65 filed by Kathy Townsend Court Reporters, Amount claimed: $2058.79 (OV)

*Description:* (65-1) Services performed - court reporting

*Remarks:*


| | | |
|---|---|---|
| *Creditor:* (38232301) | **Claim No: 66** | *Status:* |
| Cosmeticare | *Original Filed Date:* 12/14/2017 | *Filed by:* CR |
| 1101 Bayside Dr #101 | *Original Entered Date:* 12/15/2017 | *Entered by:* VSI |
| Corona Del Mar CA 92625 | | *Modified:* |

Amount claimed: $1500.00

*History:*

Details    66-1   12/14/2017 Claim #66 filed by Cosmeticare, Amount claimed: $1500.00 (VSI)

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:* (38232301) | **Claim No: 67** | *Status:* |
| Cosmeticare | *Original Filed Date:* 12/14/2017 | *Filed by:* CR |
| 1101 Bayside Dr #101 | *Original Entered Date:* 12/15/2017 | *Entered by:* VSI |
| Corona Del Mar CA 92625 | | *Modified:* |

Amount claimed: $1500.00

*History:*

Details    67-1   12/14/2017 Claim #67 filed by Cosmeticare, Amount claimed: $1500.00 (VSI)

*Description:*

*Remarks:*

*Creditor:*      (38232301)          **Claim No: 68**          *Status:*
Cosmeticare                          *Original Filed Date*: 12/14/2017      *Filed by:* CR
1101 Bayside Dr #101                 *Original Entered Date*: 12/15/2017    *Entered by:* VSI
Corona Del Mar CA 92625                                                     *Modified:*

  Amount claimed: $1500.00

*History:*

  Details      68-1   12/14/2017 Claim #68 filed by Cosmeticare, Amount claimed: $1500.00 (VSI)

*Description:*
*Remarks:*


*Creditor:*      (38232452)          **Claim No: 69**          *Status:*
Ada Zelaya                           *Original Filed Date*: 12/14/2017      *Filed by:* CR
3875 E Ashlan Ave                    *Original Entered Date*: 12/15/2017    *Entered by:* VSI
Fresno CA 93726-3623                                                        *Modified:*

  Amount claimed: $9508.25

*History:*

  Details      69-1   12/14/2017 Claim #69 filed by Ada Zelaya, Amount claimed: $9508.25 (VSI)

*Description:*
*Remarks:*


*Creditor:*      (38232456)   History    **Claim No: 70**          *Status:*
Mitchell Tyler Middleton             *Original Filed Date*: 12/13/2017      *Filed by:* CR
PO Box 3542                          *Original Entered Date*: 12/15/2017    *Entered by:* OV
Big Bear Lake CA 92315                                                      *Modified:*

  Amount claimed: $450414.96

*History:*

  Details      70-1   12/13/2017 Claim #70 filed by Mitchell Tyler Middleton, Amount claimed: $450414.96 (OV)

*Description:* (70-1) Personal injury settlement
*Remarks:*


*Creditor:*      (38232459)          **Claim No: 71**          *Status:*
Method Technologies, Inc.            *Original Filed Date*: 12/14/2017      *Filed by:* CR
10805 Holder Street, Suite 100       *Original Entered Date*: 12/15/2017    *Entered by:* JA
Cypress, CA 90630                                                           *Modified:* 12/15/2017

  Amount claimed: $1795.24

*History:*

  Details      71-1   12/14/2017 Claim #71 filed by Method Technologies, Inc., Amount claimed: $1795.24 (JA)

*Description:* (71-1) recovery services
*Remarks:*


*Creditor:*      (38232477)          **Claim No: 72**          *Status:*
Benjamin E. Hernandez                *Original Filed Date*: 12/14/2017      *Filed by:* CR
65 Washington St #184                *Original Entered Date*: 12/15/2017    *Entered by:* JA
Santa Clara, CA 95050                                                      *Modified:*

