United States Bankruptcy Court

Central District of California

| In re: | Case No. 17-19548-NB |
|---|---|
| Layfield & Barrett, APC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 11 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf001 | Total Noticed: 274 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Layfield & Barrett, APC, 2720 Homestead Rd Ste 210, Park City, UT 84098-4887 |
| aty | + | Diana B Sherman, Law Offices of Diane B Sherman, 1801 Century Park East Ste 1200, Los Angeles, CA 90067-2334 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Patricia Salcedo, The Dominguez Firm, 3250 Wilshire Blvd #2200, Los Angeles, CA 90010-1612 |
| aty | + | Roger G Jones, 1600 Division St Ste 700, Nashville, TN 37203-2771 |
| aty | + | Ryan D Evans, 21515 Hawthorne Blvd Ste 200, Torrance, CA 90503-6512 |
| cr | + | California Attorney Lending II, Inc., c/o RICHARD W. LABOWE, A PRO. CORP., 1631 W. Beverly Blvd., 2nd Floor, Los Angeles, CA 90026 US 90026-5710 |
| cr | + | Ed & Penni Bailey, Prince, Yeates & Geldzahler, Attn: Glenn R. Bronson, 15 West South Temple, Suite 1700, Salt Lake City, UT 84101-1560 |
| intp | + | Interior solutions of arizona, llc, c/o P Brent, Steinberg Nutter & Brent, 23801 Calabasas Rod, #2031 Calabasas, Ca 91302-3316 |
| cr | + | John Finton, c/o LAW OFFICES OF MOSES S. BARDAVID, 16133 Ventura Boulevard, 7th Floor, Encino, CA 91436-2403 |
| intp | + | Philip J Layfield, 8 The Green, Suite 6426, Dover, DE 19901-3618 |
| cr | + | Rodney A Pimentel, c/o McMurray Henriks, LLP, ATTN: Yana G. Henriks, Esq., 811 Wilshire Blvd., Ste. 1640, Los Angeles, CA 90017 US 90017-2666 |
| intp | + | Stella Havkin, 5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367-5037 |
| intp | + | Vincent DeSimone, V. James DeSimone Law, 13160 Mindanao Way, Suite 280, Marina del Rey, CA 90292-7903 |
| 38050176 | + | 6 Harbor Park Drive, C/O Jeff Schwartz, COO, 6 Harbor Park Dr, Port Washington, NY 11050-4647 |
| 38298268 | + | 855 TrialLawyers.com KPO Ltd, 382 NE 191st Street #42308, Miami FL 33179-3899 |
| 38313185 | | Aaron Lavine Greg Stuck Ivan Massey, c/o Daniel I Barness, Barness & Barness LLP, 11377 W Olympic Blvd, Los Angeles CA 90064 |
| 38231098 | + | Access Multilingual Services Inc, 11041 Santa Monica Blvd #813, Los Angeles CA 90025-3523 |
| 38317032 | + | Actonia Inc, 9701 W Higgins Rd #320, Rosemont IL 60018-4774 |
| 38232452 | | Ada Zelaya, 3875 E Ashlan Ave, Fresno CA 93726-3623 |
| 38057055 | + | Adam Kim, MKP Law Group, 468 N. Camden Drive, Ste. 200, Beverly Hills, CA 90210-4562 |
| 38317922 | + | Advanced Multispecialty Surgery Center, PO Box 491759, Los Angeles CA 90049-8759 |
| 38316787 | + | Affeld Grivakes LLP, 2049 Century Park East, Ste. 2460, Los Angeles, CA 90067-3126 |
| 38264558 | + | Alan Arnone, Mission Chiropractic, 1280 Benton St, Santa Clara CA 95050-4805 |
| 38250849 | + | Andy Oh, 930 N Long Beach Blvd 6, Compton CA 90221-2261 |
| 38231186 | + | Ann Brabant, 503 Olympic Blvd, Santa Monica CA 90401-3311 |
| 38329749 | + | Applied Geokinetics, dba Geokinetics, 77 Bunsen, Irvine, CA 92618-4218 |
| 38318091 | + | Art Hosmer, Gosdis Law Firm PLLC, 5085 S State St, Murray UT 84107-4840 |
| 38283101 | + | Arthur Valdez, 5330 Citronell Ave, Pico Rivera CA 90660-2706 |
| 38232903 | + | Atkinson-Baker, Inc., 500 N. Brand Blvd., Third Floor, Glendale, California 91203-1923 |
| 38248378 | + | Augspurger Komm Engineering Inc, 3315 E Wier Ave, Phoenix AZ 85040-2859 |
| 38245025 | + | BG Nurse Consultants, 1101 Fremont #103, South Pasadena CA 91030-5702 |
| 39346911 | + | Barbara Meridith Adams-Mckenzie, 1030 Calle Negocio, San Clemente CA 92673-6205 |
| 38315981 | | Bay City Surgery Center, Inc., 2557-A Pacific Coast Highway, Torrance, CA 90505-7035 |
| 38232477 | + | Benjamin E. Hernandez, 65 Washington St #184, Santa Clara, CA 95050-6138 |
| 38277506 | #+ | Benjamin Liang PC, Dr Benjamin Liang, PC, 8631 W 3rd St #304E, LA CA 90048-5907 |
| 38282357 | + | Beringia Central LLC, 633 W Fifth Street Suite 830, Los Angeles CA 90071-3540 |

