# UNITED STATES BANKRUPTCY COURT
### Central DISTRICT OF California
### Los Angeles Division

In re: Layfield & Barret, APC,  § Case No. 2:17-bk-19548-NB
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Pachulski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $15,877.10 | | |

3) Total gross receipts of $20,531.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,531.09 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $5,743,466.62 | $5,743,466.62 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $15,877.10 | $15,877.10 | $15,877.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $1,900,173.77 | $1,889,569.49 | $4,653.99 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,298,549.40 | $4,298,549.40 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $896,153,382.44 | $896,153,382.44 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $906,195,398.46 | $908,111,449.33 | $1,905,466.59 | $20,531.09 |

4) This case was originally filed under chapter  7  on  08/03/2017  & was converted to chapter 7 on 12/09/2022. The case was pending for   35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   January 6, 2026              By: _____
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Turnover of Chapter 11 DIP Account ending 4916 | 1290 | $8,529.80 |
| Turnover of Chapter 11 DIP Account ending 7229 | 1290 | $12,001.29 |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$20,531.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $5,743,466.62 | $5,743,466.62 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Fees, Richard M. Pachulski | 2100 | N/A | $2,803.10 | $2,803.10 | $2,803.10 |
| Bond Payments | 2300 | N/A | $200.00 | $200.00 | $200.00 |
| Bank Fees | 2600 | N/A | $879.65 | $879.65 | $879.65 |
| Insurance | 2990 | N/A | $10,444.35 | $10,444.35 | $10,444.35 |
| U.S. Trustee Fees | 2950 | N/A | $500.00 | $500.00 | $500.00 |
| Bankruptcy Court Costs | 2700 | N/A | $1,050.00 | $1,050.00 | $1,050.00 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $15,877.10 | $15,877.10 | $15,877.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for Debtor, Fees - Havkin & Shrago | 3701 | N/A | $10,444.50 | $0.00 | $0.00 |
| Attorney for Debtor, Expenses - Havkin & Shrago | 3702 | N/A | $159.78 | $0.00 | $0.00 |
| Attorney for Chapter 11 Trustee, Fees - Pachulski Stang Ziehl & Jones LLP | 6110 | N/A | $1,805,117.50 | $1,804,117.50 | $4,653.99 |
| Attorney for Chapter 11 Trustee, Expenses - Pachulski Stang Ziehl & Jones LLP | 6120 | N/A | $84,451.99 | $84,451.99 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $1,900,173.77 | $1,888,569.49 | $4,653.99 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,298,549.40 | $4,298,549.40 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $896,153,382.44 | $896,153,382.44 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

# EXHIBIT 8

4930-3667-1584.2 51414.001

Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case Number 2:17-bk-19548-NB  
Case Name: Layfield & Barrett, APC

Period Ending: 10/28/2025

Trustee: Richard M. Pachulski  
Filed (f) or Converted (c): 12/9/22 (c)  
§341(a) Meeting Date: 2/9/23  
Claims Bar Date: 2/5/18

| Ref # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net<br>Value (Value<br>Determined by<br>Trustee, Less Liens,<br>Exemptions, and<br>Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>Abandon | 5<br>Sale/Funds<br>Received<br>by the<br>Estate | 6<br>Asset Fully<br>Administered<br>(FA)/Gross<br>Value of<br>Remaining<br>Assets |
|---|---|---|---|---|---|---|
| 1 | Penn Mutual Life Insurance Policy | Unknown | Unknown | | $0.00 | FA |
| 2 | Parking spaces located at<br>2720 Homestead Road, Unit 200, Park City, UT | Unknown | Unknown | | $0.00 | FA |
| 3 | U.S. Bank Account #: 1 582 1002 7229 | Unknown | $6,387.54 | | $12,001.29 | FA |
| 4 | U.S. Bank Account #: 1 582 0025 4916 | Unknown | $1,069.55 | | $8,529.80 | FA |
| | **TOTALS** (Excluding Unknown Values) | | $7,457.09 | | $20,531.09 | FA |

**Major activities affecting case closing:**  
STATUS AS OF 10/28/2025

All assets, except those itemized above, have been fully administered.