  Amount  claimed: $15000.00

  Secured claimed: $15000.00

  Priority   claimed: $15000.00

*History:*

  Details      72-1   12/14/2017 Claim #72 filed by Benjamin E. Hernandez, Amount claimed: $15000.00 (JA)

*Description:* (72-1) personal injury
*Remarks:*

| *Creditor:* (38232480) | **Claim No: 73** | *Status:* |
|---|---|---|
| Nationwide Legal, LLC | *Original Filed Date:* 12/14/2017 | *Filed by:* CR |
| c/o Allen Hyman, Esq. | *Original Entered Date:* 12/15/2017 | *Entered by:* JA |
| 10737 Riverside Drive | | *Modified:* |
| North Hollywood, CA 91602 | | |

 Amount claimed: $83530.02

*History:*

<u>Details</u>      <u>73-1</u>   12/14/2017 Claim #73 filed by Nationwide Legal, LLC, Amount claimed: $83530.02 (JA)

*Description:* (73-1) services performed and funds advanced

*Remarks:*


| *Creditor:* (38232903) | **Claim No: 74** | *Status:* |
|---|---|---|
| Atkinson-Baker, Inc. | *Original Filed Date:* 12/15/2017 | *Filed by:* CR |
| 500 N. Brand Blvd., Third Floor | *Original Entered Date:* 12/15/2017 | *Entered by:* James W Bates |
| Glendale, California 91203 | | *Modified:* |

 Amount claimed: $4578.95

*History:*

<u>Details</u>      <u>74-1</u>   12/15/2017 Claim #74 filed by Atkinson-Baker, Inc., Amount claimed: $4578.95 (Bates, James)

*Description:*

*Remarks:*


| *Creditor:* (38235671) | **Claim No: 75** | *Status:* |
|---|---|---|
| Chiropractic Fitness PLLC | *Original Filed Date:* 12/15/2017 | *Filed by:* CR |
| 8316 Pheville-Matthews Rd Ste #806 | *Original Entered Date:* 12/18/2017 | *Entered by:* OV |
| Charlotte NC 28226 | | *Modified:* |

 Amount claimed: $805.00

*History:*

<u>Details</u>      <u>75-1</u>   12/15/2017 Claim #75 filed by Chiropractic Fitness PLLC, Amount claimed: $805.00 (OV)

*Description:*

*Remarks:*


| *Creditor:* (38235806) | **Claim No: 76** | *Status:* |
|---|---|---|
| Kamryn Whitney Court Reporting | *Original Filed Date:* 12/15/2017 | *Filed by:* CR |
| 2151 Michelson Dr #282 | *Original Entered Date:* 12/18/2017 | *Entered by:* OV |
| Irvine CA 92612 | | *Modified:* |

 Amount claimed: $23077.28

*History:*

<u>Details</u>      <u>76-1</u>   12/15/2017 Claim #76 filed by Kamryn Whitney Court Reporting, Amount claimed: $23077.28 (OV)

*Description:* (76-1) Trial, Transcripts

*Remarks:*


| *Creditor:* (38238636) | **Claim No: 77** | *Status:* |
|---|---|---|
| Gene Charles Roland M.D. | *Original Filed Date:* 12/18/2017 | *Filed by:* CR |
| 3200 Fourth Ave #100 | *Original Entered Date:* 12/19/2017 | *Entered by:* OV |
| San Diego CA 92103 | | *Modified:* |

 Amount claimed: $1805.00

*History:*

<u>Details</u>      <u>77-1</u>   12/18/2017 Claim #77 filed by Gene Charles Roland M.D., Amount claimed: $1805.00 (OV)

*Description:* (77-1) Personal injury claim

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38238664) | **Claim No: 78** | *Status:* |
| Brandi Posey | *Original Filed Date:* 12/18/2017 | *Filed by:* CR |
| 2800 W 141 Pl #5 | *Original Entered Date:* 12/19/2017 | *Entered by:* OV |
| Gardena CA 90249 | | *Modified:* |