| ID | | Name and Address |
|---|---|---|
| 38318565 | + | Bert Rosenquist, Godis Law Firm PLLC, 5085 S State Street, Murray UT 84107-4840 |
| 38293912 | + | Bobbie M Duddey, 301 Red Maple PL, Perris CA 92570-2538 |
| 38312847 | + | Bradley S. Wallace, 16000 Ventura Blvd., Ste. 440, Encino, CA 91436-4491 |
| 38329660 | + | Brett l Slavicek P.C., The Slavicek Law Firm, 5500 N 24th St, Phoenix AZ 85016-3130 |
| 38317432 | + | Brian D. Chase, 1301 Dove St. Suite 120, Newport Beach CA 92660-2491 |
| 38243221 | + | Calendar Rules, Scott Davis, 3000 F Danville Blvd #276, Alamo CA 94507-1572 |
| 38261484 | + | Carl Franklin Ellison-C.D.R., Carl Ellison-Helen Lacy, PO Box 580041, Elk Grove CA 95758-0001 |
| 38311984 | + | Carlos Contreras, 977 S Calzona St, Los Angeles, CA 90023-2318 |
| 38311613 | + | Carlos Manuel Paz, 750 Silver Avenue, San Francisco CA 94134-1060 |
| 38229077 | + | Carolyn Hacobian, Asbet A Issakhanian Esq, 440 Western Ave Suite 205, Glendale CA 91201-3545 |
| 38227396 | + | Cathleen Couchois, 3309 Virginia Ave, Santa Monica CA 90404-5034 |
| 38679452 | + | Cathrine Zarrabi, 15725Hawthorne Blvd #106, Lawndale CA 90260-2651 |
| 38282417 | | Cecilia A Moreno, 5739 W Cedar Ave #138, Fresno CA 93710 |
| 38302815 | + | Checkr Inc, Jared Ricci, 1 Montgomery St Ste 2000, San Francisco CA 94104-5520 |
| 38235671 | + | Chiropractic Fitness PLLC, 8316 Pheville-Matthews Rd Ste #806, Charlotte NC 28226-4754 |
| 38319674 | + | Christina Hicklin, 10353 McNerney Avenue, South Gate CA 90280-6709 |
| 38318786 | + | Christopher A Zahiri - A Medical Corp, PO Box 49455, Los Angeles CA 90049-0455 |
| 38318544 | + | Christopher Tyler Webster, 3493 Wrangler Way, Park City UT 84098-4811 |
| 38309543 | + | Christopher Vazquez, 200 E Leatrice Lane #3, Anaheim CA 92802-4244 |
| 38292118 | + | City of Los Angeles, Office of Finance, Los Angeles City Attorney's Office, 200 N Main Street Ste 920, Los Angeles CA 90012-4128 |
| 38141688 | + | Claudia Eskenazi, Ronald B Cohen, 4109 Aleman Dr, Tarzana CA 91356-5403 |
| 38269895 | | Constance Ratchford, 604 West Narrison, Gastoria NC 28052 |
| 38232301 | + | Cosmeticare, 1101 Bayside Dr #101, Corona Del Mar CA 92625-1702 |
| 38292627 | + | Coverall North America Inc, 350 SW 12th Avenue, Deerfield Beach FL 33442-3106 |
| 38292629 | + | Craig H Edgecumbe, 2780 Skypark Dr 325, Torrance CA 90505-5350 |
| 38231103 | + | Cynthia L Chabay, M.D., 11645 Wilshire Blvd Ste 1100, Los Angeles CA 90025-6807 |
| 38313528 | + | DEBRA L. SHEPPARD & ASSOCIATES,, A PROFESSIONAL LAW CORPORATION, 21243 Ventura Boulevard, Suite 123, Woodland Hills, CA 91364-2163 |
| 38319324 | ++ | DEPARTMENT OF HEALTH CARE SERVICES, OFFICE OF LEGAL SERVICES MS 0010, ATTN STEVEN A OLDHAM STAFF ATTORNEY, PO BOX 997413, SACRAMENTO CA 95899-7413 address filed with court:, Department of Health Care Services, POB 997413, MS 0010, Sacramento, CA 95899 |
| 38303892 | + | Daniel Setareh, Setareh Law APLC, 8665 Wilshire Blvd #302, Beverly Hills CA 90211-2932 |
| 38312989 | + | Daniel Tontini, 800 W. 6th Street, Suite 500, Los Angeles, CA 90017-2708 |
| 38262701 | + | Danielle Coprich, 67325 Camino Silvaso, Desert Hot Springs CA 92240-7080 |
| 38229240 | + | David Iwamoto, 21022 Anza Ave Apt 211, Torrance CA 90503-4250 |
| 38222152 | + | David W Martin, POB 3283, Rancho Cucamonga, CA 91729-3283 |
| 38271721 | + | Dennis Anderson, 100 Chicory Court, Lincoln CA 95648-8164 |
| 38277873 | + | Derriona Hall, 2538 1/2 E 126th St, Compton CA 90222-1510 |
| 38242693 | + | Donna Dennis Terry Hanson, 11249 E 35 Pl, Yuma AZ 85367-5686 |
| 38246478 | + | Dr Elias Rached, Moreno Group Center, Moreno Med Care & Chiropractic Clinic, 23846 Sunnymead Bl Ste 4, Moreno Valley CA 92553-7737 |
| 38312845 | + | Dr. Brigitte Rozenberg Chiropractic Inc, 12568 W Washington Blvd Ste 202, Culver City CA 90066-5521 |
| 38315532 | + | Ed and Penni Bailey, 4492 S. Enclave Vista Ln., Salt Lake City, UT 84124-5100 |
| 38324701 | + | Elisa Anita Diaz, 1019 N Wilcox Ave #3, Los Angeles CA 90038-2619 |
| 38294877 | + | Elise Long, 8460 Via Mallorca unit 237, La Jolla CA 92037-2646 |
| 38283058 | + | Elizabeth Garcia, 745 W 3rd St Unit 209, Long Beach CA 90802-2731 |
| 38291876 | + | Elizardo Saenz, 1678 Scott Ave Apt J2, El Centro CA 92243-1233 |
| 38315368 | + | Ellen Cavalli, PO Box 60832, Irvine CA 92602-6027 |
| 38309654 | + | Elva Cabral, 946 N Eastman Ave, Los Angeles CA 90063-2112 |
| 38328106 | + | Employers Preferred Insurance Co, 10375 Professional Circle, Reno, NV 89521-4802 |
| 38317057 | + | Eric C Smith D.C, 6431 Fairmount Street Suite 7, El Cerrito CA 94530-3624 |
| 38311840 | + | Ernesto Gamez, 2930 Oarfish Lane, Oxnard CA 93035-1312 |
| 38315423 | + | Esquire Financial Holdings, Inc., Kimberly D. Howatt, Gordon & Rees, 101 West Broadway, Suite 2000, San Diego, CA 92101-8221 |
| 38334701 | + | Foodcraft Inc, 14226 Ventura Blvd., Sherman Oaks CA 91423-2715 |
| 38312172 | + | Francisco Correa, c/o Maria Correa, 1623 Alber Hill St, Perris CA 92571-3766 |
| 38315537 | + | Francisco Noel Zavala, Law Offices of Zorik Mooradian, 5023 North Parkway Calabasas, Calabasas, CA 91302-1421 |
| 38222096 | + | Frank Panoussi, D.C., 38344 30th St East, Palmdale, CA 93550-4935 |
| 38313095 | + | Fred A. Hickey, 201 Nevada Street, El Segundo, CA 90245-4211 |
| 38313081 | + | Fred A. Hickey, Coleman Frost LLP, 201 Nevada Street, El Segundo, CA 90245-4211 |
| 38313039 | + | Fred A. Hickey, c/o Coleman Frost LLP, 201 Nevada Street, El Segundo, CA 90245-4211 |
| 38261474 | + | Gabriela Eddy, Ellis Paul Robin Attorney, 1541 Ocean Avenue Second Floor, Santa Monica CA 90401-2100 |
| 38230772 | + | Gary Tachobanian, 2950 Los Feliz Blvd #201, Los Angeles CA 90039-1501 |
| 38238636 | + | Gene Charles Roland M.D., 3200 Fourth Ave #100, San Diego CA 92103-5716 |
| 38240391 | + | George Georgiou, 579 Bridgeway, Sausalito CA 94965-2248 |

District/off: 0973-2                                   User: admin                                   Page 3 of 11