In connection with the pending *Motion of Allegretti & Company for Relief from Order Approving Trustee's Sale of Real Property Entered April 5, 2019 [Doc 428]* [Docket No. 660], two parties have asserted interests relating to the parking spaces, however, to date, neither party has made an offer to purchase the spaces. This asset will be abandoned upon closure of the estate.

4930-3667-1584.2 51414.001

The insurance policy is a key man insurance policy in the face amount of $9 million on the life of Philip J. Layfield, the Debtor's former principal, who is currently serving a sentence in a federal correctional facility.  According to the experts in the life settlement market with whom the Trustee's professionals consulted, because of the insured's age (below 65) and lack of apparent chronic health conditions, the insurance policy has no current material value in the marketplace.  This asset will be abandoned upon closure of the estate.

Claims: The Trustee has not undertaken a review of claims because the estate is administratively insolvent.

# EXHIBIT 9

4894-1284-7856.5 51414.001

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case Number:** 2:17-bk-19548-NB  
**Case Name:** Layfield & Barrett, APC  

**Trustee:** Richard M. Pachulski  
**Bank Name:** U.S. Bank  
**Account:** ***4916 (cash collateral account)

**Taxpayer ID#:** 27-4052598  
**Period Ending:** 10/31/2025  

**Separate Bond:** $15,515.00

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposit $ | 7<br>Disbursements[1] $ | 8<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/9/22 | Ref #4 | | Beginning balance in account | UTC 1290 | $8,529.80 | | $8,529.80 |
| 7/28/23 | Electronic Withdrawal – Ref #: 232090046365280N00 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $4,476.15 | $4,053.65 |
| 9/29/23 | Ck #1020 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $1,492.05 | $2,561.60 |
| 1/3/24 | Ck #1021 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $1,492.05 | $1,069.55 |
| 10/31/25 | Ck. #1023 | Richard M. Pachulski | Ch. 7 Trustee Fee | UTC 2100 | | $1,069.55 | $0.00 |
| | | | **ACCOUNT TOTALS:** | | $8,529.80 | $8,529.80 | $0.00 |
| | | | Less: Bank Transfers | | 00 | 00 | |
| | | | **Subtotal** | | **$8,529.80** | **$8,529.80** | |
| | | | Less: Payment to Debtors | | | 00 | |
| | | | **NET Receipts / Disbursements** | | **$8,529.80** | **$8,529.80** | |

---

[1] All payments were made in the ordinary course of business.

4894-1284-7856.5 51414.001

| TOTAL – ALL ACCOUNTS | Receipts | Disbursements | Balances |
|---|---|---|---|
| **Checking # ******7229** | **$12,001.29** | **$12,001.29** | **$0.00** |
| **Checking #******4916** | **$8,529.80** | **$8,529.80** | **$0.00** |
| **TOTAL** | **$20,531.09** | **$20,531.09** | **$0.00** |

4894-1284-7856.5 51414.001

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case Number:** 2:17-bk-19548-NB  
**Case Name:** Layfield & Barrett, APC