  Amount claimed: $3500.00

*History:*

Details      78-1   12/18/2017 Claim #78 filed by Brandi Posey, Amount claimed: $3500.00 (OV)

*Description:* (78-1) Personal injury

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*    (38239940) | **Claim No: 79** | *Status:* |
| Thomson Reuters | *Original Filed Date:* 12/18/2017 | *Filed by:* CR |
| Thomson Reuters-Legal | *Original Entered Date:* 12/20/2017 | *Entered by:* OV |
| 610 Opperman Drive | | *Modified:* |
| Eagan MN 55123 | | |

  Amount claimed: $83051.31

*History:*

Details      79-1   12/18/2017 Claim #79 filed by Thomson Reuters, Amount claimed: $83051.31 (OV)

*Description:* (79-1) Legal Services Provided. Indiv invoices to be supplied upon request.

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*    (38240391) | **Claim No: 80** | *Status:* |
| George Georgiou | *Original Filed Date:* 12/18/2017 | *Filed by:* CR |
| 579 Bridgeway | *Original Entered Date:* 12/20/2017 | *Entered by:* OV |
| Sausalito CA 94965 | | *Modified:* |

  Amount claimed: $14000.00

*History:*

Details      80-1   12/18/2017 Claim #80 filed by George Georgiou, Amount claimed: $14000.00 (OV)

*Description:* (80-1) Legal fees

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*    (38240519) | **Claim No: 81** | *Status:* |
| Layton Chiropractic Clinic | *Original Filed Date:* 12/18/2017 | *Filed by:* CR |
| 1025 N Main Street | *Original Entered Date:* 12/20/2017 | *Entered by:* OV |
| Layton UT 84041 | | *Modified:* |

  Amount claimed: $8698.45

*History:*

Details      81-1   12/18/2017 Claim #81 filed by Layton Chiropractic Clinic, Amount claimed: $8698.45 (OV)

*Description:* (81-1) Services performed

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*    (38241963) | **Claim No: 82** | *Status:* |
| Interventional Spine $ Pain Management | *Original Filed Date:* 12/18/2017 | *Filed by:* CR |
| 274 N Main St | *Original Entered Date:* 12/21/2017 | *Entered by:* OV |
| Logan UT 84321 | | *Modified:* |

  Amount  claimed: $1940.93

  Secured claimed: $1940.93

*History:*

Details      82-1   12/18/2017 Claim #82 filed by Interventional Spine $ Pain Management, Amount claimed: $1940.93 (OV)

*Description:* (82-1) Medical Services

*Remarks:*

*History:*

Details    82-1  12/18/2017 Claim #82 filed by Interventional Spine $ Pain Management, Amount claimed: $1940.93 (OV)

*Description:* (82-1) Medical Services

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38242373) | **Claim No: 83** | *Status:* |
| Ocala Spine & Injury | *Original Filed Date*: 12/18/2017 | *Filed by:* CR |
| 1541 SE 17th St | *Original Entered Date*: 12/21/2017 | *Entered by:* OV |
| Ocala FL 34471 | | *Modified:* |

  Amount claimed: $1297.00

*History:*

Details    83-1  12/18/2017 Claim #83 filed by Ocala Spine & Injury, Amount claimed: $1297.00 (OV)

*Description:* (83-1) Services performed

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38242693) | **Claim No: 84** | *Status:* |
| Donna Dennis Terry Hanson | *Original Filed Date*: 12/19/2017 | *Filed by:* CR |
| 11249 E 35 Pl | *Original Entered Date*: 12/21/2017 | *Entered by:* SCX |
| Yuma AZ 85637 | | *Modified:* |

  Amount claimed: $5000.00

*History:*

Details    84-1  12/19/2017 Claim #84 filed by Donna Dennis Terry Hanson, Amount claimed: $5000.00 (SCX)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (38242720) | **Claim No: 85** | *Status:* |
| Premier Medicare Set-Aside Specialists | *Original Filed Date*: 12/19/2017 | *Filed by:* CR |
| LLC | *Original Entered Date*: 12/21/2017 | *Entered by:* SCX |
| 2328 Southgate Hills Dve | | *Modified:* |
| St George UT 84770 | | |