Date Rcvd: Sep 12, 2025                               Form ID: pdf001                               Total Noticed: 274

| | | |
|---|---|---|
| 38349340 | + | Gerry Holland, 8600 International Ave #153, Canoga Park CA 91304-2601 |
| 38271723 | + | Ghizala Zaidi, 18 Hughes, Irvine CA 92618-1901 |
| 38299684 | + | Gilbert Gomez, D.C., 2350 W 3rd St., 2nd Fl, Los Angeles, CA 90057-1930 |
| 38226682 | + | Gilbert Tanap, c/o Michael D. Waks, 300 E. San Antonio Dr., Long Beach, CA 90807-2002 |
| 38228951 | + | Graham Chiropractic, Dr Chester Graham, 3900 Pelandale #125, Modesto CA 95356-9101 |
| 38296459 | + | Gregory Stuck, 3831 58th Street, Sacramento CA 95820-2444 |
| 38309777 | + | Guillermo Nava, 11731 Banner DR, Garden Grove CA 92843-2706 |
| 38323707 | + | H. Ronald Fisk M.D, 8631 W 3rd St #620E, Los Angeles CA 90048-5910 |
| 38229006 | + | Hamden Injury Rehab Center, 1700 Dixwell Ave, Hamden CT 06514-3147 |
| 38319681 | + | Harry Spearman, Steven C Glickman, 9460 Wilshire Blvd Suite 330, Beverly Hills CA 90212-2721 |
| 38328123 | + | Humberto Alatorre, 426 E 29th St, Los Angeles CA 90011-1935 |
| 38241963 | ++ | INTERVENTIONAL SPINE AND PAIN MANAGEMENT, 560 WEST 465 NORTH, SUITE 604, PROVIDENCE UT 84332-8006 |
| | | address filed with court:, Interventional Spine $ Pain Management, 274 N Main St, Logan UT 84321 |
| 38064272 | + | ISSAC RYLIE CASAS, PATRICIA CASAS FOR ISSAC RYLIE CASAS, 847 CITRON LANE, SANTA PAULA CA 93060-9157 |
| 38294909 | + | Insurance COMPANY OF THE West, Daniel B McCarthy, EAQ, 15025 Innovation Dr, San Diego CA 92128-3455 |
| 38317948 | + | International Orthopedic Center, For Joint Disorders, PO BOX 49919, Los Angeles CA 90049-0919 |
| 38303894 | + | Ioana Aronovici, 421 S Fann Street, Anaheim, CA 92804-2619 |
| 38109054 | + | Irma D Charles, 2538 1/2 E 126th St, Compton CA 90222-1510 |
| 38248354 | + | Jack Smith, 889 El Paisano Dr, Fallbrook CA 92028-1139 |
| 38242821 | + | Jasmine Satterwhite, 44045 15th St W Apt 7, Lancaster CA 93534-4020 |
| 38292199 | + | Javier Castellanos, 1875 Cedar Ave #7, Long Beach CA 90806-6135 |
| 38264646 | + | Jeanette Huerto, 7821 Clearfield Ave, Panorama City CA 91402-6509 |
| 38309540 | + | Jesus Gerardo, 1245 P&F Alvarado Dr, Calexico CA 92231-3981 |
| 38130290 | | John Finton, LAW OFFICES OF MOSES S. BARDAVID, 16177 Ventura Boulevard, #700, Encino, CA 91436 |
| 38319676 | + | John Habashy, Lexicon Law Group, 633 W 5th Street, 28th Floor, Los Angeles, CA 90071-3502 |
| 38278382 | + | John Zimmerman, Zimmerman Chiropractor & Acupuncture, 566 North Diamond Bar Blvd, Diamond Bar CA 91765-1007 |
| 38309895 | | Jose Madrigal, Plutarco Elias Calles # 178, Lazaro Cardenas, 58570, Panindicuaro, Michoocan |
| 38315696 | + | Joseph M. Barrett, c/o Affeld Grivakes LLP, 2049 Century Park East, Ste. 2460, Los Angeles, CA 90067-3126 |
| 38315860 | + | Josephine Nguyen, Bridgford, Gleason & Artinian, 26 Corporate Plaza Ste 250, Newport Beach CA 92660-7993 |
| 38328149 | + | Justin Peoples, 3131 W Euclid Ave, Stockton, CA 95204-1334 |
| 38077285 | + | Kaila Gibson, 360 E. 1st Street #281, Tustin, CA 92780-3211 |
| 38235806 | + | Kamryn Whitney Court Reporting, 2151 Michelson Dr #282, Irvine CA 92612-1374 |
| 38242900 | + | Karen Tapper, 1249 18th Ave #205, S. F. CA 94122-1867 |
| 38331234 | + | Karl H Harer D.C., 4517 Market St #1, Ventura, CA 93003-7841 |
| 38328172 | + | Karl R Harer D.C., 4517 Market St #1, Ventura, CA 93003-7841 |
| 38058552 | + | Karoline St. George, MKP Law Group, 468 N. Camden Dr., Ste. 200, Beverly Hills, CA 90210-4562 |
| 38231713 | + | Kathy Townsend Court Reporters, 110 12th Street NW, Albuquerque NM 87102-2801 |
| 38317429 | + | Kendra Rabb Jones, 12175 Brianwood Dr., Riverside CA 92503-6751 |
| 38248949 | + | Kenneth Shiozaki and Melissa Shiozaki, 3137 West 180th Place, Torrance CA 90504-4017 |
| 38319787 | + | Kenny E Palacios, 3313 W 133rd Street, Hawthorne CA 90250-6305 |
| 38295374 | + | Keyauna McFarland, 12007 N Lamar Blvd Apt 1325, Austin TX 78753-1722 |
| 38309374 | + | Kristofer Jordan Henry, 13562 Quail Run Rd, Eastvale CA 92880-9057 |
| 38323012 | + | La Tasha Louise Fudge, 9900 S Van Ness Ave, Los Angeles, CA 90047-4038 |
| 38317054 | + | Larena M Lundy, 293 Woodland Dr, Wofford Heights CA 93285-9621 |
| 38265915 | + | Laura Rasheed, 33114-1st PL SW #902, Federal NY WA 98023-6222 |
| 38390279 | + | Lawrence Miller MD, 1158 26th St #458, Santa Monica CA 90403-4621 |
| 39074549 | + | Layfield V, LLC, Philip Layfield, 1875 Connecticut Avenue 10th Floor, Washington DC 20009-6046 |
| 38240519 | + | Layton Chiropractic Clinic, 1025 N Main Street, Layton UT 84041-4857 |
| 38265805 | + | Lionel Terry Jr, 20 Midway Street, Buffalo NY 14215-2228 |
| 38296391 | + | Lonnie Isadore Young/J-85354, 401/5 low, PO Box 3535, Norco, CA 92860-0999 |
| 38318016 | | Luis Amescua Ramirez, 9301 Mate Ave Apt 6, LA CA 90002 |
| 38280432 | + | Lydia Lopez, 7332 Tujunga Ave Apt 8, North Hollywood CA 91605-3965 |
| 38272091 | + | MEA Forensic Engineers & Scientists, 23281 Vista Grande Dr, Laguna Hills CA 92653-1408 |
| 38057056 | + | MKP Law Group, 468 N. Camden Drive, Ste. 200, Beverly Hills, CA 90210-4562 |
| 38361260 | + | MLC Health Group Inc, 7805 Reseda Blvd, Reseda CA 91335-1919 |
| 38361197 | + | MLC Health Group Inc, 7913 Jamieson St, Reseda CA 91335-2220 |
| 38261540 | + | Maha Yasin, 11834 Doty Ave, Hawthorne CA 90250-3239 |
| 38276484 | + | Mahmoud Osman, 2210 Santa Clara Ave, Alameda CA 94501-4417 |
| 37976906 | + | Maria A Rios, 520 W Cressey St, Compton, CA 90222-3527 |
| 38264017 | + | Maria Castaneda, 4817 Oak St, Pico Rivera CA 90660-2249 |
| 38311982 | + | Maria Hernandez, 15027 Christopher St, Adelanto CA 92301-6159 |
| 38264673 | + | Maria Sabordo, 7821 Clearfield Ave, Panorama City CA 91402-6509 |
| 38317998 | | Maria Teresa Rivas de Ramirez, 9301 Mate Ave Apt 6, LA CA 90002 |