**Trustee:** Richard M. Pachulski  
**Bank Name:** U.S. Bank  
**Account:** ***7229 (general account)

**Taxpayer ID#:** 27-4052598  
**Period Ending:** 10/31/2025

**Separate Bond:** $15,515.00

| 1<br>Trans.<br>Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Receipts $ | 7<br>Disbursements[2] $ | 8<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/9/22 | Ref #3 | | Beginning balance in account | UTC 1290 | $6,422.77 | | $6,422.77[3] |
| 1/4/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,407.77 |
| 2/2/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,392.77 |
| 3/2/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,377.77 |
| 4/4/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,362.77 |
| 5/4/23 | | U.S. Bank | Online/Bank Fees | UTC 2600 | | $15.00 | $6,347.77 |
| 8/14/23 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $6,318.82 |
| 9/15/23 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $6,289.87 |
| 10/12/23 | Ck #1020 | U.S. Bankruptcy Court | Court Costs | UTC 2700 | | $1,050.00 | $5,239.87 |
| 10/16/23 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $5,210.92 |
| 10/27/23 | Ck #1021 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $1,492.05 | $3,718.87 |
| 11/3/23 | Ck #1022 | Arthur B. Levine & Co. | Bond Renewal | UTC 2300 | | $460.00 | $3,258.87 |
| 11/14/23 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $3,229.92 |
| 12/1/23 | Ck #1023 | Penn Mutual Life | P. Layfield Ins. Premium | UTC 2990 | | $1,492.05 | $1,737.87 |
| 12/14/23 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,708.92 |
| 1/16/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,679.97 |
| 1/16/24 | Refund | Arthur B. Levine & Co. | Bond Renewal | UTC 2300 | | ($360.00) | $2,039.97 |

---

[2] All payments were made in the ordinary course of business.

4894-1284-7856.5 51414.001

| Date | Ref | Payee | Description | Code | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 2/14/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $2,011.02 |
| 3/12/24 | Ck #1025 | U.S. Trustee | Quarterly Fees | UTC 2950 | | $250.00 | $1,761.02 |
| 3/14/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,732.07 |
| 4/12/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,703.12 |
| 5/14/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,674.17 |
| 6/14/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,645.22 |
| 7/15/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,616.27 |
| 8/9/24 | Ck #1026 | U.S. Trustee | Quarterly Fees | UTC 2950 | | $250.00 | $1,366.27 |
| 8/14/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,337.32 |
| 9/16/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $1,308.37 |
| 9/24/24 | Transfer of funds held in Trust account at Pachulski Stang Ziehl & Jones LLP | Banc of California | Liquidation of Real Property | UTC 1110 | $5,578.52 | | $6,886.89 |
| 10/15/24 | | U.S. Bank | Bank Fees | UTC 2600 | | $42.95 | $6,843.94 |
| 11/15/2024 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $6,814.99 |
| 12/15/2024 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $6,786.04 |
| 1/15/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $28.95 | $6,757.09 |
| 2/15/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,727.14 |
| 3/14/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,697.19 |
| 4/14/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,667.24 |
| 5/14/2025 | | Arthur B. Levine & Co. | Bond Renewal | UTC 2300 | | $100.00 | $6,567.24 |
| 5/14/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,537.29 |
| 6/13/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,507.34 |
| 7/15/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,477.39 |
| 8.15.2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,447.44 |
| 9/15/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,417.49 |
| 10/15/2025 | | U.S. Bank | Bank Fees | UTC 2600 | | $29.95 | $6,387.54 |
| 10/31/2025 | Ck #1028 | Pachulski Stang Ziehl & Jones LLP | Ch. 7 Trustee Fee (Richard M. Pachulski) | UTC 2100 | | $1,733.55 | $4.653.99 |
| | | | Chapter 11 Attorney's Fees | UTC 6110 | | $4,653.99 | $0.00 |
| | | | **ACCOUNT TOTALS:** | | $12,001.29 | $12,001.29 | $0.00 |
| | | | Less: Bank Transfers | | 00 | 00 | |
| | | | **Subtotal** | | $ | $ | |
| | | | Less: Payment to Debtors | | | | |
| | | | **NET Receipts / Disbursements** | | $12,001.29 | $12,001.29 | |

| TOTAL – ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7229 | $12,001.29 | $12,001.29 | $0.00 |
| Checking #******4916 | $8,529.80 | $8,529.80 | $0.00 |
| TOTAL | $20,531.09 | $20,531.09 | $0.00 |

4894-1284-7856.5 51414.001