  Amount claimed: $1700.00

*History:*

Details    85-1  12/19/2017 Claim #85 filed by Premier Medicare Set-Aside Specialists LLC, Amount claimed: $1700.00
                     (SCX)

*Description:*

*Remarks:* (85-1) Services Performed

---

| | | |
|---|---|---|
| *Creditor:*    (38242821) | **Claim No: 86** | *Status:* Withdraw 227 |
| Jasmine Satterwhite | *Original Filed Date*: 12/18/2017 | *Filed by:* CR |
| 44045 15th St W Apt 7 | *Original Entered Date*: 12/21/2017 | *Entered by:* OV |
| Lancaster CA 93534 | | *Modified:* |

  Amount claimed: $6000.00

*History:*

Details    86-1  12/18/2017 Claim #86 filed by Jasmine Satterwhite, Amount claimed: $6000.00 (OV)

         227  02/05/2018 Withdrawal of Claim(s): 86 Filed by Jasmine Satterwhite. (Cowan, Sarah) Status: Withdraw

*Description:* (86-1) Personal injury

*Remarks:*

*Creditor:*    (38242900)
Karen Tapper
1249 18th Ave #205
S. F. CA 94122

**Claim No: 87**
*Original Filed Date:* 12/18/2017
*Original Entered Date:* 12/21/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

  Amount claimed: $10000.00

*History:*

Details    87-1    12/18/2017 Claim #87 filed by Karen Tapper, Amount claimed: $10000.00 (OV)

*Description:* (87-1) Settlement check
*Remarks:*

---

*Creditor:*    (38243221)
Calendar Rules
Scott Davis
3000 F Danville Blvd #276
Alamo CA 94507

**Claim No: 88**
*Original Filed Date:* 12/19/2017
*Original Entered Date:* 12/21/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

  Amount claimed: $10169.90

*History:*

Details    88-1    12/19/2017 Claim #88 filed by Calendar Rules, Amount claimed: $10169.90 (OV)

*Description:*
*Remarks:*

---

*Creditor:*    (38245025)
BG Nurse Consultants
1101 Fremont #103
South Pasadena CA 91030

**Claim No: 89**
*Original Filed Date:* 12/20/2017
*Original Entered Date:* 12/22/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

  Amount claimed: $1828.36

*History:*

Details    89-1    12/20/2017 Claim #89 filed by BG Nurse Consultants, Amount claimed: $1828.36 (OV)

*Description:* (89-1) Expert services performed
*Remarks:*

---

*Creditor:*    (38222153)    History
Phillip E. Scott
32302 Alipaz #245
San Juan Capistrano, CA 92675

**Claim No: 90**
*Original Filed Date:* 12/20/2017
*Original Entered Date:* 12/22/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

  Amount claimed: $5000.00

*History:*

Details    90-1    12/20/2017 Claim #90 filed by Phillip E. Scott, Amount claimed: $5000.00 (OV)

*Description:* (90-1) Personal injury
*Remarks:*

---

*Creditor:*    (38246478)
Dr Elias Rached
Moreno Group Center
Moreno Med Care & Chiropractic Clinic
23846 Sunnymead Bl Ste 4
Moreno Valley CA 92553

**Claim No: 91**
*Original Filed Date:* 12/21/2017
*Original Entered Date:* 12/22/2017

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

  Amount claimed: $2196.00

*History:*

Details    91-1    12/21/2017 Claim #91 filed by Dr Elias Rached, Amount claimed: $2196.00 (OV)

*Description:* (91-1) Services performed
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38246545) | **Claim No: 92** | *Status:* |
| Shred-It USA LLC | *Original Filed Date:* 12/21/2017 | *Filed by:* CR |
| 7734 S 133rd Street | *Original Entered Date:* 12/22/2017 | *Entered by:* OV |
| Omaha NE 68138 | | *Modified:* |