| | | |
|---|---|---|
| 38309664 | + | Mario Lara, 1110 Lilan Way #1, Los Angeles CA 90038-1657 |
| 37976904 | + | Mario Lara, 5407 Sierra Vista #301, Los Angeles, CA 90038-4221 |
| 38350863 | + | Marlene Beatty, 21018 Gresham St #209, Canoga Park CA 91304-1793 |
| 38319731 | + | Mary L Spearman, Steven C Glickman, 9460 Wilshire Blvd Suite 330, Beverly Hills CA 90212-2721 |
| 38315270 | + | Mary Torres, 1617 Greenville Dr, West Covina CA 91791-3526 |
| 38323551 | | Master Software NA, 11B 139 Drake St, Vancouver,BC v6Z2t8 |
| 38317677 | + | Maureen Wan-Chu, 1004-C S. 4th St, Alhambra, CA 91801-4780 |
| 38081782 | + | Maurizio Bertoldi, 2014 W. West Wind, Santa Ana, CA 92704-7146 |
| 38313184 | + | Maximum Legal Holdings, LLC, Philip Layfield, 1875 K Street N.W., Washington DC 20006-1238 |
| 39075361 | + | Maximum Legal Services, LLC, Philip Layfield, 1875 Connecticut Avenue 10th Floor, Washington DC 20009-6046 |
| 38296962 | + | Melisa Hayes, 7009 E Acoma Dr #2092, Scottsdale AZ 85254-2738 |
| 38317029 | + | MetaJure Inc, 2701 1 St Ave Ste 320, Seattle WA 98121-1123 |
| 38232459 | + | Method Technologies, Inc., 10805 Holder Street, Suite 100, Cypress, CA 90630-5145 |
| 38265882 | + | Michael C Kennedy DC PC, 3002 N 7th Ave, Phoenix Arizona 85013-4105 |
| 38227658 | + | Michael Haiby, 19425 Soledad Cyn Rd Ste 252, Santa Clarita CA 91351-2632 |
| 38232456 | + | Mitchell Tyler Middleton, PO Box 3542, Big Bear Lake CA 92315-3542 |
| 38269812 | + | Montclair Open MRI, PO Box 351358, Los Angeles CA 90035-9758 |
| 38130289 | + | Moses Bardavid, 16133 Ventura Blvd. #700, Encino, CA 91436-2406 |
| 38265794 | + | Mulvey Cornell & Mulvey PA, 378 Islingon Street, Portsmouth NM 03801-4206 |
| 38293914 | + | Mumini Wahab, 1115 Virginia Ln Apt 34, Concord CA 94520-4130 |
| 38311654 | + | Myriam Parra, 7607 Manzanar Ave, Pico Rivera CA 90660-4430 |
| 38230283 | + | NAKITA RAY SMITH, 306 CAROLINA AVE, TARBORO NC 27886-4904 |
| 38222135 | + | NDS, PO BOX 61002, Anaheim, CA 92803-6102 |
| 38232480 | + | Nationwide Legal, LLC, c/o Allen Hyman, Esq., 10737 Riverside Drive, North Hollywood, CA 91602-2324 |
| 37976905 | + | Nayazi Reyes, 1549 W San Bernadino Rd, Apt S, West Covina, CA 91790-1035 |
| 38273488 | + | Nazarian Plastic Surgery, 120 S Spalding Dr Suite 315, Beverly Hills CA 90212-1836 |
| 38264595 | + | Network Court Reporting & Video, 940 South Ave W Ste 2C, Westfield NJ 07090-1490 |
| 38280258 | + | Norma Jean Wilson Thomas, 113 East Rosecrans Ave, Compton CA 90222-4118 |
| 38331084 | + | Nuance Document Imaging, Inc., c/o Tiffany S. Cobb; Vorys, Sater,, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3108 |
| 38242373 | + | Ocala Spine & Injury, 1541 SE 17th St, Ocala FL 34471-4607 |
| 38301691 | + | Octavio Abraham VELAZQUEZ, 1268 E MCFADDEN AVE 3B, SANTA ANA CA 92705-4168 |
| 38298254 | + | Olson Hagel & Fishburn LLP, 555 Capito Mall Suite 400, Sacramento CA 95814-4503 |
| 38228500 | + | Orbie Troy Davis, 321 N Mall Dr Ste H-102, St George UT 84790-7341 |
| 38064342 | + | PATRICIA CASAS, 847 CITRON LANE, SANTA PAULA CA 93060-9157 |
| 38312336 | + | Parehjan & Vartzar Chiro, Inc., 3450 Wilshire Blvd., Ste. 316, Los Angeles, CA 90010-2259 |
| 38329750 | + | Penny Injury Chiropractic, 9140 W. Thomas Rd., Ste. B-105, Phoenix, AZ 85037-3378 |
| 38231097 | + | Personal Court Reporters, 14520 Sylvan St, Van Nuys CA 91411-2324 |
| 38709982 | + | Philip J. Layfield, 1875 K Street N.W., Washington DC 20006-1238 |
| 39074124 | + | Philip James Layfield, 1875 Connecticut Avenue N.W. 10th Floor, Washington DC 20009-6046 |
| 38222153 | + | Phillip E. Scott, 32302 Alipaz #245, San Juan Capistrano, CA 92675-4162 |
| 38242720 | + | Premier Medicare Set-Aside Specialists LLC, 2328 Southgate Hills Dve, St George UT 84770-8738 |
| 38230098 | + | Price Chiropractic Inc, 471 Ainsley Ave, Yuba City CA 95991-4105 |
| 38230809 | + | Rachel Martinez, 5339 Mitchell Ave, Riverside CA 92505-1344 |
| 38226700 | + | Ramiro Hurtado, 2440 N Ditman Ave, Los Angeles CA 90032-3220 |
| 38318513 | + | Ramona Trejo Ortega, 1013 Spence St, LA CA 90023-2313 |
| 38311615 | + | Randi Mona Paz, 750 Silver Avenue, San Francisco CA 94134-1060 |
| 38273800 | + | Raskey Chiropractic, Jerry Raskey, Law Office of Melissa Raskey, PO Box 5316, Hemet CA 92544-0316 |
| 38317605 | + | Raymundo Landeros, 9603 Rieshel St, Pico Rivera CA 90660-3307 |
| 38288922 | + | Reasoning Inc, 1341 Gilbert Road, Meadowbrook PA 19046-1815 |
| 38312354 | + | Robert Vartzar Chiropractic, Corp., 17547 Chatsworth St., #1/2, Granada Hills, CA 91344-5720 |
| 38136431 | + | Roberta Jacobs, 1041 N La Jolla Ave, West Hollywood CA 90046-5910 |
| 38330351 | + | Rodney Pimentel, c/o McMurray Henriks LLP, Attn: Yana Henriks, 811 Wilshire Blvd., Ste 1640, Los Angeles, CA 90017-2666 |
| 38358624 | + | Ryan McClinton, 11199 Sorrento Vly Rd 201, San Diego CA 92121-1334 |
| 38222086 | + | SOLEMON HAKIMI, MD, 1140 S. ROBERTSON BLVD #3, LOS ANGELES, CA 90035-1463 |
| 38230285 | + | STEPHEN H BARKOW MD INC, 26902 OSO PARKWAY #120, MISSION VIEJO CA 92691-5801 |
| 38309557 | + | Sandra Castellanos, 15970 Ute Rd, Apple Valley CA 92307-3133 |
| 38291817 | + | Shepherd and Associates P.C, Attorney Kevin Shepherd, 200 E Broadway Ave Ste 410, Maryville TN 37804-5754 |
| 38318564 | + | Sherrye D Baker, 6853 Potomac St #29, San Diego CA 92139-1118 |
| 38355462 | + | Shin MRI, 266 S Harvard Ave #180, Los Angeles CA 90004-4885 |
| 38246545 | + | Shred-It USA LLC, 7734 S 133rd Street, Omaha NE 68138-3499 |
| 38313188 | | Slav Kasreliovich, c/o Barness & Barness, 11377 W Olympic Blvd, Los Angeles, CA 90064 |
| 38316099 | | South Bay Pain Docs, 2557-B Pacific Coast Highway, Torrance, CA 90505-7035 |