  Amount claimed: $354.45

*History:*

Details    92-1    12/21/2017 Claim #92 filed by Shred-It USA LLC, Amount claimed: $354.45 (OV)

*Description:* (92-1) Shredding services

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38248354) | **Claim No: 93** | *Status:* |
| Jack Smith | *Original Filed Date:* 12/22/2017 | *Filed by:* CR |
| 889 El Paisano Dr | *Original Entered Date:* 12/26/2017 | *Entered by:* OV |
| Fallbrook CA 92028 | | *Modified:* |

  Amount claimed: $14000.00

*History:*

Details    93-1    12/22/2017 Claim #93 filed by Jack Smith, Amount claimed: $14000.00 (OV)

*Description:* (93-1) Expert witness consulatation, record fees, case & reports preparation

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38248378) | **Claim No: 94** | *Status:* |
| Augspurger Komm Engineering Inc | *Original Filed Date:* 12/22/2017 | *Filed by:* CR |
| 3315 E Wier Ave | *Original Entered Date:* 12/26/2017 | *Entered by:* OV |
| Phoenix AZ 85040 | | *Modified:* |

  Amount claimed: $1860.59

*History:*

Details    94-1    12/22/2017 Claim #94 filed by Augspurger Komm Engineering Inc, Amount claimed: $1860.59 (OV)

*Description:* (94-1) Services performed

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38248949) | **Claim No: 95** | *Status:* |
| Kenneth Shiozaki and Melissa Shiozaki | *Original Filed Date:* 12/22/2017 | *Filed by:* CR |
| 3137 West 180th Place | *Original Entered Date:* 12/27/2017 | *Entered by:* OV |
| Torrance CA 90504 | | *Modified:* |

  Amount claimed: $18500.00

*History:*

Details    95-1    12/22/2017 Claim #95 filed by Kenneth Shiozaki and Melissa Shiozaki, Amount claimed: $18500.00 (OV)

*Description:* (95-1) Automotive settlement checks were never distributed to us

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (38228967) | **Claim No: 96** | *Status:* |
| Whittier Spine Center | *Original Filed Date:* 12/27/2017 | *Filed by:* CR |
| PO Box 1108 | *Original Entered Date:* 12/28/2017 | *Entered by:* VSI |
| Hutto TX 78634 | | *Modified:* |

  Amount claimed: $3087.00

*History:*

Details    96-1    12/27/2017 Claim #96 filed by Whittier Spine Center, Amount claimed: $3087.00 (VSI)

*Description:*

*Remarks:*

*Creditor:*    (38250849)
Andy Oh
930 N Long Beach Blvd 6
Compton CA 90221

**Claim No: 97**
*Original Filed Date*: 12/27/2017
*Original Entered Date*: 12/28/2017

*Status:*
*Filed by:* CR
*Entered by:* VSI
*Modified:*

  Amount claimed: $13645.00

*History:*

Details      97-1   12/27/2017 Claim #97 filed by Andy Oh, Amount claimed: $13645.00 (VSI)

*Description:*

*Remarks:*


*Creditor:*    (38092898)
Toll Creek Owners Association Inc
c/o Jacob Watterson
130 South Main Ste 200
PO Box 525
Logan UT 84323

**Claim No: 98**
*Original Filed Date*: 12/28/2017
*Original Entered Date*: 12/29/2017

*Status:*
*Filed by:* CR
*Entered by:* VSI
*Modified:*

  Amount claimed: $639.11

*History:*

Details      98-1   12/28/2017 Claim #98 filed by Toll Creek Owners Association Inc, Amount claimed: $639.11 (VSI)

*Description:*

*Remarks:*


*Creditor:*    (38092898)
Toll Creek Owners Association Inc
c/o Jacob Watterson
130 South Main Ste 200
PO Box 525
Logan UT 84323