District/off: 0973-2                               User: admin                               Page 5 of 11

Date Rcvd: Sep 12, 2025                            Form ID: pdf001                           Total Noticed: 274

| | | |
|---|---|---|
| 38309368 | + | Spence Chiropractic Center, 8555 Station Village Lane Ste B, San Diego CA 92108-6567 |
| 38271321 | + | Spine California Comprehensive Injury, 1904 Harbor Blvd #427, Costa Mesa CA 92627-2669 |
| 38263084 | + | Spine Care & Orthopedic Physicians, 8610 S Sepulveda Boulevard Suite 109, Los Angeles CA 90045-4009 |
| 38025966 | | Sprint Corp Correspondence, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 38231712 | + | Steuber Corporation, 20425 S Susana Rd, Long Beach CA 90810-1136 |
| 38273775 | + | Steven Biegel, PC, 155 Valencia St, SF CA 94103-1117 |
| 38309768 | + | Summit County Treasurer, PO Box 128, Coalville UT 84017-0128 |
| 38261477 | + | Tabatha Eddy, Ellis Paul Robin Attorney, 1541 Ocean Avenue Second Floor, Santa Monica CA 90401-2100 |
| 38280278 | + | Tahee A Rasheed, 1419 Striped Bass St #F, San Francisco CA 94130-1623 |
| 38309371 | + | Tesa Renee Scott Henry, 13562 Quail Run Road, Eastvale CA 92880-9057 |
| 37976903 | + | The Dominguez Firm, 3250 Wilshire Blvd #2200, Los Angeles, CA 90010-1612 |
| 38292051 | + | Thelma Ceballos, 626 1/2 S Woods Ave, Los Angeles CA 90022-3268 |
| 38302425 | + | Thomas Resendez D.C., 2930 Coronado Ave Ste B, San Diego CA 92154-2188 |
| 38239940 | + | Thomson Reuters, Thomson Reuters-Legal, 610 Opperman Drive, Eagan MN 55123-1340 |
| 38264546 | + | Timothy S Blevins, 6360 Dulcet Pl, Riverside CA 92506-5105 |
| 38280286 | + | Toll Creek LC, Debbie Sanich, 13979 Sage Hollow Dr, Draper UT 84020-5621 |
| 38092898 | + | Toll Creek Owners Association Inc, c/o Jacob Watterson, 130 South Main Ste 200, PO Box 525, Logan UT 84323-0525 |
| 38283048 | + | Top Healthcare Consulting Center, 300 W 6th St #206, Los Angeles CA 90014 |
| 38229119 | + | Topmark Floor & Design, 1490 Munchkin Rd #105B, Park City UT 84060-5179 |
| 38315495 | + | Triumshire International, L.P., E-Land Company, Tenants in Common, 8 Corporate Park Ste: 300, Irvine, CA 92606-5196 |
| 38263057 | + | Twins Chiropractic & Physical Medicine, 600 S Placentia Ave Ste 600, Placentia CA 92870-6300 |
| 38311983 | | US Claims Opco LLC, 6125 S. Congress Avenue, Suite 200, Delray Beach, FL 33445 |
| 38018959 | + | USA Express Legal & Investigative Services Inc, USA Express, 21031 Ventura Blvd Ste 920, Woodland Hills CA 91364-6516 |
| 38230802 | + | Universal Imaging Center, 616 E Alvarado St Ste E, Fallbrook CA 92028-2350 |
| 38127508 | + | Veritext Corp, 290 West Mt. Pleasant Ave. Suite 2260, Livingston NJ 07039-2765 |
| 38291850 | + | Vernora Shack, 917 Springfield #A, Upland CA 91786-3024 |
| 38315243 | + | Veronica Maravilla, 1272 E 83rd St, Los Angeles CA 90001-3316 |
| 38312887 | + | Wellgen Standard, LLC, Successor-in-Interest to Ad, 50 Ridgewood Road, Chagrin Falls, OH 44022-2932 |
| 38230418 | + | Westpoint Physical Therapy Center Inc, 1115 W Ave M14, Palmdale CA 93551-1407 |
| 38228967 | + | Whittier Spine Center, PO Box 1108, Hutto TX 78634-1108 |
| 38276995 | + | Yale E Booska, 17439 SE 82nd Pecan Terrace, The Villages FL 32162-2878 |
| 38292241 | + | Yanet Perez, 2711 Ballard St, Los Angeles CA 90032-2717 |
| 38318964 | + | Yolanda Lachi Ignacio, c/o Oliver J Vasquez, Esq, 1055 West 7th Street, Suite 2800, Los Angeles, CA 90017-2554 |
| 38317975 | + | Yolanda Lachi Ignacio, c/o Cher J. Vasquez, 1055 West 7th Street, Suite 2800, Los Angeles, CA 90017-2554 |
| 38229225 | + | Yvonne De La Paz, 31111 Via Sonora, San Juan Capistrano CA 92675-2839 |
| 38280433 | + | Zelandia Fero, PO Box 2483, Pasadena CA 91102-2483 |