**Claim No: 99**
*Original Filed Date*: 12/28/2017
*Original Entered Date*: 12/29/2017

*Status:*
*Filed by:* CR
*Entered by:* VSI
*Modified:*

  Amount claimed: $1204.24

*History:*

Details      99-1   12/28/2017 Claim #99 filed by Toll Creek Owners Association Inc, Amount claimed: $1204.24 (VSI)

*Description:*

*Remarks:*


*Creditor:*    (38092898)
Toll Creek Owners Association Inc
c/o Jacob Watterson
130 South Main Ste 200
PO Box 525
Logan UT 84323

**Claim No: 100**
*Original Filed Date*: 12/28/2017
*Original Entered Date*: 12/29/2017

*Status:*
*Filed by:* CR
*Entered by:* VSI
*Modified:*

  Amount claimed: $966.20

*History:*

Details      100-1   12/28/2017 Claim #100 filed by Toll Creek Owners Association Inc, Amount claimed: $966.20 (VSI)

*Description:*

*Remarks:*


*Creditor:*    (38092898)
Toll Creek Owners Association Inc
c/o Jacob Watterson

**Claim No: 101**
*Original Filed Date*: 12/28/2017

*Status:*
*Filed by:* CR

*History:*

Details      101-1   12/28/2017 Claim #101 filed by Toll Creek Owners Association Inc, Amount claimed: $2116.97 (VSI)

*Description:*

*Remarks:*

130 South Main Ste 200
PO Box 525
Logan UT 84323

*Original Entered Date*: 12/29/2017

*Entered by:* VSI
*Modified:*

  Amount claimed: $2116.97

*History:*

Details   101-1  12/28/2017 Claim #101 filed by Toll Creek Owners Association Inc, Amount claimed: $2116.97 (VSI)

*Description:*
*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38261474) | **Claim No: 102** | *Status:* |
| Gabriela Eddy | *Original Filed Date*: 12/28/2017 | *Filed by:* CR |
| Ellis Paul Robin Attorney | *Original Entered Date*: 01/04/2018 | *Entered by:* VSI |
| 1541 Ocean Avenue Second Floor | | *Modified:* |
| Santa Monica CA 90401 | | |

  Amount claimed: $100000.00

*History:*

Details   102-1  12/28/2017 Claim #102 filed by Gabriela Eddy, Amount claimed: $100000.00 (VSI)

*Description:*
*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38261477) | **Claim No: 103** | *Status:* |
| Tabatha Eddy | *Original Filed Date*: 12/28/2017 | *Filed by:* CR |
| Ellis Paul Robin Attorney | *Original Entered Date*: 01/04/2018 | *Entered by:* VSI |
| 1541 Ocean Avenue Second Floor | | *Modified:* |
| Santa Monica CA 90401 | | |

  Amount claimed: $100000.00

*History:*

Details   103-1  12/28/2017 Claim #103 filed by Tabatha Eddy, Amount claimed: $100000.00 (VSI)

*Description:*
*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38261484) | **Claim No: 104** | *Status:* |
| Carl Franklin Ellison-C.D.R. | *Original Filed Date*: 12/28/2017 | *Filed by:* CR |
| Carl Ellison-Helen Lacy | *Original Entered Date*: 01/04/2018 | *Entered by:* VSI |
| PO Box 580041 | | *Modified:* |
| Elk Grove CA 95758 | | |

  Amount claimed: $5500.00

*History:*

Details   104-1  12/28/2017 Claim #104 filed by Carl Franklin Ellison-C.D.R., Amount claimed: $5500.00 (VSI)

*Description:*
*Remarks:*


| | | |
|---|---|---|
| *Creditor:*   (38261540) | **Claim No: 105** | *Status:* |
| Maha Yasin | *Original Filed Date*: 12/28/2017 | *Filed by:* CR |
| 11834 Doty Ave | *Original Entered Date*: 01/04/2018 | *Entered by:* VSI |
| Hawthorne CA 90250 | | *Modified:* |

  Amount claimed: $3007.56

*History:*

Details   105-1  12/28/2017 Claim #105 filed by Maha Yasin, Amount claimed: $3007.56 (VSI)