TOTAL: 257

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Sep 13 2025 01:23:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 13 2025 01:23:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Sep 13 2025 01:22:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: jcrastz@hrhlaw.com | Sep 13 2025 01:23:00 | Wells Fargo Bank, National Association, c/o Hemar, Rousso & Heald, LLP, 15910 Ventura Blvd., 12th Floor, Encino, CA 91436, US 91436-2813 |
| intp | + | Email/Text: wamiracle6@yahoo.com | Sep 13 2025 01:23:00 | Wesley H. Avery, 758 E. Colorado Blvd., Suite 210, Pasadena, CA 91101-5407 |
| 38287446 | + | Email/Text: g17768@att.com | Sep 13 2025 01:22:00 | AT&T Corp., %AT&T Services, Inc, Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 38323756 | + | Email/Text: ckaufman@alliancefundings.com | Sep 13 2025 01:22:00 | Alliance Legal Solutions ,LLC, c/o Cheryl |

District/off: 0973-2                           User: admin                                          Page 6 of 11

Date Rcvd: Sep 12, 2025                     Form ID: pdf001                                    Total Noticed: 274

|  |  |  | | Kaufman, 501 South Sharon Amity Road Ste 350, Charlotte NC 28211-3099 |
|---|---|---|---|---|
| 38218167 | ^ | MEBN | Sep 13 2025 01:07:01 | County of Orange, P.O. Box 4515, Santa Ana CA 92702-4515 |
| 38041795 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2025 01:22:00 | Department of the Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 38309740 | | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 13 2025 01:23:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 38023738 | | Email/Text: bankruptcy@ttc.lacounty.gov | Sep 13 2025 01:22:00 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, PO BOX 54110, LOS ANGELES CA 90054-0110 |
| 38023700 | + | Email/Text: fileroom@rubin-levin.net | Sep 13 2025 01:23:00 | National Record Retrieval , LLC, c/o Rubin & Levin P.C, 135 N Pennsylvania ST Ste 1400, Indianapolis IN 46204-2489 |
| 38280297 | + | Email/Text: bankruptcy@pb.com | Sep 13 2025 01:23:00 | Pitney Bowes Global Financial Services LLC, Pitney Bowes Inc, 27 Waterview Dr 3rd Fl, Shelton CT 06484-4361 |
| 38313027 | + | Email/Text: rkeys@bidnakeys.com | Sep 13 2025 01:23:00 | Richard D. Keys, Bidna & Keys, APLC, 5120 Campus Drive, Newport Beach, CA 92660-2101 |
| 38228796 | | Email/Text: oaziz@thetollroads.com | Sep 13 2025 01:23:00 | Transportation Corridor Agencies, 125 Pacifica Ste 100, Irvine CA 92618 |
| 41883015 | + | Email/Text: USTPregion16.LA.ECF@USDOJ.GOV | Sep 13 2025 01:23:00 | United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017-3560 |
| 38044859 | + | Email/Text: jcrastz@hrhlaw.com | Sep 13 2025 01:23:00 | Wells Fargo Bank, National Association, c/o Jennifer Witherell Crastz, Hemar, Rousso & Heald, LLP, 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Stella Havkin |
| cr | | Aaron Lavine |
| cr | | Advocate Capital, Inc. |
| intp | | Allegretti & Company |
| intp | | Courtesy NEF |
| cr | | Daniel Tontini |
| cr | | Esquire Bank |
| cr | | Evanston Insurance Company |
| cr | | Francisco Zavala |
| intp | | Interested Party |
| intp | | Joseph Martin Barrett |
| r | | KW Park City Keller Williams Real Estate |
| cr | | Premium Assignment Corporation II |
| cr | | Roberta Jacobs |
| cr | | SSA Terminals, LLC and California Multimodal, LLC |
| cr | | Stuart Summit Properties, LLC |
| intp | | Tina Talarchyk |
| cr | | Toll Creek Owners Association, Inc. |
| intp | | Toll Creek Owners Association, Inc. |
| cr | | Toll Creek Village Owners Association, Inc. |
| intp | | Wellgen Standard, LLC |
| 38313917 | | Esquire Bank National Association and Esquire Fina |
| 38309791 | | Maricruz Fernandez Vega, Conception Vargas, Area de Reyon, Municipo de Zamora |

District/off: 0973-2                                    User: admin                                              Page 7 of 11
Date Rcvd: Sep 12, 2025                              Form ID: pdf001                                    Total Noticed: 274

| | | |
|---|---|---|
| cr | * | Bay City Surgery Center, Inc., 2557-A Pacific Coast Highway, Torrance, CA 90505-7035 |
| ptcrd | *+ | Maria A Rios, 520 W Cressey St, Compton, CA 90222-3527 |
| ptcrd | *+ | Mario Lara, 5407 Sierra Vista #301, Los Angeles, CA 90038-4221 |
| ptcrd | *+ | Nayazi Reyes, 1549 W San Bernardino Rd, Apt S, West Covina, CA 91790-1035 |
| cr | * | South Bay Pain Docs, 2557-B Pacific Coast Highway, Torrance, CA 90505-7035 |
| ptcrd | *+ | The Dominguez Firm, 3250 Wilshire Blvd #2200, Los Angeles, CA 90010-1612 |
| 38315424 | *+ | Esquire Financial Holdings, Inc., Kimberly D. Howatt, Gordon & Rees, 101 West Broadway, Suite 2000, San Diego, CA 92101-8221 |
| 38313092 | *+ | Fred A. Hickey, Coleman Frost LLP, 201 Nevada Street, El Segundo, CA 90245-4211 |
| 38313042 | *+ | Fred A. Hickey, c/o Coleman Frost LLP, 201 Nevada Street, El Segundo, CA 90245-4211 |
| 38313088 | *+ | Fred A. Hickey, c/o Coleman Frost LLP, 201 Nevada Street, El Segundo, CA 90245-4211 |
| 38313189 | * | Slav Kasreliovich, c/o Barness & Barness LLP, 11377 W Olympic Blvd, Los Angeles CA 90064 |
| intp | ##+ | Raines Feldman LLP, Attn: Stephen Farkas, 1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067-4200 |
| 38280299 | ##+ | All-Pro Medical Group Inc, 15827 Russell Street, Whittier CA 90603-2531 |
| 38113882 | ##+ | Antonia Torres, 10023 Mallow Dr, Moreno Valley CA 92557-2828 |
| 38301712 | ##+ | Barbara Blatz, 770 C Ave, Coronado CA 92118-2248 |
| 38238664 | ##+ | Brandi Posey, 2800 W 141 Pl #5, Gardena CA 90249-2737 |
| 38196475 | ##+ | C&C Factoring Solutions, 6060 W Manchester Avenue Suite 207, Los Angeles, CA 90045-4267 |
| 38222166 | ##+ | F. David Rudnick, M.D. A Medical Corp, 501 Santa Monica Bl #509, Santa Monica, CA 90401-2432 |
| 38273248 | ##+ | Jose Arturo Fonseca, 448 E 6th St #2, Pomona CA 91766-3406 |
| 38299920 | ##+ | Judith Johnson, 3122-B Via Serena North, Laguna Woods, CA 92637-1999 |
| 38315951 | ##+ | Kent Law, PLC, 7540 S. Willow Drive, Tempe, AZ 85283-5004 |
| 38262702 | ##+ | Lucy Vergara, 15607 E Avenue Q1, Palmdale CA 93591-2912 |
| 38226685 | ##+ | Michael D. Waks, 300 E. San Antonio Dr., Long Beach, CA 90807-2002 |
| 38231121 | ##+ | Nga Phung, entity, Huong Phung, 412 N Valley St #3, Anaheim CA 92801-5761 |
| 38312290 | ##+ | Parehjan Vartzar & Khosrovian Chiropractic, Inc., 4511 Whittier Blvd., Los Angeles, CA 90022-2407 |
| 38144145 | ##+ | Raines Feldman LLP, Attn: Hamid R. Rafatjoo, 1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067-4200 |
| 38319807 | ##+ | Rita Mims, 2118 W 83rd Street, Los Angeles CA 90047-2936 |
| 38065618 | ##+ | Susana Lopez, 1273 N Quincy Ave, Ogden Utah 84404-3376 |
| 38227736 | ##+ | The Sullivan Group of Court Reporters, 4802 E 2nd St Ste 3, Long Beach CA 90803-5367 |