*Description:*
*Remarks:*

*Creditor:*    (38262701)
Danielle Coprich
67325 Camino Silvaso
Desert Hot Springs CA 92240

**Claim No: 106**
*Original Filed Date:* 12/29/2017
*Original Entered Date*: 01/04/2018

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

Amount claimed: $4000.00

*History:*

[Details](#)    [106-1](#)  12/29/2017 Claim #106 filed by Danielle Coprich, Amount claimed: $4000.00 (OV)

*Description:* (106-1) Personal injury
*Remarks:*

---

*Creditor:*    (38262702)
Lucy Vergara
15607 E Avenue Q1
Palmdale CA 93591

**Claim No: 107**
*Original Filed Date:* 12/29/2017
*Original Entered Date*: 01/04/2018

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

Amount claimed: $125000.00

*History:*

[Details](#)    [107-1](#)  12/29/2017 Claim #107 filed by Lucy Vergara, Amount claimed: $125000.00 (OV)

*Description:* (107-1) Settlement share
*Remarks:*

---

*Creditor:*    (38263057)
Twins Chiropractic & Physical Medicine
600 S Placentia Ave Ste 600
Placentia CA 92870

**Claim No: 108**
*Original Filed Date:* 01/03/2018
*Original Entered Date*: 01/05/2018

*Status:*
*Filed by:* CR
*Entered by:* VSI
*Modified:*

Amount claimed: $1255.00

*History:*

[Details](#)    [108-1](#)  01/03/2018 Claim #108 filed by Twins Chiropractic & Physical Medicine, Amount claimed: $1255.00 (VSI)

*Description:*
*Remarks:*

---

*Creditor:*    (38263084)
Spine Care & Orthopedic Physicians
8610 S Sepulveda Boulevard Suite 109
Los Angeles CA 90045

**Claim No: 109**
*Original Filed Date:* 01/03/2018
*Original Entered Date*: 01/05/2018

*Status:*
*Filed by:* CR
*Entered by:* VSI
*Modified:*

Amount claimed: $13650.00

*History:*

[Details](#)    [109-1](#)  01/03/2018 Claim #109 filed by Spine Care & Orthopedic Physicians, Amount claimed: $13650.00 (VSI)

*Description:*
*Remarks:*

---

*Creditor:*    (38264017)
Maria Castaneda
4817 Oak St
Pico Rivera CA 90660

**Claim No: 110**
*Original Filed Date:* 01/03/2018
*Original Entered Date*: 01/05/2018

*Status:*
*Filed by:* CR
*Entered by:* OV
*Modified:*

Amount claimed: $90000.00

*History:*

[Details](#)    [110-1](#)  01/03/2018 Claim #110 filed by Maria Castaneda, Amount claimed: $90000.00 (OV)

*Description:* (110-1) Personal injury
*Remarks:*

*Creditor:*    (38264546)    **Claim No: 111**    *Status:*
Timothy S Blevins    *Original Filed Date*: 01/03/2018    *Filed by:* CR
6360 Dulcet Pl    *Original Entered Date*: 01/05/2018    *Entered by:* OV
Riverside CA 92506    *Modified:*

  Amount claimed: $42874.25

*History:*

Details    111-1   01/03/2018 Claim #111 filed by Timothy S Blevins, Amount claimed: $42874.25 (OV)

*Description:* (111-1) Unpaid settlement proceeds from above referenced personal injury case

*Remarks:*


*Creditor:*    (38264558)    **Claim No: 112**    *Status:*
Alan Arnone    *Original Filed Date*: 01/03/2018    *Filed by:* CR
Mission Chiropractic    *Original Entered Date*: 01/05/2018    *Entered by:* OV
1280 Benton St    *Modified:*
Santa Clara CA 95050

  Amount claimed: $501.50

*History:*

Details    112-1   01/03/2018 Claim #112 filed by Alan Arnone, Amount claimed: $501.50 (OV)

*Description:* (112-1) Services performed for personal injury

*Remarks:*