TOTAL: 23 Undeliverable, 11 Duplicate, 18 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J Watson | |
| | on behalf of Petitioning Creditor Nayazi Reyes alan.watson@hklaw.com  rosanna.perez@hklaw.com |
| Alan J Watson | |
| | on behalf of Petitioning Creditor The Dominguez Firm alan.watson@hklaw.com  rosanna.perez@hklaw.com |
| Alan J Watson | |
| | on behalf of Petitioning Creditor Mario Lara alan.watson@hklaw.com  rosanna.perez@hklaw.com |
| Alan J Watson | |
| | on behalf of Petitioning Creditor Maria A Rios alan.watson@hklaw.com  rosanna.perez@hklaw.com |

District/off: 0973-2                          User: admin                                      Page 8 of 11
Date Rcvd: Sep 12, 2025                       Form ID: pdf001                                   Total Noticed: 274

Baruch C Cohen
                    on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Beth Gaschen
                    on behalf of Creditor Advocate Capital  Inc. bgaschen@go2.law,
                    kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Brian A Paino
                    on behalf of Creditor Premium Assignment Corporation II bpaino@hinshawlaw.com
                    hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Damion Robinson
                    on behalf of Interested Party Joseph Martin Barrett dr@robinsonmarkevitch.com efiling@agzlaw.com

Damion Robinson
                    on behalf of Counter-Claimant Joseph Barrett dr@robinsonmarkevitch.com efiling@agzlaw.com

Damion Robinson
                    on behalf of Defendant Joseph Barrett dr@robinsonmarkevitch.com efiling@agzlaw.com

Damion Robinson
                    on behalf of Plaintiff Affeld Grivakes LLP dr@robinsonmarkevitch.com efiling@agzlaw.com

Damion Robinson
                    on behalf of 3rd Party Plaintiff Joseph Martin Barrett dr@robinsonmarkevitch.com efiling@agzlaw.com

Damion Robinson
                    on behalf of Defendant Joseph Martin Barrett dr@robinsonmarkevitch.com efiling@agzlaw.com

Damion Robinson
                    on behalf of Cross-Claimant Joseph Martin Barrett dr@robinsonmarkevitch.com efiling@agzlaw.com

Daniel A Solitro
                    on behalf of Plaintiff Evanston Insurance Company dsolitro@lockelord.com ataylor2@lockelord.com

Daniel I Barness
                    on behalf of Creditor Aaron Lavine daniel@barnesslaw.com

Daniel I Barness
                    on behalf of Interested Party Courtesy NEF daniel@barnesslaw.com

Dare Law
                    on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov

Darwin Bingham
                    on behalf of Creditor Toll Creek Village Owners Association  Inc. cat@scalleyreading.net

David M Goodrich
                    on behalf of Interested Party Wesley H. Avery dgoodrich@go2.law
                    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David W. Meadows
                    on behalf of Mediator Mediator david@davidwmeadowslaw.com

Dennette A Mulvaney
                    on behalf of Creditor Stuart Summit Properties  LLC dmulvaney@leechtishman.com,
                    lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com

Dennette A Mulvaney
                    on behalf of Interested Party Courtesy NEF dmulvaney@leechtishman.com
                    lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com

Dennette A Mulvaney
                    on behalf of Creditor Toll Creek Village Owners Association  Inc. dmulvaney@leechtishman.com,
                    lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com

Douglas A Plazak
                    on behalf of Creditor Toll Creek Owners Association  Inc. dplazak@rhlaw.com

Douglas A Plazak
                    on behalf of Creditor Toll Creek Village Owners Association  Inc. dplazak@rhlaw.com

Douglas A Plazak
                    on behalf of Interested Party Toll Creek Owners Association  Inc. dplazak@rhlaw.com

Faye C Rasch
                    on behalf of Interested Party Wellgen Standard  LLC faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com

Faye C Rasch
                    on behalf of Plaintiff Wellgen Standard LLC faye@wrlawgroup.com travis@wrlawgroup.com;oa@wrlawgroup.com

Faye C Rasch
                    on behalf of Creditor Advocate Capital  Inc. faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com

District/off: 0973-2                                    User: admin                                    Page 9 of 11

Date Rcvd: Sep 12, 2025                        Form ID: pdf001                        Total Noticed: 274

Gary R Wallace
on behalf of Defendant Jeffery Young garyrwallace@ymail.com

Hamid R Rafatjoo
on behalf of Interested Party Raines Feldman LLP hrafatjoo@raineslaw.com  bclark@raineslaw.com,csantiago@raineslaw.com

James KT Hunter
on behalf of Trustee Richard M. Pachulski (TR) jhunter@pszjlaw.com

James KT Hunter
on behalf of Plaintiff Richard M Pachulski jhunter@pszjlaw.com

James KT Hunter
on behalf of Plaintiff Richard M. Pachulski jhunter@pszjlaw.com

James KT Hunter
on behalf of Defendant Richard Pachulski jhunter@pszjlaw.com

James KT Hunter
on behalf of Defendant Richard M Pachulski jhunter@pszjlaw.com

James KT Hunter
on behalf of Cross Defendant Richard Pachulski jhunter@pszjlaw.com

James W Bates
on behalf of Interested Party Courtesy NEF jbates@jbateslaw.com

Jason Balitzer
on behalf of Interested Party Courtesy NEF jbalitzer@sulmeyerlaw.com
jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com

Jeffrey D Cawdrey
on behalf of Creditor Esquire Bank jcawdrey@grsm.com  madeyemo@gordonrees.com;asoto@grsm.com;amatthews@grsm.com

Jeffrey I Golden
on behalf of Interested Party Wellgen Standard  LLC jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
on behalf of Plaintiff Wellgen Standard LLC jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
on behalf of Counter-Defendant Advocate Capital  Inc. jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jeffrey I Golden
on behalf of Creditor Advocate Capital  Inc. jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jennifer Witherell Crastz
on behalf of Creditor Wells Fargo Bank  National Association jcrastz@hrhlaw.com

Jennifer Witherell Crastz
on behalf of Interested Party Courtesy NEF jcrastz@hrhlaw.com

Jessica M. Simon
on behalf of Creditor Wells Fargo Bank  National Association jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Joel A. Osman
on behalf of Creditor Daniel Tontini osman@parkermillsllp.com  gonzalez@parkermillsllp.com

Joseph M Kar
on behalf of Interested Party Interested Party jkar@mindspring.com

Larry D Simons
on behalf of Interested Party Allegretti & Company larry@janus.law
simonsecf@gmail.com;simonslr44533@notify.bestcase.com;lucy@janus.law

Lindsey L Smith
on behalf of Interested Party Interested Party lls@lnbyb.com  lls@ecf.inforuptcy.com

M. Jonathan Hayes
on behalf of Defendant Wilshire Law Firm  PLC jhayes@rhmfirm.com

M. Jonathan Hayes
on behalf of Defendant Neifert Khorshid jhayes@rhmfirm.com

M. Jonathan Hayes

District/off: 0973-2            User: admin            Page 10 of 11

Date Rcvd: Sep 12, 2025            Form ID: pdf001            Total Noticed: 274

on behalf of Defendant Babak Bobby Saadian jhayes@rhmfirm.com

M. Jonathan Hayes

on behalf of Defendant Conal Doyle jhayes@rhmfirm.com

Malhar S Pagay

on behalf of Attorney Pachulski Stang Ziehl & Jones LLP mpagay@pszjlaw.com  bdassa@pszjlaw.com

Malhar S Pagay

on behalf of Trustee Richard M. Pachulski (TR) mpagay@pszjlaw.com  bdassa@pszjlaw.com

Malhar S Pagay

on behalf of Defendant Richard M. Pachulski mpagay@pszjlaw.com  bdassa@pszjlaw.com

Malhar S Pagay

on behalf of Plaintiff Richard M. Pachulski mpagay@pszjlaw.com  bdassa@pszjlaw.com

Martin J Brill

on behalf of Interested Party Interested Party mjb@lnbrb.com

Michael F Perlis

on behalf of Plaintiff Evanston Insurance Company
merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com

Michael F Perlis

on behalf of Creditor Evanston Insurance Company mperlis@lockelord.com
merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com

Michael S Kogan

on behalf of Mediator michael kogan mkogan@koganlawfirm.com

Moses S Bardavid

on behalf of Creditor John Finton mbardavid@hotmail.com

Moses S Bardavid

on behalf of Interested Party Interested Party mbardavid@hotmail.com

Olivier A Taillieu

on behalf of Petitioning Creditor The Dominguez Firm o@taillieulaw.com  mstephens@taillieulaw.com

Paul M Brent

on behalf of Interested Party Interior solutions of arizona  llc snb300@aol.com

Rana Nader

on behalf of Creditor South Bay Pain Docs rnader@naderlawgroup.com  monique@naderlawgroup.com

Richard M. Pachulski (TR)

rmp@pszy.com

Richard W Labowe

on behalf of Defendant California Attorney Lending II  Inc. richardwlabowe@gmail.com, llhlaw1631@aol.com

Richard W Labowe

on behalf of Creditor California Attorney Lending II  Inc. richardwlabowe@gmail.com, llhlaw1631@aol.com

Robert G Uriarte

on behalf of Interested Party Vincent DeSimone rgulawoffice@gmail.com

Stella A Havkin

on behalf of Interested Party Stella Havkin stella@havkinandshrago.com  shavkinesq@gmail.com

Steven J Kahn

on behalf of Plaintiff Richard M. Pachulski skahn@pszyjw.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Wesley H Avery

on behalf of Interested Party Wesley H. Avery wes@averytrustee.com  lucy@averytrustee.com;alexandria@averytrustee.com

William S Brody

on behalf of Defendant US Claims Opco  LLC wbrody@buchalter.com,
dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com

William S Brody

on behalf of Defendant DRB Capital  LLC wbrody@buchalter.com,
dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com

Yana Henriks

on behalf of Creditor Rodney A Pimentel yhenriks@law-mh.com
rmcmurray@law-mh.com;sridgill@law-mh.com;1457576420@filings.docketbird.com;ndilts@law-mh.com;cpinto@law-mh.com;
dpham@law-mh.com;lburdeos@law-mh.com;paralegal@law-mh.com;apham@law-mh.com;dgharibian@law-mh.c

District/off: 0973-2                                    User: admin                                    Page 11 of 11
Date Rcvd: Sep 12, 2025                                Form ID: pdf001                                Total Noticed: 274
TOTAL: 80

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

    Layfield & Barrett, APC,        Case No. 2:17-bk-19548-NB

---

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Richard M. Pachulski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **11:00 a.m.** on **10/21/2025** in **Courtroom 1545, United States Bankruptcy Courthouse, 255 E. Temple Street, Los Angeles, CA 90012**.

**UST Form 101-7-NFR (10/1/2010)**

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


Date: 09/10/2025    By:    /s/ Malhar S. Pagay, Counsel for Chapter 7 Trustee


Trustee's Name
Richard M. Pachulski

Trustee's Address
Pachulski Stang Ziehl & Jones, LLP,
10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:

Layfield & Barrett, APC          §          Case No. 2:17-bk-19548-NB
                                 §
                                 §

**SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                    $20,531.09

*and approved disbursements of*                         $12,984.15

*leaving a balance on hand of[1] :*                      $7,546.94

Claims of secured creditors will be paid as follows:  $0.00

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Total to be paid to secured creditors:          $0.00
Remaining balance:                              $7,546.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees, Richard M. Pachulski | $2,803.10 | $0.00 | $2,803.10 |
| Trustee, Expenses | | | |
| Attorney for Trustee Fees | | | |
| Attorney for Trustee, Expenses | | | |
| Accountant for Trustee, Fees | | | |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Expenses | | | |
| Auctioneer Fees | | | |
| Auctioneer Expenses | | | |
| Charges, U.S. Bankruptcy Court | | | |
| Fees, United States Trustee | | | |
| Other: | | | |
| Other: | | | |

Total to be paid for chapter 7 administrative expenses:    $2,803.10
Remaining balance:    $4,743.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees Havkin & Shrago | $10,544.50 | $0.00 | $0.00 |
| Attorney for Debtor, Expenses Havkin & Shrago | $159.78 | $0.00 | $0.00 |
| Attorney for Chapter 11 Trustee, Fees | $1,805,117.50 | $877,530.38 | $4,743.84 |
| Attorney for Chapter 11 Trustee, Expenses | $84,451.99 | $84,451.99 | $0.00 |
| Attorney for Richard M. Pachulski | | | |
| Chapter 11 Trustee, Expenses | | | |
| Other: | | | |
| Other: | | | |

Total to be paid for prior chapter administrative expenses:  $4,743.84
Remaining balance:    $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $N/A must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Total to be paid for priority claims:    $0.00
Remaining balance:    $0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total to be paid for timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $N/A have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $N/A have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total to be paid for subordinated claims:    $0.00
Remaining balance:                            $0.00

Prepared  By:  Richard M. Pachulski, Trustee

Trustee's Name:  Richard M. Pachulski
Trustee's Address:  Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th
Floor, Los Angeles, CA 90067

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork
Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**